*Inmate Account statement*

```
RESIDENT HISTORY REPORT                                              Page 1 of 1
                                   05-576
HRYCI
08/03/05 09:49
ST 006 / OPR KJG

SBI              : 400140
Resident Name    : SEAWRIGHT, DARREN
Time Frame       : 01/01/2005 00:00 - 08/03/2005 09:49

---------------------------------------------------------------------------------
Date         Time    Type         ST   OPR    Receipt #       Amount      Balance
---------------------------------------------------------------------------------

02/01/2005   12:25   Add          4    SED    D19830           50.00       50.03
02/09/2005   09:15   Order        2    DDT    B51308           43.06        6.97
02/16/2005   14:22   Order        2    DDT    B52161            6.90        0.07
02/25/2005   11:02   Add          4    SED    D21205           50.00       50.07
03/02/2005   10:08   Order        2    DDT    B53987           46.82        3.25
03/09/2005   08:45   Order        2    DDT    B54863            3.22        0.03
04/06/2005   12:36   Add          4    CK     D23436           30.00       30.03
04/13/2005   07:59   Order        2    WLH    B59457           29.99        0.04
06/23/2005   10:28   Add          8    RP     H13087           60.00       60.04
06/27/2005   14:02   Order        2    DDT    B69037           48.78       11.26
07/05/2005   10:40   Order        2    DDT    B69877            9.47        1.79
07/08/2005   10:42   Credit       3    WLH    C7842             9.47       11.26
07/18/2005   13:11   Add          7    KTS    G6273             0.78       12.04
07/26/2005   07:52   Order        2    DDT    B72978           11.20        0.84
```



FILED
AUG -8 2005
U.S. DISTRICT COURT
DISTRICT OF DELAWARE