Court copy

**ORIGINAL**

(Rev. 5/05)

FORM TO BE USED BY A PRISONER IN FILING A COMPLAINT
UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. §1983

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

(1) Darren L. Seawright - 400140
(Name of Plaintiff)    (Inmate Number)

1301 East 12th St. Wilmington DE 19809
(Complete Address with zip code)

(2) Daniel M. Woods 164728
(Name of Plaintiff)    (Inmate Number)

1301 East 12th St. Wilmington De 19809
(Complete Address with zip code)

05-576

(Case Number)
( to be assigned by U.S. District Court)

(Each named party must be listed, and all names
must be printed or typed. Use additional sheets if needed)

(0) State of    vs.  Delaware
(1) Stanley Taylor
(2) Rafal Williams
   maintenance supervisor
(3) Poceco (retired)
(Names of Defendants)

**CIVIL COMPLAINT**

• • Jury Trial Requested

(Each named party must be listed, and all names
must be printed or typed. Use additional sheets if needed)

I.   PREVIOUS LAWSUITS

   A.   If you have filed any other lawsuits in federal court while a prisoner, please list the caption and case number including year, as well as the name of the judicial officer to whom it was assigned:

None

FILED

AUG - 8 2005

U.S. DISTRICT COURT
DISTRICT OF DELAWARE

By mail

II. **EXHAUSTION OF ADMINISTRATIVE REMEDIES**

In order to proceed in federal court, you must fully exhaust any available administrative remedies as to each ground on which you request action.

A. Is there a prisoner grievance procedure available at your present institution? • (Yes) • •No

B. Have you fully exhausted your available administrative remedies regarding each of your present claims? • (Yes) • •No

C. If your answer to "B" is Yes:

1. What steps did you take? I file a grievance with the D.O.C and I contacted OHSA; they said they don't have jurisdiction.
2. What was the result? Negative results

D. If your answer to "B" is No, explain why not: _____

III. **DEFENDANTS** (in order listed on the caption)

(1) Name of first defendant: State of Delaware / Stanley Taylor
Employed as Commissioner at Dept. Of Corrections
Mailing address with zip code: 247 McKee Rd. Dover, Delaware 19904

(2) Name of second defendant: Rafeal Williams
Employed as Warden at H.R.Y.C.I
Mailing address with zip code: 1301 East 12th ST, Wilmington, De 19809

(3) Name of third defendant: Paceco
Employed as Maintenance Supervisor at H.R.Y.C.I
Mailing address with zip code: 1301 East 12th St, Wilmington, De 19809

(List any additional defendants, their employment, and addresses with zip codes, on extra sheets if necessary)

2

## IV. STATEMENT OF CLAIM

(State as briefly as possible the facts of your case. Describe how each defendant is involved, including dates and places. Do not give any legal arguments or cite any cases or statutes. Attach no more than three extra sheets of paper if necessary.)

1. *State of Delaware; is responsible for the health and welfare of all state inmates;

2. *Stanley Taylor is the commissioner and chief over all Delaware prisons; Mr. Taylor should be been aware the materials used in the construction of Dorm 1 and 2.

3. *Rafeal Williams Warden was informed that dorm 1 and 2 water lines; shower lines; sink lines; and toilet lines were contaminated with lead poisoning from 50/50 solder which against building code throughout the state of Delaware.

   *Maintenance Supervisor Pereco; was the overseer of the building project in dorm 1; Inmate Daniel Woods informed him that 50/50 solder is illegal to use on water lines. Pereco told woods to use the illegal solder on the water lines or be fired!

## V. RELIEF

(State briefly exactly what you want the Court to do for you. Make no legal arguments. Cite no cases or statutes.)

1. We would like the court to issue an order to remove all contaminated water, shower, sink, and toilet lines; I would like all inmates house in dorm 1 and 2 from 1995 to 2005 to be tested for lead poisoning and contamination; provide adequate medical care and compensation for all.

3

2. I would like rehabilitation treatment for those who may need it; I would like OHSA to oversee any all health violation in H.R.Y.C.I.

3. Plaintiffs are seeking monetary compensation for legal fee's; punitive damages and compensatory damages for exposing Darren L. Seawright and Daniel M. Woods to lead poisoning/contamination as well as others.

I declare under penalty of perjury that the foregoing is true and correct.

Signed this 5th day of August, 2005.

_Darren J. Seawright 400140_
(Signature of Plaintiff 1)

_Daniel M. Woods #14728_
(Signature of Plaintiff 2)

_____
(Signature of Plaintiff 3)

4

H.R.Y.C.I. 1301 East 12St
Wilmington, De 19809

U.S. District Court
Lock Box (18)
844 N. King St.
Wilmington, De 19801

U.S.M.S.
X-RAY

LEGAL MAIL