To: U.S. District Court
Office of The Clerk
844 N. King St. Lockbox 18
Wilm, De 19801

Fr: Daniel M. Woods
S.B.I # 164728
D.C.C.
1181 Paddock Rd.
Smyrna, De 19977

FILED
AUG 25 2005
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

Re: Mailing Address

Dear Court Clerk,

   Please take notice that My Address you have on File in the Case 1:05-cv-576 is wrong. I'm not at S.C.I. My Correct Address is at the top of the page or the envelope.

Thank you
Daniel M. Wood
8-22-05

IM Donell M Weeks
SBI# 164728    UNIT A-U2-23
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

Office of the Clerk
United States District Court
844 N. King St. Lockbox 18
Wilm, De   19801-3570