IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

Darren Lamont Seawright       )
  and Daniel M. Woods,        )
                              )
    Plaintiffs,               )
                              )
    v.                        ) Civil Action No. 05-576 KAJ
                              )
Commissioner Stanley Taylor,  )
Warden Rafeal Williams,       )
Paceco, and State of Delaware,)
                              )
    Defendants.               )

**ORDER**

    1.  The plaintiffs, Darren Lamont Seawright, SBI #400140, and Daniel M. Woods, SBI #164728, pro se litigants who are presently incarcerated, have jointly filed this action pursuant to 42 U.S.C. § 1983. Plaintiff Darren Lamont Seawright, SBI#400140, has requested leave to proceed in forma pauperis pursuant to 28 U.S.C. § 1915.

    2.  Consistent with 28 U.S.C. § 1915(a)(1) and (2), plaintiff Darren Lamont Seawright has submitted: (1) an affidavit stating that he has no assets with which to prepay the filing fee; and (2) a certified copy of his prison trust fund account

statement for the six-month period immediately preceding the filing of the above-referenced complaint.  Based on plaintiff Seawright's submissions, his request to proceed in forma pauperis is **granted**.

    3.  Notwithstanding the above, pursuant to 28 U.S.C. § 1915(b)(1), the plaintiffs shall be assessed the filing fee of $250.00 and shall be required to pay an initial partial filing fee of 20 percent (20%) of the greater of his average monthly deposit or average monthly balance in the trust fund account.

    4.  In evaluating plaintiff Darren Lamont Seawright's account information, the Court has determined that the plaintiff has an average account balance of $8.39 for the six months preceding the filing of the complaint.  The plaintiff's average monthly deposit is $31.80 for the six months preceding the filing of the complaint.  Accordingly, the plaintiff is required to pay an initial partial filing fee of $6.36, this amount being 20 percent (20%) of $31.80, the greater of his average monthly deposit and average daily balance in the trust fund account for the six months preceding the filing of the complaint.  **Therefore, plaintiff Darren Lamont Seawright shall, within thirty days from the date this order is sent, complete and return the attached authorization form allowing the agency having custody of him to**

forward the $6.36 initial partial filing fee and subsequent payments to the Clerk of the Court. **FAILURE OF THE PLAINTIFF TO RETURN THE AUTHORIZATION FORM WITHIN 30 DAYS FROM THE DATE THIS ORDER IS SENT SHALL RESULT IN DISMISSAL OF THIS ACTION WITHOUT PREJUDICE. NOTWITHSTANDING ANY PAYMENT MADE OR REQUIRED, THE COURT SHALL DISMISS THE CASE IF THE COURT DETERMINES THAT THE ACTION IS FRIVOLOUS OR MALICIOUS, FAILS TO STATE A CLAIM UPON WHICH RELIEF MAY BE GRANTED, OR SEEKS MONETARY RELIEF AGAINST A DEFENDANT WHO IS IMMUNE FROM SUCH RELIEF.**

     5.   Upon receipt of this order and the authorization form, the Warden or other appropriate official at Howard R. Young Correctional Institution, or at any prison at which plaintiff Darren Lamont Seawright is or may be incarcerated, shall be required to deduct the $6.36 initial partial filing fee from the plaintiff's trust account, when such funds become available, and forward that amount to the Clerk of the Court. Thereafter, absent further order of the Court, each time that the balance in plaintiff's trust account exceeds $10.00, the Warden or other appropriate official at Howard R. Young Correctional Institution, or at any prison at which the plaintiff is or may be incarcerated, shall be required to make monthly payments of 20 percent (20%) of the preceding month's income credited to the

plaintiff's trust account and forward that amount to the Clerk of the Court.

6. Plaintiff Daniel M. Woods, SBI #164728, a pro se litigant who is presently incarcerated, has also filed this action pursuant to 42 U.S.C. § 1983 without prepayment of the filing fee, however he did not request to proceed in forma pauperis, nor provide a certified prison trust fund account statement (or institutional equivalent) for the six month period immediately preceding the filing of the complaint

7. Pursuant to the requirements of 28 U.S.C. § 1915(a)(1) and (2), and in order to determine the schedule of payment of the filing fee, plaintiff Daniel M. Woods shall submit a request to proceed in forma pauperis and a certified copy of his prison trust fund account statement (or institutional equivalent) for the six-month period immediately preceding the filing of the complaint, obtained from the appropriate official at each institution at which the plaintiff is confined. **FAILURE OF THE PLAINTIFF DANIEL M. WOODS TO RETURN THE REQUESTED INFORMATION WITHIN 30 DAYS FROM THE DATE THIS ORDER IS SENT SHALL RESULT IN DISMISSAL OF PLAINTIFF DANIEL M. WOODS FROM THIS ACTION WITHOUT PREJUDICE.**

8. Unless the Court determines from the financial

information presented by plaintiff Daniel M. Woods, that he has no assets whatsoever, an initial partial filing fee of 20 percent (20%) of the greater of the plaintiff's average monthly deposit or average monthly balance in the trust fund account shall be required to paid before the court reviews the complaint.

9. **NOTWITHSTANDING ANY PAYMENT MADE OR REQUIRED, THE COURT SHALL DISMISS THE CASE IF THE COURT DETERMINES THAT THE ACTION IS FRIVOLOUS OR MALICIOUS, FAILS TO STATE A CLAIM UPON WHICH RELIEF MAY BE GRANTED, OR SEEKS MONETARY RELIEF AGAINST A DEFENDANT WHO IS IMMUNE FROM SUCH RELIEF.**

10. Pursuant to 28 U.S.C. § 1915(g), if a plaintiff has had three or more actions dismissed by the Court on the grounds that they were frivolous, malicious, or failed to state a claim upon which relief may be granted, then the Court shall deny the plaintiff leave to proceed <u>in forma pauperis</u> in all future suits filed without prepayment of the filing fee, unless the Court determines that the plaintiff is under imminent danger of serious physical injury.

DATED: 9/27/05

_____
United States District Judge

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| Darren Lamont Seawright and Daniel M. Woods, | ) ) ) |
| Plaintiffs, | ) ) ) |
| v. | ) Civil Action No. 05-576 KAJ ) |
| Commissioner Stanley Taylor, Warden Rafeal Williams, Paceco, and State of Delaware, | ) ) ) ) |
| Defendants. | ) |

**AUTHORIZATION**

I, Darren Lamont Seawright, request and authorize the agency holding me in custody to disburse to the Clerk of the Court the initial partial filing fee of $6.36 and the subsequent payments pursuant to 28 U.S.C. § 1915(b) and required by the Court's order dated _____, 2005.

This authorization is furnished in connection with the filing of a civil action, and I understand that the filing fee for the complaint is $250.00. I also understand that the entire filing fee may be deducted from my trust account regardless of the outcome of my civil action. This authorization shall apply to any other agency into whose custody I may be transferred.

Date: _____, 2005.

_____
Name of Plaintiff