To: U.S. District Court
Office of The Clerk
844 N. King St. Lockbox 18
Wilm, De. 19801

Date: 9-23-05

Fr: Daniel M. Woods
S.B.I # 164728
A-U7-23
1181 Paddock Rd.
Smyrna, De. 19977

RE: 1:05-CV-00576-UNA Seawright et. al V. Stanley Taylor et. a.L (KAJ)

Dear District Court Clerk,

Inclosed you will Find copys of papers that are evadence in the above case, could you please File this with the Court and also Forward a copy to Mr. Darren Seawright at H.R.Y.C.I. P.O. Box 9561 Wilm, De 19809 For his notification and For his File.

Thank you
Daniel M. Woods

FILED
SEP 27 2005
U.S. DISTRICT COURT
DISTRICT OF DELAWARE