

**DELAWARE HEALTH
AND SOCIAL SERVICES**

DIVISION OF PUBLIC HEALTH

OFFICE OF THE DIRECTOR

August 25, 2005

Mr. Daniel M. Wood
#164728
Howard R. Young Correctional Institution
1301 East 12th Street
Wilmington, DE 19809



FILED

SEP 27 2005

U.S. DISTRICT COURT
DISTRICT OF DELAWARE

Dear Mr. Wood:

Thank you for taking the time to write the Delaware Department of Health and Social Services on August 2, 2005. Your letter has been forwarded to the Division of Public Health for a response. You indicate within your letter that during the construction of dormitory 1, you were ordered to use 50-50 solder on the main water lines for sinks, showers, and toilets and that you believe that it is a clear violation of the Delaware Building Code because of lead content.

I asked our Health Systems Protection Section to review your concern since they are responsible for the administration of the State Plumbing Code. They report that Section 605.15.4 of that code requires the use of lead free (less than .2%) solder on water lines.

Because the Howard R. Young Correctional Institution is located in the City of Wilmington, I have taken the liberty of forwarding your letter to Mr. Marvin Newton, Chief Plumbing Inspector, of the City of Wilmington as they would be the correct agency to respond to your inquiry.

Once again, thank you for contacting the Division of Public Health.

Sincerely,

Jaime H. Rivera, MD, FAAP
Director

JHR: tgm

Pc:    Thom May
        Joe Dudlek
        Marvin Newton

STATE OF DELAWARE
DEPARTMENT OF CORRECTION
HOWARD R. YOUNG CORRECTIONAL INSTITUTION
**OFFICE OF THE GRIEVANCE CHAIRPERSON**
1301 E. 12TH STREET
WILMINGTON, DE 19801

## MEMORANDUM

TO:        Inmate _Daniel Woods_____ _1-A_

FROM:    Sgt. Moody, Inmate Grievance Chairperson

DATE:    _8.2.05_

RE:        YOUR RECENT GRIEVANCE #05-_155101_

This memo is to inform you that the grievance submitted by you dated _7.24.05_, regarding
_____Water in Dorms_____ is not grievable for the following reason(s):

____ The complaint was addressed by the IGC: _____.

____ Security issue (involves the security and/or staffing of the Institution and/or the safety, health, and/or welfare of inmates, staff and the public).

____ Classification issues (security classification, jobs, transfers, programs, housing unit assignment). Classification has its own appeal process. The inmate must write to the Treatment/Classification Unit within seven (7) days after the inmate receives the Classification decision. The letter must state that the inmate is appealing the classification and clearly indicate the reasons the inmate disagrees with the classification decision.

____ Disciplinary issue. Disciplinary actions cannot be grieved but must be APPEALED within 24 hours of the Class I or Class II Hearing Decision. Complete an appeal form and mail it to the facility Hearing Officer within 24 hours of receiving the form. Please note that 24 loss of all privileges cannot be appealed.

____ Parole Board Decision. The inmate must write a letter to the Parole Board within 30 days of the Board's decision. Expressing the desire to appeal the decision and listing the reasons. The Parole Board's address is: Board of Parole, Carvel State Office Building, 820 N. French Street, 5th Floor, Wilmington, DE 19801.

____ Inmates cannot request or demand disciplinary action on staff. If you have a complaint regarding staff write a letter to that person's supervisor. In this case, that is:

____ This is an issue/complaint that has already been grieved by you or another inmate._____.

__X__ **I/M Woods, this grievance is unacceptable because it has passed the seven (7) day time frame allotted to file a grievance. You stated to your Housing Officer, CO Young that you were housed in the Key Program in 1996; and there are no records verifying that you were housed in the Key Program within the past year. You have seven (7) days after the incident to submit a grievance, not nine (9) years.**

____ The grievance is a photocopy, carbon copy, written in pencil or red ink. Original grievance forms must be written in black or dark blue ink.