# DELAWARE CORRECTIONAL CENTER
# SUPPORT SERVICES OFFICE
# MEMORANDUM

TO: Daniel Woods   SBI#: 164728

FROM: Stacy Shane, Support Services Secretary

RE: **6 Months Account Statement**

DATE: October 5, 2005

05-576 (KAJ)

---

Attached are copies of your inmate account statement for the months of April 1, 2005 to September 30, 2005.

The following indicates the average daily balances.

**FILED OCT 12 2005 — U.S. DISTRICT COURT DISTRICT OF DELAWARE**

| MONTH | AVERAGE DAILY BALANCE |
|---|---|
| april | 0 |
| may | 0 |
| june | 0 |
| july | 0 |
| aug | 22.17 |
| sept | 9.35 |

Average daily balances/6 months: 13.99

Attachments
CC: File

Stacy Shane
10/5/05

Notary public
[signature]
10/6/05

## CERTIFICATE
(Incarcerated applicants only)
*(To be completed by the institution of incarceration)*

I certify that the applicant named herein has the sum of $ __2.71__ on account his/her credit at (name of institution) __Delaware Correctional Center__.

I further certify that the applicant has the following securities to his/her credit: __N/A__

I further certify that during the past six months the applicant's average monthly balance was $ __13.99__ and the average monthly deposits were $ __13.67__

__10/5/05__  
Date

__Stacy Shane__  
Signature of Authorized Officer

*(NOTE THE REQUIREMENT IN ITEM 1 FOR THE INMATE TO OBTAIN AND ATTACH LEDGER SHEETS OF ACCOUNT TRANSACTIONS OVER THE PAST SIX MONTH PERIOD. LEDGER SHEETS ARE NOT REQUIRED FOR CASES FILED PURSUANT TO 28:USC §2254)*





I/M Daniel M. Wood
SBI# 164228   UNIT A-U2-23
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

Office of the Clerk
United States District Court
844 N. King St. Lockbox 18
Wilmington, De 19801-3570