IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

```
DARREN LAMONT SEAWRIGHT        )
   and DANIEL M. WOODS,         )
                               )
      Plaintiffs,               )
                               )
         v.                     )   Civil Action No. 05-576 KAJ
                               )
COMMISSIONER STANLEY TAYLOR,    )
WARDEN RAFEAL WILLIAMS,         )
PACECO, and STATE OF DELAWARE,  )
                               )
      Defendants.               )
```

**ORDER**

1.  The plaintiffs, Darren Lamont Seawright, SBI
#400140, and Daniel M. Woods, SBI #164728, pro se litigants who
are presently incarcerated, have filed this action pursuant to 42
U.S.C. § 1983 without prepayment of the filing fee.

2.  On September 27, 2005, this Court assessed the
plaintiffs the $250.00 filing fee and ordered that plaintiff
Seawright submit an authorization form.  Also on September 27,
2005, this Court ordered plaintiff Woods to provide a request to
proceed in forma pauperis and a certified copy of his prison
trust fund account statement for the six-month period immediately
preceding the filing of the above-referenced complaint.
Plaintiff Woods submitted the required documents on October 13,
2005.  Based on plaintiff Wood's submissions, his request to
proceed in forma pauperis is granted.

3.  In evaluating plaintiff Wood's account information pursuant to 28 U.S.C. § 1915(b)(1), the Court has determined that the plaintiff has an average account balance of $13.99 for the six months preceding the filing of the complaint.  The plaintiff's average monthly deposit is $13.67 for the six months preceding the filing of the complaint.  Accordingly, plaintiff Woods is required to pay an initial partial filing fee of $2.80, this amount being 20 percent (20%) of $13.99, the greater of his average monthly deposit and average daily balance in the trust fund account for the six months preceding the filing of the complaint.  **Therefore, plaintiff Woods shall, within thirty days from the date this order is sent, complete and return the attached authorization form allowing the agency having custody of him to forward the $2.80 initial partial filing fee and subsequent payments to the Clerk of the Court.  FAILURE OF THE PLAINTIFF TO RETURN THE AUTHORIZATION FORM WITHIN 30 DAYS FROM THE DATE THIS ORDER IS SENT SHALL RESULT IN DISMISSAL OF THIS ACTION WITHOUT PREJUDICE.  NOTWITHSTANDING ANY PAYMENT MADE OR REQUIRED, THE COURT SHALL DISMISS THE CASE IF THE COURT DETERMINES THAT THE ACTION IS FRIVOLOUS OR MALICIOUS, FAILS TO STATE A CLAIM UPON WHICH RELIEF MAY BE GRANTED, OR SEEKS MONETARY RELIEF AGAINST A DEFENDANT WHO IS IMMUNE FROM SUCH RELIEF.**

4.  Upon receipt of this order and the authorization

2

form, the Warden or other appropriate official at the Delaware Correctional Center, or at any prison at which the plaintiff is or may be incarcerated, shall be required to deduct the $2.80 initial partial filing fee from plaintiff Wood's trust account, when such funds become available, and forward that amount to the Clerk of the Court.  Thereafter, absent further order of the Court, each time that the balance in plaintiff Wood's trust account exceeds $10.00, the Warden or other appropriate official at the Delaware Correctional Center, or at any prison at which the plaintiff is or may be incarcerated, shall be required to make monthly payments of 20 percent (20%) of the preceding month's income credited to plaintiff Wood's trust account and forward that amount to the Clerk of the Court.

5.  Pursuant to 28 U.S.C. § 1915(g), if a plaintiff has had three or more actions dismissed by the Court on the grounds that they were frivolous, malicious, or failed to state a claim upon which relief may be granted, the Court shall deny the plaintiff leave to proceed in forma pauperis in all future suits filed without prepayment of the filing fee, unless the Court determines that the plaintiff is under imminent danger of serious physical injury.

DATED: 10/13/05

_____
United States District Judge

3

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

DARREN LAMONT SEAWRIGHT          )
  and DANIEL M. WOODS,           )
                                 )
       Plaintiffs,               )
                                 )
          v.                     )  Civil Action No. 05-576 KAJ
                                 )
COMMISSIONER STANLEY TAYLOR,     )
WARDEN RAFEAL WILLIAMS,          )
PACECO, and STATE OF DELAWARE,   )
                                 )
       Defendants.               )

**AUTHORIZATION**

I, Daniel M. Woods, SBI #164728, request and authorize the agency holding me in custody to disburse to the Clerk of the Court the initial partial filing fee of $2.80 and the subsequent payments pursuant to 28 U.S.C. § 1915(b) and required by the Court's order dated _____, 2005.

This authorization is furnished in connection with the filing of a civil action, and I understand that the filing fee for the complaint is $250.00.  I also understand that the entire filing fee may be deducted from my trust account regardless of the outcome of my civil action.  This authorization shall apply to any other agency into whose custody I may be transferred.

Date: _____, 2005.

_____
Name of Plaintiff