IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DARREN LAMONT SEAWRIGHT and DANIEL M. WOODS, | ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) Civil Action No. 05-576 KAJ ) |
| COMMISSIONER STANLEY TAYLOR, WARDEN RAFEAL WILLIAMS, PACECO, and STATE OF DELAWARE, | ) ) ) ) |
| Defendants. | ) |

RECEIVED NOV -9 2005 U.S. DISTRICT COURT DISTRICT OF DELAWARE

**AUTHORIZATION**

I, Daniel M. Woods, SBI #164728, request and authorize the agency holding me in custody to disburse to the Clerk of the Court the initial partial filing fee of $2.80 and the subsequent payments pursuant to 28 U.S.C. § 1915(b) and required by the Court's order dated 10/15/05, 2005.

This authorization is furnished in connection with the filing of a civil action, and I understand that the filing fee for the complaint is $250.00. I also understand that the entire filing fee may be deducted from my trust account regardless of the outcome of my civil action. This authorization shall apply to any other agency into whose custody I may be transferred.

Date: 11/1/05, 2005.

_____
Name of Plaintiff

I/M Daniel M. Woods

SBI# 164728   UNIT 23-A-07

DELAWARE CORRECTIONAL CENTER

1181 PADDOCK ROAD

SMYRNA, DELAWARE 19977

United States District Court
844 N. King St. Lockbox 18
Wilmington, De.
19801