10-26-05

To: Clerk Of The Court

From: Darren Seawright-400140, Case # 00576 KAJ

Re: Information On Previous Case's And Dispositions; Case # Are: 00468-JJF; 00083 KAJ; 00247-JJF; 01258 KAJ; 00136 KAJ; 00328 KAJ;

Dear Clerk,

I'm writing seeking a copy of the letter my co-plaintiff sent you; see docket sheet 5, and 6; from Daniel M. Woods; Also I'm seeking the dispositions if any on the previous I've filed; the case numbes are above, thank you for your time in this matter.

Darren Seawright
400140 D.R.Y.C.I

RECEIVED
NOV 18 2005
U.S. DISTRICT COURT
DISTRICT OF DELAWARE



United States District Court
844 N. King Street, Lockbox (18)
Wilmington, De 19801-3570

Darren Seawright 400040-2-Y
H.R.Y.C.I. 1301 East 12th St.
Wilmington, De 19809