OFFICE OF THE CLERK
**UNITED STATES DISTRICT COURT**
DISTRICT OF DELAWARE

Peter T. Dalleo
CLERK OF COURT

LOCKBOX 18
844 KING STREET
U.S. COURTHOUSE
WILMINGTON, DELAWARE 19801
(302) 573-6170

November 21, 2005

TO: Darren Lamont Seawright
SBI #400140
Howard R. Young Correctional Institution
P.O. Box 9561
Wilmington, DE 19809

RE: *Request for Copywork; 05-576(KAJ)*

Dear Mr. Seawright:

A letter has been received by the Clerk's office from you requesting copywork.

Please be advised that in accordance with the directive from the Judicial Conference of the United States the fee for copywork is fifty ($.50) cents per page. *Should you require copywork in the future*, please be aware of this fee requirement. Prepayment should be sent with your request, check or money order payable to Clerk, U.S. District Court.

Nothing contained in this letter is intended to express an opinion as to the merits of any claims which you may be alleging.

Sincerely,

/bad

PETER T. DALLEO
CLERK

cc: The Honorable Kent A. Jordan

11-16-05

To: Clerk of The Court

From: Darren Seawright #00146, Case # 00576 KAJ

RE: Information On Previous Cases And Dispositions, Case # Are; 00468-JJF, 00083 KAJ, 00247-JJF, 01258 KAJ, 00130 KAJ, 00576 KAJ,

Dear Clerk,
I'm writing seeking a copy of the letter my co-plaintiff sent you yesterday dated about 5 and 6, from Daniel M. Woody. Also I'm seeking the dispositions if any on the previous cases listed, the case numbers are above, thank you for your time in this matter.

Darren + Seawright
#00140 Bk Y O T

RECEIVED
NOV 10 2005
U.S. DISTRICT COURT
DISTRICT OF DELAWARE