To: Peter Dalleo, Clerk Of Court

From: Darren L. Seawright; 400140; 05-576 (KAJ)
200 GreenBank Rd. Wilmington, De 19808

Date: 4-3-06

RE: Requesting 285 Forms



Dear Clerk,

I'm incarcerated at Webb Correctional Center; I don't have access to a Law Library and I don't have the funds to purchase the forms, I have a deadline to meet! Could you please send me 6 full copy's of the 285 Forms so that I can file them in a timely fashion;

Thank You

Darren Seawright
400140

Copy's filed
D.L.S.
KAJ
Clerk

