OFFICE OF THE CLERK
**UNITED STATES DISTRICT COURT**
DISTRICT OF DELAWARE

Peter T. Dalleo
CLERK OF COURT

LOCKBOX 18
844 KING STREET
U.S. COURTHOUSE
WILMINGTON, DELAWARE 19801
(302) 573-6170

April 12, 2006

TO: Darren Lamont Seawright
SBI #400140
Howard R. Young Correctional Institution
P.O. Box 9561
Wilmington, DE 19809

**RE: U.S. MARSHAL 285 FORMS; 05-576(KAJ)**

Dear Mr. Seawright:

    A letter has been received by the Clerk's Office on 4/10/06 requesting six USM 285 forms. Enclosed please find the above mentioned forms.

    Nothing contained in this letter is intended to express an opinion as to the merits of any claims which you may be alleging.

Sincerely,

/bad

PETER T. DALLEO
CLERK

cc: The Honorable Kent A. Jordan
enc: 6 USM 285 forms

To: Peter Dalleo, Clerk Of Court 

From: Darren L. Seawright; 400140; 05-576 (KAJ)
200 GreenBank Rd. Wilmington, De 19808

Date: 4-3-06

RE: Requesting 285 Forms


BO scanned

Dear Clerk,

I'm incarcerated at Webb Correctional Center; I don't have access to a Law Library and I don't have the funds to purchase the forms, I have a deadline to meet! Could you please send me 6 full copy's of the 285 Forms so that I can file them in a timely fashion;

Thank You

Darren Seawright
400140

Copy's filed
D.L.S.
KAJ
Clerk