OFFICE OF THE CLERK
**UNITED STATES DISTRICT COURT**
DISTRICT OF DELAWARE

Peter T. Dalleo
CLERK OF COURT

LOCKBOX 18
844 KING STREET
U.S. COURTHOUSE
WILMINGTON, DELAWARE 19801
(302) 573-6170

May 2, 2006

TO:   Darren Lamont Seawright
      SBI #400140
      Howard R. Young Correctional Institution
      P.O. Box 9561
      Wilmington, DE 19809

      RE:  **U.S. Marshal 285 Forms**
           *Civil Action #05-576(KAJ)*

Dear Mr. Seawright :

    Please be advised that this office sent a letter to you in error on 4/12/06 (DI 17) stating that your USM 285 forms have been sent to the USMS for service. Please be advised that the USM 285 forms were sent to the USM for service on 4/18. Your USM 285 are being returned.

    Nothing contained in this letter is intended to express an opinion as to the merits of any claims which you may be alleging.

                                        Sincerely,

/bad                                    PETER T. DALLEO
                                        CLERK

cc:  The Honorable Kent A. Jordan
     Daniel M. Woods
enc: USM 285 forms