In The United States District Court
In And For District Of Delaware

Darren L. Seawright,  )
Daniel M. Woods,       )
        Plaintiffs,    )        Civ. Act. No.: 05-576-KAJ
                       )
v.                     )
                       )
State of Delaware,     )
Warden Rafeal Williams,)
Maintenance Supervisor Paceco, )
        Defendants.    )

FILED
MAY 22 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

BDscanned

<u>Motion For Court Appointed Expert Witness.</u>

Comes now, Plaintiffs in requesting this Motion to be heard at the Court's earliest convenience pursuant to F.R.E. Rule 706 coupled with the following good cause:

1. A Scientific expert is needed for testing the pipes as stated in the Complaint for 50/50 solder in Dormitory of H.R.Y.C.I.

2. Neither Plaintiffs or Defendants are certified experts to perform the tests necessary to support a factual finding if 50/50 solder was used in Dormitory. of H.R.Y.C.I.

3. The Plaintiffs have qualified under 42§1915 for in forma pauperis status.

4. The Court has authority to order this expert testimony and tests under F.R.E. Rule 706.

5. It is need for the fact finding of the Plaintiffs to establish reliability of the statements made and have/maintain a healthy prima facie case to abstain dismissal or on a Motion for summary judgment.

Therefore, Plaintiffs respectfully request Appointment of Expert testing the necessary pipes for 50/50 solder within the H.R.Y.C.I.

Respectfully Submitted,
Daniel M. Woods
5-19-06

I/M Daniel M. Woods
SBI# 164728   UNIT 23-A-U7
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

$00.39 MAY 20 2006
MAILED FROM ZIP CODE 19977

OFFICE OF THE Clerk
United States District Court
844 N. King St. Lockbox 18
Wilm, De.   19801-3570

19801+3570-99 C012

Legal Mail