In the United States District Court of the State of Delaware

Daniel M. Woods et. al.
vs.
State of Delaware
Rafeal Williams et.al.
Maint. Super. Pierce

Civil Act. no# 05-576 K.a.J.

REQUEST FOR ENTRY OF Default

To: Clerk of the Court for the District of Delaware.

You will Please enter the default of the above defendants for failure to Plead or otherwise defend as provided by the Federal Rules of civil Procedure, as appears from the attached affidavit of Daniel M. Woods

5-30-06
Daniel M. Woods
#164728    23-A
1181 Paddock Rd.
Smyrna, De. 19977

FILED
JUN - 1 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

BD scanned

In the United States District Court of the State of Delaware

<u>Daniel M. Woods,</u>
<u>Darren L. Seawright,</u>
vs.                Plaintiffs

<u>State of Delaware,</u>
<u>Rafeal Williams,</u>
<u>Maint. Super. Pacheco</u>
            Defendants

Civil Act No# 05-576 K.A.J.

<u>Affidavit for entry of Default</u>

State of Delaware
County of New Castle

Plaintiff Daniel M. Woods, being duly sworn, deposes and says:

1) I am the proise plaintiff in the above matter.
2) The Defendants, State of Delaware, Rafeal Williams, Maint. Super. Pacheco, was served with a copy of the summons and complaint as appears from the proof of service on file.
3) The Defendants above have not filed or served an answer or taken other action as may be permitted by law.

-2-

Although more then 55 days have passed since that date of service.

Daniel M. Woods
#164728  23-A
D.C.C.
1181 Paddock Rd.
Smyrna, De 19977

Sworn to before me this 30th day of May, 2006

_____
Notary Public

In the United States District
of the State of Delaware

| | |
|---|---|
| Daniel M. Woods et. al. <br> vs. <br> State of Delaware <br> Rafeal Williams <br> maint. super. Pacceo | Civil Act. No# 05-576 K.A.J |

Request For Entry Of Default Judgement

To: Clerk of Court,

Plaintiff Daniel M. Woods request that you enter in default based upon the attached affidavit against defendants in the above entitled matter for $ Not For Sum Certain

6-1-06

Daniel M. Woods
#164728    23-A
D.C.C.
1181 Paddock Rd.
Smyrna, De. 19977

In the United States District Court of the State of Delaware

Daniel M. Woods, et al.
vs.
State of Delaware
Rafael Williams et.al
Maint. Super. Pacheco

Civil Action No# 05-576
(K.A.J)

<u>AFFIDAVIT IN Support Of Request For Default Judgement</u>

State of Delaware
County of New Castle

Plaintiff Daniel M. Woods, being duly sworn, deposes and says:

1) I am the pro'se plaintiff in the above matter.
2) The Amount due plaintiff from defendants is NOT FOR Sum Certain.
   A) Requesting an inquest to be taken before a jury to assess plaintiffs damages.
   B) An inquest to all damages.

The defendants are not in the military service as shown by the attached affidavit.

Daniel M. Woods
#164728  23-A
D.C.C. 1181 Paddock Rd.

Continue

-2-

Smyrna, De 19977

*Daniel M. Wood* (signature)

Sworn to before me this 30 Day of May, 2006

*(signature)*
Notary

In the United States District Court in the State of Delaware

Daniel M. Woods
Darren L. Seawright
vs.
State of Delaware,
Rafeal Williams, et al
maint. Super. Reeco

Civil action # 05-576 K.A.J

## Affidavit as to Military Service

State of Delaware
County of New Castle

Daniel M. Woods, being duly sworn, deposes and says;

1) I am the pro'se plaintiff in the above entitled matter. I make this affidavit pursuant to the requirements of the Soldier's and Sailors Civil Relief act, 50 U.S.C appendix § 520.

2) The defendants above has worked at the M.P.V.C.I. since plaintiff was incarcerated in 1-5-90.

3) Based on that fact, the plaintiff is convinced that defendants above is not in the military service of the United States.

Continue

Daniel M. Woods
#164728   23-A
D.C.C.
1181 Paddock Rd.
Smyrna, De. 19977

Sworn to before ME This 30 day of
May, 2006

_____
Notary Public

In the United States District Court for the State of Delaware

Daniel M. Woods
Darren L. Seawright
vs.
State of Delaware
Rafeal Williams et.al.
Maint. Super. Pecceo

Civil Action # 05-576 K.AJ

## Motion for inquest

Now Come's the above plaintiffs who move to this Honorable Court to grant an inquest in the above case matter.

6-1-06

Daniel M. Woods
#164728   28-A
D.C.C.
1181 Paddock Rd.
Smyrna, De 19977

1) Defendants have failed to respond or answer to complaint.

2) Plaintiff has filed for a default judgement against the defendants.

3) Plaintiffs are intitled to recover from the defendants damages sustained by there mulisius acts and that an inquest be taken before a jury to assess plaintiffs damages, and that upon rendering of a verdict by the jury, judgement be entered.

For all the forgoing reason plaintiff request this honorable court to order the inquest to proceed.

Respectfully
Daniel M. Woods

6-1-06