In The United States District Court

In And For District Of Delaware

Darren L. Seawright - 400140,

Daniel M. Woods - 169728,

    Plaintiffs,

v.

State of Delaware,

Rafeal Williams,

Maint. Super. Paceco,

    Defendants.

Civ. Act. No.: 05-576-KAJ

Civil Complaint

Jury Trial Requested



FILED
JUN - 1 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

BD scanned

<u>Subpoena: Issuance</u>

( Rule 45 Fed. R. of Civ. Proc.)

<u>Department of Corrections' Court and Transfer</u>: You are hereby commanded to produce the body of Daniel M. Woods at the United States District Court 844 King Street, Wilm., DE 19801, on June 20, 2006, and thereafter to the Howard R. Young Correctional Istitution to be present and

watch, and direct to testing areas of Dormitories 1 and 2, finally to any testing labs where tests might have to be performed to test the solder as part of this litigation. (9:30 A.M. until testing is completed.)

<u>Warden, Rafeal Williams</u>: You are hereby commanded to appear at the United States District Court 844 King Street, Wilm., DE 19801, and to allow Daniel M. Woods to have, watch, and direct to testing areas of Dormitories 1 and 2, of the Howard R. Young Correctional Institution on June 20, 2006; to test the solder as part of this litigation. (9:30 A.M. until testing is completed.)

<u>Daniel M. Woods</u>: You are hereby commanded to appear at the United States District Court 844 King Street, Wilm., DE 19801, on June 20, 2006, and thereafter to the Howard R. Young Correctional Institution to be present, watch, and direct to testing areas in Dormitories 1 and 2, finally to any testing labs where tests might have to be performed

— 2 —

to test the solder as part of this litigation.
(9:30 A.M. until testing is completed.

<u>Delaware Health and Social Serv., Div. of Pub. Health, Office of Drinking Water</u>: Your Water testing Dept. office or an expert therein is commanded to appear at the United States District Court 844 King Street, Wilm, DE 19801, to be accompanied by Dept. of Corr.'s Court and Transfer, Daniel M. Woods, Warden Raffeal Williams, to do the testing as Daniel M. Woods shows and directs you in the areas thereof at the Howard R. Young Correctional Institution (Dormitories 1 and 2), on June 20, 2006, and immediately thereafter complete the tests at the appropriate area, affording the State of Delaware, Rafeal Williams, Darren L. Seawright, and Daniel M. Woods a copy of the results on June 20, 2006.
(9:30 A.M. until testing is completed.)

— 3 —

This is Official notification, failure to appear will result in a $500.00 @ day sanction plus any Court imposed sanctions thereafter.

Respectfully Submitted,

*Daniel M. Woods*
Daniel M. Woods
#164728 / 23AU2B
1181 Paddock Road
Smyrna, DE 19977

— 4 —

Affadavitt and Certificate of Service/Mailing

I, Moses Torres-Padilla, have no interest in any of the proceedings as captioned. I am a neutral person who was contacted for the sole purpose of serving the following parties with a subpoena to appear in Court, or notified, those parties are:

1. Darrch L. Seawright
   # 400140 / 1301 E. 12th St.
   Wilmington, DE 19801

2. Daniel M. Woods
   164728 / 23 AU7
   1181 Paddock Road
   Smyrna, DE 19977

3. State of Delaware
   D.OJ., 820 N. French St.
   Wilmington, DE 19801

4, 5. Warden Rafeal Williams,
   Maintenance Supervisor Pucco
   1301 E. 12th St.
   Wilmington, DE 19801

6. Clerk of the U.S. District Court
   844 King Street
   Wilmington, DE 19801

(over)

I/M Moses Torres-Padilla
SBI# 458860   UNIT 23
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

U.S.M. X-RAY

Clerk of U.S. District Court
844 King St. Lockbox 18
Wilm, De. 19801