## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| DARREN LAMONT SEAWRIGHT and | ) | |
| DANIEL M. WOODS, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | C.A. No. 05-576-KAJ |
| | ) | |
| WARDEN RAFAEL WILLIAMS, | ) | |
| MAINTENANCE SUPERVISOR | ) | |
| PACECO, and THE STATE OF | ) | |
| DELAWARE, | ) | |
| | ) | |
| Defendants. | ) | |

## DEFENDANTS' RESPONSE TO PLAINTIFFS' REQUEST FOR DEFAULT

COME NOW the Defendants Warden Raphael Williams, Joseph Pacheco and the

State of Delaware, by and through the undersigned counsel, and respond to Plaintiffs'

Request for Entry of Default as follows:[1]

1.      The Complaint in this matter was filed on or about August 8, 2005.  [D.I.

2].

2.      The docket, attached hereto as Exhibit A, reflects that the State of

Delaware was served on April 27, 2006.  [D.I. 19].  Waivers of service were returned

executed as to Defendant Raphael Williams on May 4, 2006 and as to Defendant Joseph

Pacheco on May 17, 2006.  [D.I. 21, 22].

3.      Pursuant to 10 *Del. C.* §3103(c), "[n]o service of summons upon the State

. . . or upon any officer of the state government concerning any matter arising in

connection with the exercise of his or her official powers or duties, shall be complete

---

[1] In responding to Plaintiffs' Motion, Defendants do not waive any defenses available to them.

until such service is made upon the person of the Attorney General or upon the person of the State Solicitor or upon the person of the Chief Deputy Attorney General."

4. To date, the Attorney General has not been served with the Complaint. *See* Exhibit A. Thus, service upon Defendants is not complete and Plaintiffs are not entitled to entry of default. *See Hamilton v. Guessford,* C.A. No. 04-1422-GMS (D. Del. June 6, 2005) (attached hereto as Exhibit B).

WHEREFORE, Defendants respectfully request that this Court deny Plaintiffs' Request for Entry of Default.

STATE OF DELAWARE
DEPARTMENT OF JUSTICE

/s/ Eileen Kelly
Eileen Kelly, I.D. #2884
Deputy Attorney General
Carvel State Office Building
820 North French Street, 6th Floor
Wilmington, Delaware 19801
eileen.kelly@state.de.us
(302) 577-8400
Date: June 6, 2006                    Attorney for Defendants

## CERTIFICATE OF SERVICE

I hereby certify that on June 6, 2006, I electronically filed *Defendants' Response to Plaintiffs' Request for Default* with the Clerk of Court using CM/ECF.  I hereby certify that on June 6, 2006, I have mailed by United States Postal Service, the document to the following non-registered parties:  Darren Lamont Seawright and Daniel M. Woods.

/s/ Eileen Kelly
Deputy Attorney General
Department of Justice
820 N. French St., 6th Floor
Wilmington, DE 19801
(302) 577-8400
eileen.kelly@state.de.us