PaperDocuments

# U.S. District Court
## District of Delaware (Wilmington)
### CIVIL DOCKET FOR CASE #: 1:05-cv-00576-KAJ

Seawright et al v. Stanley Taylor et al
Assigned to: Honorable Kent A. Jordan
Related Cases: 1:01-cv-00468-JJF
   1:02-cv-00083-KAJ
   1:02-cv-00247-JJF
   1:02-cv-01258-KAJ
   1:03-cv-00136-KAJ
   1:03-cv-00328-KAJ
   1:05-cv-00576-KAJ
Cause: 42:1983 Prisoner Civil Rights

Date Filed: 08/08/2005
Jury Demand: Plaintiff
Nature of Suit: 555 Prisoner: Prison Conditions
Jurisdiction: Federal Question

**Plaintiff**

**Darren Lamont Seawright**   represented by   **Darren Lamont Seawright**
SBI #400140
Howard R. Young Correctional Institution
P.O. Box 9561
Wilmington, DE 19809
PRO SE

**Plaintiff**

**Daniel M. Woods**   represented by   **Daniel M. Woods**
SBI #164728
Delaware Correctional Center
1181 Paddock Road
Smyrna, DE 19977
PRO SE

V.

**Defendant**

**Commissioner Stanley Taylor**
*TERMINATED: 03/17/2006*

**Defendant**

**Warden Rafeal Williams**

**Defendant**

**Paceco**
*Maintenance Supervisor (retired)*

**Defendant**

**State of Delaware**

| Date Filed | # | Docket Text |
|---|---|---|
| 08/08/2005 | 1 | MOTION for Leave to Proceed in forma pauperis - filed by Darren Lamont Seawright. (Attachments: # 1 Financial Statement)(els, ) (Entered: 08/09/2005) |
| 08/08/2005 | 2 | COMPLAINT filed pursuant to 42:1983 with Jury Demand against State of Delaware, Stanley Taylor, Rafeal Williams, Paceco - filed by Darren Lamont Seawright, Daniel M. Woods.(els, ) (Entered: 08/09/2005) |
| 08/17/2005 |  | Case assigned to Judge Kent A. Jordan. Please include the initials of the Judge (KAJ) after the case number on all documents filed. (rjb, ) (Entered: 08/17/2005) |
| 08/25/2005 | 3 | NOTICE of Change of Address filed by Daniel M. Woods (rwc, ) (Entered: 08/26/2005) |
| 09/27/2005 | 4 | ORDER - granting Seawright's Motion to Proceed IFP. Filing Fee of $250.00 Assessed. An initial partial filing fee of $6.36 shall be required by Plaintiff Seawright. Plaintiff Seawright shall return the attached payment authorization within 30 days. Failure to return payment authorization shall result in dismissal of action without prejudice. Pltf Woods shall submit an IFP Application and Certified Trust Account Statement w/in 30-days or Pltf shall be dismissed from case (Copy to pltfs.). Signed by Judge Kent A. Jordan on 9/27/05. (rwc, ) Modified on 9/27/2005 (rwc, ). (Entered: 09/27/2005) |
| 09/27/2005 | 5 | Letter to Clerk from Daniel Wood regarding enclosed copy of letter to DE Health & Social Services and request for service upon co-plaintiff by Clerk. (Attachments: # 1 Letter to DE Health & Social Svcs)(rwc, ) (Entered: 09/27/2005) |
| 09/28/2005 | 6 | Letter to Daniel M. Woods from Clerk regarding service of documents upon co-plaintiff (re 5 Letter). (rwc, ) (Entered: 09/28/2005) |
| 10/12/2005 | 7 | MOTION for Leave to Proceed in forma pauperis - filed by Daniel M. Woods. (rwc, ) (Entered: 10/13/2005) |
| 10/13/2005 | 8 | Trust Fund Account Statement filed by Daniel M. Woods (rwc, ) (Entered: 10/13/2005) |
| 10/13/2005 | 9 | ORDER - granting Woods' Motion to Proceed IFP. An initial partial filing fee of $$2.80 shall be required from Woods. Plaintiff Woods shall return the attached payment authorization within 30 days. Failure to return payment authorization shall result in dismissal of action without prejudice. (Copy to pltf. with Mag. Consent Form) Notice of Compliance deadline set for 11/14/2005. Signed by Judge Kent A. Jordan on 10/14/05. (rwc, ) (Entered: 10/14/2005) |
|  |  |  |

| 11/10/2005 | 10 | Authorization by Daniel M. Woods requesting Prison Business Office to disburse payments to the Clerk of the Court. (copy of assessment order and authorization to Prison Business Office) (rwc, ) (Entered: 11/10/2005) |
|---|---|---|
| 11/21/2005 | 11 | Authorization by Darren Lamont Seawright requesting Prison Business Office to disburse payments to the Clerk of the Court. (copy of assessment order and authorization to Prison Business Office) (rwc, ) (Entered: 11/21/2005) |
| 11/21/2005 | 12 | Letter dated 10/26/05 to Clerk from Darren Seawright regarding request for copywork. (rwc, ) (Entered: 11/21/2005) |
| 11/21/2005 | 13 | Letter dated 11/21/05 to Darren Seawright from Clerk regarding response to - re 12 Letter. (rwc, ) (Entered: 11/22/2005) |
| 03/17/2006 | 14 | MEMORANDUM ORDER: the claim against defendant Taylor and the claim against the State of DE for monetary damages or its equivalent are dismissed without prejudice; plaintiffs' Eighth Amendment conditions of confinement claim will proceed; plaintiff shall return to Clerk original USM 285 form(s). Upon receipt, the U.S. Marshal shall serve process as directed by plaintiff. (Copy to pltf.), Stanley Taylor terminated. Signed by Judge Kent A. Jordan on 3/17/06. (ntl, ) (Entered: 03/17/2006) |
| 03/27/2006 | 15 | Letter dated 3/27/06 to Daniel Woods from Clerk regarding USM form 285 required for State of Delaware. (rwc, ) (Entered: 03/27/2006) |
| 04/10/2006 | 16 | Letter dated 4/3/06 to Clerk from Darren Seawright requesting 285 forms. (ntl, ) (Entered: 04/11/2006) |
| 04/12/2006 | 17 | Letter to Darren Seawright from Clerk regarding USM 285 forms. (ntl, ) (Entered: 04/12/2006) |
| 04/13/2006 | 18 | Letter to Daniel M. Woods from Clerk regarding USM 285 forms. (ntl, ) (Entered: 04/17/2006) |
| 04/18/2006 |  | Exit service copies to USM per D.I. 14 (ntl, ) (Entered: 04/18/2006) |
| 04/28/2006 | 19 | USM 285 Returned Executed by Daniel M. Woods: State of Delaware served on 4/27/2006, answer due 5/17/2006. (cas) (Entered: 04/28/2006) |
| 05/02/2006 | 20 | Letter dated 5/2/06 to Darren Seawright from Clerk regarding USM 285 forms previously received, service copies provided to USM on 4/18/06. (rwc, ) (Entered: 05/02/2006) |
| 05/04/2006 | 21 | WAIVER OF SERVICE with 285 form returned executed For Rafeal Williams waiver sent on 4/26/2006, answer due 6/26/2006. (rwc, ) (Entered: 05/04/2006) |
| 05/17/2006 | 22 | WAIVER OF SERVICE with 285 form returned executed For Paceco waiver sent on 4/26/2006, answer due 6/26/2006. (rwc, ) (Entered: 05/17/2006) |
| 05/22/2006 | 23 | MOTION to Appoint Expert - filed by Darren Lamont Seawright, Daniel M. Woods. (rwc, ) (Entered: 05/23/2006) |

| 06/01/2006 | 24 | REQUEST for Default as to all defendants - filed by Daniel M. Woods. (rwc, ) (Entered: 06/02/2006) |
|---|---|---|
| 06/01/2006 | 25 | MOTION for Order for Issuance of Subpoena directing Plaintiffs & Defendants to Appear in District Court, Re: Facility Testing - filed by Darren Lamont Seawright, Daniel M. Woods. (rwc, ) (Entered: 06/02/2006) |

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 06/05/2006 15:39:41 | | | |
| PACER Login: | dj0024 | Client Code: | doc |
| Description: | Docket Report | Search Criteria: | 1:05-cv-00576-KAJ Start date: 1/1/1970 End date: 6/5/2006 |
| Billable Pages: | 3 | Cost: | 0.24 |