In THE United States District Court
Of THE State Of Delaware In AND
For New Castle County.

Darren Seawright,
Daniel M. Woods
Vs.
Rafael Williams,
PACECO, et. al.

05-576 (KAJ)



Motion to Reconsideration Of Default Rosanna 4
Judgement.

1) Motion For Default was dismissed by your Honor For Failure to Serve THE Attorney General.

2) Plaintiff has U.S. Marshell Form with Serves on 4-27-06 at 11:00 A.M. Signed For by Malcolm Cobin, Chief and Signed by U.S. Marshell as Served.

Continue......

3) THE A.G. was named in U.S. Marshell forms.

4) As of 6-20-06 plaintiff's have no received and answer or response to the filed, and served Complaint by any Defendants.

5) Also the missed Communications, Rulings, Concerning the State of Delaware, Marshell forms.

Plaintiff Requests this Honorable Court to Reconsider plaintiffs Motion for Default for all the Foregoing Facts and Reasons.

Respectfully,

Date: 6-20-06

Daniel M. Woods
#164728 D.C.C.
1181 Paddock Rd
Smyrna, De 19977

## Certificate of Service

I, *Daniel M. Woods*, hereby certify that I have served a true and correct cop(ies) of the attached: *Motion for Reconsideration of Facts and Reasons* upon the following parties/person (s):

TO: Dept. of Justice
Civil Division
820 N. French St
Wilm, De 19801

TO: United District Court
844 N. King St.
Lockbox 18
Wilm, De 19801

TO: _____

TO: _____

**BY PLACING SAME IN A SEALED ENVELOPE** and depositing same in the United States Mail at the Delaware Correctional Center, 1181 Paddock Road, Smyrna, DE 19977.

On this __20__ day of __June__, 2006

*Daniel M. Woods*

I/M Moses Torres-Padilla
SBI# 458860   UNIT .23
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

U.S.M.
X-RAY

$ 00.39⁰  JUN 20 2006
PITNEY BOWES
MAILED FROM ZIP CODE 19977

United States District Court
844 King Street, Lockbox 18
Wilmington, De. 19801

(C.A.N# 05-576 K.A.J.)

Legal Mail