IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| DARREN LAMONT SEAWRIGHT and DANIEL M. WOODS, | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | C.A. No. 05-576-KAJ |
| WARDEN RAFAEL WILLIAMS, MAINTENANCE SUPERVISOR PACECO, and THE STATE OF DELAWARE, | ) ) ) ) ) | |
| Defendants. | ) | |

**DEFENDANTS' ANSWER TO THE COMPLAINT**

COME NOW Defendants Warden Raphael Williams and Joseph Pacheco ("Defendants"), by and through the undersigned counsel, and hereby answer the Complaint:

1. Sentence beginning "State of Delaware:" The State of Delaware has been dismissed as a defendant in this action and therefore no response is required.

2. Sentence beginning "Stanley Taylor:" Stanley Taylor has been dismissed as a defendant in this action and therefore no response is required.

3. Sentence beginning "Rafael [sic] Williams:" Denied.

4. Sentence beginning "Maintenance Supervisor:" Denied.

**RELIEF**

1. It is specifically denied that Plaintiff is entitled to compensatory, punitive or any monetary damages.

2. It is specifically denied that Plaintiff is entitled to injunctive, declaratory or any other relief.

## AFFIRMATIVE DEFENSES

3. Plaintiff has failed to state a claim upon which relief can be granted.

4. Plaintiff has failed to exhaust his administrative remedies.

5. Defendants are immune from liability under the Eleventh Amendment.

6. Defendants are entitled to qualified immunity.

7. As to any claims under state law, Defendants are entitled to immunity under the State Tort Claims Act, 10 *Del. C.* § 4001, *et seq.*

8. As to any claims under state law, Defendants are entitled to sovereign immunity in their official capacities.

9. Defendants cannot be held liable in the absence of personal involvement for the alleged constitutional deprivations.

10. To the extent that Plaintiff seeks to hold Defendants liable based on supervisory responsibilities, the doctrine of *respondeat superior* or vicarious liability is not a basis for liability in an action under 42 *U.S.C.* § 1983.

11. Defendants, in their official capacities, are not liable for alleged violations of Plaintiff's constitutional rights as they are not "persons" within the meaning of 42 *U.S.C.* § 1983.

12. Insufficiency of service of process.

13. Insufficiency of process.

14. Lack of jurisdiction over the person and subject matter.

15. This action is barred by the applicable statute of limitations.

WHEREFORE, Defendants Warden Raphael Williams and Joseph Pacheco respectfully request that judgment be entered in their favor and against Plaintiffs as to all claims and that attorney fees be awarded to them.

          STATE OF DELAWARE
          DEPARTMENT OF JUSTICE

          /s/ Eileen Kelly
          Eileen Kelly, I.D. #2884
          Deputy Attorney General
          Carvel State Office Building
          820 North French Street, 6th Floor
          Wilmington, Delaware 19801
          (302) 577-8400
          eileen.kelly@state.de.us

Date: June 29, 2006          Attorney for Defendants

**CERTIFICATE OF SERVICE**

I hereby certify that on June 29 2006, I electronically filed *Defendants' Answer to the Complaint* with the Clerk of Court using CM/ECF. I hereby certify that on June 29, 2006, I have mailed by United States Postal Service, the document to the following non-registered parties: Darren Lamont Seawright and Daniel M. Woods.

/s/ Eileen Kelly
Deputy Attorney General
Department of Justice
820 N. French St., 6th Floor
Wilmington, DE 19801
(302) 577-8400
eileen.kelly@state.de.us