# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DARREN LAMONT SEAWRIGHT and DANIEL M. WOODS, | ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) C.A. No. 05-576-KAJ ) |
| WARDEN RAFAEL WILLIAMS, MAINTENANCE SUPERVISOR PACECO, and THE STATE OF DELAWARE, | ) ) ) ) ) |
| Defendants. | ) ) |

## DEFENDANTS' RESPONSE TO PLAINTIFFS' MOTION FOR RECONSIDERATION

COME NOW the Defendants Warden Raphael Williams and Joseph Pacheco, by and through the undersigned counsel, and respond to Plaintiffs' Motion for Reconsideration [D.I. 28] as follows:

1. The docket in this action, attached hereto as Exhibit A, reflects that Defendant State of Delaware[1] was served on April 27, 2006. [D.I. 19]. Waivers of service were returned executed as to Defendant Raphael Williams ("Williams") on May 4, 2006 and as to Defendant Joseph Pacheco ("Pacheco") on May 17, 2006. [D.I. 21, 22]. The docket further reflects that Williams' and Pacheco's responsive pleadings were due June 26, 2006.

2. The docket does not reflect service on the Attorney General. Pursuant to 10 *Del. C.* §3103(c), "[n]o service of summons upon the State . . . or upon any officer of the state government concerning any matter arising in connection with the exercise of his

---
[1] The State of Delaware has since been dismissed as a defendant. [D.I. 27].

or her official powers or duties, shall be complete until such service is made upon the person of the Attorney General or upon the person of the State Solicitor or upon the person of the Chief Deputy Attorney General."

        3.        On June 1, 2006, Plaintiffs moved for entry of default as to all Defendants. [D.I. 24]. Defendants opposed the Motion. [D.I. 26]. By Order dated June 16, 2006, this Court denied the Motion based on the circumstance that the docket did not show service on the Attorney General. [D.I. 27].

        4.        On June 21, 2006, Plaintiffs filed a Motion for Reconsideration of the Court's Order.[2] [D.I. 28]. It appears that Plaintiffs are relying on D.I. 19, attached hereto as Exhibit B, which is a U.S. Marshal 285 form. Exhibit B indicates service on "Defendant State of Delaware/Carl Danburg." The form was signed by Chief Deputy Attorney General Malcolm Cobin.

        5.        While the Chief Deputy accepted service on behalf of Defendant the State of Delaware, there has been no separate service on the Attorney General as contemplated by 10 *Del. C.* §3103(c). By this Court's Order dated March 17, 2006, Plaintiffs were directed to return to the Clerk of the Court original U.S. Marshal 285 forms for Defendants Williams, Pacheco, the State of Delaware "as well as for the Attorney General of the State of Delaware." Plaintiffs were advised that "[f]ailure to provide the 'U.S. Marshal 285' forms for the remaining defendants and the attorney general within 120 days of this order may result in the complaint being dismissed or defendants being dismissed." [D.I. 14].

---

[2] The Motion indicates service on the "Department of Justice," not on undersigned counsel. To date, undersigned counsel has not received a copy of the Motion and discovered that it had been filed only upon checking the docket for the status of service.

      6.      Plaintiffs have not served the Attorney General and are not in compliance with this Court's Order of March 17, 2006 or 10 *Del. C.* §3103(c).

      WHEREFORE, Defendants respectfully request that this Court deny Plaintiffs' Motion for reconsideration.

STATE OF DELAWARE
DEPARTMENT OF JUSTICE

/s/ Eileen Kelly
Eileen Kelly, I.D. #2884
Deputy Attorney General
Carvel State Office Building
820 North French Street, 6th Floor
Wilmington, Delaware 19801
eileen.kelly@state.de.us
(302) 577-8400

Date:  June 29, 2006      Attorney for Defendants

**CERTIFICATE OF SERVICE**

I hereby certify that on June 29, 2006, I electronically filed *Defendants' Response to Plaintiffs' Motion for Reconsideration* with the Clerk of Court using CM/ECF. I hereby certify that on June 29, 2006, I have mailed by United States Postal Service, the document to the following non-registered parties: Darren Lamont Seawright and Daniel M. Woods.

/s/ Eileen Kelly
Deputy Attorney General
Department of Justice
820 N. French St., 6th Floor
Wilmington, DE 19801
(302) 577-8400
eileen.kelly@state.de.us