## UNITED STATES DISTRICT COURT
## DISTRICT OF DELAWARE

CHAMBERS OF
KENT A. JORDAN
DISTRICT JUDGE

LOCKBOX 10
844 KING STREET
U.S. COURTHOUSE
WILMINGTON, DELAWARE 19801

July 3, 2006

Darren Lamont Seawright
SBI #400140
Howard R. Young Correctional Institution
P.O. Box 9561
Wilmington, DE  19809

Eileen Kelly, Esq.
Department of Justice
820 N. French Street - 6th Fl.
Wilmington, DE 19801

Daniel M. Woods
SBI #164728
Delaware Correctional Center
1181 Paddock Road
Smyrna, DE  19977

    Re:    Darren Lamont Seawright, et al. v. Warden Rafael Williams, et al.
             Civil Action No. 05-576-KAJ

Dear Messrs. Seawright and Woods and Counsel:

    Please confer and jointly call my secretary within ten days of the date of this letter to schedule a telephone conference to discuss dates you recommend be adopted in the Order.

Very truly yours,

Kent A. Jordan

KAJ:cas
Enclosure
cc:    Clerk of the Court