7-12-06

To: Judge Kent A. Jordan

From: Darren L. Seawright-400140; C.V.O.P., P.O. Box 5003 Smyrna, De 19977; Civil Action No. 05-576-KAJ

RE: "Response To Telephone Conference"

Dear Judge;
 I recieved the courts letter/order 7-7-06; I've been trying to call to set-up the telephone conference; I had my counselor call friday to try to set it up; she couldn't get in touch with Mrs. Eileen Kelly; Since then "Captin May" here at C.V.O.P. said there will be no more fucking Phone calls; his words not mine Judge! And I can't call/collect these phones cut off when we call certain numbers! How am I suppose to get in touch? Since filing this suit I've had nothing but trouble! My money; My max-out date has been changed three times for the worst! I'm in Living Hell!!!! Anything you could do I would appreciate.

Sincerely,
Darren Seawright
400140 - C.V.O.P

* PS I was suppose to get another phone today 7-12-06 nothing Happend!

FILED CLERK U.S. DISTRICT COURT DISTRICT OF DELAWARE 2006 JUL 14 PM 4:28 BD scanned



I/M Darren L. Seawright
SBI# 400140   UNIT P1
CENTRAL VIOLATION CENTER
P.O. BOX 5003
SMYRNA, DELAWARE 19977-5003

WILMINGTON DE 197
11 JUL 2006 PM 1 L

United States District Court
Judge Chamber K.A. Jr-X
844 King St. Lock Box SW.S.n
Wilmington, De
19801