OFFICE OF THE CLERK
## UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

Peter T. Dalleo
CLERK OF COURT

LOCKBOX 18
844 KING STREET
U.S. COURTHOUSE
WILMINGTON, DELAWARE 19801
(302) 573-6170

July 17, 2006

TO: Darren Lamont Seawright
SBI #400140
Central Violation and Probation Center
P.O. Box 5003
Smyrna, DE 19977

**RE:   Service Letter; 05-576(KAJ)**

Dear Mr. Seawright:

Papers have been received by this office for filing in the above matter which do <u>not</u> conform to: Federal Rules of Civil Procedure 5; District of Delaware Local Rules of Civil Practice and Procedure 5.2.(a) & 5.3.

The papers will be docketed but no action will be taken by the Court until the discrepancies are corrected. In order for your documents to be acceptable for filing, they **must be served by you, upon all local counsel of record**, and this must be indicated on an Affidavit or Certificate of Service, attached to the back of your request (motion or pleading).

A copy of the current local counsel attorney listing (with addresses) for this case is attached for your convenience.

Your corrected filing, (please sign your certificate of service and provide a copy with an original signature) to include the certificate of service, should be sent to this office for processing

<u>KINDLY RETURN A COPY OF THIS LETTER WITH YOUR CORRECTED DOCUMENTS.</u>

Sincerely,

/bad

PETER T. DALLEO
CLERK

cc: The Honorable Kent A. Jordan

7-12-06

(34)

To: Judge Kent A. Jordan

From: Darren L. Seawright-400140; C.V.O.P., P.O. Box 5003 Smyrna, De 19977; Civil Action No. 05-576-KAJ

RE: "Response To Telephone Conference"

Dear Judge;
    I recieved the courts letter/order 7-7-06; I've been trying to call to set-up the telephone conference; I had my counselor call friday to try to set it up; she couldn't get in touch with Mrs. Eileen Kelly; Since then "Captin May" here at C.V.O.P. said there will be no more fuching phone calls; his words not mine Judge; And I can't call collect these phones cut off when we call certain numbers; How am I suppose to get in touch? Since filing this suit I've ad is nothing but trouble! My money; My max-out date has been changed three times for the worst! I'm in Living Hell!!! Anything you could do I would appreciate.

Sincerely, Darren Seawright
400140 - C.V.O.P

*PS I was suppose to get another phone today 7-12-06 nothing Happened!

2006 JUL 14 PM 4:28  BD scanned  FILED CLERK U.S. DISTRICT COURT DISTRICT OF DELAWARE