


# STATE OF DELAWARE
### DEPARTMENT OF JUSTICE

**CARL C. DANBERG**
Attorney General

| NEW CASTLE COUNTY | KENT COUNTY | SUSSEX COUNTY |
|---|---|---|
| Carvel State Building | 102 West Water Street | 114 E. Market Street |
| 820 N. French Street | Dover, DE 19904 | Georgetown, DE 19947 |
| Wilmington, DE 19801 | Criminal Division (302) 739-4211 | (302) 856-5352 |
| Criminal Division (302) 577-8500 | Fax: (302) 739-6727 | Fax: (302) 856-5369 |
| Fax: (302) 577-2496 | Civil Division (302) 739-7641 | TTY: (302) 856-2500 |
| Civil Division (302) 577-8400 | Fax: (302) 739-7652 | |
| Fax: (302) 577-6630 | TTY: (302) 739-1545 | |
| TTY: (302) 577-5783 | | |

PLEASE REPLY TO:

July 21, 2006

[New Castle County-Civil Division]

The Honorable Kent A. Jordan
U.S. District Court
844 N. King Street
Wilmington, DE 19801

      Re:    **Seawright, et al. v. Williams, et al.**
              **C.A. No. 05-576-KAJ**

Dear Judge Jordan:

      I am writing to address the issues presented in the July 18, 2006 teleconference.

      In his July 12, 2006 letter to the Court, Plaintiff Darren Seawright stated that he was having difficulty making telephone calls from the Central Violation of Probation Center ("CVOPC"). In particular, Mr. Seawright indicated that Captain Robert May told him that "there will be no more f***ing phone calls." Mr. Seawright does not specify when this conversation took place.

      There is no record of this alleged incident. Mr. Seawright did not follow institutional procedure in that he did not write a letter of complaint or file a grievance. Captain May denies having any such conversation with Mr. Seawright and in fact stated that he does not even know Mr. Seawright and has never seen him.

      Mr. Seawright also states that his counselor, Doreen Williams, could not contact me. I spoke with Ms. Williams on July 11, 2006 at which time I advised that I would contact the Court that day to set up the scheduling teleconference. I did so and advised Ms. Williams of the date the next day, July 12. On July 13, Ms. Williams indicated that she would pass the information on to Mr. Seawright.

During the teleconference with the Court, the parties also discussed the issue of written communication between Mr. Seawright and Plaintiff Daniel Woods.

Pursuant to Department of Correction policy, inmates at different institutions may not correspond without the express permission of the Wardens of both institutions. As the United States Supreme Court has acknowledged, "[t]he prohibition on correspondence between institutions is logically connected to [ ] legitimate security concerns." *Turner v. Safley,* 482 U.S. 78, 91 (1987). Correspondence between inmates can be used to communicate escape plans and to plan criminal activity. *Id.*

To date, neither Plaintiff in this case has applied for permission to correspond with his co-Plaintiff. I have enclosed Correspondence Request Forms for CVOPC and the Delaware Correctional Center, where Mr. Woods is incarcerated. While these forms are used where family members wish to communicate, they may be used for other purposes as well. As part of the review process, prison officials consider potential security risks presented by the proposed correspondence.

I suggest that Mr. Seawright and Mr. Woods submit requests to correspond with one another concerning their ongoing litigation. Because Plaintiffs have not yet requested permission to correspond, their complaints regarding this issue are premature.

It is my understanding that Mr. Seawright will be transferred from CVOPC to one of the State's work release programs. When that transfer occurs, he will need to make his request through that institution.

To address the immediate concern of ensuring that Plaintiffs are aware of developments in the case, I will provide each Plaintiff with a copy of any document filed electronically by his co-Plaintiff.

I will be on vacation from July 24 - 28, 2006. After that time, if Your Honor requires additional information, I am available at the convenience of the Court.

                                                  Respectfully,

                                                  /s/ Eileen Kelly

                                                  Eileen Kelly
                                                  Deputy Attorney General

Enclosures

cc:    Darren Lamont Seawright
       SBI # 400140

       Daniel M. Woods
       SBI # 164728