**Central VOP Center**
P.O. Box 5003
Smyrna, DE 19977
(302) 659-6100

## CORRESPONDENCE REQUEST

*PLEASE NOTE*: BEFORE SUBMITTING THIS LETTER TO THE WARDEN, THE REQUEST MUST FIRST BE SUBMITTED TO DEPARTMENT OF CORRECTION COUNSELING STAFF.

TO:   Warden Vince Bianco

FROM: _____
(Resident's Name – Please PRINT)

I am requesting permission to correspond, in writing, with _____
(Name)

_____ , who is incarcerated at _____ .
(Relationship to You)                                (Name of Institution)

Reason for Request: _____

Was your offense committed with this person you are requesting to correspond with? (Yes)(No)

Do you have pending charges? (Yes)(No)

Proof of relationship may be requested for approval.
I understand that this request is a privilege and I am in compliance with the rules and regulations of this institution. My request is of a therapeutic nature and this correspondence will enable each of us to have a bonding and positive effect on our future with our families. The institution reserves the right to routinely check all incoming mail for contraband and to randomly check mail to assure compliance with the above stated conditions. Any violations or suspected violation of these conditions will result in immediate revocation of this privilege.

_____        _____
(Resident's Signature)                  (Date)

Probation Officer:   ____ Recommend Approval   ____ Not Recommended

COMMENTS: _____
_____   _____
                                  (Witness Signature / Date)

Warden Vince Bianco: ____ APPROVED  ____ DENIED

COMMENTS: _____
_____   _____
                                  (Deputy Warden / Date)

WARDEN OF OTHER FACILITY: ____ APPROVED  ____ DENIED

COMMENTS: _____
_____   _____
                                  (Warden / Date)

cc: Duty Office; Other Facility; File

DELAWARE CORRECTIONAL CENTER
CORRESPONDENCE REQUEST FORM

TO: Warden Thomas L. Carroll

FROM: _____
　　　　　Inmate (Please print)

I am requesting permission to correspond, in writing, with my

_____
(Name) (Relationship – Immediate family – wife, father, brother and/or son)

who is incarcerated at_____
　　　　　　　　　　　　(Name of Institution)

Reason for request:_____

Were your offenses committed with this person you are requesting to correspond with (yes) (no)? Proof of relationship may be requested for approval.

I understand that this request is a privilege and I am in compliance with the rules and regulations of this institution. My request is of a therapeutic nature and this correspondence will enable each of us to have a bonding and positive effect on our future with our families.

The institution reserves the right to routinely check all incoming mail for contraband and to randomly check mail to assure compliance with the above stated conditions. Any violations or suspected violation of these conditions will result in immediate revocation of this privilege.

_____　　　　_____
Inmate's Signature　　　　　　　　　　　　Date

_____
Counselor:　　　　( ) Recommend Approval　　　　( ) Recommend Denial

Comments:_____

_____　　　　_____
Counselor Signature　　　　　　　　　　　Date

( ) Approved  ONE LETTER PER MONTH　　( ) Disapproved

Comments:_____

_____　　　　_____
Warden, Delaware Correctional Center　　　Date

( ) Approved　　　　　　　　　　　　　　　( ) Disapproved

Comments:_____

_____　　　　_____
Warden　　　　　　　　　　　　　　　　　Date