In the United States District Court
For the District of Delaware

D. Seankight
Daniel M. Woods
vs.

Wardon Williams et. al.

C.A. N# 05-576-K.A.T.

FILED
CLERK U.S. DISTRICT COURT
DISTRICT OF DELAWARE
2006 AUG -4 PM 3:07
BD scanned

Motion For Appointment Of Counsel

Plaintiffs Daniel M Woods, pursuant to § 1915, Requests this Honorable Court to appoint Counsel to Represent him in this Case for the Following:

Date 8-1-06

Pro se Daniel M. Woods
#164728 D.C.C.
1181 Paddock Rd.
Smyrna, DE 19801

1) Plantiffs are unable to afford counsel

2) The issues Involved are complex.

3) The issues are a public safety issues that should not be left to two inexperance of prose Litagents.

4) The need for communication between Plantiffs are exstreamly Limited, even if D.O.C. approves coraspondence. The defendents will greatly prejudise the plantiff in preparing their def case. All Mail is opened, And No D.O.C. documents are allowed to be transfered between Inmates.

5) Appointment of Counsel would be best in this Case, do to Contact issues between plaintiffs. Also for protection of public Safty issues.

Cont......

6) Appointment of Counsel could also be present during any public health tests at Howard R. Young.

7) Plaintiff's case was not dismissed at initial review stage and shows plaintiff case is meritorious.

For all the foregoing reasons plaintiff request this honorable court to grant Counsel in the interest of Justice.

Respectfully,

Daniel M. Wood

8-1-04

Pro'se

CERTIFICATE OF SERVICE

I, _Daniel M. Woods_, hereby certify that I have served a true and correct cop(ies) of the attached: _Motion For Conselor appointment_ upon the following parties/person(s):

TO: _United State District_
_844 N King St. lockbox 18_
_Wilm, De_
_19801_

TO: _Attorney Generals office_
_820 N French St_
_Wilm, De_
_1980_

TO: _____

TO: _____

BY PLACING SAME IN A SEALED ENVELOPE and depositing same in the United States Mail at the Delaware Correctional Center, Smyrna, DE 19977, r

On this _1_ day of _Aug._, 200_6_.

_Daniel M Woods_

Daniel M. Woods
#169728 23-A-U7
1181 Paddock Rd
Smyrna, DE 19977

Legal Mail

OFFICE OF THE Clerk #05-576-KAJ
United States District Court
844 N. King St. Lockbox 18
Wilmington, DE. 19801-3570

Legal Mail

19801435709-55 C012