# STATE OF DELAWARE
### DEPARTMENT OF JUSTICE

**CARL C. DANBERG**
Attorney General

**NEW CASTLE COUNTY**
Carvel State Building
820 N. French Street
Wilmington, DE 19801
Criminal Division (302) 577-8500
Fax: (302) 577-2496
Civil Division (302) 577-8400
Fax: (302) 577-6630
TTY: (302) 577-5783

**KENT COUNTY**
102 West Water Street
Dover, DE 19904
Criminal Division (302) 739-4211
Fax: (302) 739-6727
Civil Division (302) 739-7641
Fax: (302) 739-7652
TTY: (302) 739-1545

**SUSSEX COUNTY**
114 E. Market Street
Georgetown, DE 19947
(302) 856-5352
Fax: (302) 856-5369
TTY: (302) 856-2500

PLEASE REPLY TO:

August 8, 2006

[New Castle County-Civil Division]

The Honorable Kent A. Jordan
U.S. District Court
844 N. King Street
Wilmington, DE 19801

    Re:    Seawright, et al. v. Williams, et al.
             <u>C.A. No. 05-576-KAJ</u>

Dear Judge Jordan:

    I am writing in reference to the scheduling teleconference in the above-referenced matter, which is to take place on August 11, 2006 at 9:30 a.m.

    By letter dated July 12, 2006, a copy of which is enclosed, I forwarded to Plaintiffs a draft Scheduling Order. I requested that Plaintiffs provide me with any changes they might have by August 8, 2006. To date, I have not heard from either Plaintiff. Therefore, I have enclosed the draft Scheduling Order with Defendants' proposed dates.

    Please note that Plaintiff Darren Seawright is no longer housed at Central Violation of Probation Center. He is currently at Plummer Community Correction Center, 38 Todds Lane, Wilmington, DE 19802.

Should Your Honor require additional information, I am available at the convenience of the Court.

Respectfully,

/s/ Eileen Kelly

Eileen Kelly
Deputy Attorney General

Enclosures

cc: Darren Seawright (w/enclosures)
SBI # 400140

Daniel Woods (w/enclosures)
SBI # 164728