

# STATE OF DELAWARE
### DEPARTMENT OF JUSTICE

**CARL C. DANBERG**
Attorney General



| NEW CASTLE COUNTY | KENT COUNTY | SUSSEX COUNTY |
|---|---|---|
| Carvel State Building | 102 West Water Street | 114 E. Market Street |
| 820 N. French Street | Dover, DE 19904 | Georgetown, DE 19947 |
| Wilmington, DE 19801 | Criminal Division (302) 739-4211 | (302) 856-5352 |
| Criminal Division (302) 577-8500 | Fax: (302) 739-6727 | Fax: (302) 856-5369 |
| Fax: (302) 577-2496 | Civil Division (302) 739-7641 | TTY: (302) 856-2500 |
| Civil Division (302) 577-8400 | Fax: (302) 739-7652 | |
| Fax: (302) 577-6630 | TTY: (302) 739-1545 | |
| TTY: (302) 577-5783 | | |

PLEASE REPLY TO:

July 12, 2006

Civil Division - New Castle County

Darren Lamont Seawright
SBI # 400140
Central Violation of Probation Center
P.O. Box 5003
Smyrna, DE 19977

Daniel M. Woods
SBI # 164728
Delaware Correctional Center
1181 Paddock Road
Smyrna, DE 19977

  Re: **Seawright, et al. v. Williams, et al.**
     <u>C.A. No. 05-576-KAJ</u>

Dear Mr. Seawright and Mr. Woods:

  I have enclosed a draft Scheduling Order in the above-referenced matter. The draft includes Defendants' additions. Please review this document and let me know if you have any changes. The Scheduling Order must be filed with the Court no later than **August 8, 2006.**

  Please note that I will initiate the conference call with the Court scheduled for August 11, 2006 at 9:30 a.m.

              Very truly yours,

              *Eileen Kelly*
              Eileen Kelly
              Deputy Attorney General

Enclosure