



# STATE OF DELAWARE
### DEPARTMENT OF JUSTICE

**CARL C. DANBERG**
Attorney General

| NEW CASTLE COUNTY | KENT COUNTY | SUSSEX COUNTY |
|---|---|---|
| Carvel State Building | 102 West Water Street | 114 E. Market Street |
| 820 N. French Street | Dover, DE 19904 | Georgetown, DE 19947 |
| Wilmington, DE 19801 | Criminal Division (302) 739-4211 | (302) 856-5352 |
| Criminal Division (302) 577-8500 | Fax: (302) 739-6727 | Fax: (302) 856-5369 |
| Fax: (302) 577-2496 | Civil Division (302) 739-7641 | TTY: (302) 856-2500 |
| Civil Division (302) 577-8400 | Fax: (302) 739-7652 | |
| Fax: (302) 577-6630 | TTY: (302) 739-1545 | |
| TTY: (302) 577-5783 | | |

PLEASE REPLY TO:

August 21, 2006

[New Castle County-Civil Division]

The Honorable Kent A. Jordan
U.S. District Court
844 N. King Street
Wilmington, DE 19801

    Re:    Seawright, et al. v. Williams, et al.
            C.A. No. 05-576-KAJ

Dear Judge Jordan:

    I have enclosed the revised Scheduling Order, which includes the dates provided by the Court during the August 11, 2006 scheduling conference. I previously forwarded this document to Plaintiffs and they have not provided any changes or comments.

    Should Your Honor require additional information, I am available at the convenience of the Court.

Respectfully,

/s/ Eileen Kelly

Eileen Kelly
Deputy Attorney General

Enclosure
cc:   Darren Seawright (w/enclosure)
       SBI # 400140
       Daniel Woods (w/enclosure)
       SBI # 164728