To: Hon. Kent A. Jorden
United States District Court
844 N. King Street lock box 18
Wilmington, Delaware 19801

Fr: Daniel M. Woods #164228
Del. Correctional Center
1181 Paddock Rd.
Smyrna Delaware 19977

RE: Civil No# 05-576-K.A.J.

Requesting an injunction or Court Order to stop the retaliation tords plaintiff.

Date 8-20-06

FILED
AUG 22 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE
BD scanned

Dear Honorable Judge,

I pray you will step into this matter because I have been retaliated against for the last fourteen months. I've tryed everything before I decided to write you and inform you of whats going on. I went through this one with Ms. Eileen Kelly, esq. a few weeks earlier and she did call down here to a counselor Todd Kramer. But he did nothing.

next

Sir, as soon as I filed this suite #05-576-K.A.J and another mandamus in the superior court of the state of Del. And a false imprisonment tort action with the state.
"All Pending"

I was transferred to D.C.C. with only a six point status, I was housed on the main compound for two days, then I was told to pack up and I was moved directly to M.H.U "Maxum building". I only had six points being housed in max. You're suposed to have atleast 16 points in a trouble case, I have neither. Anyway I've spent 14 months locked down in max for "no" reason. The counselor said he dont no why I was back here.

So finally on 6-20-06 I was approved to leave max, and moue to the compound, they've had three separate transferes out, "sets of ten atleast", some even classified after I was, and they were all back here for bad behaviours, yet they all leave. I'm here just for housing yet they leave before me.

I've been locked down in max for 14 months for no reason. Being denied work, programs, preperation for my parole hearings. Denied limited law library and time to prepair my cases do to having in max.

Sorry to trouble you sir. I've done everything I could without involving you. But it's not right what's being done to me and being locked down for no reason.

I'm sending you a few things for your review, this included paper will show I was "never" classified for M.H.U. (max) but I've been there for 14 months.

I pray for your help

Respectfully,

Daniel M. Woods
23-A-U7
D.C.C.

HOWARD R. YOUNG CORRECTIONAL INSTITUTION
CLASSIFICATION/TREATMENT UNIT

**MEMORANDUM**

TO: Inmate Dauiel Woods #164728 Housing Unit 1B

FROM: Pamela A. Minor, Treatment Administrator

DATE: Thursday, June 9, 2005

RE: Response to Correspondence

Writer is in receipt of a letter from you regarding **classification, housing and employment.** A recommendation for Minimum; Academics; New Visions was not approved by either the IBCC on 5/25/05 or the CICB on 6/1/05. The CICB approval was for Medium, DCC; Academics; Thinking for a Change. You should have received a decision form from the IBCC dated 5/25/05 and a denial form from CICB 6/1/05. In light of this information, you are not classified to participate in the programs that are here at Gander Hill, and because your name appears on our Transfer Waiting List for DCC, you are currently housed appropriately.

Cc: File

I/M Daniel M. Woods
SBI# 164728   UNIT 27-A-07
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

Legal Mail

United State District Court
844 N. King St. Lockbox 18
Wilmington, De
                  19801

Civ. No # 05-576 - K.A.J.