OFFICE OF THE CLERK
## UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

Peter T. Dalleo
CLERK OF COURT

LOCKBOX 18
844 KING STREET
U.S. COURTHOUSE
WILMINGTON, DELAWARE 19801
(302) 573-6170

August 24, 2006

TO:  Daniel M. Woods
     SBI #164728
     Delaware Correctional Center
     1181 Paddock Road
     Smyrna, DE 19977

     **RE:**  Deficiency for Lack of Service; 05-576(KAJ)

Dear Mr. Woods:

     Papers have been received by this office for filing in the above matter which do <u>not</u> conform to:  Federal Rules of Civil Procedure 5; District of Delaware Local Rules of Civil Practice and Procedure 5.2.(a) & 5.3.

     The papers will be docketed but no action will be taken by the Court until the discrepancies are corrected.  In order for your documents to be acceptable for filing, they **_must be served by you, upon all local counsel of record_**, and this must be indicated on an Affidavit or Certificate of Service, attached to the back of your request (motion or pleading).

     A copy of the current local counsel attorney listing (with addresses) for this case is attached for your convenience.

     Your corrected filing, (please sign your certificate of service and provide a copy with an original signature) to include the  certificate of service,  should be sent to this office for processing

<u>KINDLY RETURN A COPY OF THIS LETTER WITH YOUR CORRECTED DOCUMENTS.</u>

                                   Sincerely,

/bad                               PETER T. DALLEO
                                   CLERK

cc:  The Honorable Kent A. Jordan
enc: Service List