In The United States District Court
for The District Of Delaware

Darren L. Seawright #400140,
Daniel M. Woods #164728, and
William J. Webb Jr. #256056,

    Plaintiffs,

V.

Warden Rafael Williams,
Maintenance Supervisor Paul PaceCo,
Grievance Officer Sgt. Moody,
Director Jaime H. Rivera, M.D., FAAP, and
Chief City Plumbing Inspector Marvin Newton,
( Sued in Official and individual capacities),

    Defendants.

C.A.N. No.: 05-576-K_



Motion to Request a Supplemental Complaint to add Defendants and a Plaintiff to Original Complaint filed.

Comes now, the Plaintiffs in the above Caption, Moves for this Honorable Court to grant permission for Plaintiffs to file this first request for a Supplemental Complaint that deals with all of the issues before this Court on Plaintiff's original Complaint.

1. Adding supplemental Plaintiff, William J. Webb Jr. to original Complaint will not prejudice the Defendants, it also will not interfere with prior filings. William J. Webb Jr. was an inmate housed in Dorm 1 where lead solder 50/50 was used in original Complaint.

2. Grievance Officer Sgt. Moody handled all grievances to the above Captioned issues and failed Her obligation as a public employee and citizen to report a serious health hazard to the proper authorities, instead she simply dismissed the grievance.

3. Director Jaime H. Rivera, MD, FAAP, of Del. Health and Social Servs, Div. of Public Health failed to perform Her official

— 2 —

duty to investigate, failed to follow up, and failed to protect the health and safety issues of inmates housed under unsafe conditions, along with failing to report any test results.

4. Chief City Plumbing Inspector Marvin Newton, failed to inspect new construction at Howard R. Young Correctional Institution, failed to investigate after notification of a violation of contaminated water lines, failed to protect the health and safety issues of inmates housed under unsafe conditions that are still occurring, failed to report test results to Plaintiffs that were to be done, failed to file any reports with regards to any tests to Health Dept. or Court.

5. All added Defendants have acted in fault of the described actions after filing of original complaint.

Relief Requested as originally requested with the addition of declatory damages; and injunction order to have Plaintiffs transferred to a hospital for full physicals and blood tests and any treatments prescribed by the Physician(s) immediately.
— 3 —

Wherefore, Plaintiffs respectfully ask this Honorable Court to grant this Supplemental Complaint for all stated reasons and exhibits attached.

Respectfully Submitted,

_____

Daniel M. Woods

#164728 / 23 AUT

1181 Paddock Road

Smyrna, DE 19977

— 4 —



**DELAWARE HEALTH AND SOCIAL SERVICES**
DIVISION OF PUBLIC HEALTH

OFFICE OF THE DIRECTOR

August 25, 2005

Mr. Daniel M. Wood
#164728
Howard R. Young Correctional Institution
1301 East 12th Street
Wilmington, DE 19809

Dear Mr. Wood:

Thank you for taking the time to write the Delaware Department of Health and Social Services on August 2, 2005. Your letter has been forwarded to the Division of Public Health for a response. You indicate within your letter that during the construction of dormitory 1, you were ordered to use 50-50 solder on the main water lines for sinks, showers, and toilets and that you believe that it is a clear violation of the Delaware Building Code because of lead content.

I asked our Health Systems Protection Section to review your concern since they are responsible for the administration of the State Plumbing Code. They report that Section 605.15.4 of that code requires the use of lead free (less than .2%) solder on water lines.

Because the Howard R. Young Correctional Institution is located in the City of Wilmington, I have taken the liberty of forwarding your letter to Mr. Marvin Newton, Chief Plumbing Inspector, of the City of Wilmington as they would be the correct agency to respond to your inquiry.

Once again, thank you for contacting the Division of Public Health.

Sincerely,

Jaime H. Rivera, MD, FAAP
Director

JHR: tgm

Pc:  Thom May
     Joe Dudlek
     Marvin Newton

Ex. A

JESSE S. COOPER BUILDING • FEDERAL STREET • DOVER • DELAWARE



**DELAWARE HEALTH
AND SOCIAL SERVICES**

DIVISION OF PUBLIC HEALTH

OFFICE OF THE DIRECTOR

May 16, 2006

Mr. Daniel M. Wood
#164728
Delaware Correctional Center
1181 Paddock Road
Smyrna, DE 19977

Dear Mr. Wood:

I appreciate your letter dated April 26, 2006, related to the Department of Corrections (DOC) construction and alleged use of 50/50 solder in the constructions of dormitory 1 at the Howard R. Young Correctional Institution. I was surprised to hear that you had not been contacted by the City of Wilmington as I had hoped when I responded to you back in August 2005.

Be advised that our Office of Drinking Water (ODW) has been in contact with the DOC and the City of Wilmington concerning your letter. The ODW has confirmed that the DOC and City have agreed to collect a lead sample from the Howard R. Young Correctional Institution. By copy of this letter, I am requesting that the DOC provide you the results of the tests once completed.

The Division of Public Health will continue to work to protect the health and well-being of all Delawareans including those housed within a facility operated by the DOC. If there is a need for DPH to collaborate or provide guidance with DOC related to this we are available. Once again, thank you for contacting the Division of Public Health.

Sincerely,

Jaime H. Rivera, MD, FAAP
Director

JHR: tgm

Pc:   Thom May
      Ed Hallock
      Joe Dudlek
      Marvin Newton

Ex. B

<u>Woods vs. Williams #05-576 (K.A.J)</u>

Daniel M. Woods
S.B.I # 164728-A-21
1181 Paddock Rd.
Smyrna, De. 19977

c/o Jaime H. Rivera
Del. Health and
Social Services
Dover, De. 19903

5-28-06

Dear Ms. Rivera,

    I Truly Appreciate your letter dated May 16, 2006 related to The 50/50 Solder That was used on Construction at H.R.Y.C.I. And all Investigation by your department. Please be advised of The Correct dormitory For Testing In Taking The Lead Sample It's The dormitory on the Newside of the building, directlly "under V-Pod," It's also across From the Kitchen down Stairs.

    Please also be Advised That I've Filed with The District Court of Delaware For <u>expert</u> testing to be Conducted by Federal inspectors as well. Would your Company Also Forward all tests and results to the District Court of Delaware, Case No# 05-576-(K.A.J) And to Mr. Woods. I believe it would be greatly Prejudice To Leave <u>notifications</u> to be done by the Same party, thats Created the environmental Hazards.

Ex. C

Respectfully,
Daniel M. Woods

C.C. District Court #05-576 (K.A.J)

# Certificate of Service

I, __Daniel M. Woods__, hereby certify that I have served a true and correct cop(ies) of the attached: __Motion to Request Supplemental Complaint to add Defendants and a Plaintiff to Orig. Complaint Filed__ upon the following parties/person (s):

TO: __Eileen Kelly Dep. Att. Gen,__
__Dept. of Justice__
__820 N. French Street__
__Wilmington DE 19801__

TO: _____

TO: _____

TO: _____

BY PLACING SAME IN A SEALED ENVELOPE and depositing same in the United States Mail at the Delaware Correctional Center, 1181 Paddock Road, Smyrna, DE 19977.

On this __22__ day of __August__, 2006

_/s/ Daniel Woods_

I/M Moses Torres-Padilla
SBI# 415860   UNIT 23
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

US POSTAGE $01.59 AUG 23 2006 MAILED FROM ZIP CODE 19977

05-576-K.A.J.

U.S.M.S. X-RAY

United States District Court
844 N. King St. Lockbox 18
Wilmington, De 19801