## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| DARREN LAMONT SEAWRIGHT and DANIEL M. WOODS, | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | C.A. No. 05-576-KAJ |
| WARDEN RAFAEL WILLIAMS, MAINTENANCE SUPERVISOR PACECO, and THE STATE OF DELAWARE, | ) ) ) ) ) | |
| Defendants. | ) ) | |

### DEFENDANTS' RESPONSE TO PLAINTIFFS' MOTION TO AMEND

COME NOW the Defendants Warden Raphael Williams, Joseph Pacheco and the State of Delaware ("Defendants"), by and through the undersigned counsel, and respond to Plaintiffs' Motion to Amend [D.I. 47] as follows:

1.      Plaintiffs have moved to amend the Complaint to add William J. Webb, Jr. ("Webb") as a plaintiff and Grievance Officer Sgt. Moody, Director Jaime H. Rivera and Chief City Plumbing Inspector Marvin Newton as defendants.  Defendants oppose the addition of Webb as a plaintiff.

2.      In this action, Plaintiffs claim that, while they were incarcerated at Howard R. Young Correctional Institution ("HRYCI"), they were exposed to unsafe levels of lead.  They allege that the lead contamination was caused by the use of improper solder during the construction of a dormitory at HRYCI.  In the Motion to Amend, Plaintiffs assert that Webb was also housed in the dormitory in question.

3.      The Motion to Amend is signed by Plaintiff Daniel Woods only.  The

Motion is not signed by Webb.  Further, Webb has filed no pleading on his own

requesting to be added as a plaintiff in this case.

4.      Pursuant to Rule 11 of the Federal Rules of Civil Procedure, "Every

pleading, written motion, and other paper shall be signed by at least one attorney of

record in the attorney's individual name, or, if the party is not represented by an attorney,

shall be signed by the party."  In the absence of any pleading signed by Webb, the

Motion to Amend must be denied.

5.      Further, Woods, who is not an attorney, cannot represent Webb's interests.

A prisoner acting *pro se* is prohibited from representing the interests of his fellow

inmates.  *See Jordan v. Delaware,* 433 F. Supp. 2d 433, 439 (D. Del. 2006).

WHEREFORE, Defendants respectfully request that this Court deny Plaintiffs'

Motion to Amend to add William J. Webb, Jr. as a plaintiff in this action.

STATE OF DELAWARE
DEPARTMENT OF JUSTICE

/s/ Eileen Kelly
Eileen Kelly, I.D. #2884
Deputy Attorney General
Carvel State Office Building
820 North French Street, 6th Floor
Wilmington, Delaware 19801
eileen.kelly@state.de.us
(302) 577-8400

Date:  August 30, 2006                    Attorney for Defendants

**CERTIFICATE OF SERVICE**

I hereby certify that on August 30, 2006, I electronically filed *Defendants'*

*Response to Plaintiffs' Motion to Amend* with the Clerk of Court using CM/ECF.  I

hereby certify that on August 30, 2006, I have mailed by United States Postal Service, the

document to the following non-registered parties:  Darren Lamont Seawright and Daniel

M. Woods.

/s/ Eileen Kelly
Deputy Attorney General
Department of Justice
820 N. French St., 6th Floor
Wilmington, DE 19801
(302) 577-8400
eileen.kelly@state.de.us