In The United States District Court
For The District of Delaware

Daniel M. Woods
Darren L. Seawright
   Plaintiffs

C.A. No. 05-576 KAJ

v.

State of Delaware,
Rafeal Williams,
Maintenance Supervisor Paceco
   Defendants



FILED
AUG 30 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

BD scanned

Request For Modification of Scheduling Order

To: Clerk of The Court

Plaintiff Daniel M. Woods requests modification to entry number 13 of scheduling order dated 8-22-06. Attached affidavit citing necessity and reasons for said request.

Date: 8-28-06

/s/ Daniel M. Woods

Daniel M. Woods
#164728
D.C.C.
1181 Paddock Rd
Smyrna, DE 19977

In The United States District Court
For The District of Delaware

DANIEL M. WOODS
DARREN L. SEAWRIGHT
    PLAINTIFFS

V.

C.A. NO. 05-576 K.A.J.

STATE of DELAWARE
RAFEAL WILLIAMS
MAINTENANCE SUPERVISOR
PACECO
    DEFENDANTS

AFFADAVIT IN SUPPORT OF: REQUEST FOR MODIFICATION of SCHEDULING ORDER.

STATE of DELAWARE
COUNTY of NEW CASTLE

PLAINTIFF DANIEL M. WOODS, BEING duly SWORN, deposes and AVERS:

1. I AM THE Pro-Sé PLAINTIFF IN THE ABOVE CAPTIONED MATTER.

2. PLAINTIFF(S) RECEIVED SAID SCHEDULING ORDER dated

AUGUST 22, 2006.

3. Included in scheduling order was entry number 13 which gives specific directions regarding jury instructions, voir dire, and special verdict forms.

4. Directions state that "Pursuant to Local Rules 47 and 51 parties should file proposed voir dire, instructions to the jury, and special verdict forms and jury interrogatories three full business days before the final pretrial conference." This submission shall be accompanied by a computer diskette (in Word Perfect Format) which shall contain instructions, voir dire et. al.

5. Plaintiff avers that since plaintiffs are incarcerated, they cannot comply with the requirement of a diskette in Word Perfect Format. This is due to security measures within the institution.

6. Plaintiff therefore requests this Court's permission to present desired information on hard copy. All other

Scheduling entries shall be complied with as stated in this order.

*[signature: Daniel M. Woods]*

Daniel M. Woods
# 164728
D.C.C.
1181 Paddock Rd.
Smyrna, DE 19977


Sworn to before me this _____ day of _____, 2006

_____
Notary Public
(not required)

## Certificate of Service

I, Daniel M. Woods, hereby certify that I have served a true and correct cop(ies) of the attached: Request For Modification of Scheduling Order  upon the following parties/person (s):

TO: U.S. District Court
Clerk of Court
844. N. King St
Civil Division
Wilm., DE 19801

TO: _____
_____
_____
_____
_____

TO: Dept. of Justice
c/o Eileen Kelly
820 N. French St
Civil Division
Wilm., DE 19801

TO: _____
_____
_____
_____
_____

**BY PLACING SAME IN A SEALED ENVELOPE** and depositing same in the United States Mail at the Delaware Correctional Center, 1181 Paddock Road, Smyrna, DE 19977.

On this 28th day of August, 2006

Daniel M. Woods



WILMINGTON DE 197
29 AUG 2006 PM 3 L

I/M D. Woods
SBI# 164728 UNIT D-E
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

U.S.M.S.
X-RAY

U.S. District Court
Clerk of Court - Civil Division
844 N. King St.
Wilm., DE 19801

Legal Mail