To: Mr Peter T Dalleo (Clerk)
United States District Court
844 N. King St. Lockbox 18
Wilm, De 19801

Re: Daniel M. Woods #164728 / D-EAST
D.C.C. 1181 Paddock Rd.
Smyrna, De 19977

Date: 8-28-06

Re: 05-576 K.A.J.

FILED
AUG 30 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

PD scanned

Dear Mr. Delleo,

    Thank you for your letter informing me of my misteak and inclosed I am sending a signed copy (org.) of my re mailing to correct the fault.
    The Dockuments were to "inform" the Judge of a test to be conducted, without the Court Knowledge of such proceedings. They also Filed to Forward the court or myself with any results of this test.
    The dockuments were to show the Judge the prejudice acts taking place, when I informed the Dept. of Health of the issue but they are having the same defendant I am sueing to forward the plaintiff of any results.
                      Thank you
                            Daniel M. Woods

IM David M. Wade
SBI# 164728   UNIT D-East
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

WILMINGTON DE 197 [postmark]
28 AUG 2006 PM 3 T

United States District Court (05-576 K.A.T)
C/O Mr. Peter T. Dalleo "Clerk"
844 N. King St. Lock box 18
Wilm, De       19801

U.S.M.S
X-RAY

Legal Mail