# Certificate of Service

I, _Daniel M. Woods_, hereby certify that I have served a true and correct cop(ies) of the attached: _Letters/Document Regarding Dept. of Health & Soc. Serv._ upon the following parties/person (s):

TO: _Civil Dept_
_c/o Eileen Kelly_
_820 N. French St_
_Wilm, DE_
_19801_

TO: _____

TO: _____

TO: _____

**BY PLACING SAME IN A SEALED ENVELOPE** and depositing same in the United States Mail at the Delaware Correctional Center, 1181 Paddock Road, Smyrna, DE 19977.

On this _28_ day of _Aug_, 2006

_Daniel M. Woods_