AO 240 (Rev. 10/03)
DELAWARE (Rev. 4/05)

## UNITED STATES DISTRICT COURT
### DISTRICT OF DELAWARE

Darren L. Seawright,
Daniel M. Woods and
William J. Webb Jr.,
_____
Plaintiffs

Warden Rafael Williams
Main. Super. Paul Pace Co.,
Griev. Off. Sgt. Moody
_____
Defendant(s)
Dr. Jaime H. Rivera, MD, FAAP
Chief City Plumbing Inspector Marvin Newton

**APPLICATION TO PROCEED
WITHOUT PREPAYMENT OF
FEES AND AFFIDAVIT**

CASE NUMBER: 05-576-KAJ

I, William J. Webb Jr. # 00256056 declare that I am the (check appropriate box)

• • Petitioner/**Plaintiff**/Movant    • • Other

in the above-entitled proceeding; that in support of my request to proceed without prepayment of fees or costs under 28 USC §1915, I declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief sought in the **complaint**/petition/motion.

In support of this application, I answer the following questions under penalty of perjury:

1. Are you currently incarcerated?   ✓ Yes   • • No   (If "No" go to Question 2)

   If "YES" state the place of your incarceration **Delaware Correctional Center**

   Inmate Identification Number (Required): **00256056**

   Are you employed at the institution? **No**   Do you receive any payment from the institution? **No**

   _Attach a ledger sheet from the institution of your incarceration showing at least the past **six months'** transactions_

2. Are you currently employed?   • • Yes   ✓ No

   a. If the answer is "YES" state the amount of your take-home salary or wages and pay period a and give the name and address of your employer.

   b. If the answer is "NO" state the date of your last employment, the amount of your take-home salary or wages and pay period and the name and address of your last employer.
   February 20, 2003, Kitchen at Prison, @ 40.00 @ Month — Food Service D. 1181 Paddock R. Smyrna, DE 1997

3. In the past 12 twelve months have you received any money from any of the following sources?

   | | | Yes | No |
   |---|---|---|---|
   | a. | Business, profession or other self-employment | • • Yes | ✓ No |
   | b. | Rent payments, interest or dividends | • • Yes | ✓ No |
   | c. | Pensions, annuities or life insurance payments | • • Yes | ✓ No |
   | d. | Disability or workers compensation payments | • • Yes | ✓ No |
   | e. | Gifts or inheritances | ✓ Yes | • • No |
   | f. | Any other sources | • • Yes | ✓ No |

   If the answer to any of the above is "YES" describe each source of money and state the amount received AND what you expect you will continue to receive.

Money for Commissary from Sister and Aunt approximately $20.00 every once in awhile, expect None,

AO 240 Reverse (Rev. 10/03)
DELAWARE (Rev. 4/05)

4. Do you have any cash or checking or savings accounts?           ·· Yes   ✓ No

   If "Yes" state the total amount $_____

5. Do you own any real estate, stocks, bonds, securities, other financial instruments, automobiles or other valuable property?
                                                                    ·· Yes   ✓ No

   If "Yes" describe the property and state its value.

6. List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute to their support, OR state NONE if applicable.

   G   L   W   — None  ⎤
                       ⎬ Owe about $40,000.00
   W   J   W   — None  ⎦  in Child Support
                          for both Children.

I declare under penalty of perjury that the above information is true and correct.

August 23, 2006                    Will Joseph Webb Jr.
_____                      _____
   DATE                             SIGNATURE OF APPLICANT

**NOTE TO PRISONER:** A Prisoner seeking to proceed without prepayment of fees shall submit an affidavit stating all assets. In addition, a prisoner must attach a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months in your institutional accounts. If you have multiple accounts, perhaps because you have been in multiple institutions, attach one certified statement of each account.

## CERTIFICATE
(Incarcerated applicants only)
*(To be completed by the institution of incarceration)*

I certify that the applicant named herein has the sum of $ __0__ on account his/her credit at (name of institution) __Delaware Correctional Center__.

I further certify that the applicant has the following securities to his/her credit:
__N/A__.

I further certify that during the past six months the applicant's average monthly balance was $ __14.44__

and the average monthly deposits were $ __27.67__

__8/28/06__
Date

__Mercedes Valli__
Signature of Authorized Officer

*(NOTE THE REQUIREMENT IN ITEM 1 FOR THE INMATE TO OBTAIN AND ATTACH LEDGER SHEETS OF ACCOUNT TRANSACTIONS OVER THE PAST SIX MONTH PERIOD. LEDGER SHEETS ARE NOT REQUIRED FOR CASES FILED PURSUANT TO 28:USC §2254)*

*[signature]* 8/28/06