# DELAWARE CORRECTIONAL CENTER
# SUPPORT SERVICES OFFICE
# MEMORANDUM

05-576 (KAJ)

TO: William Webb Jr.   SBI#: 256-056

FROM: Stacy Shane, Support Services Secretary

RE: **6 Months Account Statement**

DATE: 8/28/06

FILED 2006 SEP -1 PM 3:02 CLERK U.S. DISTRICT COURT DISTRICT OF DELAWARE

Attached are copies of your inmate account statement for the months of Feb 2006 to July 2006.

The following indicates the average daily balances.

| MONTH | AVERAGE DAILY BALANCE |
|---|---|
| Feb | $46.29 |
| Mar. | $28.68 |
| Apr | $4.02 |
| May | .00 |
| June | $8.53 |
| July | $1.65 |

Average daily balances/6 months: $14.44

Attachments
CC: File

Melissa McNatt
8/28/06

[signature] 8/28/06

# Individual Statement

Date Printed: 8/28/2006

Page 1 of 1

## For Month of February 2006

| SBI | Last Name | First Name | MI | Suffix | Beg Mth Balance: | $21.59 |
|---|---|---|---|---|---|---|
| 00256056 | Webb | William | | | | |

Current Location: 23    Comments: QOL4

| Trans Type | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Balance | Trans # | MO # or Ck # | PayTo | SourceName |
|---|---|---|---|---|---|---|---|---|---|
| Canteen | 2/1/2006 | ($15.00) | $0.00 | $0.00 | $6.59 | 215754 | | | |
| Supplies-MailP | 2/2/2006 | ($1.11) | $0.00 | $0.00 | $5.48 | 217596 | | | |
| Mail | 2/7/2006 | $20.00 | $0.00 | $0.00 | $25.48 | 219687 | 47642689787 | 1/17/06 | E. WEBB |
| Mail | 2/10/2006 | $50.00 | $0.00 | $0.00 | $75.48 | 221825 | 08443276238 | | F.B. |
| Canteen | 2/14/2006 | ($15.60) | $0.00 | $0.00 | $59.88 | 222380 | | | |
| Supplies-MailP | 2/16/2006 | $0.00 | $0.00 | ($4.20) | $59.88 | 224645 | | 2/10/06 | |
| Canteen | 2/28/2006 | ($14.53) | $0.00 | $0.00 | $45.35 | 228136 | | | |

Ending Mth Balance: $45.35

Total Amount Currently on Medical Hold: $0.00
Total Amount Currently on Non-Medical Hold: ($12.58)

# Individual Statement

Date Printed: 8/28/2006

Page 1 of 1

## For Month of March 2006

| SBI | Last Name | First Name | MI | Suffix | Beg Mth Balance: | $45.35 |
|---|---|---|---|---|---|---|
| 00256056 | Webb | William | | | | |
| Current Location: | 23 | | | Comments: QOL4 | | |

| Trans Type | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Balance | Trans # | MO # or Ck # | PayTo | SourceName |
|---|---|---|---|---|---|---|---|---|---|
| Pay-To | 3/2/2006 | ($12.00) | $0.00 | $0.00 | $33.35 | 230510 | | | |
| Mail | 3/8/2006 | $20.00 | $0.00 | $0.00 | $53.35 | 232660 | 47641271788 | HOT ROD BIKES | E WEBB |
| Supplies-MailP | 3/10/2006 | ($4.20) | $0.00 | $0.00 | $49.15 | 235015 | | 2/10/06 | |
| Canteen | 3/15/2006 | ($29.91) | $0.00 | $0.00 | $19.24 | 237075 | | | |
| Canteen | 3/30/2006 | ($17.93) | $0.00 | $0.00 | $1.31 | 242989 | | | |

Ending Mth Balance: $1.31

Total Amount Currently on Medical Hold: $0.00

Total Amount Currently on Non-Medical Hold: ($12.58)

# Individual Statement

Date Printed: 8/28/2006

## For Month of April 2006

Page 1 of 1

| SBI | Last Name | First Name | MI | Suffix | Beg Mth Balance: | $1.31 |
|---|---|---|---|---|---|---|
| 00256056 | Webb | William | | | | |

Current Location: 23    Comments: QOL4

| Trans Type | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Balance | Trans # | MO # or Ck # | PayTo | SourceName |
|---|---|---|---|---|---|---|---|---|---|
| Visit | 4/4/2006 | $20.00 | $0.00 | $0.00 | $21.31 | 245069 | 4806038518606948 | | E. WEBB |
| Canteen | 4/6/2006 | ($20.00) | $0.00 | $0.00 | $1.31 | 246325 | | | |
| Mail | 4/11/2006 | $20.00 | $0.00 | $0.00 | $21.31 | 247981 | 9616589111 | | C. WEBB |
| Canteen | 4/13/2006 | ($17.75) | $0.00 | $0.00 | $3.56 | 249219 | | | |
| Canteen | 4/20/2006 | ($3.56) | $0.00 | $0.00 | $0.00 | 251859 | | | |

Ending Mth Balance: $0.00

Total Amount Currently on Medical Hold: $0.00
Total Amount Currently on Non-Medical Hold: ($12.58)

## Individual Statement - No Transactions This Month

Date Printed: 8/28/2006                                                                                           Page 1 of 1

### For Month of May 2006

| SBI | Last Name | First Name | MI | Suffix | Beg Mth Balance: |
|---|---|---|---|---|---|
| 00256056 | Webb | William | | | |
| Current Location: | 23 | | | | |

| Source | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Deposit Hold | Balance |
|---|---|---|---|---|---|---|

Total Amount Currently on Medical Hold: $0.00

Total Amount Currently on Non-Medical Hold: ($12.58)

# Individual Statement

## For Month of June 2006

Date Printed: 8/28/2006  
Page 1 of 1

| SBI | Last Name | First Name | MI | Suffix | Beg Mth Balance: | $0.00 |
|---|---|---|---|---|---|---|
| 00256056 | Webb | William | | | | |
| Current Location: | 23 | | Comments: QOL4 | | | |

| Trans Type | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Balance | Trans # | MO # or Ck # | PayTo | SourceName |
|---|---|---|---|---|---|---|---|---|---|
| Supplies-MailP | 6/1/2006 | $0.00 | $0.00 | ($2.31) | $0.00 | 272720 | | 5/22/06 | |
| Supplies-MailP | 6/1/2006 | $0.00 | $0.00 | ($2.31) | $0.00 | 272726 | | 5/22/06 | |
| Visit | 6/7/2006 | $30.00 | $0.00 | $0.00 | $30.00 | 276397 | 47871792639-02828 | | E. WEBB |
| Supplies-MailP | 6/9/2006 | ($2.31) | $0.00 | $0.00 | $27.69 | 277701 | | 5/22/06 | |
| Supplies-MailP | 6/9/2006 | ($2.31) | $0.00 | $0.00 | $25.38 | 277699 | | 5/22/06 | |
| Canteen | 6/15/2006 | ($19.81) | $0.00 | $0.00 | $5.57 | 279808 | | | |
| Supplies-MailP | 6/19/2006 | $0.00 | $0.00 | ($0.39) | $5.57 | 281041 | | 6/13/06 | |
| Canteen | 6/22/2006 | ($5.06) | $0.00 | $0.00 | $0.51 | 282527 | | | |
| Supplies-MailP | 6/29/2006 | $0.00 | $0.00 | ($8.85) | $0.51 | 285688 | | 6/22/06 | |

Ending Mth Balance: **$0.51**

Total Amount Currently on Medical Hold: $0.00  
Total Amount Currently on Non-Medical Hold: ($12.58)

# Individual Statement

Date Printed: 8/28/2006

Page 1 of 1

## For Month of July 2006

| SBI | Last Name | First Name | MI | Suffix | Beg Mth Balance: | $0.51 | |
|---|---|---|---|---|---|---|---|
| 00256056 | Webb | William | | | | | |

Current Location: 23  Comments: QOL4

| Trans Type | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Balance | Trans # | MO # or Ck # | PayTo | SourceName |
|---|---|---|---|---|---|---|---|---|---|
| Supplies-MailP | 7/7/2006 | $0.00 | $0.00 | ($0.65) | $0.51 | 288890 | | 10/16/2005 | |
| Supplies-MailP | 7/7/2006 | $0.00 | $0.00 | ($2.79) | $0.51 | 288972 | | 7/1/06 | |
| Visit | 7/12/2006 | $6.00 | $0.00 | $0.00 | $6.51 | 290570 | 08481448451-03529 | | E. WEBB |
| Supplies-MailP | 7/19/2006 | ($0.39) | $0.00 | $0.00 | $6.12 | 294030 | | 6/13/06 | |
| Supplies-MailP | 7/19/2006 | ($6.12) | $0.00 | ($2.73) | $0.00 | 294297 | | 6/22/06 | |

Ending Mth Balance: $0.00

Total Amount Currently on Medical Hold: $0.00

Total Amount Currently on Non-Medical Hold: ($12.58)