To: United States District Court
844 N. King St. Lockbox 18
Wilm, De 19801

Fr: Daniel M. Woods #164728
D.C.C. 1181 Paddock Rd.
Smyrna, De 19977

Date: 8-31-06

Seawright v. Williams et.al.
C.A. No. 05-576-K.A.J.

Dear Court Clerk,

Would you please withdraw my Motion for Preliminary Injuction as of the above date.
The Motion was filed on Aug 17, 2006.

Respectfully,

Daniel M. Woods

## Certificate of Service

I, _Daniel M. Woods_, hereby certify that I have served a true
And correct cop(ies) of the attached: _Withdraw of Intruction Motion_ upon the following
parties/person (s):

TO: _Civil Division_
_Eileen Kelly esq_
_820 N. French St_
_Wilm, DE_
_19801_

TO: ___

TO: ___

TO: ___

BY PLACING SAME IN A SEALED ENVELOPE, and depositing same in the United States Mail at the Delaware Correctional Center, Smyrna, DE 19977.

On this _31_ day of _Aug._, 200_6_

_Daniel M. Woods_

IM Daniel M. Woods
SBI# 164218   UNIT D/east
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

U.S.M.S X-RAY

Legal Mail

United State District Court (05-576-K.A.T.)
844 N. King St. Lockbox 18
Wilmington, DE 19801

Legal Mail