In the United States District Court
For the District of Delaware

Darren L. Seawright
Daniel M. Woods

v.

Rafael Williams et. al.

C.A.N.# 05-576 KAJ

<u>Plaintiffs Initial Disclosures
Pursuant To Fed. R. Civ. P. 26(a)</u>

Pursuant to Fed. R. Civ. P. 26(a) Plaintiff Darren L. Seawright, Daniel M. Woods (Plaintiffs) hereby provide Defendants with the following

A) Individuals likely to have knowledge of discoverable information that may be used to support Plaintiffs claims.

(1). Darren L. Seawright, Plummer Center, 58 Todds Lane Wilm., DE. 19802

2) Daniel M. Woods, Del. Corr. Center, 1181 Paddock Rd. Smyrna, DE. 19977



FILED
SEP -6 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

RP scanned

3) Jamie H. Rivera, Health and Social Services

4) Marvin Newton, Cheif City plumbing inspector, City of Wilmington, DE. 19801

B) Documents that may be used to support Plaintiffs claims. All Dept. of Correction and institutional files, documents and correspondence relating to the incident which from the basis of the complaint.

C) Experts and their opinions: Plaintiffs have not yet retained any experts, but reserve the right to do so, and will supplement this response as required by Rule 26(a)

D) Defendants have also failed to provide Plaintiffs through their disclosure with test results conducted what/where and by whom. As was stated to be conducted by Dept. of Health and Social Services.

Plaintiffs reserve the right to supplement these disclosurers.

Respectfully
Daniel W. Woods
Dec 1181 Paddock Rd,
Smyrna, DE. 19977

Dated 9-4-06

(2)

Certificate of Service

I Daniel M. Woods Swears he placed into the mail at Delaware Correctional Center, Smyrna, De 19977 True copys of Plaintiffs Initial Disclosures Fed R. Civ. P. Rule 26a apone the following:

Dept. OF Justice
c/o Eileen Kelly Esq.
820 N. French St.
Wilmington, De
19801

On this 4th day Sept. 2006

Daniel M. Woods

I/M Daniel M Roberts
SBI# 164728  UNIT D-East
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

Legal mail

U.S. POSTAGE $00.390
SEP 05 2006
MAILED FROM ZIP CODE 19977

U.S.M.S.
X-RAY

United States District Court
844 N. King St. Lockbox 18
Wilm, DE 19801