IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DARREN LAMONT SEAWRIGHT and DANIEL M. WOODS,<br><br>    Plaintiffs,<br><br>    v.<br><br>WARDEN RAFAEL WILLIAMS and MAINTENANCE SUPERVISOR PACECO,<br><br>    Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>) Civ. No. 05-576-KAJ<br>)<br>)<br>)<br>)<br>)<br>) |

**ORDER**

Now before me is a "motion to request a supplemental complaint to add defendants and a plaintiff to original complaint filed" and a motion for leave to proceed *in forma pauperis* filed by movant William J. Webb, Jr. (D.I. 47, 51.) This case was filed by plaintiffs, Darren L. Seawright ("Seawright") and Daniel M. Woods ("Woods"), who proceed *pro se,* and are inmates housed in Delaware Department of Correction institutions. Woods requests that the complaint be amended to add fellow inmate, William J. Webb ("Webb") as a plaintiff. Only Woods signed the pending motion.

As a non-attorney, Woods may not act as an attorney for other individuals. See *In the Matter of Chojecki*, Nos. 99-4850, 99-18145, 2000 WL 6790000, at * (E. D. Pa. May 22, 2000) (citing *United States v. Stepard*, 876 F. Supp. 214, 215 (D. Ariz. 1994) ("Although a non-attorney may appear in *propria persona* on his own behalf, that privilege is personal to him and he has no authority to appear as the attorney for anyone other than himself."). See also *Jordan v. Delaware*, 433 F. Supp. 2d 433, 439 (D. Del. 2006).

Plaintiffs are admonished that filings relative to the rights of all plaintiffs are to be signed by all plaintiffs. If they are not, the filings will be stricken.

THEREFORE, I am denying the motion to amend the complaint (D.I. 47). I am also denying without prejudice, as moot, movant William J. Webb. Jr.'s application to proceed *in forma pauperis*. (D.I. 51.)

_____
UNITED STATES DISTRICT JUDGE

DATED: 10/10/06