Dear Ms. Kelly,                                   October 9, 2006

RE: WOODS v. WILLIAMS ET. AL.<br/>
CA. No. 05-576-KAJ

In compliance with the recieved scheduling order dated August 11, 2006. The plaintiff having already addressed scheduling order issue #1; now fulfills his obligations regarding issue #2.

Plaintiff states for the record that there will be no motions to join any other parties. Furthermore, there will be no additional amendments or supplements concerning this pleading, unless so ordered by this Honerable Court.

The plaintiff also wishes to go on record that his response to issue #1 concerning E-filings has not been addressed by this court.

Lastly, plaintiff will be sending his answers to the November 11, 2006 teleconference, as well as the settlement status. Plaintiff avers that the court issued November 1, 2006 deadline for a response to issue #2: Joinder of other parties and Amendments of Pleadings has now been met.



Respectfully,
Daniel M. Woods
Daniel M. Woods
Plaintiff

FILED
OCT 11 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

TELECONFERENCE: November 1, 2006

1. Yes, I am in agreement with any alternatives in this case such as mediation.

2. Yes, I am in agreement with any scheduling that would please the court.

3. I am available at any time.

4. Two days.

5. No non-parties are involved.

6. No, there is no other litigation pending which will affect this litigation process.

7. To date, there has been no effort made by any side to settle this matter; but, the plaintiff is not opposed to settlement.

8. There are no outstanding liens.

9. Not at this time.

Daniel M. Woods

# CERTIFICATE OF SERVICE

I, _Daniel M. Woods_, hereby certify that I have served a true and correct copy of the attached ~~motion~~ ANSWER upon the following party on the _9th_ day of _OCTOBER_, _2006_:

_Eileen Kelly_
Deputy Attorney General
Department of Justice, Civil Division
820 North French Street (*or other address if different county*)
Wilmington, DE 19801

_10-9-06_                    _Daniel M. Woods_
Date signed                    Signature of movant
                               (Notarization not required)

I/M D. Woods
SBI# 164728   UNIT D-E
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

WILMINGTON DE 197
10 OCT 2006 PM 1 T

U.S. District Court
844 N. King St.
Wilm., DE 19801
(c.v.) Division)

Legal mail