# Proposed Settlement Proposal

Plaintiffs in the case of <u>Woods v. Williams</u>, et.al. hereby offer the following settlement proposal to be addressed by all parties at the 11-01-2006 scheduled teleconference, or at an agreed date and time.

1. Defendants agree to pay plaintiffs the following monetary amounts:

   A. $20,000 per plaintiff for pain and suffering.
   B. $30,000 per plaintiff for punitive damages. As well as:
   C. Proof that defendants have removed contaminated lead from the plumbing system in Dorm 1 and Dorm 2 (new side: located directly under V-Pod) at the Howard R. Young Correctional Institution.
   D. Agrees to pay for any injuries or ailments, (physical or mental health) sustained as a result of defendant's negligence.

Settlement must be accepted by all parties before a judge in order to be finalized.

FILED
OCT 23 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

Respectfully Submitted,

*Daniel M. Woods*
Daniel M. Woods

Re: C.A. NO. 05-576 KAJ

I/M D. Woods
SBI# 164728 UNIT D.E
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

WILMINGTON DE 197
20 OCT 2006 PM 3 T

U.S. District Court
844 N. King Street
(C.A. NO. 05-576 KAT)
Wilm, DE
19801