OFFICE OF THE CLERK
## UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

Peter T. Dalleo
CLERK OF COURT

LOCKBOX 18
844 KING STREET
U.S. COURTHOUSE
WILMINGTON, DELAWARE 19801
(302) 573-6170

October 24, 2006

TO: Daniel M. Woods
   SBI #164728
   Delaware Correctional Center
   1181 Paddock Road
   Smyrna, DE 19977

   **RE:   Deficiency for Lack of Service; 05-576(KAJ)**

Dear Mr. Woods:

   Papers have been received by this office for filing in the above matter which do <u>not</u> conform to:  Federal Rules of Civil Procedure 5; District of Delaware Local Rules of Civil Practice and Procedure.

   The papers will be docketed but no action will be taken by the Court until the discrepancies are corrected.  In order for your documents to be acceptable for filing, they ***must be served by you, upon all local counsel of record***, and this must be indicated on an Affidavit or Certificate of Service, attached to the back of your request (motion or pleading).

   A copy of the current local counsel attorney listing (with addresses) for this case is attached for your convenience.

   Your corrected filing, (please sign your certificate of service and provide a copy with an original signature) to include the certificate of service, should be sent to this office for processing

<u>KINDLY RETURN A COPY OF THIS LETTER WITH YOUR CORRECTED DOCUMENTS.</u>

                                        Sincerely,

/bad                                    PETER T. DALLEO
                                        CLERK

cc:  The Honorable Kent A. Jordan