IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DARREN LAMONT SEAWRIGHT and DANIEL M. WOODS, | : |
| Plaintiffs, | : |
| v. | : Civil Action No. 05-576-KAJ |
| WARDEN RAFAEL WILLIAMS, et al., | : |
| Defendants. | : |

**ORDER**

At Wilmington this **1st** day of **November, 2006**.

IT IS ORDERED that a teleconference has been scheduled for **Tuesday, January 9, 2007 at 9:00 a.m.** with Magistrate Judge Thynge. **Defense counsel shall initiate the teleconference call.** The purpose of the teleconference is to discuss the status of the case, the exchange of discovery and the status of negotiations, if any. Plaintiff will file, prior to the teleconference, the documentation discussed during the teleconference of November 1, 2006. The defense will review such documentation and advise, if possible, whether any testing of the water supply at the Gander Hill facility has occurred, or is scheduled to occur, particularly for the buildings involved in the construction project of the mid-1990s at that facility.

/s/ Mary Pat Thynge
UNITED STATES MAGISTRATE JUDGE