OFFICE OF THE CLERK
## UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

Peter T. Dalleo
CLERK OF COURT

LOCKBOX 18
844 KING STREET
U.S. COURTHOUSE
WILMINGTON, DELAWARE 19801
(302) 573-6170

October 24, 2006

TO: Daniel M. Woods
SBI #164728
Delaware Correctional Center
1181 Paddock Road
Smyrna, DE 19977



RE: **Deficiency for Lack of Service; 05-576(KAJ)**

Dear Mr. Woods:

Papers have been received by this office for filing in the above matter which do <u>not</u> conform to: Federal Rules of Civil Procedure 5; District of Delaware Local Rules of Civil Practice and Procedure.

The papers will be docketed but no action will be taken by the Court until the discrepancies are corrected. In order for your documents to be acceptable for filing, they **must be served by you, upon all local counsel of record**, and this must be indicated on an Affidavit or Certificate of Service, attached to the back of your request (motion or pleading).

A copy of the current local counsel attorney listing (with addresses) for this case is attached for your convenience.

Your corrected filing, (please sign your certificate of service and provide a copy with an original signature) to include the certificate of service, should be sent to this office for processing

<u>KINDLY RETURN A COPY OF THIS LETTER WITH YOUR CORRECTED DOCUMENTS.</u>

Sincerely,

/bad

PETER T. DALLEO
CLERK

cc: The Honorable Kent A. Jordan

# **Proposed Settlement Proposal**

Plaintiffs in the case of <u>Woods v. Williams</u>, et.al. hereby offer the following settlement proposal to be addressed by all parties at the 11-01-2006 scheduled teleconference, or at an agreed date and time.

1. Defendants agree to pay plaintiffs the following monetary amounts:

   A. $20,000 per plaintiff for pain and suffering.
   B. $30,000 per plaintiff for punitive damages. As well as:
   C. Proof that defendants have removed contaminated lead from the plumbing system in Dorm 1 and Dorm 2 (new side: located directly under V-Pod) at the Howard R. Young Correctional Institution.
   D. Agrees to pay for any injuries or ailments, (physical or mental health) sustained as a result of defendant's negligence.

Settlement must be accepted by all parties before a judge in order to be finalized.

Respectfully Submitted,

*/s/ Daniel M. Woods*
Daniel M. Woods

## Certificate of Service

I, Daniel M. Woods, hereby certify that I have served a true And correct cop(ies) of the attached: Proposed Settlement _____ upon the following parties/person (s):

TO: US District Court
Lockbox 18
844 King ST
Wilm., DE 19801
ATTN: P.T. Dalleo

TO: Dept. of Justice
ATTN: Eileen Kelly
820 N. French St.
Wilm., DE 19801
(Civil Division)

TO: _____

TO: _____

**BY PLACING SAME IN A SEALED ENVELOPE,** and depositing same in the United States Mail at the Delaware Correctional Center, Smyrna, DE 19977.

On this 27th day of October, 2006

/s/ Daniel M. Woods

IM D. Wards
SBI# 164728  UNIT DE
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

(Legal Mail)

US District Court
Lockbox 18
844 K, N6 st.
Wilm., De 19801
Attn: P.J. Dalleo

WILMINGTON DE 197
31 OCT 2006 PM 3 L