TO: CLERK OF THE COURT
C/O HON. MARY P. THYNGE
SUPERIOR COURT BUILDING
500 N. KING ST.
WILMINGTON, DELAWARE
        19801

Fr: DANIEL M. WOODS
   #164728 D.C.C.
   1181 PADDOCK RD.
   SMYRNA, DELAWARE
        19977

DATE: 11-2-2006

      RE: C.A.N. # 05-576 K.A.J.
        REQUESTED DOCUMENTS

Dear Honorable Judge,
      In closed please find the documents you requested at are teleconference on NOV. 1, 2006. These documents included are from the public health Dept./ My personal letter to the same. Also be advised I have forward all the same documents to Mrs. Eileen Kelly ESQ.

I also wanted to inform your honor of the close date of the incident and the building of the dorms it was around 1993 to 1996 inbetween those dates.


                        RESPECTFULLY SUBMITTED

                        *Daniel M. Woods*
                        DANIEL M. WOODS#164728

FILED
NOV -6 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

STATE OF DELAWARE
DEPARTMENT OF CORRECTION
HOWARD R. YOUNG CORRECTIONAL INSTITUTION
OFFICE OF THE GRIEVANCE CHAIRPERSON
1301 E. 12TH STREET
WILMINGTON, DE 19801

· MEMORANDUM

TO:         Inmate  Daniel Woods         1-A

FROM:       Sgt. Moody, Inmate Grievance Chairperson

DATE:       8-2-05

RE:         YOUR RECENT GRIEVANCE #05- 15516

FILED
NOV - 6 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

This memo is to inform you that the grievance submitted by you dated  7-24-05 , regarding  Water in Dorms  is not grievable for the following reason(s):

____ The complaint was addressed by the IGC: _____.

____ Security issue (involves the security and/or staffing of the Institution and/or the safety, health, and/or welfare of inmates, staff and the public).

____ Classification issues (security classification, jobs, transfers, programs, housing unit assignment). Classification has its own appeal process. The inmate must write to the Treatment/Classification Unit within seven (7) days after the inmate receives the Classification decision. The letter must state that the inmate is appealing the classification and clearly indicate the reasons the inmate disagrees with the classification decision.

____ Disciplinary issue. Disciplinary actions cannot be grieved but must be APPEALED within 24 hours of the Class I or Class II Hearing Decision. Complete an appeal form and mail it to the facility Hearing Officer within 24 hours of receiving the form. Please note that 24 loss of all privileges cannot be appealed.

____ Parole Board Decision. The inmate must write a letter to the Parole Board within 30 days of the Board's decision. Expressing the desire to appeal the decision and listing the reasons. The Parole Board's address is: Board of Parole, Carvel State Office Building, 820 N. French Street, 5th Floor, Wilmington, DE 19801.

____ Inmates cannot request or demand disciplinary action on staff. If you have a complaint regarding staff write a letter to that person's supervisor. In this case, that is:

____ This is an issue/complaint that has already been grieved by you or another inmate. _____.

_X_ I/M Woods, this grievance is unacceptable because it has passed the seven (7) day time frame allotted to file a grievance. You stated to your Housing Officer, CO Young that you were housed in the Key Program in 1996; and there are no records verifying that you were housed in the Key Program within the past year. You have seven (7) days after the incident to submit a grievance, not nine (9) years.

____ The grievance is a photocopy, carbon copy, written in pencil or red ink. Original grievance forms must be written in black or dark blue ink.



**DELAWARE HEALTH
AND SOCIAL SERVICES**

DIVISION OF PUBLIC HEALTH

OFFICE OF THE DIRECTOR

August 25, 2005

Mr. Daniel M. Wood
#164728
Howard R. Young Correctional Institution
1301 East 12th Street
Wilmington, DE 19809

Dear Mr. Wood:

Thank you for taking the time to write the Delaware Department of Health and Social Services on August 2, 2005. Your letter has been forwarded to the Division of Public Health for a response. You indicate within your letter that during the construction of dormitory 1, you were ordered to use 50-50 solder on the main water lines for sinks, showers, and toilets and that you believe that it is a clear violation of the Delaware Building Code because of lead content.

I asked our Health Systems Protection Section to review your concern since they are responsible for the administration of the State Plumbing Code. They report that Section 605.15.4 of that code requires the use of lead free (less than .2%) solder on water lines.

Because the Howard R. Young Correctional Institution is located in the City of Wilmington, I have taken the liberty of forwarding your letter to Mr. Marvin Newton, Chief Plumbing Inspector, of the City of Wilmington as they would be the correct agency to respond to your inquiry.

Once again, thank you for contacting the Division of Public Health.

Sincerely,

Jaime H. Rivera, MD, FAAP
Director

JHR: tgm

Pc:   Thom May
      Joe Dudlek
      Marvin Newton



**DELAWARE HEALTH AND SOCIAL SERVICES**

DIVISION OF PUBLIC HEALTH

OFFICE OF THE DIRECTOR

May 16, 2006

Mr. Daniel M. Wood
#164728
Delaware Correctional Center
1181 Paddock Road
Smyrna, DE 19977

Dear Mr. Wood:

I appreciate your letter dated April 26, 2006, related to the Department of Corrections (DOC) construction and alleged use of 50/50 solder in the constructions of dormitory 1at the Howard R. Young Correctional Institution. I was surprised to hear that you had not been contacted by the City of Wilmington as I had hoped when I responded to you back in August 2005.

Be advised that our Office of Drinking Water (ODW) has been in contact with the DOC and the City of Wilmington concerning your letter. The ODW has confirmed that the DOC and City have agreed to collect a lead sample from the Howard R. Young Correctional Institution. By copy of this letter, I am requesting that the DOC provide you the results of the tests once completed.

The Division of Public Health will continue to work to protect the health and well-being of all Delawareans including those housed within a facility operated by the DOC. If there is a need for DPH to collaborate or provide guidance with DOC related to this we are available. Once again, thank you for contacting the Division of Public Health.

Sincerely,

Jaime H. Rivera, MD, FAAP
Director

JHR: tgm

Pc:  Thom May
     Ed Hallock
     Joe Dudlek
     Marvin Newton

Jaime H. Rivera
Del. Health and
Social Services

Daniel M. Woods #164728
Del Corr. Center
1181 Paddock Rd.
Smyrna, Del 19977

4-26-06

Dear Mrs. Rivera,

On Aug 2, 2005 I wrote to you in regaurds to the issue of 50/50 solder being used on water lines at the Howard R Young Correctional inst. (which 50/50 has lead and illegal to use on water lines) Anyway you forwards my letter to Mr. Marvin Newton, Chief Plumbing Inspector of Wilm. but I've Recive no response. This issue is a public health issue not a inspector issue. I'm requesting testing to be conducted by your department and the investigation because of the sever health risk to all inmates.

If this is not completed, you is well just as responsible as the Dept. of Corrections and will be added to the complaint already filed in United District Court.

I'll expect a response or some action within 30 days of the date of this letter.

Respectfully,

Daniel M. Woods

CC: U.S.D.C.
    File

## Certificate of Service

I, DANIEL M. WOODS ,hereby certify that I have served a true

And correct cop(ies) of the attached: COPYS OF DEPT. OF PUBLIC HEATLH/

RESPONSE LETTER/ MEMORANDUM GRIEVANCE. upon the following

parties/person (s):

TO: CLERK OF THE COURT

C/O HON. MARY P. THYNGE

SUPERIOR COURT BUILDING

500 N. KING ST.

WILMINGTION, DELAWARE

19801

TO: Mrs. EILEEN KELLY ESQ.

DEPT. OF JUSTICE

820 N. FRENCH ST.

WILMINGTION, DELAWARE

19801

TO: Office of THE U.S. Magistrate
United States District Court
U.S. Court House
Wilmington, De
19801

TO:

BY PLACING SAME IN A SEALED ENVELOPE, and depositing same in the United States Mail at the Delaware Correctional Center, Smyrna, DE 19977.

On this 2 day of Nov. ,2006

/s/ Daniel M. Woods

I/M Daniel M. Weeks
SBI# 164728    UNIT O-EAST
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

Legal

Office of the Magistrate #05-576 K.A.T
United States District Court
U.S. Courthouse
Wilmington, DE
19801

Legal Mail