TO: HONORABLE JUDGE  C/o MARY P. THYNE
    DISTRICT COURT
    844 N. King ST.
    LOCKBOX 18
    WILMINGTION, DE.
            19801


FR: Daniel M. Woods # 164728
    1181 Paddock Rd.
    Symrna, Delaware
            19977

Dated: 11-9-06


                C.A.N. #05-576 K.A.J.

        RE: WATER TESTING TO BE DONE OR ORDERED
            AT HOWARD R. YOUNG CORRECTIONAL CENTER
            IN THE ABOVE CASE.


Dear Honorable Judge,

        This letter is to request that when it is ordered that the testing be done or completed of the water at the prision.
The plaintiff would like to ask the court to order the testing to also be tested on all the joints that where soldered because the water can be running for a long time before the testing is completed which will affect the reading of the lead in the water lines.


THE TESTING OF THE JOINTS WILL PROVE ALL THE ALLIAGTIONS FROM THE PLAINTIFF THAT THE LEAD IS CONTINUING TO CAUSE DAMAGES TO ALL THE INMATES HOUSED IN THOSE DORMS.


FILED
NOV 16 2006
U.S. DISTRICT COURT
DISTRI...       ARE

BD scanned

RESPECTFULLY SUBMITTED

Daniel M. Woods
DANIEL M. WOODS 164728

## Certificate of Service

I, DANIEL M. WOODS ,hereby certify that I have served a true

And correct cop(ies) of the attached: LETTER TO COURT REQUSTING THE TESTING

ON THE JOINTS/ WATER upon the following

parties/person (s):

TO: DEPT. OF JUSTICE

MRS. EILEEN KELLY ESQ.

820 N. FRENCH ST.

WILMINGTION, DELAWARE

19801

TO: CLERK OF THE COURT

844 N. KING ST. LOCKBOX18

WILMINGTION, DELAWARE

19801

TO: _____

TO: _____

BY PLACING SAME IN A SEALED ENVELOPE, and depositing same in the United States Mail at the Delaware Correctional Center, Smyrna, DE 19977.

On this 13th day of Nov. ,2006

Daniel M. Woods

IM- Daniel M. Wood
SBI# 164128   UNIT D-East
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

Legal Mail

Clerk of The Court
United States District Court
844 N. King St. Lockbox 18
Wilmington, De 19801

Legal Mail