

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DARREN LAMONT SEAWRIGHT and DANIEL M. WOODS, | : |
| Plaintiffs, | : |
| v. | : Civil Action No. 05-576-KAJ |
| WARDEN RAFAEL WILLIAMS, et al., | : |
| Defendants. | : |

### ORDER

At Wilmington this **1st** day of **November, 2006**.

IT IS ORDERED that a teleconference has been scheduled for **Tuesday, January 9, 2007 at 9:00 a.m.** with Magistrate Judge Thynge. **Defense counsel shall initiate the teleconference call.** The purpose of the teleconference is to discuss the status of the case, the exchange of discovery and the status of negotiations, if any. Plaintiff will file, prior to the teleconference, the documentation discussed during the teleconference of November 1, 2006. The defense will review such documentation and advise, if possible, whether any testing of the water supply at the Gander Hill facility has occurred, or is scheduled to occur, particularly for the buildings involved in the construction project of the mid-1990s at that facility.

/s/ Mary Pat Thynge
UNITED STATES MAGISTRATE JUDGE

## Other Orders/Judgments

1:05-cv-00576-KAJ Seawright et al v. Stanley Taylor et al

## U.S. District Court

## District of Delaware

Notice of Electronic Filing

The following transaction was received from cak, entered on 11/1/2006 at 11:25 AM EST and filed on 11/1/2006
**Case Name:** Seawright et al v. Stanley Taylor et al
**Case Number:** 1:05-cv-576
**Filer:**
**Document Number:** 60

**Docket Text:**
Order Setting Teleconference: Telephone Conference set for 1/9/2007 at 9:00 AM before Honorable Mary Pat Thynge. Signed by Judge Mary Pat Thynge on 11/1/2006. (cak, )

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1079733196 [Date=11/1/2006] [FileNumber=296248-0]
[60bd18d70066e0cf79c5635dff6d1abc396a078808b0ef3816130e86fb896558c47c
c8dd617df8dd7e8f1a41dbc6a124e4f05c46d1d24f6d1ca76821a3a598df]]

**1:05-cv-576 Notice will be electronically mailed to:**

Eileen Kelly    eileen.kelly@state.de.us

**1:05-cv-576 Notice will be delivered by other means to:**

Darren Lamont Seawright
SBI #400140
Plummer Community Correction Center
38 Todds Lane
Wilmington, DE 19802

William J. Webb, Jr
,

Daniel M. Woods
SBI #164728
Delaware Correctional Center
1181 Paddock Road

Smyrna, DE 19977