IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DARREN LAMONT SEAWRIGHT and DANIEL M. WOODS, | : : : |
| Plaintiffs, | : : |
| v. | : : Civil Action No. 05-576-*** (MPT) |
| WARDEN RAFAEL WILLIAMS, et al., | : : |
| Defendants. | : |

## ORDER

At Wilmington this **19th** day of **December, 2006**.

The above-referenced matter having been reassigned to this Judge for handling through the pretrial conference,

IT IS ORDERED that the teleconference previously scheduled for **Tuesday, January 9, 2007 at 9:00 a.m.** with Magistrate Judge Thynge shall go forward, and that the status teleconference previously scheduled for Wednesday, January 10, 2007 at 4:30 p.m. with Judge Jordan is canceled.  **Defense counsel shall initiate the teleconference call.**

/s/ Mary Pat Thynge
UNITED STATES MAGISTRATE JUDGE