OFFICE OF THE U. S. MAGISTRATE
UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE
U. S. COURTHOUSE
WILMINGTON, DELAWARE 19801

OFFICIAL BUSINESS
PENALTY FOR PRIVATE USE $300

RETURN TO SENDER

☐ INSUFFICIENT ADDRESS
☒ ATTEMPTED NOT KNOWN
☐ NO SUCH NUMBER/ STREET
☐ NOT DELIVERABLE AS ADDRESSED
   UNABLE TO FORWARD
☐ OTHER

RETURN TO SENDER

05cv576 AAA
RG
SCANNED

2007 JAN -5 PM 2:19

Daren Lamont Seawright
SBI #400140
Plummer Community Correction Center
38 Todds Lane
Wilmington, DE 19802

FWD

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DARREN LAMONT SEAWRIGHT and DANIEL M. WOODS, | : |
| Plaintiffs, | : |
| v. | : Civil Action No. 05-576-*** (MPT) |
| WARDEN RAFAEL WILLIAMS, et al., | : |
| Defendants. | : |

### ORDER

At Wilmington this **19th** day of **December, 2006**.

The above-referenced matter having been reassigned to this Judge for handling through the pretrial conference,

IT IS ORDERED that the teleconference previously scheduled for **Tuesday, January 9, 2007 at 9:00 a.m.** with Magistrate Judge Thynge shall go forward, and that the status teleconference previously scheduled for Wednesday, January 10, 2007 at 4:30 p.m. with Judge Jordan is canceled. **Defense counsel shall initiate the teleconference call.**

/s/ Mary Pat Thynge
UNITED STATES MAGISTRATE JUDGE

## Other Orders/Judgments
1:05-cv-00576-*** Seawright et al v. Stanley Taylor et al
PaperDocuments

## U.S. District Court

### District of Delaware

## Notice of Electronic Filing

The following transaction was entered on 12/19/2006 at 4:58 PM EST and filed on 12/19/2006
**Case Name:** Seawright et al v. Stanley Taylor et al
**Case Number:** 1:05-cv-576
**Filer:**
**Document Number:** 66

**Docket Text:**
STATUS CONFERENCE The teleconference previously scheduled for 1/9/2007 at 9:00 AM with Judge Thynge shall go forward, and the status conference previously scheduled for 1/20/2007 at 4:30 PM with Judge Jordan is canceled. Signed by Judge Mary Pat Thynge on 12/19/2007. (cak)


**1:05-cv-576 Notice has been electronically mailed to:**
Eileen Kelly eileen.kelly@state.de.us

**1:05-cv-576 Notice has been delivered by other means to:**

Darren Lamont Seawright
SBI #400140
Plummer Community Correction Center
38 Todds Lane
Wilmington, DE 19802

William J. Webb, Jr


Daniel M. Woods
SBI #164728
Delaware Correctional Center
1181 Paddock Road
Smyrna, DE 19977

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**

[STAMP dcecfStamp_ID=1079733196 [Date=12/19/2006] [FileNumber=319002-0
] [e4104e548498f3261deb156737a0ae85eaea4e8e4bcd55f2f1cd06d9d83bf178c86
3c08b81c7e3150e57834b45224903167fa8bcbbbed5819f85776b0db09b85]]