## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DARREN LAMONT SEAWRIGHT and DANIEL M. WOODS, | : : : |
| Plaintiffs, | : : |
| v. | : Civil Action No. 05-576-*** (MPT) |
| WARDEN RAFAEL WILLIAMS, et al., | : : : |
| Defendants. | : |

## **ORDER**

At Wilmington this **10th** day of **January, 2007**.

IT IS ORDERED that the transcript of the teleconference held on January 9, 2007 with Judge Thynge shall serve as the Order of the Court.

IT IS FURTHER ORDERED that a status teleconference has been scheduled for for **Wednesday, March 14, 2007 at 9:30 a.m.** with Magistrate Judge Thynge.  **Defense counsel shall initiate the teleconference call.**

/s/ Mary Pat Thynge
UNITED STATES MAGISTRATE JUDGE