IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DARREN LAMONT SEAWRIGHT and DANIEL M. WOODS, | : : : |
| Plaintiffs, | : : |
| v. | : Civil Action No. 05-576-*** (MPT) |
| WARDEN RAFAEL WILLIAMS, et al., | : : |
| Defendants. | : |

**MODIFIED SCHEDULING ORDER**

This **10th** day of **January, 2007,** the Court having conducted a status teleconference on January 9, 2007 with plaintiff, Daniel M. Woods and counsel for defendant, Eileen Kelly participating, in light of the matter being transferred to the vacant judgeship,

IT IS ORDERED that the Scheduling Order of August 22, 2006 is modified as follows:

    3.    Discovery

        c.    Discovery Cut Off. All discovery in this case shall be initiated so that it will be completed on or before June 1, 2007. The Court encourages the parties to serve and respond to contention interrogatories early in the case. Unless otherwise ordered by the Court, the limitations on discovery set forth in Local Rule 26.1 shall be strictly observed.

d. <u>Disclosure of Expert Testimony.</u> Unless otherwise agreed to by the parties, they shall file their initial Federal Rule of Civil Procedure 26(a)(2) disclosures of expert testimony on or before April 2, 2007, and they shall file a supplemental disclosure to contradict or rebut evidence on the same subject matter identified by another party on or before May 2, 2007. To the extent any objection to expert testimony is made pursuant to the principles announced in *Daubert v. Merrell Dow Pharm., Inc.,* 509 U.S. 579 (1993), it shall be made by motion no later than the deadline for dispositive motions set forth herein, unless otherwise ordered by the Court.

8. <u>Status Conference.</u> On March 14, 2007 at 9:30 a.m., the Court will hold a Rule 16(a), (b) and (c) conference by telephone with counsel beginning at 4:30 p.m. Defendants' counsel shall initiate the telephone call. If all parties agree that there is nothing to report, nor anything to add to the interim status report or to this order, they may so notify the Court in writing before the conference is scheduled to occur, and the conference will be taken off the Court's calendar.

9. <u>Case Dispositive Motions.</u> All case dispositive motions, an opening brief, and affidavits, if any, in support of the motion shall be served and filed on or before July 2, 2007. Briefing will be presented pursuant to the Court's Local Rules.

Paragraphs 11 through 14 of the August 22, 2007 Scheduling Order are stricken. The Pretrial Conference date and the trial are canceled. The Pretrial Conference and Trial date will be rescheduled after decisions on all case dispositive motions are rendered.

All other provisions of the Scheduling Order of August 22, 2006 not modified, changed or stricken by this Order remain in effect.

SO ORDERED this _11_ day of January, 2007.

_____
UNITED STATES MAGISTRATE JUDGE