



IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DARREN LAMONT SEAWRIGHT and DANIEL M. WOODS, | : : : |
| Plaintiffs, | : : |
| v. | : Civil Action No. 05-576-*** (MPT) |
| WARDEN RAFAEL WILLIAMS, et al., | : : : |
| Defendants. | : |

**MODIFIED SCHEDULING ORDER**

This **10th** day of **January, 2007,** the Court having conducted a status teleconference on January 9, 2007 with plaintiff, Daniel M. Woods and counsel for defendant, Eileen Kelly participating, in light of the matter being transferred to the vacant judgeship,

IT IS ORDERED that the Scheduling Order of August 22, 2006 is modified as follows:

    3.    <u>Discovery</u>

        c.    <u>Discovery Cut Off.</u> All discovery in this case shall be initiated so that it will be completed on or before June 1, 2007. The Court encourages the parties to serve and respond to contention interrogatories early in the case. Unless otherwise ordered by the Court, the limitations on discovery set forth in Local Rule 26.1 shall be strictly observed.

        d.        <u>Disclosure of Expert Testimony.</u> Unless otherwise agreed to by the parties, they shall file their initial Federal Rule of Civil Procedure 26(a)(2) disclosures of expert testimony on or before April 2, 2007, and they shall file a supplemental disclosure to contradict or rebut evidence on the same subject matter identified by another party on or before May 2, 2007. To the extent any objection to expert testimony is made pursuant to the principles announced in *Daubert v. Merrell Dow Pharm., Inc.*, 509 U.S. 579 (1993), it shall be made by motion no later than the deadline for dispositive motions set forth herein, unless otherwise ordered by the Court.

        8.        <u>Status Conference.</u> On March 14, 2007 at 9:30 a.m., the Court will hold a Rule 16(a), (b) and (c) conference by telephone with counsel beginning at 4:30 p.m. Defendants' counsel shall initiate the telephone call. If all parties agree that there is nothing to report, nor anything to add to the interim status report or to this order, they may so notify the Court in writing before the conference is scheduled to occur, and the conference will be taken off the Court's calendar.

        9.        <u>Case Dispositive Motions.</u> All case dispositive motions, an opening brief, and affidavits, if any, in support of the motion shall be served and filed on or before July 2, 2007. Briefing will be presented pursuant to the Court's Local Rules.

Paragraphs 11 through 14 of the August 22, 2007 Scheduling Order are stricken. The Pretrial Conference date and the trial are canceled. The Pretrial Conference and Trial date will be rescheduled after decisions on all case dispositive motions are rendered.

All other provisions of the Scheduling Order of August 22, 2006 not modified, changed or stricken by this Order remain in effect.

2

SO ORDERED this \_\_11\_\_ day of January, 2007.

_____
UNITED STATES MAGISTRATE JUDGE

3

CM/ECF LIVE - U.S. District Court:ded                                      Page 1 of 2

**Other Orders/Judgments**
1:05-cv-00576-*** Seawright et al v. Stanley Taylor et al
PaperDocuments

### U.S. District Court

### District of Delaware

**Notice of Electronic Filing**

The following transaction was entered on 1/11/2007 at 4:19 PM EST and filed on 1/11/2007
**Case Name:**     Seawright et al v. Stanley Taylor et al
**Case Number:**   1:05-cv-576
**Filer:**
**Document Number:** 72

**Docket Text:**
MODIFIED SCHEDULING ORDER: Discovery Cutoff 6/1/2007, Disclosure of Expert Testimony 4/2/2007; Rebuttal Expert Testimony 5/2/2007, Status Conference set for 3/14/2007 at 9:30 AM before Honorable Mary Pat Thynge,Dispositive Motions due by 7/2/2007. Paragraphs 11 through 14 of the August 22, 2006 Scheduling Order are stricken. Pretrial Conference and Trial dates are canceled. Pretrial Conference and Trial shall be rescheduled after decisions on all case dispositive motions are rendered. Signed by Judge Mary Pat Thynge on 1/11/2007. (cak)


**1:05-cv-576 Notice has been electronically mailed to:**
Eileen Kelly  eileen.kelly@state.de.us

**1:05-cv-576 Notice has been delivered by other means to:**

Darren Lamont Seawright
SBI #400140
Plummer Community Correction Center
38 Todds Lane
Wilmington, DE 19802

William J. Webb, Jr


Daniel M. Woods
SBI #164728
Delaware Correctional Center
1181 Paddock Road
Smyrna, DE 19977

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1079733196 [Date=1/11/2007] [FileNumber=326840-0]
[6b8df2905ea68e5f70620f82b9b53b678ff64e4fa81c7e0923eef97a4eb5125a4e3b
6189e8000fd0d0a93d76638931456d936b81a5003b2cab1fddf9b483bb40]]