IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| DARREN LAMONT SEAWRIGHT and DANIEL M. WOODS, | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | C.A. No. 05-576*** |
| WARDEN RAFAEL WILLIAMS, MAINTENANCE SUPERVISOR PACHECO, and THE STATE OF DELAWARE, | ) ) ) ) ) ) | Trial By Jury Demanded |
| Defendants. | ) | |

TO:  Darren Lamont Seawright  
      6348 Highland Avenue  
      Pennsauken, NJ 08109

      Daniel M. Woods  
      SBI#164728  
      Delaware Correctional Center  
      1181 Paddock Road  
      Smyrna, DE  19977

Colleen Arnold  
City of Wilmington  
Water Quality Laboratory  
1401 Concord Pike  
Wilmington, DE  19803

## NOTICE OF RECORDS DEPOSITION

**PLEASE TAKE NOTICE** that the undersigned will take the deposition *duces tecum* of Colleen Arnold, City of Wilmington, Water Quality Laboratory relating to water testing performed at the Howard R. Young Correctional Institution ("Gander Hill") on or about May 18 and May 19, 2006, at the offices of the Department of Justice, 820 N. French Street, 6th Floor, Wilmington, Delaware 19801, on Wednesday, February 28, 2007 beginning at 10:00 AM. **Note: Personal appearance is waived if the materials are received in our office prior to the date of deposition.**

                                                            **STATE OF DELAWARE**
                                                            **DEPARTMENT OF JUSTICE**

                                                            /s/ Eileen Kelly
                                                            Eileen Kelly, I.D. #2884
                                                            Deputy Attorney General
                                                            Carvel State Office Building
                                                            820 North French Street, 6th Floor
                                                            Wilmington, Delaware 19801
                                                            (302) 577-8400
                                                            eileen.kelly@state.de.us
Date:  February 7, 2007                          Attorney for Defendants

## *CERTIFICATE OF SERVICE*

I hereby certify that on February 7, 2007, I electronically filed *Notice of Records Deposition* with the Clerk of Court using CM/ECF. I hereby certify that on February 7, 2007, I have mailed by United States Postal Service, the document to the following non-registered parties: Darren Lamont Seawright, Daniel M. Woods and Colleen Arnold.

Darren Lamont Seawright
6348 Highland Avenue
Pennsauken, NJ 08109

Daniel M. Woods
SBI#164728
Delaware Correctional Center
1181 Paddock Road
Smyrna, DE 19977

Colleen Arnold
City of Wilmington
Water Quality Laboratory
1401 Concord Pike
Wilmington, De 19803

/s/ Eileen Kelly
Eileen Kelly, ID#2884
Deputy Attorney General
Department of Justice
820 N. French St., 6th Floor
Wilmington, DE 19801
(302) 577-8400
eileen.kelly@state.de.us