

| | | |
|---|---|---|
| JOSEPH R. BIDEN, III<br>ATTORNEY GENERAL | **DEPARTMENT OF JUSTICE**<br>NEW CASTLE COUNTY<br>820 NORTH FRENCH STREET<br>WILMINGTON, DELAWARE 19801 | CRIMINAL DIVISION (302) 577-8500<br>FAX (302) 577-2496<br>CIVIL DIVISION (302) 577-8400<br>FAX (302) 577-6630<br>TTY (302) 577-5783 |

February 22, 2007

Civil Division - New Castle County

Daniel M. Woods
SBI # 164728
Delaware Correctional Center
1181 Paddock Road
Smyrna, DE 19977

      Re:    <u>Seawright, et al. v. Williams, et al.</u>
               <u>C.A. No. 05-576-\*\*\*</u>

Dear Mr. Woods:

      Pursuant to our teleconference with Judge Mary Pat Thynge, I subpoenaed records from the City of Wilmington in connection with water testing done at HRYCI in May 2006. I have enclosed copies of the documents produced by the City in response to my subpoena.

                                        Very truly yours,

                                        /s/ Eileen Kelly

                                        Eileen Kelly
                                        Deputy Attorney General

Enclosures

      cc:    The Honorable Mary Pat Thynge (w/enclosures)
                Mr. Darren Seawright (w/enclosures)