# City of Wilmington
## Delaware

JAMES M. BAKER
MAYOR

LOUIS L. REDDING - CITY/COUNTY BUILDING
800 FRENCH STREET
WILMINGTON, DELAWARE
19801 - 3537



February 12, 2007

Ms. Claire F. Robinson
Department of Justice
New Castle County
820 French Street
Wilmington, DE 19801

RE: SEAWRIGHT V. WILLIAMS, ET AL., C.A. NO. 05-576-***

Dear Claire:

Enclosed are the requested documents pertaining to sampling the City's Water Quality laboratory conducted on May 16, 2006 at Gander Hill Prison. Two reports are enclosed – 1) City of Wilmington Lab Report – with general potability sample results 2) MWH Laboratory Report (EPA certified laboratory for lead and copper analysis) with lead and copper results.

Please contact me with any further concerns.

Very truly yours,

*Colleen M Arnold*

Colleen M. Arnold, P.E.
Water Quality Manager

CC: Kara Coats, Sean Duffy



# CITY OF WILMINGTON
# LABORATORY ANALYSIS REPORT

| | | | |
|---|---|---|---|
| Sample Location: | 1301 E. 12th Street | Analysis Date: | 05/16/2006 |
| Pressure Zone: | Low Service | Sampler: | FW |
| Sample Number: | 060516-61 | Sampler's Affiliation: | COW |
| Sample Date: | 05/16/2006 | Sample Point: | Bathroom Sink |
| Sample Time: | 10:17 AM | Lab: | City of Wilmington |
| Sample Type: | Customer Request Sample | Sampling Event: | Customer Request |
| Remarks: | Gander Hill Prison - Dorm 1 | | |

| Parameter Name | Value | Data Flag | Units | Method Detection Limit | Analytical Method |
|---|---|---|---|---|---|
| E. Coli (P/A) | 0 | | P/A | 0 | SM9223B Enzyme Substrate (P/A) |
| Free Chlorine Residual | 0.78 | | mg/l | 0.1 | SM4500G DPD |
| Temperature | 19 | | deg. C | 0 | Unknown Method |
| Total Coliform (P/A) | 0 | | P/A | 0 | SM9223B Enzyme Substrate (P/A) |
| Turbidity | 0.23 | | N.T.U. | 0 | SM2310B Nephelometric |

| | | | |
|---|---|---|---|
| Sample Location: | 1301 E. 12th Street | Analysis Date: | 05/16/2006 |
| Pressure Zone: | Low Service | Sampler: | FW |
| Sample Number: | 060516-63 | Sampler's Affiliation: | COW |
| Sample Date: | 05/16/2006 | Sample Point: | Bathroom Sink |
| Sample Time: | 10:25 AM | Lab: | City of Wilmington |
| Sample Type: | Customer Request Sample | Sampling Event: | Customer Request |
| Remarks: | Gander Hill Prison Dorm 2 | | |

| Parameter Name | Value | Data Flag | Units | Method Detection Limit | Analytical Method |
|---|---|---|---|---|---|
| E. Coli (P/A) | 0 | | P/A | 0 | SM9223B Enzyme Substrate (P/A) |
| Free Chlorine Residual | 0.91 | | mg/l | 0.1 | SM4500G DPD |
| Temperature | 19 | | deg. C | 0 | Unknown Method |
| Total Coliform (P/A) | 0 | | P/A | 0 | SM9223B Enzyme Substrate (P/A) |
| Turbidity | 0.21 | | N.T.U. | 0 | SM2310B Nephelometric |

# CHAIN OF CUSTODY RECORD / SAMPLE COLLECTION FORM

**City of Wilmington**
Water Quality Laboratory
PWS ID#: DE0000663

1401 Concord Pike
Wilmington, DE 19803
Phone: 302-571-4158
Fax: 302-573-5539

**Collection Date:** 5-16-06
**SAMPLED BY** [sign/initials/AST#]: Fred Walton / 292

| SAMPLE ID NO | Collect Time | SAMPLE LOCATION | Sample Point | Sample Type | Cl₂ Res (mg/L) | Temp (°C) | Preservative | Max. Holding Time | Microbiological (100 mL plastic bottle) | Physical/Chemical Analysis (1 Liter Glass Bottle) | Physical/Chemical Analysis (750 mL Glass Bottle) | Physical/Chemical Analysis (500 mL Glass Bottle) | Physical/Chemical Analysis (250 mL Glass Bottle) | Turbidity (100 mL plastic bag) | Other | Comments |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 06051660 | 10:17 | Garner Hill | BS | | 0.78 | 19 | | | | | | | | 1 | | |
| 06051661 | 10:17 | Room 1 | | | | | | | | | | | | | | |
| 06051662 | 10:25 | Garner Hill Dorm 2 | BS | | 0.91 | 19 | | | 1 | | | | | 1 | | |
| 06051663 | 10:25 | Garner Hill | | | | | | | | | | | | | | |

| (#1) Relinquished by: | Date/Time | Received by: | Date/Time | (#2) Relinquished by: | Date/Time | Received by: | Condition Upon Receipt |
|---|---|---|---|---|---|---|---|
| [sig] | 5-16-06 | Vinay Lakshara 12:55 | 5/16/06 1:16 pm | | | | Iced M Temp = 0.3 °C |

**Sample Point Codes**

| | | Sample Type Codes | |
|---|---|---|---|
| RAW - Raw | SED5B - Settled Basin 5 | FIN - Finished | OT - Outdoor Tap | KS - Kitchen Sink | RIVER - River | PROC - Process |
| RM - Rapid Mix | SED3B - Settled Basin 3B | CHS - Concord High Service | | | SPEC - Special | OTH - Other |
| FLOC - Flocculation | APP - Applied to Filter | OTH - Other | BS - Bathroom Sink | | ROUT - Routine | CUST - Customer R |

**MWH Laboratories**
750 Royal Oaks Drive, Monrovia, CA 91016
PHONE: 626-386-1100/FAX: 626-386-1101

ACKNOWLEDGMENT OF SAMPLES RECEIVED

City of Wilmington
Water Quality Laboratory
1401 Concord Pike
Wilmington, DE 19803
Attn: Colleen Arnold
Phone: 302-573-5522

Customer Code: WILMINGTONDE
Group#: 174558
Project#: DRINKING
Proj Mgr: Tom French
Phone: 480 778 1558

The following samples were received from you on **05/18/06**. They have been scheduled for the tests listed beside each sample. If this information is incorrect, please contact your service representative. Thank you for using MWH Laboratories.

| Sample# | Sample Id | Matrix | Sample Date |
|---|---|---|---|
| | Tests Scheduled | | |
| 2605180360 | GANDER HILL #1  06051660 | Water | 16-may-2006 10:25:00 |
| | CU-MS    P    PB-MS    T | | |
| 2605180374 | GANDER HILL #2  06051552 | Water | 16-may-2006 10:15:00 |
| | CU-MS    P    PB-MS    T | | |
| 2605180375 | ZOO WASHINGTON 615  06051696 | Water | 16-may-2006 15:00:00 |
| | AS-MS  BA-MS  BE-MS  CD-MS  CR-MS  CU-MS | | |
| | HG    P    PB-MS   SB-MS   SE-MS   T | | |
| | TL-MS | | |

Test Acronym Description

| Test Acronym | Description |
|---|---|
| AS-MS | Arsenic, Total, ICAP/MS |
| BA-MS | Barium, Total, ICAP/MS |
| BE-MS | Beryllium, Total, ICAP/MS |
| CD-MS | Cadmium, Total, ICAP/MS |
| CR-MS | Chromium, Total, ICAP/MS |
| CU-MS | Copper, Total, ICAP/MS |
| HG | Mercury |
| P | Metals sample pH |
| PB-MS | Lead, Total, ICAP/MS |
| SB-MS | Antimony, Total, ICAP/MS |
| SE-MS | Selenium, Total, ICAP/MS |
| T | Metals Turbidity |
| TL-MS | Thallium, Total, ICAP/MS |



**MWH Laboratories**
A Division of MWH Americas, Inc.

750 Royal Oaks Drive, Suite 100
Monrovia, California 91016-3629
Tel: 626 386 1100
Fax: 626 386 1101
1 800 566 LABS (1 800 566 5227)

Laboratory Report

for

City of Wilmington
Water Quality Laboratory

1401 Concord Pike

Wilmington , DE    19803

Attention: Colleen Arnold
Fax: 302-573-5539

DATE OF ISSUE
JUN 0 5 2006
MWH LABORATORIES



TDFA Tom French
Project Manager

Report#: 174558
DRINKING

aboratory certifies that the test results meet all **NELAC** requirements unless
oted in the Comments section or the Case Narrative. Following the cover page
re QC Report,QC Summary,Data Report,Hits Report, totaling 9 page[s].

 **MWH Laboratories**
A Division of MWH Americas, Inc.

750 Royal Oaks Drive, Suite 100
Monrovia, California 91016-3629
Tel: 626 386 1100
Fax: 626 386 1101
1 800 566 LABS (1 800 566 5227)

Laboratory
Hits Report
#174558

City of Wilmington
Colleen Arnold
Water Quality Laboratory
1401 Concord Pike
Wilmington, DE  19803

Samples Received
18-may-2006 17:42:34

| Analyzed | Sample# | Sample ID | Result | Federal MCL | UNITS | MRL |
|---|---|---|---|---|---|---|
| | 2605180360 | GANDER HILL #1 06051660 | | | | |
| 05/19/06 | Copper, Total, ICAP/MS | | 46 | 1300 | ug/l | 2.0 |
| | 2605180374 | GANDER HILL #2 06051552 | | | | |
| 05/19/06 | Copper, Total, ICAP/MS | | 82 | 1300 | ug/l | 2.0 |
| | 2605180375 | ZOO WASHINGTON 615 06051696 | | | | |
| 05/19/06 | Barium, Total, ICAP/MS | | 28 | 2000 | ug/l | 2.0 |
| 05/19/06 | Chromium, Total, ICAP/MS | | 2.1 | 100 | ug/l | 1.0 |
| 05/19/06 | Copper, Total, ICAP/MS | | 120 | 1300 | ug/l | 2.0 |
| 05/19/06 | Lead, Total, ICAP/MS | | 2.3 | 15 | ug/l | 0.50 |

SUMMARY OF POSITIVE DATA ONLY.

Hits Report - Page 1   of 1



**MWH Laboratories**
A Division of MWH Americas, Inc.

750 Royal Oaks Drive, Suite 100
Monrovia, California 91016-3629
Tel: 626 386 1100
Fax: 626 386 1101
1 800 566 LABS (1 800 566 5227)

Laboratory
Data Report
#174558

City of Wilmington
Colleen Arnold
Water Quality Laboratory
1401 Concord Pike
Wilmington, DE  19803

Samples Received
05/18/06

| repared | Analyzed | QC Ref# | Method | Analyte | Result | Units | MRL | Dilution |
|---|---|---|---|---|---|---|---|---|

**;ANDER HILL #1  06051660  (2605180360)    Sampled on  05/16/06 10:25**

|  | 05/19/06 12:37 | 319053 | ( ML/EPA 200.8 ) | Copper, Total, ICAP/MS | 46 | ug/l | 2.0 | 1 |
|  | 05/19/06 12:37 | 319045 | ( ML/EPA 200.8 ) | Lead, Total, ICAP/MS | ND | ug/l | 0.50 | 1 |

**;ANDER HILL #2  06051552  (2605180374)    Sampled on  05/16/06 10:15**

|  | 05/19/06 12:10 | 319053 | ( ML/EPA 200.8 ) | Copper, Total, ICAP/MS | 82 | ug/l | 2.0 | 1 |
|  | 05/19/06 12:10 | 319045 | ( ML/EPA 200.8 ) | Lead, Total, ICAP/MS | ND | ug/l | 0.50 | 1 |

**;OO WASHINGTON 615  06051696  (2605180375)    Sampled on  05/16/06 15:00**

|  | 05/31/06 12:18 | 320110 | ( ML/EPA 200.8 ) | Arsenic, Total, ICAP/MS | ND | ug/l | 1.0 | 1 |
|  | 05/19/06 12:15 | 319043 | ( ML/EPA 200.8 ) | Barium, Total, ICAP/MS | 28 | ug/l | 2.0 | 1 |
|  | 05/19/06 12:15 | 319036 | ( ML/EPA 200.8 ) | Beryllium, Total, ICAP/MS | ND | ug/l | 1.0 | 1 |
|  | 05/19/06 12:15 | 319041 | ( ML/EPA 200.8 ) | Cadmium, Total, ICAP/MS | ND | ug/l | 0.50 | 1 |
|  | 05/19/06 12:15 | 319049 | ( ML/EPA 200.8 ) | Chromium, Total, ICAP/MS | 2.1 | ug/l | 1.0 | 1 |
|  | 05/19/06 12:15 | 319053 | ( ML/EPA 200.8 ) | Copper, Total, ICAP/MS | 120 | ug/l | 2.0 | 1 |
|  | 05/23/06 00:02 | 319322 | ( ML/EPA 245.1 ) | Mercury | ND | ug/l | 0.20 | 1 |
|  | 05/19/06 12:15 | 319045 | ( ML/EPA 200.8 ) | Lead, Total, ICAP/MS | 2.3 | ug/l | 0.50 | 1 |
|  | 05/19/06 12:15 | 319042 | ( ML/EPA 200.8 ) | Antimony, Total, ICAP/MS | ND | ug/l | 1.0 | 1 |
|  | 05/19/06 12:15 | 319038 | ( ML/EPA 200.8 ) | Selenium, Total, ICAP/MS | ND | ug/l | 5.0 | 1 |
|  | 05/19/06 12:15 | 319044 | ( ML/EPA 200.8 ) | Thallium, Total, ICAP/MS | ND | ug/l | 1.0 | 1 |

Data Report - Page 1   of 1



**MWH Laboratories**
*A Division of MWH Americas, Inc.*

750 Royal Oaks Drive, Suite 100
Monrovia, California 91016-3629
Tel: 626 386 1100
Fax: 626 386 1101
1 800 566 LABS (1 800 566 5227)

Laboratory
QC Summary
#174558

City of Wilmington

---

QC Ref #319036   - Beryllium, Total, ICAP/MS       Analysis Date: 05/19/2006
    2605180375           ZOO WASHINGTON 615 060516Analyzed by: dtn

QC Ref #319038   - Selenium, Total, ICAP/MS        Analysis Date: 05/19/2006
    2605180375           ZOO WASHINGTON 615 060516Analyzed by: dtn

QC Ref #319041   - Cadmium, Total, ICAP/MS         Analysis Date: 05/19/2006
    2605180375           ZOO WASHINGTON 615 060516Analyzed by: dtn

QC Ref #319042   - Antimony, Total, ICAP/MS        Analysis Date: 05/19/2006
    2605180375           ZOO WASHINGTON 615 060516Analyzed by: dtn

QC Ref #319043   - Barium, Total, ICAP/MS          Analysis Date: 05/19/2006
    2605180375           ZOO WASHINGTON 615 060516Analyzed by: dtn

QC Ref #319044   - Thallium, Total, ICAP/MS        Analysis Date: 05/19/2006
    2605180375           ZOO WASHINGTON 615 060516Analyzed by: dtn

QC Ref #319045   - Lead, Total, ICAP/MS            Analysis Date: 05/19/2006
    2605180360           GANDER HILL #1 06051660  Analyzed by: dtn
    2605180374           GANDER HILL #2 06051552  Analyzed by: dtn
    2605180375           ZOO WASHINGTON 615 060516Analyzed by: dtn

QC Ref #319049   - Chromium, Total, ICAP/MS        Analysis Date: 05/19/2006
    2605180375           ZOO WASHINGTON 615 060516Analyzed by: dtn

QC Summary - Page 1    of 2



**MWH Laboratories**
A Division of MWH Americas, Inc.

750 Royal Oaks Drive, Suite 100
Monrovia, California 91016-3629
Tel: 626 386 1100
Fax: 626 386 1101
1 800 566 LABS (1 800 566 5227)

Laboratory
QC Summary
#174558

City of Wilmington
(continued)

---

QC Ref #319053   - Copper, Total, ICAP/MS         Analysis Date: 05/19/2006

    2605180360            GANDER HILL #1 06051660  Analyzed by: dtn
    2605180374            GANDER HILL #2 06051552  Analyzed by: dtn
    2605180375            ZOO WASHINGTON 615 060516Analyzed by: dtn

QC Ref #319322   - Mercury                         Analysis Date: 05/23/2006

    2605180375            ZOO WASHINGTON 615 060516Analyzed by: dyh

QC Ref #320110   - Arsenic, Total, ICAP/MS         Analysis Date: 05/31/2006

    2605180375            ZOO WASHINGTON 615 060516Analyzed by: jps



**MWH Laboratories**
*A Division of MWH Americas, Inc.*

750 Royal Oaks Drive, Suite 100
Monrovia, California 91016-3629
Tel: 626 386 1100
Fax: 626 386 1101
1 800 566 LABS (1 800 566 5227)

Laboratory
QC Report
#174558

City of Wilmington

---

### QC Ref #319036    Beryllium, Total, ICAP/MS

| QC | Analyte | Spiked | Recovered | Units | Yield (%) | Limits (%) | RPD (%) |
|---|---|---|---|---|---|---|---|
| AASPKSMP | Spiked sample | Lab # 26 | 05180415 | UGL | | ( 0-0 ) | |
| LCS1 | Beryllium, Total, ICAP/MS | 5.00 | 5.04 | UGL | 100.8 | ( 85-115 ) | |
| LCS2 | Beryllium, Total, ICAP/MS | 5.00 | 4.89 | UGL | 97.8 | ( 85-115 ) | |
| MBLK | Beryllium, Total, ICAP/MS | ND | <1.0 | UGL | | | |
| MS | Beryllium, Total, ICAP/MS | 5.00 | 5.47 | UGL | 109.4 | ( 70-130 ) | |
| MSD | Beryllium, Total, ICAP/MS | 5.00 | 5.41 | UGL | 108.2 | ( 70-130 ) | |
| RPD_LCS | Beryllium, Total, ICAP/MS | 100.800 | 97.800 | UGL | 3.0 | ( 0-20 ) | |
| RPD_MS | Beryllium, Total, ICAP/MS | 109.400 | 108.200 | UGL | 1.1 | ( 0-20 ) | |

### QC Ref #319038    Selenium, Total, ICAP/MS

| QC | Analyte | Spiked | Recovered | Units | Yield (%) | Limits (%) | RPD (%) |
|---|---|---|---|---|---|---|---|
| AASPKSMP | Spiked sample | Lab # 26 | 05180415 | UGL | | ( 0-0 ) | |
| LCS1 | Selenium, Total, ICAP/MS | 20 | 20.8 | UGL | 104.0 | ( 85-115 ) | |
| LCS2 | Selenium, Total, ICAP/MS | 20 | 21.3 | UGL | 106.5 | ( 85-115 ) | |
| MBLK | Selenium, Total, ICAP/MS | ND | <5.0 | UGL | | | |
| MS | Selenium, Total, ICAP/MS | 20 | 25 | UGL | 125.0 | ( 70-130 ) | |
| MSD | Selenium, Total, ICAP/MS | 20 | 24.1 | UGL | 120.5 | ( 70-130 ) | |
| RPD_LCS | Selenium, Total, ICAP/MS | 104.000 | 106.500 | UGL | 2.4 | ( 0-20 ) | |
| RPD_MS | Selenium, Total, ICAP/MS | 125.000 | 120.500 | UGL | 3.7 | ( 0-20 ) | |

### QC Ref #319041    Cadmium, Total, ICAP/MS

| QC | Analyte | Spiked | Recovered | Units | Yield (%) | Limits (%) | RPD (%) |
|---|---|---|---|---|---|---|---|
| AASPKSMP | Spiked sample | Lab # 26 | 05180415 | UGL | | ( 0-0 ) | |
| LCS1 | Cadmium, Total, ICAP/MS | 20 | 21.9 | UGL | 109.5 | ( 85-115 ) | |
| LCS2 | Cadmium, Total, ICAP/MS | 20 | 21.4 | UGL | 107.0 | ( 85-115 ) | |
| MBLK | Cadmium, Total, ICAP/MS | ND | <0.50 | UGL | | | |
| MS | Cadmium, Total, ICAP/MS | 20 | 22.6 | UGL | 113.0 | ( 70-130 ) | |
| MSD | Cadmium, Total, ICAP/MS | 20 | 22.1 | UGL | 110.5 | ( 70-130 ) | |
| RPD_LCS | Cadmium, Total, ICAP/MS | 109.500 | 107.000 | UGL | 2.3 | ( 0-20 ) | |

Spikes which exceed Limits and Method Blanks with positive results are highlighted by <u>Underlining</u>.
Criteria for MS and DUP are advisory only, batch control is based on LCS. Criteria for duplicates are advisory only, unless otherwise specified in the method.



**MWH Laboratories**
A Division of MWH Americas, Inc.

Laboratory
QC Report
#174558

750 Royal Oaks Drive, Suite 100
Monrovia, California 91016-3629
Tel: 626 386 1100
Fax: 626 386 1101
1 800 566 LABS (1 800 566 5227)

City of Wilmington
(continued)

---

| QC | Analyte | Spiked | Recovered | Units | Yield (%) | Limits (%) | RPD (%) |
|---|---|---|---|---|---|---|---|
| RPD_MS | Cadmium, Total, ICAP/MS | 113.000 | 110.500 | UGL | 2.2 | ( 0-20 ) | |

### QC Ref #319042    Antimony, Total, ICAP/MS

| QC | Analyte | Spiked | Recovered | Units | Yield (%) | Limits (%) | RPD (%) |
|---|---|---|---|---|---|---|---|
| AASPKSMP | Spiked sample | Lab # 26 | 05180415 | UGL | | ( 0-0 ) | |
| LCS1 | Antimony, Total, ICAP/MS | 50 | 52.8 | UGL | 105.6 | ( 85-115 ) | |
| LCS2 | Antimony, Total, ICAP/MS | 50 | 52.7 | UGL | 105.4 | ( 85-115 ) | |
| MBLK | Antimony, Total, ICAP/MS | ND | <1.0 | UGL | | | |
| MS | Antimony, Total, ICAP/MS | 50 | 57.9 | UGL | 115.8 | ( 70-130 ) | |
| MSD | Antimony, Total, ICAP/MS | 50 | 56.9 | UGL | 113.8 | ( 70-130 ) | |
| RPD_LCS | Antimony, Total, ICAP/MS | 105.600 | 105.400 | UGL | 0.2 | ( 0-20 ) | |
| RPD_MS | Antimony, Total, ICAP/MS | 115.800 | 113.800 | UGL | 1.7 | ( 0-20 ) | |

### QC Ref #319043    Barium, Total, ICAP/MS

| QC | Analyte | Spiked | Recovered | Units | Yield (%) | Limits (%) | RPD (%) |
|---|---|---|---|---|---|---|---|
| AASPKSMP | Spiked sample | Lab # 26 | 05180415 | UGL | | ( 0-0 ) | |
| LCS1 | Barium, Total, ICAP/MS | 100 | 105 | UGL | 105.0 | ( 85-115 ) | |
| LCS2 | Barium, Total, ICAP/MS | 100 | 104 | UGL | 104.0 | ( 85-115 ) | |
| MBLK | Barium, Total, ICAP/MS | ND | <2.0 | UGL | | | |
| MS | Barium, Total, ICAP/MS | 100 | 110 | UGL | 110.0 | ( 70-130 ) | |
| MSD | Barium, Total, ICAP/MS | 100 | 108 | UGL | 108.0 | ( 70-130 ) | |
| RPD_LCS | Barium, Total, ICAP/MS | 105.000 | 104.000 | UGL | 1.0 | ( 0-20 ) | |
| RPD_MS | Barium, Total, ICAP/MS | 110.000 | 108.000 | UGL | 1.8 | ( 0-20 ) | |

### QC Ref #319044    Thallium, Total, ICAP/MS

| QC | Analyte | Spiked | Recovered | Units | Yield (%) | Limits (%) | RPD (%) |
|---|---|---|---|---|---|---|---|
| AASPKSMP | Spiked sample | Lab # 26 | 05180415 | UGL | | ( 0-0 ) | |
| LCS1 | Thallium, Total, ICAP/MS | 20.0 | 20.9 | UGL | 104.5 | ( 85-115 ) | |
| LCS2 | Thallium, Total, ICAP/MS | 20.0 | 20.6 | UGL | 103.0 | ( 85-115 ) | |
| MBLK | Thallium, Total, ICAP/MS | ND | <1.0 | UGL | | | |

Spikes which exceed Limits and Method Blanks with positive results are highlighted by <u>Underlining.</u>
Criteria for MS and DUP are advisory only, batch control is based on LCS. Criteria for duplicates
are advisory only, unless otherwise specified in the method.

QC Report - Page 2    of 5



**MWH Laboratories**
A Division of MWH Americas, Inc.

750 Royal Oaks Drive, Suite 100
Monrovia, California 91016-3629
Tel: 626 386 1100
Fax: 626 386 1101
1 800 566 LABS (1 800 566 5227)

Laboratory
QC Report
#174558

City of Wilmington
(continued)

---

| QC | Analyte | Spiked | Recovered | Units | Yield (%) | Limits (%) | RPD (%) |
|---|---|---|---|---|---|---|---|
| MS      | Thallium, Total, ICAP/MS | 20.0    | 21.5    | UGL | 107.5 | ( 70-130 ) | |
| MSD     | Thallium, Total, ICAP/MS | 20.0    | 21.1    | UGL | 105.5 | ( 70-130 ) | |
| RPD_LCS | Thallium, Total, ICAP/MS | 104.500 | 103.000 | UGL | 1.4   | ( 0-20 )   | |
| RPD_MS  | Thallium, Total, ICAP/MS | 107.500 | 105.500 | UGL | 1.9   | ( 0-20 )   | |

### QC Ref #319045    Lead, Total, ICAP/MS

| QC | Analyte | Spiked | Recovered | Units | Yield (%) | Limits (%) | RPD (%) |
|---|---|---|---|---|---|---|---|
| AASPKSMP | Spiked sample        | Lab # 26 | 05180415 | UGL |       | ( 0-0 )     | |
| LCS1     | Lead, Total, ICAP/MS | 20       | 21.2     | UGL | 106.0 | ( 85-115 )  | |
| LCS2     | Lead, Total, ICAP/MS | 20       | 21.1     | UGL | 105.5 | ( 85-115 )  | |
| MBLK     | Lead, Total, ICAP/MS | ND       | <0.50    | UGL |       |             | |
| MS       | Lead, Total, ICAP/MS | 20       | 22.2     | UGL | 111.0 | ( 70-130 )  | |
| MSD      | Lead, Total, ICAP/MS | 20       | 21.8     | UGL | 109.0 | ( 70-130 )  | |
| RPD_LCS  | Lead, Total, ICAP/MS | 106.000  | 105.500  | UGL | 0.5   | ( 0-20 )    | |
| RPD_MS   | Lead, Total, ICAP/MS | 111.000  | 109.000  | UGL | 1.8   | ( 0-20 )    | |

### QC Ref #319049    Chromium, Total, ICAP/MS

| QC | Analyte | Spiked | Recovered | Units | Yield (%) | Limits (%) | RPD (%) |
|---|---|---|---|---|---|---|---|
| AASPKSMP | Spiked sample            | Lab # 26 | 05180415 | UGL |       | ( 0-0 )    | |
| LCS1     | Chromium, Total, ICAP/MS | 100      | 109      | UGL | 109.0 | ( 85-115 ) | |
| LCS2     | Chromium, Total, ICAP/MS | 100      | 107      | UGL | 107.0 | ( 85-115 ) | |
| MBLK     | Chromium, Total, ICAP/MS | ND       | <1.0     | UGL |       |            | |
| MS       | Chromium, Total, ICAP/MS | 100      | 109      | UGL | 109.0 | ( 70-130 ) | |
| MSD      | Chromium, Total, ICAP/MS | 100      | 107      | UGL | 107.0 | ( 70-130 ) | |
| RPD_LCS  | Chromium, Total, ICAP/MS | 109.000  | 107.000  | UGL | 1.9   | ( 0-20 )   | |
| RPD_MS   | Chromium, Total, ICAP/MS | 109.000  | 107.000  | UGL | 1.9   | ( 0-20 )   | |

Spikes which exceed Limits and Method Blanks with positive results are highlighted by <u>Underlining</u>.
Criteria for MS and DUP are advisory only, batch control is based on LCS. Criteria for duplicates
are advisory only, unless otherwise specified in the method.



**MWH Laboratories**
*A Division of MWH Americas, Inc.*

750 Royal Oaks Drive, Suite 100
Monrovia, California 91016-3629
Tel: 626 386 1100
Fax: 626 386 1101
1 800 566 LABS (1 800 566 5227)

Laboratory
QC Report
#174558

City of Wilmington
(continued)

---

### QC Ref #319053    Copper, Total, ICAP/MS

| QC | Analyte | Spiked | Recovered | Units | Yield (%) | Limits (%) | RPD (%) |
|---|---|---|---|---|---|---|---|
| AASPKSMP | Spiked sample | Lab # 26 | 05180415 | UGL | | ( 0-0 ) | |
| LCS1 | Copper, Total, ICAP/MS | 100 | 110 | UGL | 110.0 | ( 85-115 ) | |
| LCS2 | Copper, Total, ICAP/MS | 100 | 110 | UGL | 110.0 | ( 85-115 ) | |
| MBLK | Copper, Total, ICAP/MS | ND | <2.0 | UGL | | | |
| MS | Copper, Total, ICAP/MS | 100 | 111 | UGL | 111.0 | ( 70-130 ) | |
| MSD | Copper, Total, ICAP/MS | 100 | 109 | UGL | 109.0 | ( 70-130 ) | |
| RPD_LCS | Copper, Total, ICAP/MS | 110.000 | 110.000 | UGL | | | 0.0 ( 0-20 ) |
| RPD_MS | Copper, Total, ICAP/MS | 111.000 | 109.000 | UGL | | | 1.8 ( 0-20 ) |

### QC Ref #319322    Mercury

| QC | Analyte | Spiked | Recovered | Units | Yield (%) | Limits (%) | RPD (%) |
|---|---|---|---|---|---|---|---|
| MS | Spiked sample | Lab # 26 | 05170267 | UGL | | ( 0-0 ) | |
| LCS1 | Mercury | 1.50 | 1.59 | UGL | 106.0 | ( 85-115 ) | |
| LCS2 | Mercury | 1.50 | 1.54 | UGL | 102.7 | ( 85-115 ) | |
| MBLK | Mercury | ND | <0.20 | UGL | | | |
| MRL_CHK | Mercury | 0.200 | 0.208 | UGL | 104.0 | ( 50-150 ) | |
| MS | Mercury | 1.50 | 1.58 | UGL | 105.3 | ( 70-130 ) | |
| MSD | Mercury | 1.50 | 1.57 | UGL | 104.7 | ( 70-130 ) | |
| RPD_LCS | Mercury | 106.000 | 102.667 | UGL | | | 3.2 ( 0-20 ) |
| RPD_MS | Mercury | 105.333 | 104.667 | UGL | | | 0.6 ( 0-20 ) |

### QC Ref #320110    Arsenic, Total, ICAP/MS

| QC | Analyte | Spiked | Recovered | Units | Yield (%) | Limits (%) | RPD (%) |
|---|---|---|---|---|---|---|---|
| AASPKSMP | Spiked sample | Lab # 26 | 05240157 | UGL | | ( 0-0 ) | |
| LCS1 | Arsenic, Total, ICAP/MS | 20 | 19.7 | UGL | 98.5 | ( 85-115 ) | |
| LCS2 | Arsenic, Total, ICAP/MS | 20 | 20.9 | UGL | 104.5 | ( 85-115 ) | |
| MBLK | Arsenic, Total, ICAP/MS | ND | <1.0 | UGL | | | |

Spikes which exceed Limits and Method Blanks with positive results are highlighted by <u>Underlining</u>.
Criteria for MS and DUP are advisory only, batch control is based on LCS. Criteria for duplicates
are advisory only, unless otherwise specified in the method.



**MWH Laboratories**
A Division of MWH Americas, Inc.

Laboratory
QC Report
#174558

750 Royal Oaks Drive, Suite 100
Monrovia, California 91016-3629
Tel: 626 386 1100
Fax: 626 386 1101
1 800 566 LABS (1 800 566 5227)

City of Wilmington
(continued)

| | | | | | | |
|---|---|---|---|---|---|---|
| MRL_CHK | Arsenic, Total, ICAP/MS | 1.000 | 1.05 | UGL | 105.0 | ( 50-150 ) |
| MS | Arsenic, Total, ICAP/MS | 20 | 20.1 | UGL | 100.5 | ( 70-130 ) |
| MSD | Arsenic, Total, ICAP/MS | 20 | 22.5 | UGL | 112.5 | ( 70-130 ) |
| RPD_LCS | Arsenic, Total, ICAP/MS | 98.500 | 104.500 | UGL | 5.9 | ( 0-20 ) |
| RPD_MS | Arsenic, Total, ICAP/MS | 100.500 | 112.500 | UGL | 11.3 | ( 0-20 ) |

Spikes which exceed Limits and Method Blanks with positive results are highlighted by <u>Underlining.</u>
Criteria for MS and DUP are advisory only, batch control is based on LCS. Criteria for duplicates
are advisory only, unless otherwise specified in the method.

QC Report - Page 5    of 5

# MWH Laboratories
MONTGOMERY WATSON HARZA

750 Royal Oaks, Suite 100
Monrovia, California 91016
Phone: (626) 386-1100
(800) 566-5227
Fax: (626) 386-1101

## CHAIN OF CUSTODY RECORD

174558

PAGE 2 OF 2

MWH LABS USE ONLY:

LOGIN COMMENTS:

SAMPLES CHECKED AGAINST COC BY: ___
SAMPLES LOGGED IN BY: ___ (check for yes)
SAMPLES REC'D DAY OF COLLECTION? ☐ (check for yes)

SAMPLE TEMP WHEN REC'D AT LAB: ___ (Compliance: 4 +/- 2°C)
CONDITION OF BLUE ICE: FROZEN ___ PARTIALLY FROZEN ___ THAWED ___ (check for yes)

### TO BE COMPLETED BY SAMPLER:

COMPANY, UTILITY or PROJECT: City of Wilmington

MWH LABS CLIENT CODE: Wilmington Delaware

SAMPLER PRINTED NAME AND SIGNATURE:

SYSTEM #: DE 0000663

P.O.# / JOB # / PROJECT:

TAT requested: rush by adv notice only
STD ___ 1 week ___ 3 day ___ 2 day ___ 1 day ___

COMPLIANCE SAMPLES
- Requires state forms
Type of samples (circle one): ROUTINE SPECIAL CONFIRMATION

NON-COMPLIANCE SAMPLES
REGULATION INVOLVED:
(eg. SDWA, Phase V, NPDES, FDA...) ☐ (check for yes) **OR**

SEE ATTACHED BOTTLE ORDER FOR ANALYSES
IST ANALYSES REQUIRED BELOW (enter number of bottles sent for each test for each sample

| SAMPLE DATE | SAMPLE TIME | STATION # or LOCATION | SITE NAME OR SAMPLE I.D. | *MATRIX | GRAB | COMP | bact req | other req | metals 4S | Cu, Pb | Cd, Lc, Hg | Se, TH | SAMPLER COMMENTS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 5/16 | 10:25 | Grace Hill #1 | 06051660 | CFW | X | | 1 | | | | | | |
| 5/16 | 10:45 | Grace Hill #2 | 06051662 | CFW | X | | 1 | + | | | | | |
| 5/16 | 3:30 | 200 Washington | 06051696 | CFW | X | | 1 | + | | | | | |

* MATRIX TYPES:
RSW = Raw Surface Water    CFW = Chlor(am)inated Finished Water    CWW = Chlorinated Waste Water    BW = Bottled Water    SO = Soil
RGW = Raw Ground Water     FW = Other Finished Water               WW = Other Waste Water             SW = Storm Water      SL = Sludge

| | SIGNATURE | PRINT NAME | COMPANY/TITLE | DATE | TIME |
|---|---|---|---|---|---|
| RELINQUISHED BY: | | Georgia Walker | City of Wilmington | 5/17/06 | 3:30pm |
| RECEIVED BY: | | MWH | MWH LABS | 5/18/06 | 01:30 |
| RELINQUISHED BY: | | | | | |
| RECEIVED BY: | | | | | |
| RELINQUISHED BY: | | | | | |
| RECEIVED BY: | | | | | |

Page 1

C-O-C#


SCANNED