

JOSEPH R. BIDEN, III
ATTORNEY GENERAL

DEPARTMENT OF JUSTICE
NEW CASTLE COUNTY
820 NORTH FRENCH STREET
WILMINGTON, DELAWARE 19801

CRIMINAL DIVISION (302) 577-8500
FAX (302) 577-2496
CIVIL DIVISION (302) 577-8400
FAX (302) 577-6630
TTY (302) 577-5783

March 5, 2007

Civil Division - New Castle County

Daniel M. Woods
SBI # 164728
Delaware Correctional Center
1181 Paddock Road
Smyrna, DE 19977

    Re:    **Seawright, et al. v. Williams, et al.**
             **C.A. No. 05-576-\*\*\***

Dear Mr. Woods:

    Pursuant to our teleconference with Judge Mary Pat Thynge, I contacted MWH Laboratories to request documentation concerning water testing done at HRYCI in May 2006. I have enclosed copies of the documents provided by MWH Laboratories.

                                  Very truly yours,

                                  /s/ Eileen Kelly

                                Eileen Kelly
                                Deputy Attorney General

Enclosures

    cc:    The Honorable Mary Pat Thynge (w/enclosures)
             Mr. Darren Seawright (w/enclosures)