## MWH Laboratories
750 Royal Oaks Drive, Monrovia, CA 91016
PHONE: 626-386-1100/FAX: 626-386-1101

### ACKNOWLEDGMENT OF SAMPLES RECEIVED

```
City of Wilmington
Water Quality Laboratory         Customer Code: WILMINGTONDE
1401 Concord Pike                      Group#: 174558
Wilmington, DE 19803                 Project#: DRINKING
Attn: Colleen Arnold                 Proj Mgr: Tom French
Phone: 302-573-5522                    Phone: 480 778 1558
```

The following samples were received from you on 05/18/06. They have been scheduled for the tests listed beside each sample. If this information is incorrect, please contact your service representative. Thank you for using MWH Laboratories.

| Sample# | Sample Id | Matrix | Sample Date |
|---|---|---|---|
| | Tests Scheduled | | |
| 2605180360 | GANDER HILL #1 06051660 | Water | 16-may-2006 10:25:00 |
| | CU-MS    P          PB-MS    T | | |
| 2605180374 | GANDER HILL #2 06051552 | Water | 16-may-2006 10:15:00 |
| | CU-MS    P          PB-MS    T | | |
| 2605180375 | ZOO WASHINGTON 615 06051696 | Water | 16-may-2006 15:00:00 |
| | AS-MS    BA-MS    BE-MS    CD-MS    CR-MS    CU-MS | | |
| | HG       P        PB-MS    SB-MS    SE-MS    T | | |
| | TL-MS | | |

### Test Acronym Description

| Test Acronym | Description |
|---|---|
| AS-MS | Arsenic, Total, ICAP/MS |
| BA-MS | Barium, Total, ICAP/MS |
| BE-MS | Beryllium, Total, ICAP/MS |
| CD-MS | Cadmium, Total, ICAP/MS |
| CR-MS | Chromium, Total, ICAP/MS |
| CU-MS | Copper, Total, ICAP/MS |
| HG | Mercury |
| P | Metals sample pH |
| PB-MS | Lead, Total, ICAP/MS |
| SB-MS | Antimony, Total, ICAP/MS |
| SE-MS | Selenium, Total, ICAP/MS |
| T | Metals Turbidity |
| TL-MS | Thallium, Total, ICAP/MS |



750 Royal Oaks Drive, Suite 100
Monrovia, California 91016-3629
Tel: 626 386 1100
Fax: 626 386 1101
1 800 566 LABS (1 800 566 5227)

Laboratory Report

for

City of Wilmington
Water Quality Laboratory

1401 Concord Pike

Wilmington , DE   19803

Attention: Colleen Arnold
Fax: 302-573-5539



TDFA Tom French
Project Manager



Report#: 174558
DRINKING

Laboratory certifies that the test results meet all **NELAC** requirements unless noted in the Comments section or the Case Narrative. Following the cover page are QC Report, QC Summary, Data Report, Hits Report, totaling 9 page[s].



**MWH Laboratories**
A Division of MWH Americas, Inc.

750 Royal Oaks Drive, Suite 100
Monrovia, California 91016-3629
Tel. 626 386 1100
Fax 626 386 1101
1 800 566 LABS (1 800 566 5227)

Laboratory
Hits Report
#174558

City of Wilmington
Colleen Arnold
Water Quality Laboratory
1401 Concord Pike
Wilmington, DE   19803

Samples Received
18-may-2006 17:42:34

| Analyzed | Sample# | Sample ID | Result | Federal MCL | UNITS | MRL |
|---|---|---|---|---|---|---|
| | 2605180360 | GANDER HILL #1 06051660 | | | | |
| 05/19/06 | Copper, Total, ICAP/MS | | 46 | 1300 | ug/l | 2.0 |
| | 2605180374 | GANDER HILL #2 06051552 | | | | |
| 05/19/06 | Copper, Total, ICAP/MS | | 82 | 1300 | ug/l | 2.0 |
| | 2605180375 | ZOO WASHINGTON 615 06051696 | | | | |
| 05/19/06 | Barium, Total, ICAP/MS | | 28 | 2000 | ug/l | 2.0 |
| 05/19/06 | Chromium, Total, ICAP/MS | | 2.1 | 100 | ug/l | 1.0 |
| 05/19/06 | Copper, Total, ICAP/MS | | 120 | 1300 | ug/l | 2.0 |
| 05/19/06 | Lead, Total, ICAP/MS | | 2.3 | 15 | ug/l | 0.50 |

SUMMARY OF POSITIVE DATA ONLY.

Hits Report - Page 1    of 1



**MWH Laboratories**
A Division of MWH Americas, Inc.

750 Royal Oaks Drive, Suite 100
Monrovia, California 91016-3629
Tel: 626 386 1100
Fax: 626 386 1101
1 800 566 LABS (1 800 566 5227)

Laboratory
Data Report
#174558

City of Wilmington
Colleen Arnold
Water Quality Laboratory
1401 Concord Pike
Wilmington , DE   19803

Samples Received
05/18/06

| Prepared | Analyzed | QC Ref# | Method | Analyte | Result | Units | MRL | Dilution |
|---|---|---|---|---|---|---|---|---|
| **GANDER HILL #1 06051660 (2605180360)** | | | | **Sampled on 05/16/06 10:25** | | | | |
| 05/19/06 | 12:37 | 319053 | ( ML/EPA 200.8 ) | Copper, Total, ICAP/MS | 46 | ug/l | 2.0 | 1 |
| 05/19/06 | 12:37 | 319045 | ( ML/EPA 200.8 ) | Lead, Total, ICAP/MS | ND | ug/l | 0.50 | 1 |
| **GANDER HILL #2 06051552 (2605180374)** | | | | **Sampled on 05/16/06 10:15** | | | | |
| 05/19/06 | 12:10 | 319053 | ( ML/EPA 200.8 ) | Copper, Total, ICAP/MS | 82 | ug/l | 2.0 | 1 |
| 05/19/06 | 12:10 | 319045 | ( ML/EPA 200.8 ) | Lead, Total, ICAP/MS | ND | ug/l | 0.50 | 1 |
| **ZOO WASHINGTON 615 06051696 (2605180375)** | | | | **Sampled on 05/16/06 15:00** | | | | |
| 05/31/06 | 12:18 | 320110 | ( ML/EPA 200.8 ) | Arsenic, Total, ICAP/MS | ND | ug/l | 1.0 | 1 |
| 05/19/06 | 12:15 | 319043 | ( ML/EPA 200.8 ) | Barium, Total, ICAP/MS | 28 | ug/l | 2.0 | 1 |
| 05/19/06 | 12:15 | 319036 | ( ML/EPA 200.8 ) | Beryllium, Total, ICAP/MS | ND | ug/l | 1.0 | 1 |
| 05/19/06 | 12:15 | 319041 | ( ML/EPA 200.8 ) | Cadmium, Total, ICAP/MS | ND | ug/l | 0.50 | 1 |
| 05/19/06 | 12:15 | 319049 | ( ML/EPA 200.8 ) | Chromium, Total, ICAP/MS | 2.1 | ug/l | 1.0 | 1 |
| 05/19/06 | 12:15 | 319053 | ( ML/EPA 200.8 ) | Copper, Total, ICAP/MS | 120 | ug/l | 2.0 | 1 |
| 05/23/06 | 00:02 | 319322 | ( ML/EPA 245.1 ) | Mercury | ND | ug/l | 0.20 | 1 |
| 05/19/06 | 12:15 | 319045 | ( ML/EPA 200.8 ) | Lead, Total, ICAP/MS | 2.3 | ug/l | 0.50 | 1 |
| 05/19/06 | 12:15 | 319042 | ( ML/EPA 200.8 ) | Antimony, Total, ICAP/MS | ND | ug/l | 1.0 | 1 |
| 05/19/06 | 12:15 | 319038 | ( ML/EPA 200.8 ) | Selenium, Total, ICAP/MS | ND | ug/l | 5.0 | 1 |
| 05/19/06 | 12:15 | 319044 | ( ML/EPA 200.8 ) | Thallium, Total, ICAP/MS | ND | ug/l | 1.0 | 1 |



**MWH Laboratories**
A Division of MWH Americas, Inc.

750 Royal Oaks Drive, Suite 100
Monrovia, California 91016-3829
Tel: 626 386 1100
Fax: 626 386 1101
1 800 566 LABS (1 800 566 5227)

Laboratory
QC Summary
#174558

City of Wilmington

---

QC Ref #319036  - Beryllium, Total, ICAP/MS    Analysis Date: 05/19/2006
    2605180375            ZOO WASHINGTON 615 060516Analyzed by: dtn

QC Ref #319038  - Selenium, Total, ICAP/MS     Analysis Date: 05/19/2006
    2605180375            ZOO WASHINGTON 615 060516Analyzed by: dtn

QC Ref #319041  - Cadmium, Total, ICAP/MS      Analysis Date: 05/19/2006
    2605180375            ZOO WASHINGTON 615 060516Analyzed by: dtn

QC Ref #319042  - Antimony, Total, ICAP/MS     Analysis Date: 05/19/2006
    2605180375            ZOO WASHINGTON 615 060516Analyzed by: dtn

QC Ref #319043  - Barium, Total, ICAP/MS       Analysis Date: 05/19/2006
    2605180375            ZOO WASHINGTON 615 060516Analyzed by: dtn

QC Ref #319044  - Thallium, Total, ICAP/MS     Analysis Date: 05/19/2006
    2605180375            ZOO WASHINGTON 615 060516Analyzed by: dtn

QC Ref #319045  - Lead, Total, ICAP/MS         Analysis Date: 05/19/2006
    2605180360            GANDER HILL #1 06051660  Analyzed by: dtn
    2605180374            GANDER HILL #2 06051552  Analyzed by: dtn
    2605180375            ZOO WASHINGTON 615 060516Analyzed by: dtn

QC Ref #319049  - Chromium, Total, ICAP/MS     Analysis Date: 05/19/2006
    2605180375            ZOO WASHINGTON 615 060516Analyzed by: dtn

QC Summary - Page 1   of 2



**MWH Laboratories**
A Division of MWH Americas, Inc.

750 Royal Oaks Drive, Suite 100
Monrovia, California 91016-3629
Tel: 626 386 1100
Fax: 626 386 1101
1 800 566 LABS (1 800 566 5227)

Laboratory
QC Summary
#174558

City of Wilmington
(continued)

---

QC Ref #319053    - Copper, Total, ICAP/MS        Analysis Date: 05/19/2006

    2605180360        GANDER HILL #1 06051660   Analyzed by: dtn
    2605180374        GANDER HILL #2 06051552   Analyzed by: dtn
    2605180375        ZOO WASHINGTON 615 060516 Analyzed by: dtn

QC Ref #319322    - Mercury                        Analysis Date: 05/23/2006

    2605180375        ZOO WASHINGTON 615 060516 Analyzed by: dyh

QC Ref #320110    - Arsenic, Total, ICAP/MS        Analysis Date: 05/31/2006

    2605180375        ZOO WASHINGTON 615 060516 Analyzed by: jps



**MWH Laboratories**
A Division of MWH Americas, Inc.

750 Royal Oaks Drive, Suite 100
Monrovia, California 91016-3629
Tel: 626 386 1100
Fax: 626 386 1101
1 800 566 LABS (1 800 566 5227)

Laboratory
QC Report
#174558

City of Wilmington

---

QC Ref #319036        Beryllium, Total, ICAP/MS

| QC | Analyte | Spiked | Recovered | Units | Yield (%) | Limits (%) | RPD (%) |
|---|---|---|---|---|---|---|---|
| AASPKSMP | Spiked sample | Lab # 26 | 05180415 | UGL | | ( 0-0 ) | |
| LCS1 | Beryllium, Total, ICAP/MS | 5.00 | 5.04 | UGL | 100.8 | ( 85-115 ) | |
| LCS2 | Beryllium, Total, ICAP/MS | 5.00 | 4.89 | UGL | 97.8 | ( 85-115 ) | |
| MBLK | Beryllium, Total, ICAP/MS | ND | <1.0 | UGL | | | |
| MS | Beryllium, Total, ICAP/MS | 5.00 | 5.47 | UGL | 109.4 | ( 70-130 ) | |
| MSD | Beryllium, Total, ICAP/MS | 5.00 | 5.41 | UGL | 108.2 | ( 70-130 ) | |
| RPD_LCS | Beryllium, Total, ICAP/MS | 100.800 | 97.800 | UGL | 3.0 | ( 0-20 ) | |
| RPD_MS | Beryllium, Total, ICAP/MS | 109.400 | 108.200 | UGL | 1.1 | ( 0-20 ) | |

QC Ref #319038        Selenium, Total, ICAP/MS

| QC | Analyte | Spiked | Recovered | Units | Yield (%) | Limits (%) | RPD (%) |
|---|---|---|---|---|---|---|---|
| AASPKSMP | Spiked sample | Lab # 26 | 05180415 | UGL | | ( 0-0 ) | |
| LCS1 | Selenium, Total, ICAP/MS | 20 | 20.8 | UGL | 104.0 | ( 85-115 ) | |
| LCS2 | Selenium, Total, ICAP/MS | 20 | 21.3 | UGL | 106.5 | ( 85-115 ) | |
| MBLK | Selenium, Total, ICAP/MS | ND | <5.0 | UGL | | | |
| MS | Selenium, Total, ICAP/MS | 20 | 25 | UGL | 125.0 | ( 70-130 ) | |
| MSD | Selenium, Total, ICAP/MS | 20 | 24.1 | UGL | 120.5 | ( 70-130 ) | |
| RPD_LCS | Selenium, Total, ICAP/MS | 104.000 | 106.500 | UGL | 2.4 | ( 0-20 ) | |
| RPD_MS | Selenium, Total, ICAP/MS | 125.000 | 120.500 | UGL | 3.7 | ( 0-20 ) | |

QC Ref #319041        Cadmium, Total, ICAP/MS

| QC | Analyte | Spiked | Recovered | Units | Yield (%) | Limits (%) | RPD (%) |
|---|---|---|---|---|---|---|---|
| AASPKSMP | Spiked sample | Lab # 26 | 05180415 | UGL | | ( 0-0 ) | |
| LCS1 | Cadmium, Total, ICAP/MS | 20 | 21.9 | UGL | 109.5 | ( 85-115 ) | |
| LCS2 | Cadmium, Total, ICAP/MS | 20 | 21.4 | UGL | 107.0 | ( 85-115 ) | |
| MBLK | Cadmium, Total, ICAP/MS | ND | <0.50 | UGL | | | |
| MS | Cadmium, Total, ICAP/MS | 20 | 22.6 | UGL | 113.0 | ( 70-130 ) | |
| MSD | Cadmium, Total, ICAP/MS | 20 | 22.1 | UGL | 110.5 | ( 70-130 ) | |
| RPD_LCS | Cadmium, Total, ICAP/MS | 109.500 | 107.000 | UGL | 2.3 | ( 0-20 ) | |

Spikes which exceed Limits and Method Blanks with positive results are highlighted by <u>Underlining</u>.
Criteria for MS and DUP are advisory only, batch control is based on LCS. Criteria for duplicates are advisory only, unless otherwise specified in the method.

QC Report - Page 1    of 5



**MWH Laboratories**
A Division of MWH Americas, Inc.

750 Royal Oaks Drive, Suite 100
Monrovia, California 91016-3629
Tel: 626 386 1100
Fax: 626 386 1101
1 800 566 LABS (1 800 566 5227)

Laboratory
QC Report
#174558

City of Wilmington
(continued)

---

| QC | Analyte | Spiked | Recovered | Units | Yield (%) | Limits (%) | RPD (%) |
|---|---|---|---|---|---|---|---|
| RPD_MS | Cadmium, Total, ICAP/MS | 113.000 | 110.500 | UGL | 2.2 | ( 0-20 ) | |

**QC Ref #319042    Antimony, Total, ICAP/MS**

| QC | Analyte | Spiked | Recovered | Units | Yield (%) | Limits (%) | RPD (%) |
|---|---|---|---|---|---|---|---|
| AASPKSMP | Spiked sample | Lab # 26 | 05180415 | UGL | | ( 0-0 ) | |
| LCS1 | Antimony, Total, ICAP/MS | 50 | 52.8 | UGL | 105.6 | ( 85-115 ) | |
| LCS2 | Antimony, Total, ICAP/MS | 50 | 52.7 | UGL | 105.4 | ( 85-115 ) | |
| MBLK | Antimony, Total, ICAP/MS | ND | <1.0 | UGL | | | |
| MS | Antimony, Total, ICAP/MS | 50 | 57.9 | UGL | 115.8 | ( 70-130 ) | |
| MSD | Antimony, Total, ICAP/MS | 50 | 56.9 | UGL | 113.8 | ( 70-130 ) | |
| RPD_LCS | Antimony, Total, ICAP/MS | 105.600 | 105.400 | UGL | 0.2 | ( 0-20 ) | |
| RPD_MS | Antimony, Total, ICAP/MS | 115.800 | 113.800 | UGL | 1.7 | ( 0-20 ) | |

**QC Ref #319043    Barium, Total, ICAP/MS**

| QC | Analyte | Spiked | Recovered | Units | Yield (%) | Limits (%) | RPD (%) |
|---|---|---|---|---|---|---|---|
| AASPKSMP | Spiked sample | Lab # 26 | 05180415 | UGL | | ( 0-0 ) | |
| LCS1 | Barium, Total, ICAP/MS | 100 | 105 | UGL | 105.0 | ( 85-115 ) | |
| LCS2 | Barium, Total, ICAP/MS | 100 | 104 | UGL | 104.0 | ( 85-115 ) | |
| MBLK | Barium, Total, ICAP/MS | ND | <2.0 | UGL | | | |
| MS | Barium, Total, ICAP/MS | 100 | 110 | UGL | 110.0 | ( 70-130 ) | |
| MSD | Barium, Total, ICAP/MS | 100 | 108 | UGL | 108.0 | ( 70-130 ) | |
| RPD_LCS | Barium, Total, ICAP/MS | 105.000 | 104.000 | UGL | 1.0 | ( 0-20 ) | |
| RPD_MS | Barium, Total, ICAP/MS | 110.000 | 108.000 | UGL | 1.8 | ( 0-20 ) | |

**QC Ref #319044    Thallium, Total, ICAP/MS**

| QC | Analyte | Spiked | Recovered | Units | Yield (%) | Limits (%) | RPD (%) |
|---|---|---|---|---|---|---|---|
| AASPKSMP | Spiked sample | Lab # 26 | 05180415 | UGL | | ( 0-0 ) | |
| LCS1 | Thallium, Total, ICAP/MS | 20.0 | 20.9 | UGL | 104.5 | ( 85-115 ) | |
| LCS2 | Thallium, Total, ICAP/MS | 20.0 | 20.6 | UGL | 103.0 | ( 85-115 ) | |
| MBLK | Thallium, Total, ICAP/MS | ND | <1.0 | UGL | | | |

Spikes which exceed Limits and Method Blanks with positive results are highlighted by <u>Underlining</u>. Criteria for MS and DUP are advisory only, batch control is based on LCS. Criteria for duplicates are advisory only, unless otherwise specified in the method.

QC Report - Page 2   of 5



**MWH Laboratories**
A Division of MWH Americas, Inc.

750 Royal Oaks Drive, Suite 100
Monrovia, California 91016-3629
Tel: 626 386 1100
Fax: 626 386 1101
1 800 566 LABS (1 800 566 5227)

Laboratory
QC Report
#174558

City of Wilmington
(continued)

| QC | Analyte | Spiked | Recovered | Units | Yield (%) | Limits (%) | RPD (%) |
|---|---|---|---|---|---|---|---|
| MS | Thallium, Total, ICAP/MS | 20.0 | 21.5 | UGL | 107.5 | ( 70-130 ) | |
| MSD | Thallium, Total, ICAP/MS | 20.0 | 21.1 | UGL | 105.5 | ( 70-130 ) | |
| RPD_LCS | Thallium, Total, ICAP/MS | 104.500 | 103.000 | UGL | 1.4 | ( 0-20 ) | |
| RPD_MS | Thallium, Total, ICAP/MS | 107.500 | 105.500 | UGL | 1.9 | ( 0-20 ) | |

### QC Ref #319045    Lead, Total, ICAP/MS

| QC | Analyte | Spiked | Recovered | Units | Yield (%) | Limits (%) | RPD (%) |
|---|---|---|---|---|---|---|---|
| AASPKSMP | Spiked sample | Lab # 26 | 05180415 | UGL | | ( 0-0 ) | |
| LCS1 | Lead, Total, ICAP/MS | 20 | 21.2 | UGL | 106.0 | ( 85-115 ) | |
| LCS2 | Lead, Total, ICAP/MS | 20 | 21.1 | UGL | 105.5 | ( 85-115 ) | |
| MBLK | Lead, Total, ICAP/MS | ND | <0.50 | UGL | | | |
| MS | Lead, Total, ICAP/MS | 20 | 22.2 | UGL | 111.0 | ( 70-130 ) | |
| MSD | Lead, Total, ICAP/MS | 20 | 21.8 | UGL | 109.0 | ( 70-130 ) | |
| RPD_LCS | Lead, Total, ICAP/MS | 106.000 | 105.500 | UGL | 0.5 | ( 0-20 ) | |
| RPD_MS | Lead, Total, ICAP/MS | 111.000 | 109.000 | UGL | 1.8 | ( 0-20 ) | |

### QC Ref #319049    Chromium, Total, ICAP/MS

| QC | Analyte | Spiked | Recovered | Units | Yield (%) | Limits (%) | RPD (%) |
|---|---|---|---|---|---|---|---|
| AASPKSMP | Spiked sample | Lab # 26 | 05180415 | UGL | | ( 0-0 ) | |
| LCS1 | Chromium, Total, ICAP/MS | 100 | 109 | UGL | 109.0 | ( 85-115 ) | |
| LCS2 | Chromium, Total, ICAP/MS | 100 | 107 | UGL | 107.0 | ( 85-115 ) | |
| MBLK | Chromium, Total, ICAP/MS | ND | <1.0 | UGL | | | |
| MS | Chromium, Total, ICAP/MS | 100 | 109 | UGL | 109.0 | ( 70-130 ) | |
| MSD | Chromium, Total, ICAP/MS | 100 | 107 | UGL | 107.0 | ( 70-130 ) | |
| RPD_LCS | Chromium, Total, ICAP/MS | 109.000 | 107.000 | UGL | 1.9 | ( 0-20 ) | |
| RPD_MS | Chromium, Total, ICAP/MS | 109.000 | 107.000 | UGL | 1.9 | ( 0-20 ) | |

Spikes which exceed Limits and Method Blanks with positive results are highlighted by <u>Underlining</u>.
Criteria for MS and DUP are advisory only, batch control is based on LCS. Criteria for duplicates
are advisory only, unless otherwise specified in the method.

QC Report - Page 3    of 5



**MWH Laboratories**
A Division of MWH Americas, Inc.

750 Royal Oaks Drive, Suite 100
Monrovia, California 91016-3629
Tel: 626 386 1100
Fax: 626 386 1101
1 800 566 LABS (1 800 566 5227)

Laboratory
QC Report
#174558

City of Wilmington
(continued)

---

### QC Ref #319053      Copper, Total, ICAP/MS

| QC | Analyte | Spiked | Recovered | Units | Yield (%) | Limits (%) | RPD (%) |
|---|---|---|---|---|---|---|---|
| AASPKSMP | Spiked sample | Lab # 26 | 05180415 | UGL | | ( 0-0 ) | |
| LCS1 | Copper, Total, ICAP/MS | 100 | 110 | UGL | 110.0 | ( 85-115 ) | |
| LCS2 | Copper, Total, ICAP/MS | 100 | 110 | UGL | 110.0 | ( 85-115 ) | |
| MBLK | Copper, Total, ICAP/MS | ND | <2.0 | UGL | | | |
| MS | Copper, Total, ICAP/MS | 100 | 111 | UGL | 111.0 | ( 70-130 ) | |
| MSD | Copper, Total, ICAP/MS | 100 | 109 | UGL | 109.0 | ( 70-130 ) | |
| RPD_LCS | Copper, Total, ICAP/MS | 110.000 | 110.000 | UGL | 0.0 | ( 0-20 ) | |
| RPD_MS | Copper, Total, ICAP/MS | 111.000 | 109.000 | UGL | 1.8 | ( 0-20 ) | |

### QC Ref #319322      Mercury

| QC | Analyte | Spiked | Recovered | Units | Yield (%) | Limits (%) | RPD (%) |
|---|---|---|---|---|---|---|---|
| MS | Spiked sample | Lab # 26 | 05170267 | UGL | | ( 0-0 ) | |
| LCS1 | Mercury | 1.50 | 1.59 | UGL | 106.0 | ( 85-115 ) | |
| LCS2 | Mercury | 1.50 | 1.54 | UGL | 102.7 | ( 85-115 ) | |
| MBLK | Mercury | ND | <0.20 | UGL | | | |
| MRL_CHK | Mercury | 0.200 | 0.208 | UGL | 104.0 | ( 50-150 ) | |
| MS | Mercury | 1.50 | 1.58 | UGL | 105.3 | ( 70-130 ) | |
| MSD | Mercury | 1.50 | 1.57 | UGL | 104.7 | ( 70-130 ) | |
| RPD_LCS | Mercury | 106.000 | 102.667 | UGL | 3.2 | ( 0-20 ) | |
| RPD_MS | Mercury | 105.333 | 104.667 | UGL | 0.6 | ( 0-20 ) | |

### QC Ref #320110      Arsenic, Total, ICAP/MS

| QC | Analyte | Spiked | Recovered | Units | Yield (%) | Limits (%) | RPD (%) |
|---|---|---|---|---|---|---|---|
| AASPKSMP | Spiked sample | Lab # 26 | 05240157 | UGL | | ( 0-0 ) | |
| LCS1 | Arsenic, Total, ICAP/MS | 20 | 19.7 | UGL | 98.5 | ( 85-115 ) | |
| LCS2 | Arsenic, Total, ICAP/MS | 20 | 20.9 | UGL | 104.5 | ( 85-115 ) | |
| MBLK | Arsenic, Total, ICAP/MS | ND | <1.0 | UGL | | | |

Spikes which exceed Limits and Method Blanks with positive results are highlighted by Underlining. Criteria for MS and DUP are advisory only, batch control is based on LCS. Criteria for duplicates are advisory only, unless otherwise specified in the method.

QC Report - Page 4    of 5



**MWH Laboratories**
*A Division of MWH Americas, Inc.*

750 Royal Oaks Drive, Suite 100
Monrovia, California 91016-3629
Tel: 626 386 1100
Fax: 626 386 1101
1 800 566 LABS (1 800 566 5227)

Laboratory
QC Report
#174558

City of Wilmington
(continued)

| | | | | | | |
|---|---|---|---|---|---|---|
| MRL_CHK | Arsenic, Total, ICAP/MS | 1.000 | 1.05 | UGL | 105.0 | ( 50-150 ) |
| MS | Arsenic, Total, ICAP/MS | 20 | 20.1 | UGL | 100.5 | ( 70-130 ) |
| MSD | Arsenic, Total, ICAP/MS | 20 | 22.5 | UGL | 112.5 | ( 70-130 ) |
| RPD_LCS | Arsenic, Total, ICAP/MS | 98.500 | 104.500 | UGL | 5.9 | ( 0-20 ) |
| RPD_MS | Arsenic, Total, ICAP/MS | 100.500 | 112.500 | UGL | 11.3 | ( 0-20 ) |

Spikes which exceed Limits and Method Blanks with positive results are highlighted by <u>Underlining</u>.
Criteria for MS and DUP are advisory only, batch control is based on LCS. Criteria for duplicates
are advisory only, unless otherwise specified in the method.

QC Report - Page 5    of 5

# MWH Laboratories
MONTGOMERY WATSON HARZA

**CHAIN OF CUSTODY RECORD**

174558

750 Royal Oaks, Suite 100
Monrovia, California 91016
Phone: (626) 386-1100
       (800) 566-5227
Fax:   (626) 386-1101

MWH LABS USE ONLY: PAGE 2 OF 2

LOGIN COMMENTS: _____

SAMPLES CHECKED AGAINST COC BY: ___

SAMPLES LOGGED IN BY: ___

SAMPLE TEMP WHEN REC'D AT LAB: 4° (Compliance: 4 +/- 2°C)
CONDITION OF BLUE ICE: FROZEN ✓  PARTIALLY FROZEN ___  THAWED ___

SAMPLES REC'D DAY OF COLLECTION? ☐ (check for yes)

TO BE COMPLETED BY SAMPLER:

| COMPANY, UTILITY or PROJECT: | SYSTEM #: | COMPLIANCE SAMPLES ☐ - Requires state forms | NON-COMPLIANCE SAMPLES ☐ REGULATION INVOLVED: |
|---|---|---|---|
| City of Wilmington | DE 0000663 | Type of samples (circle one): ROUTINE SPECIAL CONFIRMATION | (eg. SDWA, Phase V, NPDES, FDA,...) |

| MWH LABS CLIENT CODE: | P.O.# / JOB # / PROJECT: | SEE ATTACHED BOTTLE ORDER FOR ANALYSES ☐ (check for yes), OR |
|---|---|---|
| Wilmington Delaware | CFW | LIST ANALYSES REQUIRED BELOW (enter number of bottles sent for each test for each sample) |

SAMPLER PRINTED NAME AND SIGNATURE:

TAT requested; rush by adv notice only
STD ___ 1 week ___ 3 day ___ 2 day ___ 1 day ___

| SAMPLE DATE | SAMPLE TIME | STATION # or LOCATION | SITE NAME OR SAMPLE I.D. | MATRIX* | GRAB | COMP | Pb/Cu | Other Reg | metals Sb, Ba | Be, Cd, Cr, Hg | Se, Tl | | | | | | | SAMPLER COMMENTS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 5/16/06 | 10:25 am | Gander Hill #1 | 06051660 | CFW | X | | 1 | | | | | | | | | | | |
| 5/16/06 | 10:35 am | Gander Hill #2 | 06051662 | CFW | X | | 1 | | | | | | | | | | | |
| 5/16/06 | 3:00 pm | Zoo Washington GS | 06051696 | CFW | X | | X | X | | | | | | | | | | |

* MATRIX TYPES:
RSW = Raw Surface Water    CFW = Chlor(am)inated Finished Water    CWW = Chlorinated Waste Water    BW = Bottled Water    SO = Soil
RGW = Raw Ground Water     FW = Other Finished Water               WW = Other Waste Water            SW = Storm Water      SL = Sludge

| | SIGNATURE | PRINT NAME | COMPANY/TITLE | DATE | TIME |
|---|---|---|---|---|---|
| RELINQUISHED BY: | Franklin Walker | Franklin Walker | City of Wilmington Lab | 5-17-06 | 3:30 pm |
| RECEIVED BY: | | Jose Sanchez | MWH | 5/18/06 | 10:50 |
| RELINQUISHED BY: | | | | | |
| RECEIVED BY: | | | | | |
| RELINQUISHED BY: | | | | | |
| RECEIVED BY: | | | | | |

Page 1

C-O-C#

PAGE ___ OF ___
SCANNED