IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DARREN LAMONT SEAWRIGHT and DANIEL M. WOODS, | : : : |
| Plaintiffs, | : : |
| v. | :  Civil Action No. 05-576-*** (MPT) |
| WARDEN RAFAEL WILLIAMS, et al., | : : : |
| Defendants. | : |

## ORDER

At Wilmington this **12th** day of **March, 2007**.

IT IS ORDERED that the status teleconference scheduled for Wednesday, March 14, 2007 at 9:30 a.m. with Magistrate Judge Thynge has been rescheduled to **Thursday, March 22, 2007 at 11:00 a.m.** Defense counsel shall initiate the teleconference call.

/s/ Mary Pat Thynge
UNITED STATES MAGISTRATE JUDGE