IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF DELAWARE

DANIEL M. WOODS
   Plaintiff

VS.

RAFEAL WILLIAMS,
MAINT. SUP. PACECO,
STATE OF DELAWARE
   Defendants.

C.A.N.# 05-576(m.p.t.)



## PLAINTIFFS FIRST SET OF REQUESTS FOR ADMISSIONS

Plaintiff requests that the defendants make the following admissions, within 30 days pursuant to fed.R.Civ.P.36.

Dated: 3-20-2007

Daniel M Woods
S.B.I. # 164728
1181 Paddock rd.
Smyrna, De. 19977

**That each document is genuine filed by plaintiff as exhibits:**

**That each of the following facts is true:**
Did the plaintiff Daniel M. Woods work at Howard R. young Inst.?

That plaintiff did work on the new dorms when they were first installed?

That officer Talabisco maintained officer did over see some new construction of the dorms?

Officer Pacheco supervisor over the maintained department is fully responsible to make sure that proper materials are used?

If the water lines are contaminated with lead solider for over five years, wouldn't test be incurred?

When test are conducted of water, under the rules there are supposed to be two samples taken?

Is the City of Wilmington Responsible for the inspections for new construction that are within the city limits?

The joints that were installed in the new construction were soldered?

The reason the joints were not tested was fear for finding positive results?

Is there a policy set up for proper procedures for new construction?

Are officers held liable for their illegal actions?

Dose the state pay for officer's errors and or settlements?

Didn't maintained officer Talabisco have personal vendetta against inmates?

Are their records of the actions Officer Talabisco did tords inmates?

Did plaintiffs request for correct the issue of this complaint through grievance proceedings be denied and unaddressed?

Case 1:05-cv-00576-JJF     Document 88     Filed 03/19/2007     Page 2 of 4

Did the city of Wilmington do proper testing at Howard R. Young inst.?

Did health and social services contact the city with this complaint of lead solider in water lines at the prison of hward R.Young Inst.?

Does the defendant care about the health and safety of inmates?

Has the D.O.C. have any history of covering up incidents from the public?

Has D.O.C. falsified documents to cover up illegal actions?

Has D.O.C. been in violations of environmental issues?

Has complaints been filed against D.O.C. for illegal actions?

Dose the institutional policy 8.55 cover all staff?

Are grievances unable to proceed if they are not filed within 7 days of the incident?

Has any other testing been done by any other company with regards to this issue?

THE FAILURE TO ANSWER THESE ADMISSIONS WITHIN 30 DAYS WILL AUTOMATICILLY BE CONSIDERED IN FAVOER OF THE PLAINTIFF AS ANSWERED ALL TRUE.

Dated: 3-20-2007

RESPECTFULLY,

Daniel M. Woods # 164728
D.C.C. 1181 Paddock rd.
Smyrna, De. 19977

cc. District Court
    Dept. Of justice
    File

## CERTIFIACATE OF SERVISE

I DANIEL M. WOODS HEREBY STATES THAT I HAVE PLACED IN THE DEPARTMENT OF CORRECTIONAL MAIL BOX A COPY OF THIS REQUEST OF ADMISSIONS ON 3-20-2007 AND SERVED COPYS UPONE THE FOLLOWING PARTIES.

DISTRICT COURT
844 N. KING ST.
WILMINGTON, DE. 19801

DEPARTMENT OF JUSTICE
820 N. FRENCK ST.
WILMINGTON, DE. 19801

*[signature]*
DANIEL M. WOODS 164728
D.C.C. 1181 PADDOCK RD.
SMYRNA, DE. 19977