IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF DELAWARE

DANIEL M. WOODS,
    Plaintiff.
VS.
RAFEAL WILLIAMS et.al.

C.A.N.# 05-576 (M.P.T.)

### DISCLOSURE OF EXPERT TESTIMONY:



Dated: 3-20-2007

Daniel M. Woods # 164728
D.C.C. 1181 Paddock rd.
Smyrna, De. 19977

Now comes the plaintiff Daniel M. Woods pursuant to Fed. Rules and civil procedures (rule 26 (a) (2) as is required by the rules and set forth the disclosure of expert testimony:

1. E.P.A.

   Will testified that there are proper procedures for taking tests and how that is to be done. And other things concerning water conditions, lead and its affects.

2. City Of Wilmington:

   They will testify what procedures they implement in taking the tests at Howard R. Young Inst. Other health issues, procedures, policies and the inspections of the construction.

3. Department of public health and services:

   They will testify how many times they were contacted by the plaintiff, the failure of the city to act, and other water issues.

4. Maint. Officer Talabisco will testify that he worked on dorms, that he has Issues with inmates because there inmates, and will contradict the defendants statements.

5. Tim Isaacs MIS project manager;

   Will testify to policies with the department of Corrections and the agreement that they made with the E.P.A. and are required to follow.

   How many inspections were made with this project and what test was performed to issue the safety of housing inmates in those dorms? And any other thing that could be relevant to this case.

6. Daniel M. Woods will testify that he was ordered to install illegal solider in

The water lines at the dorms and was ordered to do so even after plaintiff informed the defendants it was illegal. They were clearly aware of the dangers and its affects. They ordered me to install it anyway or be fired.

7. Patrick Keeler:

   Will testify that I was there working on the dorm doing solider work and how long I was housed in that contaminated dorm.

8. Mental Health Doctor will testify that I have been under going treatments for Depression dealing with the issues of placing those inmates life in danger of contamination.

9. Doctor mc Donald will testify that I have been under going treatments for Hep.C. and that my liver has 2% damages and medical records will also show this has been along time affecting my body.

10. William Webb.

    Will testify that all places of interest were contacted and made aware of all issues at hand. He will also testify about the housing and the diagram of these dorms.

11. Doug Rogers will testify of my employment and other facts.

RESPECTFULLY,

*Daniel M. Woods*

DANIEL M. WOODS # 164728

D.C.C. 1181 PADDOCK RD.

DATED: 3-20-2007

SMYRNA, DE. 19977

Cc District Court

   Department of justice

   File

## CERTIFIACATE OF SERVISE

I DANIEL M. WOODS HEREBY STATES THAT ON 3-20-2007 DID PLACE IN THE MAIL BOX AT THE DELAWARE CORRECTIONAL CENTER A MOTION FOR DISCLOSURE AND FORWARD COPYS TO ALL THE FOLLOWING:

| | |
|---|---|
| DISTRICT COURT | DEPT. OF JUSTICE |
| 844 N. KING ST | 820 N. FRENCH ST. |
| WILM., DE. 19801 | WILM., DE. 19801 |

DANIEL M. WOODS # 164728

D.C.C. 1181 PADDOCK RD.

SMYRNA, DE. 19977

I/M Andrew Gilman
SBI# 00282159 UNIT C-1
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

Legal Mail

C.A.N# 05-576 (m.p.T)
United States District Court
844 N. King St. Lockbox 18
Wilmington, DE
              19801