IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF DELAWARE

DANIEL M. WOODS,
    Plaintiff.

VS.

RAFAEL WILLIAMS, et.al.
MAINT. SUPER. PACECO,
STATE OF DELAWARE,
    Defendants.

C.A.N.# 05-576 (m.p.t.)

**PLAINTIFFS FIRST SET OF INTERROGATORIES DIRECTED TO DEFENDANTS NAMED ABOVE AND PRODUCTION OF ALL DOCUMENTS AND EXHIBITS FOR INSPECTION AND OR COPYING:**



FILED
MAR 2 1 2007
U.S DISTRICT COURT
DISTRICT OF DELAWARE

Dated: 3-19-2007

Daniel M. Woods # 164728
D.C.C. 1181 paddock Rd.
Smyrna, De. 199771

Demand is hereby made for full and complete answers to the following Interrogatories under oath within thirty days. These interrogatories are continuing and require that supplemental responses be filed in accordance with the Federal Rules of civil procedure.

## DEFINITIONS AND INSTRUCTIONS

A. the word identify and words derived there from shall have the following meanings:
  1. As applied to an individual , identify means to state:
     a. The individuals name;
     b. The individuals last known home and business address and the telephone numbers for each such address:
     c. The individuals occupation and title ,if any ,as of the time to which the interrogatory is directed and as of the present time: and
     d. The role played by the individual in relation to the subject matter of the interrogatory.

interrogatory.

2. As applied to a document, "identify" means to state:

　　a. Its nature (e.g., letter, memorandum, telegram, note, drawing, photograph, etc.);

　　b. Its subject matter;

　　c. By whom it was made and to whom it was directed;

　　d. The date upon which it was made; and

　　e. The identity of all individuals or organizations who have possession of the original and any copies.

Note: Production of each document is acceptable in lieu of stating the information in points (a) through (d) of this definition.

3. "Describe" means to set forth fully the underlying facts (rather than ultimate facts or conclusions of fact or law), including date, time and location.

4. "Person" shall mean any natural person, any corporation, partnership, association, joint venture, firm or other business enterprise or legal entity, and means both singular and plural.

5. "DOC" shall mean the Department of Correction in this action and any of its affiliates, subsidiaries, employees, independent contractors, and any other person or entity under the control of DOC.

B. If you object to any of the interrogatories herein, whether in whole or in part, on the ground that the information sought therein is privileged or confidential:

       1.    Describe any such communication sought to be protected, including its subject matter; and

       2.    Identify the individual by whom it was made, the individual to whom it was directed, and all individuals present when it was made; and

       3.    Identify any document in which it was recorded, described or summarized; and

       4.    Identify any such document sought to be protected.

### INTERROGATORIES[1]

1)    With respect to each and every claim in your Complaint:

    (a)    Identify all facts that refute, relate to, or support your contention;

    (b)    Identify the specific behavior or conduct that you allege that each Defendant engaged in;

    (c)    Identify all persons with knowledge of such contention or facts;

    (d)    Identify all documents that reflect, refer to or relate to such contention or facts.

RESPONSE:

---

[1] Please submit additional pages, if necessary.



    2)    Identify all documents which you intend to offer into evidence at the trial of this matter.

RESPONSE:

    3)    Identify all persons having knowledge of the allegations in the complaint or answer whom you intend to call as witnesses at trial, excluding expert witnesses.

RESPONSE:

    4)    Identify all persons whom you intend to call as witnesses at trial, excluding expert witnesses.

RESPONSE:

5)   Identify any physical evidence which relates in any way to any of the facts alleged in the complaint or answer, or which you intend to offer in evidence at trial.

RESPONSE:

6)   Identify each expert you expect to call to testify as a witness at trial and state for each such expert, (i) the qualifications of the expert, (ii) the subject matter on which the expert is expected to testify, (iii) the substance of the facts and opinions to which the expert is expected to testify and (iv) the summary of the grounds for such opinion.

RESPONSE:

7)   State the following about yourself:

    a.   Full name, and any other names you have gone by or used,

    b.   Social Security Number

    c.   Date of birth, and any other date of birth you may have used or given,

    d.   Place of birth

    e.   Highest level of formal education that you successfully completed

RESPONSE:

8) Identify all of your criminal convictions in the past 15 years, including the court, jurisdiction, date of conviction, date of sentencing, and the terms of the sentence.

RESPONSE:

9) Identify all employment you have had in the past 15 years, including the name and address of each employer, name of supervisor, dates of employment, rate of pay, job title and responsibilities, and reason for termination.

RESPONSE:

10) Identify all physicians you have seen or been treated by in the past 10 years, including name, office address, telephone number, dates of examination or treatment, and the medical problem involved, if any.

RESPONSE:

11) Identify and describe all accidents, injuries that's taken place within the last 20 years, including the history of any mental or emotional illness.
RESPONSE:

12) Identify in detail all documents that were filed against officer talabisco (maintance officer) who had personal issues against inmates and any other complaints filed against the above defendants and employees:
RESPONSE:

13) Identify all inspections of dorm 1 and 2 that were inspected by the city of Wilmington and all documents that reflect such inspections.
RESPONSE:

14) Has D.O.C. had any other health and safety issues within the past 15 years?
RESPONSE:

15) Identify the procedures that were followed to take samples from the dorms:
RESPONSE:

16) Was the city of Wilmington responsible for all inspections before those dorms were allowed to open and house inmates?
RESPONSE:

17) Is the department of public health responsible for over seeing health issues at D.O.C.
RESPONSE:

18) Why were the only test conducted was the water and not the joints:
RESPONSE:

19) Have you, or anyone on your behalf, obtained from any person any statement declarations, petitions, or affidavit concerning this action or its subject matter? If so, State:
a) The name and last known address of such person; and
b) When, where, by whom and to whom each statement was made, and whether it was reduced to writing or otherwise recorded.
RESPONSE.

THE PRODUCTION OF ALL DOCUMENTS THAT ARE OF SUBJECT MATTER OF THIS COMPLAINT AND OR WILL BE USED AS EXHIBITS AT TRIAL. UNDER THE RULE OF CIVIL PROCEDURES RULE 33 AND RULE 34 OF THE FEDERAL CIVIAL PROCEDURES THAT ALL THE ABOVE DEFENDANTS RESPOND WITH 30 DAYS.
RESPONSE:

RESPECTFULLY SUBMITTED

DANIEL M. WOODS # 164728
D.C.C. 1181 PADDOCK RD.
SMYRNA , DE. 19977

DATED: 3-19-2007

c.c. Dept.Of Justice
    District Court
    File

## CERTIFICATE OF SERVICE

I hereby certify that on march 19th, 2007, I Daniel M. Woods did mail copys of all documents for the defence and place in the mail box at the Delaware Correctional center.

I have placed all the following documents:

Response to all defendants interrogatories , production of all documents ,

And request for the defendants to answer to plaintiffs interrogatories and production of documents.

*[signature: Daniel M. Woods]*

DANIEL M. WOODS # 164728

D.C.C. 1181 PADDOCK RD.

SMYRNA ,DE. 19977

TO: COURT CLERK

    55 THE GREEN

    DOVER, DE. 19901

FR: DANIEL M. WOODS

    S.B.I. # 164728

    D.C.C. 1181 PADDDOCK RD

    SMYRNA, DE. 19977

DATED: 3-19-2007

        RE:  C.A.N.# 05-576 (m.p.t.)

Dear Clerk,

    Please be advised that I have signed all documents and have forward all original to the court as well as mailed all copies to the department of justice and the proper defendants. Apone you receiving this and all documents could you please forward to me a copy of the court docket in this proceedings that is up dated.

                        THANK YOU FOR YOUR TIME

                        RESPECTFULLY,

                        *Daniel M. Woods*