IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| Daniel M. Woods,<br>    Plaintiff.<br>VS.<br>Repheal Williams,<br>Main. Super. Paceco,<br>State of Delaware,<br>    Defendants. | C.A.N.# 05-576 (M.P.T.) |

PLAINTIFFS ANSWER TO DEFENDANTS FIRST SET OF INTERROGATORIES



FILED
MAR 21 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

DATED: 3-19-2007

Daniel M. Woods # 164728

D.O.C. 1181 Paddock rd.

Smyrna, Delaware 19977

## ANSWER TO INTERROGATORIES

1.

   **RESPONSE:**

   (a) It is illegal to use 50/50 solider on water lines. This law was passed by the president of the United States that 50/50 solider can not be used on drinking lines and it's also slandered under the E.P.A. It is also building code requirement.

   (b) Supervisor Paceco was informed by the plaintiff that 50/50 solider can not be used on the dorm housing projects drinking water. Plaintiff also informed the officer over seeing the project (Maintenance officer tailabisco) Both officers informed the plaintiff to use the solider anyway or I would not be employed any longer. They ordered me to continue the use of this illegal substance without their care for the protection of the inmates who would be housed in these dorms. I informed these offices of its illegalness before I was ordered to use it anyway. Repheal Williams was informed of this illegal solider was used and he still failed to investigate, protect the inmates housed in these errors. Sgt. Moody the Howard R. Young grievance personal failed to protect the inmates through the institutions procedures and ordered that it's been longer then seven days so then the grievance could not be heard. Commissioner was informed (Stanly Taylor) and failed to act. Gov. Ruth Ann miner was informed and failed to act. Health and social serves was in formed and failed to act and follow up on this safety hazard, after numerous letters and still failed to properly investigate issues. City of Wilmington failed to do proper testing, and failed to perform new building inspections before the dorm could open and house inmates or people. Inspection is required under the law before anyone can be housed in these areas. To allow

the same ones to perform the testing that have a full interest in it's out come and if it's found to be contaminated then they would also be liable.

(c) All persons named in the above (b) plus plaintiff Daniel M. Woods, Patrick Keller, William Webb, Darren Seawright, James King, Mike Persons (ex-main. Officer)

(d) E.P.A. Slanderers, E.P.A. testing procedures, E.P.A. result guidelines, Fed. Slandered guild lines, D.O.C. policy 8.55, boiling codes, Wardens statements and news paper clippings. Prier acts of Department of Corrections with health and safety issues. Grievances, Failure to properly perform tests.

2. All issues and documents addressed in (d) above will be used and offered into evidence at the trial.

3. All persons named in the above (b) plus the others named in (c)

4. All persons named in the above (b) plus all others named in (c)

5. Samples tested results, Plaintiff Daniel M. Woods, documents, medical records, mental health records, D.O.C. 8.55 policies, and all above stated issues.

6. Identify expert witnesses, City of Wilmington, department of public health, E.P.A.

They will testify to all issues of water legal and illegal and all procedures required in performing tests and testing.

7.

a. Daniel M. Woods.

b. 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

c. 2-6-62

d. City of Wilmington

e. 12th

8. Plaintiffs criminal status and convictions have no barring on this case and that information is private.

9. Department of Corrections Maintenance Department at Howard R. Young inst. Special Projects at Sussex Correctional Inst. Teachers aid at vo-tech at Sussex. My job was everything and anything ordered to do or complete by staff. Pluming, painting, welding, carpentry, masonry, lights, air handlers, custom work and I would move through out gander hill without supervision of any staff because I was very skilled. My pay rate varied.

Paroled, all inmate were terminated as maintance personnel, Moved to other facilities.

10.

I was seen by Gander Hills Doctor and their practitioners, all dealing with hepatitus issues and pain issues. Department Of Corrections Howard R. Young inst.

D.C.C. doctor Mc Donald for treatment of hepatitis issues and treatments of medications.

Mental Health doctor dealing with issues of mental suffering knowing what I done to hurt other human beings through my actions of putting lead solder in those lines and did not do anything to stop it.

11.

I was diagnosed with hepatitis c in 1981 and again in 1990 and 2004, lost of memory, tiredness, pains in liver area, trouble thinking and concentrations, and very depressed do to a full understanding of what my actions have affected so many inmates and their families by putting that solder into those lines. Working with the mental health department to help address those issues. Also have been diagnosed with 2% liver damages.

12

Preparing to begin treatments of interferon (liver treatments) Lead contamination is detrimental to hepatitis illness; lead can cause many different issues and health problems. The lead contamination is deadly and detrimental to health issues.

13.

Being prêt for interferon and all its treatment for the nested 12 months.

14.

Grievances filed, letter to commissioner, Governor Miner, Warden Williams, Health and social services, city of Wilmington.

15

The compensatory damages Plaintiff is claiming was arrived by the long term affect of the damages suffered, Long term medical care and unable to work , The fact it could have been avoided by defendants and not used the lead at all.

16.

In 1981 when Hep. C. was just coming into being recognized by the medical world. A doctor did some tests on the plaintiff and said I did Have Hep. C. and at that point they had no treatments available. All Department of Corrections medical files do to the fact I have been locked up now for over 25 years. **ALL RECORDS ARE AT DEPT. OF CORR. AND I HAVE NO ACCESS TO THOSE FILES.**

17.

Yes, William Webb , Daren seawright , all in writing and myself the plaintiff Daniel M. Woods and all addresses are the same D.O.C. 1181 paddock rd. Smyrna , De.19977

THE PLAINTIFF HAS ANSWERED ALL RELIVENT QUESTIONS ASKED BY THE DEFENDANTS IN THERE INTERROGATORIES AND THE PLAINTIFF IS ALSO STATING IT FOR THE RECORD .

Dated:3-19-2007

RESPECTFULLY

*Daniel M. Woods* (signature)

Daniel M. Woods # 164728

D.C.C. 1181 Paddock Rd.

Smyrna , De. 19977

Swarn and scribed before me on this day___of_____2007

_____

Notary

**CERTIFICATE OF SERVICE**

I hereby certify on March 19, 2007 I Daniel M. woods Did place into the mail box at the Department Of corrections at D.C.C. a copy of all answers to the defendants interrogatories and mailed them to the defendants and the court.

*Daniel M. Woods*

Daniel M. Woods # 164728

D.C.C. 1181 Paddock Rd.

Smyrna, De. 19977

TO: COURT CLERK

   55 THE GREEN

   DOVER, DE. 19901

FR: DANIEL M. WOODS

   S.B.I. # 164728

   D.C.C. 1181 PADDDOCK RD

   SMYRNA, DE. 19977

DATED: 3-19-2007

        RE: C.A.N.# 05-576 (m.p.t.)

Dear Clerk,

      Please be advised that I have signed all documents and have forward all original to the court as well as mailed all copies to the department of justice and the proper defendants. Apone you receiving this and all documents could you please forward to me a copy of the court docket in this proceedings that is up dated.

                            THANK YOU FOR YOUR TIME

                            RESPECTFULLY,

                            *Daniel M. Woods* (signature)