# IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF DELAWARE

DANIEL M. WOODS,

    Plaintiff.

    VS.

RAFAEL WILLIAMS, et.al..

MAINT. SUER. PACECO,

STATE OF DELAWARE.

C.A.N.# 05-576(M.P.T.)



FILED

MAR 2 1 2007

U.S. DISTRICT COURT
DISTRICT OF DELAWARE

## PLAINTIFFS PRODUCTION OF DOCUMENTS AND EXHIBTIS

DATED: 3-19-2007

DANIEL M. WOODS

S.B.I# 164728

1181 PADDOCK RD.

SMYRNA , DE. 19977

## TABLE OF CONTENTS

D.O.C. POLICYS 1 OF 10 PAGES………………………………………….Ex. (A)

PUBLIC NOTICE……………………………………………………………...Ex. (B)

E.P.A. NEWS PAPER CLIPPING ON D.O.C. …………………………Ex. (C)

E.P.A. LEAD DOCUMENTS 1 OF 2………………………………………Ex. (D)

DOCUMENTS, GREIVANCES, LETTERS 1 OF 10 …………………..Ex. (E)

KEY TO CHARTS……………………………………………………………Ex. (F)

WATER QUALITY STATISTICS 1 OF 2………………………………Ex. 1-2-F

WHAT IS LEAD……………………………………………………………Ex. 3-4-F

WATER WORKS……………………………………………………………Ex.5-F

PROTECTING THE PUBLIC FROM DISEASE………………………..Ex. 6-F

MENTAL HEALTH ISSUES OF GUILT………………………………..Ex. (G)

MEDICAL REPORT ON PLAINTIFF…………………………………...Ex. (H)

LETTER TO DEPT. OF HEALTH 1OF 2………………………………..Ex. (I)

SUBPOENA REQUESTS 1 OF 5 ………………………………………...Ex. (J)

MOTION FOR EXPERT WITNESS……………………………………Ex. (J-2)

PLAINTIFFS LETTERS TO DEPT. OF HEALTH………………………Ex. (K)

PESPONSE FROM DEPT. OF HEALTH……………………………….Ex. (L-1-2)

PLAINTIFFS LETTER TO DEPT. OF HEALTH………………………Ex. (M1-2)

PLAINTIFFS LETTER TO E.P.A…………………………………….…..Ex. (N1-2)

LETTER TO COURT CONSERNING E-FILINGS……………………..Ex. (0)

MEDICAL TRAYS DO TO HEP.C…………………………………….....Ex. (P)

GRIEVANCE REPORTS 1OF 2……………………………………………Ex. (Q)

ARTESIAN WATER COMPENNY…………………………………..…Ex. (R)

UNITED WATER COMPENNY……………………………………….Ex. (S)

PROPOSAL……………………………………………………………..Ex. (T)

PLAINTIFFS INITIAL DISCLOSURE…………………………………Ex.U-1-2

M.W. H. LABORATORIES……………………………………………Ex. (V)

PLAINTIFFS COMPLAINT……………………………………………Ex. (W1-4)

MEMORANDUM  ORDERS…………………………………………...Ex. (X1-4

DEFENDANTS RESPONSE TO MOTION TO AMEND………………Ex. (Y1-4

DEFENDANTS TESTING RESUALTS………………………………Ex. (Z 1-16)

NEWS  PAPER  CLIPPINGS……………………………………………Ex. (Z-A-B)

EXHIBIT-A

This exhibit makes all D.O.C. employees responsible under their policies and the proper procedures that are to be enforced. These procedures and rules and guild lines were and are implemented in an agreement with the E.P.A. and the department of corrections.

EXHIBIT-B

Public notice that the department of corrections water did not meet the guild lines and the water was contaminated and this notice also shows that more then one test was conducted.

EXHIBIT-C

News paper clipping that the Department of Corrections was in violation and could begin being find daily if they didn't clean up the spills.

EXHIBIT-D

E.P.A. Lead in your drinking water, the affects and different procedures.

EXHIBIT-E

Grievance, letters to and from health department, A.C.L.U. documents

EXHIBIT-F

Key charts, water quality statistics, data.

EXHIBIT F-3-4

E.P.A. DOCUMENT WHAT IS LEAD, ITS AFFECTS.

EXHIBIT F-5

How water is pumped from each place.

EXHIBIT-F-6

Disease and potential contaminations.

EXHIBIT-G

Mental health request by the plaintiff do to the guilt of what took place at Gander Hill and how plaintiff hurt others inmates.\

EXHIBIT-H

Plaintiff was placed on a special tray do to the hep.c infections.

EXHIBIT-I

Letter from plaintiff to the public health department to investigate the health risks at the gander Hill prison.

EXHIBIT-J

Subpoena request to have the plaintiff present while the test were conducted, it was denied because the court stated that no test were scheduled to be done which was untrue.

EXHIBIT-J-2

Motion to request the appointment of expert witness

EXHIBIT-K

Numerous request to the department of health for expert, bides and proposals

EXHIBIT L-1 AND 2

Continued letters of help and request from the department of health.

EXHIBIT-M

Which shows that the department of health has failed to protect the rights of inmates, failed to investigate, failed to follow up, failed to perform official duties.

EXHIBIT-N

Continued letters to the department of health and there failure to respond.

EXHIBIT-O

Plaintiff's e-filing motion was not addressed by the Court.

EXHIBIT-P

Plaintiff was and is placed on a special tray to eat do to the infection of plaintiffs liver.

EXHIBIT-Q

Grievance reports on the continued problems of plaintiff's treatment for hep.c

EXHIBIT-R

Plaintiff wrote numerous letters to company to request bides and proposals

EXHIBIT-S

United Water Company

EXHIBIT-T

Proposal for settlement

EXHIBIT-U

Plaintiff requested documents from the department of corrections and still have not received anything requested at this time.

EXHIBIT-V

This the test conducted by the defendants.

EXHIBIT-W

Plaintiff's complaint that requested the water and joints is tested.

EXHIBIT-X

Ruling from the court and the plaintiff never received any ruling on his request for submitting more defendants the only ruling was the fact that Webb failed to sign the document but I did.

EXHIBIT-Y

Defendant's response to plaintiff's motion to amend.

EXHIBIT-Z

Testing done by the defendants .

Dated: 3-19-2007

RESPECTFULLY,

DANIEL M. WOODS # 164728

D.O.C. 1181 PADDOCK RD.

SMYRNA, DE. 19977

c.c. Prothonitarys office

    Department Of Justice

    File

EX - A

The DOC has implemented a new Environmental Management System (EMS) that is focused on continually improving our impact on the environment, preventing pollution, and ensuring compliance with relevant environmental legislation and regulations. The DOC is committed to the protection of human health and the environment by integrating environmental awareness into all of the activities of the DOC.

The EMS program was developed and launched in response to environmental violations found at the DCC during a Delaware Department of Natural Resources and Environmental Control (DNREC) and the Environmental Protection Agency (EPA) inspection in 2001. As a result of those violations, the EPA required that the DOC develop and implement an EMS to improve environmental compliance and protection in the future.

A description of the new EMS program can be found at the following link:
http://intranet.state.de.us/correct/Bulletin/DOC_Bulletin.html

A comprehensive EMS Manual has been developed that details the responsibility and accountability of all DOC staff connected with environmental matters throughout the DOC. The manual also includes a variety of standard operating procedures for environmental related operations, details about required actions in case of an environmental incident, and mandatory training and documentation requirements.

Marilyn Carson-Scott, Risk Management Safety Officer, will be responsible for the coordination and implementation of all EMS activities with the help of DOC staff at every facility.

Tim Isaacs
MIS Project Manager
DE Department of Correction
245 McKee Road
Dover, DE 19904
phone:  (302) 739-8191, ext. 235
fax: (302) 739-6737
email:  tim.isaacs@state.de.us

| Policy of State of Delaware Department of Correction | Policy Number: 8.55A | Page No.: Page 1 of 10 |
|---|---|---|
| | Related ACA Standards: n/a | |
| Chapter: 8 Administration | Subject: EMS Description Document | |
| Approved by Commissioner, Department of Correction: | | |
| Effective Date: | | |

## 1.0 PURPOSE

This document communicates the vision for the outcomes of the environmental management system (EMS), the core elements of the EMS and the linkage between the parts of the system, and the primary roles and responsibilities within the EMS of Delaware Department of Corrections (DOC), with locations situated throughout the State of Delaware.

## 2.0 SCOPE OF THE EMS

The EMS covers all activities, products and services of the DOC headquarters and each of the operating locations (facilities) listed in the table below. Suppliers and contractors operating at these facilities are also included in the scope of the EMS as applicable to the services being provided to the DOC. The DOC EMS will conform to the requirements of the Environmental Protection Administration (EPA) Compliance-Focused EMS (CF-EMS) Guidance (EPA-330/9-97-002R – most recently revised June 2005); Further, guidance from the ISO 14001:2004 EMS standard will also be used to help develop the structure the EMS.

The following facilities and activities are included in the EMS:

| Facilities | Activities | |
|---|---|---|
| • Delaware Correctional Center (DCC)<br>• Howard R. Young Correctional Institute (HRYCI)<br>• Sussex Correctional Institution (SCI)<br>• Delores J. Baylor Women's Correctional Institution (BWCI)<br>• John L. Webb Correctional Facility (WCF)<br>• Sussex Boot Camp<br>• Central Violation of Probation Center (CVOP)<br>• Morris Community Correctional Center (MCCC)<br>• Plummer Community Correctional Center (Plummer)<br>• Sussex Community Correctional Center (SCCC)<br>• Sussex Violation of Probation Center (SVOP)<br>• New Castle County Women's Work Release Center (NCCWWRC)<br>• District #1 through #6 Probation and parole Offices | • Maintenance<br>• Construction<br>• Demolition<br>• Prison Industries | • Utilities<br>• Laundry<br>• Routine Operations |

## 3.0 REFERENCES

- Environmental Protection Administration Compliance-Focused EMS Guidance (EPA-330/9-97-002R – revised June 2005)

| Policy of State of Delaware Department of Correction | Policy Number: 8.55A | Page No.: Page 2 of 10 |
|---|---|---|
| | Related ACA Standards: n/a | |
| Chapter: 8 Administration | Subject: EMS Description Document | |
| Approved by Commissioner, Department of Correction: | | |
| Effective Date: | | |

- International Organization for Standardization's Environmental Management Systems (EMS) – Specification With Guidance For Use – ISO 14001:2004

## 4.0 VISION FOR THE FUTURE

The DOC leadership will understand and appreciate how proactive management of environmental affairs will support achievement of the DOC mission by fostering long-term environmental improvement as well as compliance with all environmental regulations at DOC facilities. All DOC employees, contractors, and other others associated with DOC facilities will support achievement of the environmental objectives and targets through their daily actions and fulfillment of their responsibilities.

The EMS will move the DOC toward maintaining full environmental compliance at all of the DOC locations. In addition, the EMS will also support efforts to further minimize DOC environmental impacts throughout the State.

## 5.0 ENVIRONMENTAL POLICY

The DOC has developed a stand-alone document environmental policy that is signed by the Delaware DOC Commissioner. The text of this policy, titled *Environmental Policy* (DOC Policy #8.55), is duplicated below:

As set forth in Delaware Code and the Governor's Executive Order, we are committed to protecting the environment and communities. We will reduce and make continual progress toward eliminating the release of any substance that may cause health or environmental damage. We will reduce, and where possible eliminate wastes and releases through source reduction. All waste will be handled and disposed of safely and responsibly.

  a. All facilities and grounds shall conform to applicable laws and safety standards in the storage, handling and disposal of chemicals, waste materials and other potential atmospheric, soil or water pollutants.

  b. Promote environmental awareness and encourage working in an environmentally responsible manner.

  c. Ensure a safe and healthy workplace and minimize our potential impact on the environment. We will operate in compliance with all relevant federal, state and local environmental legislation and we will strive to use pollution prevention and environmental best practices in all we do.

  d. Avoid unnecessary use of hazardous materials and products, seek substitutions when feasible, and take all reasonable steps to protect human health and the environment when such materials must be used, stored and disposed of,

| Policy of State of Delaware Department of Correction | Policy Number: 8.55A | Page No.: Page 3 of 10 |
|---|---|---|
| | Related ACA Standards: n/a | |
| Chapter: 8 Administration | Subject: EMS Description Document | |
| Approved by Commissioner, Department of Correction: | | |
| Effective Date: | | |

   e.  Where required by legislation or where significant health, safety or environmental hazards exist, develop and maintain appropriate emergency and spill response programs.

   f.  The DOC will routinely seek cost – effective ways to minimize new facility construction and existing facility operational impacts to the environment, utilizing continual improvement methods with input from employees and the community

   g.  Risk Management Safety Officer, Chief of Security and Institutional Inspectors will conduct routine inspections and evaluations of our environmental standards.

   h.  Strive to continually improve our environmental performance by periodically reviewing our environmental policy in light of our current and planned future activities.

## 6.0   KEY ROLES, RESPONSIBILITIES AND AUTHORITIES

Roles and responsibilities within the EMS will be defined at each level and function of the DOC. Organization charts that identify upper management, line management, and other individuals having environmental duties and regulatory compliance responsibilities will be maintained. The key roles and responsibilities within the EMS are:

### 6.1 Commissioner

The Commissioner is the "top management" of the DOC and therefore administers the EMS. He/she is responsible for implementing the EMS in conformance with requirements, providing appropriate resources to maintain the EMS, and reviewing and improving the EMS as appropriate to maintain compliance with environmental requirements and conformance with the EMS including implementation of the environmental policy and achievement of EMS objectives and targets.

### 6.2 Management Representative

The Management Representative (MR) for the EMS shall be the Risk Management Safety Officer (RMSO). The RMSO is part of the Commissioners Office, Security and Inspections Office, which is part of the top management of the DE DOC. The RMSO shall act as top management's designee to ensure that the EMS is implemented and operating as designed. The two primary EMS responsibilities of the RMSO are:

- Ensuring that the EMS is established, implemented, and maintained in accordance with this document, the environmental policy, and the requirements of the Environmental Protection Administration Compliance-Focused EMS Guidance (EPA-330/9-97-002R) at all of the DE DOC facilities; and

- Reporting on the performance of the EMS to the Commissioner and other management staff so a periodic review of the system can be conducted as a basis for improvement of the EMS.

| Policy of State of Delaware Department of Correction | Policy Number: 8.55A | Page No.: Page 4 of 10 |
|---|---|---|
| | Related ACA Standards: n/a | |
| Chapter: 8 Administration | Subject: EMS Description Document | |
| Approved by Commissioner, Department of Correction: | | |
| Effective Date: | | |

6.3    DE DOC Senior Management (DSM)

The DE DOC Senior Management (DSM), lead by the Commissioner, is ultimately responsible for the EMS. The DE DOC senior management includes staff from the Commissioners office, as well as chiefs for the Bureau of Prisons, Community Corrections, and Management Services (see organizational chart at the end of this procedure). The current status of the EMS, including an update on its implementation, maintenance, operation, and performance as reported by the RMSO, shall be a routine agenda item discussed at least quarterly as part of routine DSM meetings. The responsibilities of the DSM for the EMS are:

- Provide adequate resources (i.e. commit staff availability and funding) to ensure the EMS is properly implemented and maintained.

- Evaluate and approve recommendations from the RMSO on EMS objectives and targets, and designate environmental management program champions to achieve set objectives.

- Evaluate the EMS through the management review process and initiate improvements as necessary to improve its effectiveness for environmental compliance.

- Actively and visibly promote the EMS throughout the organization.

- Consider impact on the environment in all operational decision-making and work to minimize the environmental impacts from the organizational activities, especially those related to new construction or updated operations.

- Ensure that DE DOC resources are available to adequately monitor and measure the EMS and all environmental programs

- Monitor identified nonconformity and progress on corrective and preventive action activities.

6.4    EMS Coordinators

The manager of authority at each DE DOC facility shall designate an EMS Coordinator to work with the RMSO to develop, implement, and maintain the EMS at their specific facility. The EMS Coordinator, along with the RMSO, shall enlist the support of other staff at the facility to assist with the implementation of the EMS.

As appropriate and necessary, various staff from different levels and different functions at each facility will form a cross-functional team (CFT) to collectively support the RMSO and EMS Coordinator with implementation, maintenance, operation, and performance of the EMS. The Chief of Security and Inspections (CSI), Institutional Inspectors (II), and Bureau of Management Services Facilities Maintenance staff (whom has operations and maintenance responsibilities for all DE DOC facilities) are key members of the CFT.

| Policy of State of Delaware Department of Correction | Policy Number: 8.55A | Page No.: Page 5 of 10 |
|---|---|---|
| | Related ACA Standards: n/a | |
| Chapter:  8 Administration | Subject: EMS Description Document | |
| Approved by Commissioner, Department of Correction: | | |
| Effective Date: | | |

6.5    All DOC Personnel

All personnel, including contractors, play a role in the effective operation of the EMS and are directly responsible for:

- PRACTICING pollution prevention, reducing resource consumption and recycling

- IDENTIFYING opportunities for continual environmental improvement

- CONTRIBUTING to the achievement of environmental objectives and targets relevant to his/her responsibilities

- TALKING to coworkers about conformance to the environmental policy and EMS requirements

- UNDERSTANDING the environmental policy

- RECOGNIZING the importance of performing their environmental responsibilities consistent with defined procedures

- ENSURING compliance with all environmental regulations and requirements

## 7.0  CORE ELEMENTS OF THE EMS

The core elements of the EMS are identified and described in the following sections.  The methods for implementing each core element are typically described in the various policies and procedures that have been developed as part of the EMS or developed previously by DE DOC.

The EMS references several levels of documentation ranging from Level 1 through Level 5 as described below:

Level 1    Policy that is applicable to the DOC system wide including the environmental policy and the EMS Description Document

Level 2    Management Procedures that describe how the requirements of the EMS Description Document will be implemented through processes of the core elements of the EMS.  The requirements of the processes described are expected to be included in the procedures of each DOC facility/site location

Level 3    Standard Operating Procedures (SOPs) for use by all DOC facilities as applicable.

Level 4    Standard Operating Procedures (SOPs) or plans that are specific to a particular facility to address unique environmental requirements or control of environmental aspects of unique operations.

Level 5    EMS Records to include anything necessary to demonstrate that the EMS is implemented as required and as planned, and is being managed as planned to meet all environmental requirements (such as inspection reports, and other routine documentation).

| Policy of State of Delaware Department of Correction | Policy Number: 8.55A | Page No.: Page 6 of 10 |
|---|---|---|
| | Related ACA Standards: n/a | |
| Chapter: 8 Administration | Subject: EMS Description Document | |
| Approved by Commissioner, Department of Correction: | | |
| Effective Date: | | |

The methods of implementing each core element may be further described by a Level 2 Environmental Management Procedure (EMP). EMPs may in turn further detail a process in Level 3 and Level 4 Standard Operating Procedures (SOP). References are made in each section as appropriate.

The core elements of the EMS are the primary parts of the system that must be in place before the system can support achieving and maintaining conformance with environmental requirements, and continual improvement in environmental performance.

7.01    Environmental Policy

A signed and dated environmental policy that meets the requirements of the EPA CF-EMS and the ISO 14001:2004 standard is maintained by the Commissioner. The text of the policy is contained in Section 5 of this document.

7.02    Organization, Personnel, and Oversight of EMS

DOC will identify and define specific duties, roles, responsibilities and authorities of key staff in implementing and sustaining the EMS at headquarters and at each facility. Organizational charts shall be developed and maintained which identify units, line management, and other individuals having environmental duties at headquarters and at each facility. The EMR will maintain a Roles Matrix that shows the roles with responsibility in any particular Level 2 EMS Management Procedure.

Further, DOC shall establish a means of communicating environmental issues and information to relevant parties within DOC, and shall also establish a means to receive and address environmental related concerns.

In addition, management shall ensure the availability of resources and funding essential to establish, implement, maintain and improve the environmental management system. Resources include human resources and specialized skills, organizational infrastructure, technology and financial resources.

The details of this process are included in Level 2 EMS Management Procedure, 8.55B.

7.03    Accountability and Responsibility

DOC management shall specify accountability and environmental responsibilities for DOC staff at each facility for environmental protection and risk reduction measures. DOC shall also describe the programs to ensure that DOC staff performs in accordance with environmental compliance policies, standards, and procedures. The possible consequences for departure from specified operating procedures, including liability for civil/administrative penalties and fines imposed by the regulators as a result of non-compliance are also presented to ensure that all relevant staff are aware of the importance of compliance. The details of this process are presented in Level 2 EMS Management Procedure 8.55C.

7.04    Identification of Environmental Requirements

DOC will identify and maintain a list of current legal environmental requirements that apply to processes and activities at each of the DOC facilities. Processes for identifying and tracking new or

| Policy of State of Delaware Department of Correction | Policy Number: 8.55A | Page No.: Page 7 of 10 |
|---|---|---|
| | Related ACA Standards: n/a | |
| Chapter: 8 Administration | Subject: EMS Description Document | |
| Approved by Commissioner, Department of Correction: | | |
| Effective Date: | | |

proposed environmental requirements will also be maintained. This process will include a procedure for periodic communication with regulatory agencies regarding environmental requirements and regulatory compliance. Further, the process for incorporating those changes into the EMS will be established. Knowledge of these legal environmental requirements will be maintained and communicated to those who need the information to effectively pursue their responsibilities.

DOC shall also establish a system for developing, implementing, and maintaining ongoing internal compliance monitoring; including inspections and measurements to ensure that facility activities conform to applicable environmental requirements.

The details of this process are presented in Level 2 EMS Management Procedure 8.55D.

7.05    Assessment, Prevention, and Control

DOC shall assess all on-going operations for the purposes of preventing, controlling, or minimizing reasonably foreseeable releases, environmental process hazards, and risks of non compliance with environmental requirements. DOC shall further identify operations at each facility where documented standard operating procedures (SOPs) or other documents are needed to prevent non-compliance with environmental regulations, and shall also establish a formal procedure for developing, approving, and implementing the necessary SOPs and documents

DOC shall also establish a system for conducting and documenting routine, objective, self-inspections by DOC staff, especially at locations identified by the process described above, to check for malfunctions, deterioration, and worker adherence to operating criteria, unusual situations, and unauthorized or unplanned releases.

Finally, DOC shall also establish a process to ensure identification and consideration of environmental requirements during planning, design, and operation of new and/or changing buildings, processes, equipment, maintenance activities, and products. The details of this element are presented in the Level 2 EMS Management Procedure, 8.55E.

7.06    Environmental Incident and Non-Compliance Investigations

All employees and others performing tasks on behalf of the DOC will have the ability to identify and report nonconformity with the requirements of the EMS and environmental requirements. Responsibility will be assigned to appropriate personnel to develop action plans to implement corrective and preventive action. This process will be applied to environmental incidents and accidents. A problem solving approach will be pursued that includes an appropriate level of root cause analysis so repeat deficiencies will be avoided. Corrective and preventive actions will be assessed and tracked to verify effectiveness. The details of this process may be seen in the Level 2 EMS Management Procedure, 8.55F.

| Policy of<br>State of Delaware<br>Department of Correction | Policy Number:<br>8.55A | Page No.: Page 8 of 10 |
|---|---|---|
| | Related ACA Standards: n/a | |
| Chapter: 8 Administration | Subject: EMS Description Document | |
| Approved by Commissioner, Department of Correction: | | |
| Effective Date: | | |

7.07    Environmental Training, Awareness, and Competence

Training, education, and experience requirements will be identified for any person performing tasks for or on behalf of the DOC that have environmental requirements. In addition, EMS awareness training will be provided to all relevant personnel that work under the EMS. The list of significant environmental aspects will be used to identify personnel working in positions where they can potentially create a significant impact on the environment. Persons in these job positions will be provided job specific training to ensure their competency and to identify potential environmental issues or concerns. A process will be maintained to ensure that those needing training will receive the training needed, and all training will be documented. Annual performance evaluations will be conducted to ensure competence of personnel. The details of this process may be seen in the Level 2 EMS Management Procedure, 8.55G.

7.08    Environmental Planning and Organization Decision Making

The environmental aspects of all DOC activities will be identified and assessed to determine which are considered significant to the DOC. Once established, environmental planning will be integrated into organizational decision-making, including plans and decisions on capital improvements, product and process design, and maintenance activities. The list of environmental aspects will be kept up-to-date

Using the significant environmental aspect list, and other pertinent information, performance improvement and system improvement objectives and targets will be set annually at appropriate levels within the organization. Specific responsibility to achieve a set objective will be designated and the designee will develop action plans to achieve the objective. The details of this process may be seen in the Level 2 EMS Management Procedure, 8.55H.

7.09    Maintenance of Records and Documentation

The DOC EMS is intended to take on a "life of its own" and operate effectively regardless of the people involved. To achieve this, the DOC will maintain this EMS Description Document to describe the scope of the EMS and the core elements of the EMS and their interaction. EMS documentation will reference to related documents and be created and maintained with in the structure described below:

Level 1    Policy that is applicable to the DOC system wide including the environmental policy and the EMS Description Document

Level 2    Management Procedures that describe how the requirements of the EMS Description Document will be implemented through processes of the core elements of the EMS. The requirements of the processes described are expected to be included in the procedures of each DOC facility/site location

Level 3    Standard Operating Procedures (SOPs) for use by all DOC facilities as applicable.

| Policy of State of Delaware Department of Correction | Policy Number: 8.55A | Page No.: Page 9 of 10 |
|---|---|---|
| | Related ACA Standards: n/a | |
| Chapter: 8 Administration | Subject: EMS Description Document | |
| Approved by Commissioner, Department of Correction: | | |
| Effective Date: | | |

Level 4    Standard Operating Procedures (SOPs) and other documents that are specific to a particular facility to address unique environmental requirements or control of environmental aspects of unique operations.

Level 5    EMS Records to include anything necessary to demonstrate that the EMS is implemented as required and as planned, and is being managed as planned to meet all environmental requirements.

The creation of all EMS documentation will be controlled by ensuring appropriate approval of newly created documents and modified documents. Documents will be periodically reviewed to ensure that they are still applicable to operations. Document formats will include control features to ensure that obsolete documents are destroyed and that only current documents are used in managing the EMS.

EMS records are identified by respective procedures and SOPs, and maintained as appropriate to the system and to DOC, in order to demonstrate conformance to the requirements of the EMS and environmental requirements. Those responsible for maintaining records, the locations of storage, and retention times are defined. The details of this process may be seen in the Level 2 EMS Management Procedure, 8.55I.

7.10    Pollution Prevention

DOC shall establish a procedure for preventing, reducing, recycling, reusing, and minimizing waste and emissions, and include the development of programs to encourage these practices, and tracking improvements with operations at each of the DOC facilities. The details of this process may be seen in the Level 2 EMS Management Procedure, 8.55J.

7.11    Continuing Program Evaluation and Improvement

The EMS will be formally reviewed by DOC senior management on an annual basis. Environmental data and performance metrics information will be provided to the DOC senior management so the adequacy of the EMS may be evaluated. At least annually the environmental policy will be reviewed for adequacy, and the EMS objectives and targets will be reviewed to ensure continual improvement. EMS management review inputs will also be included in regularly scheduled upper management staff meetings when appropriate.

In support of the annual review of the success of the EMS in keeping the facility in compliance with environmental regulations, periodic audits (at least annually) of facility compliance with environmental requirements by an independent auditor(s) will be performed. Audit results are reported to upper management and instances of noncompliance are addressed through the process described in element 6 above.

The details of this process may be seen in the Level 2 EMS Management Procedure, 8.55K.

| **Policy of State of Delaware Department of Correction** | **Policy Number:** 8.55A | **Page No.:** Page 10 of 10 |
|---|---|---|
| | **Related ACA Standards:** n/a | |
| **Chapter: 8 Administration** | **Subject:** EMS Description Document | |
| **Approved by Commissioner, Department of Correction:** | | |
| **Effective Date:** | | |

7.12    Internal/External Communication

DOC will maintain appropriate internal lines of communication between the various levels and functions of the organization to ensure information on the EMS is shared appropriately. Procedures for receiving, documenting and responding to relevant communication on the EMS and the DOC environmental performance from external interested parties will be established and maintained. DOC will implement a program for ongoing community education and involvement in the environmental aspects of the DOC's operations and for general environmental awareness, as appropriate.

The details of this process may be seen in the Level 2 EMS Management Procedure, 8.55L.


## 8.0.    DEFINITIONS

**Environmental Requirements** – Applicable federal, state, and local environmental statutes, regulations, enforceable agreements, and permits.

**Persons performing tasks on behalf of the DOC** – Non-DOC employees or organizations such as contractors, vendors, or suppliers. Contractors may be resident, or temporary.

**DOC facility** – This includes DOC headquarters and any of the facilities identified in Section 2.0 of this document.

See additional pertinent definitions listing in specific EMS management procedures and SOPs.

## 9.0    DOCUMENT REVISION HISTORY

| No. | Date | Modification Comment | Approval |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

*THIS DOCUMENT IS UNCONTROLLED WHEN IN HARD COPY FORMAT*
*Controlled documents are maintained by the RMSO*

Exhibit B

2

# PUBLIC NOTICE

Analyses of five (5) samples of water collected from Delaware Correctional Center's water system have shown that the water did not meet the maximum contaminant level (MCL) for bacteria during the month of July, 2000.  Maximum contaminant level, is defined as the maximum permissible level of the substance in water delivered to the user of a public water system.

**The State of Delaware and the United States Environmental Protection Agency (EPA) sets drinking water standards and has determined that the presence of total coliforms is a possible health concern.  Total coliforms are common in the environment and are generally not harmful themselves.  The presence of these bacteria in drinking water, however, generally is a result of a problem with water treatment or the pipes which distribute the water and indicates that the water may be contaminated with organisms that can cause disease.  Disease symptoms may include diarrhea, cramps, nausea, and possibly jaundice and associated headaches and fatigue.  These symptoms, however, are not just associated with disease-causing organisms in drinking water, but also may be caused by a number of factors other than your drinking water.  EPA and the Division of Public Health have set an enforceable drinking water standard for total coliform to reduce the risk of these adverse health effects.  Under this standard, no more than 5.0 percent of the samples collected during a month can contain these bacteria, except that systems collecting fewer than 40 samples/month that have one total coliform-positive sample per month are not violating the standard.  Drinking water which meets this standard is usually not associated with a health risk from disease-causing bacteria and should be considered safe.**

The Division of Public Health recommends that an alternate source of water be made available to any consumer whose health care provider deems it medically necessary.

The well and distribution system are being chlorinated.  Therefore a taste and odor of chlorine may be noticeable for a period of time.  Representative of the Division of Public Health will continue to work with the management to provide a safe, potable drinking water supply for the employees and inmates of Delaware Correctional Center.

For additional information concerning this notice, please contact Rob Penman at 302-453-6900 as the representative of this public system or the Delaware Division of Public Health, Office of Drinking Water at 302-739-5410.

G:\WPFILES\BPK\DCC.WPD

COPY 5

1    EX-C

see RE...STRICT —

# EPA might fine prison $93,206

## Agency alleges oil, waste violations

**By JAMES MERRIWEATHER**
Dover Bureau reporter

Federal regulators have proposed $93,206 in penalties for violations of clean air and water regulations at the Delaware Correctional Center near Smyrna.

The Environmental Protection Agency said its administrative complaint stemmed from a July 26-27 inspection of the 1,970-inmate facility on 545 acres on Smyrna Landing Road north of the town. State environmental regulators joined in the inspection.

Thomas C. Voltaggio, EPA's deputy regional administrator in Philadelphia, said in a statement Thursday that his agency intended to "ensure that pollution problems in prison don't threaten human health or the environment, inside or outside prison walls."

Carl Danberg, deputy principal assistant to state Correction Commissioner Stanley W. Taylor Jr., said the Department of Correction was notified of the findings last fall, but first heard of the proposed penalties Thursday. He stressed the administrative nature of the complaint, noting that no spills or leaks of hazardous materials had occurred at the prison.

"We acknowledge that EPA brought some valid problems to our attention and we won't be appealing violations that we acknowledge," he said.

"However, we will work within their processes on the findings that we disagree with and efforts to get the fine reduced where appropriate."

The alleged violations cited by the EPA include:

■ Failing to prepare a plan to prevent and minimize oil spills, exposing nearby Duck Creek to potential contamination. According to the complaint, the prison maintains 11 aboveground tanks and three underground tanks containing 10,200 gallons of diesel fuel, gasoline, kerosene and waste oil.

■ Failing to comply with federal and state waste storage, handling and disposal regulations. The EPA cited the prison for storage of hazardous wastes in damaged, open, undated or improperly labeled containers and for failure to provide adequate employee training on hazardous waste regulations.

■ Servicing air-conditioning units without certified equipment designed to recover chlorofluorocarbons, which contribute to ozone layer depletion.

▶ Reach James Merriweather at 678-4273 or jmerriweather@delawareonline.com.

*Exhibit D*



| United States Environmental Protection Agency | Office of Water (WH-550) | EPA/810-F-93-001 June 1993 |



# LEAD In Your Drinking Water

Drinking Water Treatment Plant

Water Main

Service Connector

Plumbing in Residence

### Health Threats From Lead

**T**oo much lead in the human body can cause serious damage to the brain, kidneys, nervous system, and red blood cells.

**Y**ou have the greatest risk, even with short-term exposure, if:

- you are a young child, or
- you are pregnant.

### Sources of Lead in Drinking Water

**L**ead levels in your drinking water are likely to be highest if:

- your home has faucets or fittings made of brass which contains some lead, **or**
- your home or water system has lead pipes, **or**
- your home has copper pipes with lead solder, **and**
  - the home is less than five years old, or
  - you have natually soft water, or
  - water often sits in the pipes for several hours.

# Actions You Can Take To Reduce Lead In Drinking Water

### ◆ Flush Your Pipes Before Drinking

Anytime the water in a particular faucet has not been used for six hours or longer, "flush" your cold-water pipes by running the water until it becomes as cold as it will get. (This could take as little as five to thirty seconds if there has been recent heavy water use such as showering or toilet flushing. Otherwise, it could take two minutes or longer.) The more time water has been sitting in your home's pipes, the more lead it may contain.

### ◆ Only Use Cold Water for Consumption

Use *only* water from the cold-water tap for drinking, cooking, and **especially for making baby formula.** Hot water is likely to contain higher levels of lead.

The two actions recommended above are very important to the health of your family. They will probably be effective in reducing lead levels because most of the lead in household water usually comes from the plumbing in your house, not from the local water supply.

### ◆ Have Your Water Tested

After you have taken the two precautions above for reducing the lead in water used for drinking or cooking, **have your water tested.** The only way to be sure of the amount of lead in your household water is to have it tested by a competent laboratory. Your water supplier may be able to offer information or assistance with testing. Testing is especially important for apartment dwellers, because flushing may not be effective in high-rise buildings with lead-soldered central piping.

For more details on the problem of lead in drinking water and what you can do about it, read the questions and answers in the remainder of this booklet. *Your local or state department of health or environment might be able to provide additional information.*

Recycled/Recyclable
Printed with Soy/Canola Ink on paper that contains at least 50% recycled fiber

**Q** Why is lead a problem?

**A** Although it has been used in numerous consumer products, lead is a toxic metal now known to be harmful to human health if inhaled or ingested. Important sources of lead exposure include: ambient air, soil and dust (both inside and outside the home), food (which can be contaminated by lead in the air or in food containers), and water (from the corrosion of plumbing). On average, it is estimated that lead in drinking water contributes between 10 and 20 percent of total lead exposure in young children. In the last few years, federal controls on lead in gasoline have significantly reduced people's exposure to lead.

The degree of harm depends upon the level of exposure (from all sources). Known effects of exposure to lead range from subtle biochemical changes at low levels of exposure, to severe neurological and toxic effects or even death at extremely high levels.

**Q** Does lead affect everyone equally?

**A** Young children, infants and fetuses appear to be particularly vulnerable to lead poisoning. A dose of lead that would have little effect on an adult can have a big effect on a small body. Also, growing children will more rapidly adsorb any lead they consume. A child's mental and physical development can be irreversibly stunted by over-exposure to lead. In infants, whose diet consists of liquids made with water - such as baby formula - lead in drinking water makes up an even greater proportion of total lead exposure (40 to 60 percent).

**Q** How could lead get into my drinking water?

**A** Typically, lead gets into your water after the water leaves your local treatment plant or your well. That is, the source of lead in your home's water is most likely pipe or solder in your home's own plumbing.

The most common cause is corrosion, a reaction between the water and the lead pipes or solder. Dissolved oxygen, low pH (acidity) and low mineral content in water are common causes of corrosion. All kinds of water, however, may have high levels of lead.

One factor that increases corrosion is the practice of grounding electrical equipment (such as telephones) to water pipes. Any electric current traveling through the ground wire will accelerate the corrosion of lead in the pipes. (Nevertheless, wires **should not be removed** from pipes unless a qualified electrician installs an adequate alternative grounding system.)



**Q** Does my home's age make a difference?

**A** Lead-contaminated drinking water is most often a problem in houses that are either very old or very new.

Up through the early 1900's, it was common practice, in some areas of the country, to use lead pipes for interior plumbing. Also, lead piping was often used for the service connections that join residences to public water supplies. (This practice ended only recently in some localities.) Plumbing installed before 1930 is most likely to contain lead.

Copper pipes have replaced lead pipes in most residential plumbing. However, the use of lead solder with copper pipe is widespread. Experts regard this lead solder as the major cause of lead contamination of household water in U.S. hom today. New brass faucets and fittings can also leach lead, eve though they are "lead-free."

Scientific data indicate that the newer the home, the greate the risk of lead contamination. Lead levels decrease as a building ages. This is because, as time passes, mineral deposits form a coating on the inside of the pipes (if the wate is not corrosive). This coating insulates the water from the solder. But, during the first five years (before the coating forms) water is in direct contact with the lead. More likely than not, **water in buildings less than five years old has hig levels of lead contamination.**

**Q** How can I tell if my water contains too much lead?

**A** You should have your water tested for lead. Testing costs between $20 and $100. Since you cannot see, taste, or smell lead dissolved in water, testing is the only sure way of telling whether or not there are harmful quantities of lead in your drinking water.

You should be particularly suspicious if your home has leac pipes (lead is a dull gray metal that is soft enough to be easily scratched with a house key), if you see signs of corrosion (frequent leaks, rust-colored water, stained dishes or laundry, or if your non-plastic plumbing is less than five years old. Your water supplier may have useful information, including whether or not the service connector used in your home or area is made of lead.

Testing is especially important in high-rise buildings where flushing might not work.

**Q** How do I have my water tested?

**A** Water samples from the tap will have to be collected anc sent to a qualified laboratory for analysis. Contact your local water utility or your local health department for information and assistance. In some instances, these authorities will test your tap water for you, or they can refer you to a qualified laboratory. You may find a qualified testing company under 'Laboratories" in the yellow pages of your telephone directory.

You should be sure that the lab you use has been approved by your state or by EPA as being able to analyze drinking water samples for lead contamination. To find out which labs are qualified, contact your state or local department of the environment or health.

**Q** What are the testing procedures?

**A** Arrangements for sample collection will vary. A few laboratories will send a trained technician to take the samples; but in most cases, the lab will provide sample containers along with instructions as to how you should draw your own tap-water samples. If you collect the samples yourself, make sure you follow the lab's instructions exactly. Otherwise, the results might not be reliable.

Make sure that the laboratory is following EPA's water sampling and analysis procedures. Be certain to take a "first draw" and a "fully flushed" sample. (The first-draw sample - taken after at least six hours of no water use from the tap tested - will have the highest level of lead, while the fully

flushed sample will indicate the effectiveness of flushing the tap before using the water.)

## Q  How much lead is too much?

**A**  Federal standards initially limited the amount of lead in water to 50 parts per billion (ppb). In light of new health and exposure data, EPA has set an action level of 15 ppb. If tests show that the level of lead in your household water is in the area of 15 ppb or higher, it is advisable - especially if there are young children in the home - to reduce the lead level in your tap water as much as possible. (EPA estimates that more than 40 million U.S. residents use water that can contain lead in excess of 15 ppb.)

Note: One ppb is equal to 1.0 microgram per liter (µg/l) or 0.001 milligram per liter (mg/l).

## Q  How can I reduce my exposure?

**A**  If your drinking water is contaminated with lead-or until you find out for sure-there are several things you can do to minimize your exposure. Two of these actions should be taken right away by everyone who has, or suspects, a problem. The advisability of other actions listed here will depend upon your particular circumstances.

## Immediate Steps

● The first step is to refrain from consuming water that has been in contact with your home's plumbing for more than six hours, such as overnight or during your work day. Before using water for drinking or cooking, "flush" the cold water faucet by allowing the water to run until you can feel that the water has become as cold as it will get. You must do this for each drinking water faucet-taking a shower will not flush your kitchen tap. Buildings built prior to about 1930 may have service connectors made of lead. Letting the water run for an extra 15 seconds after it cools should also flush this service connector. Flushing is important because the longer water is exposed to lead pipes or lead solder, the greater the possible lead contamination. (The water that comes out after flushing will not have been in extended contact with lead pipes or solder.)

Once you have flushed a tap, you might fill one or more bottles with water and put them in the refrigerator for later use that day. (The water that was flushed - usually one to two gallons-can be used for non-consumption purposes such as washing dishes or clothes; it needn't be wasted.)

---

Note: Flushing may prove ineffective in high-rise buildings that have large-diameter supply pipes joined with lead solder.

● The second step is to never cook with or consume water from the hot-water tap. Hot water dissolves more lead more quickly than cold water. So, do not use water taken from the hot tap for cooking or drinking, and **especially not for making baby formula.** (If you need hot water, draw water from the cold tap and heat it on the stove.) Use only thoroughly flushed water from the cold tap for any consumption.

## Other Actions

● If you are served by a public water system (more than 219 million people are) contact your supplier and ask whether or not the supply system contains lead piping, and whether your water is corrosive. If either answer is yes, ask what steps the supplier is taking to deal with the problem of lead contamination.

Drinking water can be treated at the plant to make it less corrosive. Cities such as Boston and Seattle have successfully done this for an annual cost of less than one dollar per person. (Treatment to reduce corrosion will also save you and the water supplier money by reducing damage to plumbing.)

Water mains containing lead pipes can be replaced, as well as those portions of lead service connections that are under the jurisdiction of the supplier.

● If you own a well or another water source, you can treat the water to make it less corrosive. Corrosion control devices for individual households include calcite filters and other devices. Calcite filters should be installed in the line between the water source and any lead service connections or lead-soldered pipe. You might ask your health or water department for assistance in finding these commercially, available products.

● Recently a number of cartridge type filtering devices became available on the market. These devices use various types of filtering media, including carbon, ion exchange resins, activated alumina and other privately marketed products. Unless they have been certified as described below, the effectiveness of these devices to reduce lead exposure at the tap can vary greatly.

It is highly recommended that before purchasing a filter, you verify the claims made by the vendor. If you have bought a filter, you should replace the filter periodically as specified by the manufacturer. Failure to do so may result in exposure to high lead levels.

---

### Definitions

**Corrosion:** A dissolving and wearing away of metal caused by a chemical reaction (in this case, between water and metal pipes, or between two different metals).

**First Draw:** The water that immediately comes out when a tap is first opened.

**Flush:** To open a cold-water tap to clear out all the water which may have been sitting for a long time in the pipes. In new homes, to flush a system means to send large volumes of water gushing through the unused pipes to remove loose particles of solder and flux. (Sometimes this is not done correctly or at all.)

**Flux:** A substance applied during soldering to facilitate the flow of solder. Flux often contains lead and can, itself, be a source of contamination.

**Naturally soft water:** Any water with low mineral content, lacking the hardness minerals calcium and magnesium.

**Public Water System:** Any system that supplies water to 25 or more people or has 15 or more service connections (buildings or customers).

**Service Connector:** The pipe that carries tap water from the public water main to a building. In the past these were often made of lead.

**Soft water:** Any water that is not "hard." Water is considered to be hard when it contains a large amount of dissolved minerals, such as salts containing calcium or magnesium. You may be familiar with hard water that interferes with the lathering action of soap.

**Solder:** A metallic compound used to seal joints in plumbing. Until recently, most solder contained about 50 percent lead.

Two organizations can help you decide which type of filter is best for you. The National Sanitation Foundation, International (NSF), and independent testing agency, evaluates and certifies the performance of filtering devices to remove lead from drinking water. Generally, their seal of approval appears on the device and product packaging. The Water Quality Association (WQA) is an independent, not-for-profit organization that represents firms and individuals who produce and sell equipment and services which improves the quality of drinking water. WQA's water quality specialists can provide advice on treatment units for specific uses at home or business.

For additional information regarding the certification program, contact NSF at (313) 769-8010, or WQA at (708) 505-0161, ext. 270.

♦ You can purchase bottled water for home and office consumption. (Bottled water sold in interstate commerce is regulated by the Food and Drug Administration. Water that is bottled and sold within a state is under state regulation. EPA does not regulate bottled water.)

♦ When repairing or installing new plumbing in old homes, instruct, in writing, any plumber you hire to use only lead-free materials.

♦ When building a new home, be sure lead-free materials are used. Before you move into a newly built home, remove all strainers from faucets and flush the water for at least 15 minutes to remove loose solder or flux debris from the plumbing. Occasionally, check the strainers and remove any later accumulation of loose material.

## Q What about lead in sources other that drinking water?

**A** As mentioned above, drinking water is estimated to contribute only 10 to 20 percent of the total lead exposure in young children. Ask your local health department or call EPA for more information on other sources of exposure to lead. A few general precautions can help prevent contact with lead in and around your home:

❖ Avoid removing paint in the home unless you are sure it contains no lead. Lead paint should only be removed by someone who knows how to protect you from lead paint dust. However, by washing floors, window sills, carpets, upholstery and any objects children put in their mouths, you can get rid of this source of lead.

❖ Make sure children wash their hands after playing outside in the dirt or snow.

❖ Never store food in open cans. Keep it in glass plastic or stainless steel containers. Use glazed pottery only for display if you don't know whether it contains lead.

❖ If you work around lead, don't bring it home. Shower and change clothes at work and wash your work clothes separately.

## Q Aren't there a lot of types of treatment devices that would work?

**A** There are many devices which are certified for effective lead reduction, but devices that are not designed to remove lead will not work.

It is suggested that you follow the recommendations below before purchasing any device:

♦ Avoid being misled by false claims and scare tactics. Be wary of "free" water testing that is provided by the salesperson to determine your water quality; many tests are inaccurate or misleading. Research the reputation and legitimacy of the company or sales representative.

♦ Avoid signing contracts or binding agreements for "one-time offers or for those that place a lien on your home. Be very careful about giving credit card information over the phone. Check into any offers that involve prizes or sweepstakes winnings.

♦ As suggested above, verify the claims of manufacturers by contacting the National Sanitation Foundation International or the Water Quality Association.

## Q What is the government doing about the problem of lead in household water?

**A** There are two major governmental actions to reduce your exposure to lead:

♦ Under the authority of the Safe Drinking Water Act, EPA set the action level for lead in drinking water at 15 ppb. This means utilities must ensure that water from the customer's tap does not exceed this level in at least 90 percent of the homes sampled. If water from the tap does exceed this limit, then the utility must take certain steps to correct the problem. Utilities must also notify citizens of all violations of the standard.

♦ In June 1986, President Reagan signed amendments to the Safe Drinking Water Act. These amendments require the use of "lead-free" pipe, solder, and flux in the installation or repair of any public water system, or any plumbing in a residential or non-residential facility connected to a public water system.

Under the provisions of these amendments, solders and flux will be considered "lead-free" when they contain not more than 0.2 percent lead. (In the past, solder normally contained about 50 percent lead.) Pipes and fittings will be considered "lead-free" when they contain not more than 8.0 percent lead.

These requirements went into effect in June 1986. The law gave state governments until June 1988 to implement and enforce these new limitations. Although the states have banned all use of lead materials in drinking water systems, such bans do not eliminate lead contamination within existing plumbing. Also, in enforcing the ban, some states have continued to find illegally used lead solder in new plumbing installations. While responsible plumbers always observe the ban, this suggests that some plumbing installations or repairs using lead solder may be escaping detection by the limited number of enforcement personnel.

---

**Where can I get more information?**

First contact your county or state department of health or environment for information on local water quality.

For more general information on lead, there are now two toll-free telephone services:

**EPA Safe Drinking Water Hotline**

**1-800-426-4791**

**National Lead Information Center**

**1-800-LEAD-FYI**

EX-E

## Certificate of Service

I, _____DANIEL M. WOODS_____,hereby certify that I have served a true

And correct cop(ies) of the attached: _COPYS OF DEPT. OF PUBLIC HEATLH/_

_RESPONSE LETTER/ MEMORANDUM GRIEVANCE._ upon the following

parties/person (s):

TO: _CLERK OF THE COURT_

_C/O HON. MARY P. THYNGE_

_SUPERIOR COURT BUILDING_

_500 N. KING ST._

_WILMINGTION, DELAWARE_

19801

TO: _Mrs. EILEEN KELLY ESQ._

_DEPT. OF JUSTICE_

_820 N. FRENCH ST._

_WILMINGTION, DELAWARE_

19801

TO:_____

_____

_____

_____

_____

TO: _____

_____

_____

_____

_____

BY PLACING SAME IN A SEALED ENVELOPE, and depositing same in the United
States Mail at the Delaware Correctional Center, Smyrna, DE 19977.

On this___2___ day of ___Nov.___ ,200_6_

TO: CLERK OF THE COURT
C/O HON. MARY P. THYNGE
SUPERIOR COURT BUILDING
500 N. KING ST.
WILMINGTON, DELAWARE
            19801

Fr: DANIEL M. WOODS
    #164728 D.C.C.
    1181 PADDOCK RD.
    SMYRNA, DELAWARE
            19977

DATE: 11-2-2006

            RE: C.A.N. # 05-576 K.A.J.
                REQUESTED DOCUMENTS

Dear Honorable Judge,
                In closed please find the documents you
requested at are teleconference on NOV. 1, 2006. These documents
included are from the public health Dept./ My personal letter
to the same. Also be advised I have forward all the same
documents to Mrs. Eileen Kelly ESQ.

I also wanted to inform your honor of the close date of the
incident and the building of the dorms it was around 1993
to 1996 inbetween those dates.




                        RESPECTFULLY SUBMITTED

                        Daniel M. Woods
                        DANIEL M. WOODS#164728

STATE OF DELAWARE
DEPARTMENT OF CORRECTION
HOWARD R. YOUNG CORRECTIONAL INSTITUTION
**OFFICE OF THE GRIEVANCE CHAIRPERSON**
1301 E. 12TH STREET
WILMINGTON, DE 19801

## · MEMORANDUM

TO:        Inmate  _Daniel Woods_        _1-A_

FROM:     Sgt. Moody, Inmate Grievance Chairperson

DATE:     _8·2·05_

RE:        YOUR RECENT GRIEVANCE #05- _15561_

This memo is to inform you that the grievance submitted by you dated _7·24·05_ , regarding
_____Water in Dorms_____ is not grievable for the following reason(s):

____ The complaint was addressed by the IGC: _____.

____ Security issue (involves the security and/or staffing of the Institution and/or the safety, health, and/or
welfare of inmates, staff and the public).

____ Classification issues (security classification, jobs, transfers, programs, housing unit assignment).
Classification has its own appeal process. The inmate must write to the Treatment/Classification Unit
within seven (7) days after the inmate receives the Classification decision. The letter must state that
the inmate is appealing the classification and clearly indicate the reasons the inmate disagrees with
the classification decision.

____ Disciplinary issue. Disciplinary actions cannot be grieved but must be APPEALED within 24 hours
of the Class I or Class II Hearing Decision. Complete an appeal form and mail it to the facility
Hearing Officer within 24 hours of receiving the form. Please note that 24 loss of all privileges cannot
be appealed.

____ Parole Board Decision. The inmate must write a letter to the Parole Board within 30 days of the
Board's decision. Expressing the desire to appeal the decision and listing the reasons. The Parole
Board's address is: Board of Parole, Carvel State Office Building, 820 N. French Street, 5th Floor,
Wilmington, DE 19801.

____ Inmates cannot request or demand disciplinary action on staff. If you have a complaint regarding
staff write a letter to that person's supervisor. In this case, that is:

____ This is an issue/complaint that has already been grieved by you or another inmate._____.

_X__ **I/M Woods, this grievance is unacceptable because it has passed the seven (7) day time frame
allotted to file a grievance. You stated to your Housing Officer, CO Young that you were housed in
the Key Program in 1996; and there are no records verifying that you were housed in the Key
Program within the past year. You have seven (7) days after the incident to submit a grievance, not
nine (9) years.**

____ The grievance is a photocopy, carbon copy, written in pencil or red ink. Original grievance forms
must be written in black or dark blue ink.

_EX_



**DELAWARE HEALTH
AND SOCIAL SERVICES**

DIVISION OF PUBLIC HEALTH

OFFICE OF THE DIRECTOR

August 25, 2005

Mr. Daniel M. Wood
#164728
Howard R. Young Correctional Institution
1301 East 12th Street
Wilmington, DE 19809

Dear Mr. Wood:

Thank you for taking the time to write the Delaware Department of Health and Social Services on August 2, 2005. Your letter has been forwarded to the Division of Public Health for a response. You indicate within your letter that during the construction of dormitory 1, you were ordered to use 50-50 solder on the main water lines for sinks, showers, and toilets and that you believe that it is a clear violation of the Delaware Building Code because of lead content.

I asked our Health Systems Protection Section to review your concern since they are responsible for the administration of the State Plumbing Code. They report that Section 605.15.4 of that code requires the use of lead free (less than .2%) solder on water lines.

Because the Howard R. Young Correctional Institution is located in the City of Wilmington, I have taken the liberty of forwarding your letter to Mr. Marvin Newton, Chief Plumbing Inspector, of the City of Wilmington as they would be the correct agency to respond to your inquiry.

Once again, thank you for contacting the Division of Public Health.

Sincerely,

Jaime H. Rivera, MD, FAAP
Director

JHR: tgm

Pc:   Thom May
      Joe Dudlek
      Marvin Newton



**DELAWARE HEALTH
AND SOCIAL SERVICES**

DIVISION OF PUBLIC HEALTH

OFFICE OF THE DIRECTOR

May 16, 2006

Mr. Daniel M. Wood
#164728
Delaware Correctional Center
1181 Paddock Road
Smyrna, DE 19977

Dear Mr. Wood:

I appreciate your letter dated April 26, 2006, related to the Department of Corrections (DOC) construction and alleged use of 50/50 solder in the constructions of dormitory 1at the Howard R. Young Correctional Institution. I was surprised to hear that you had not been contacted by the City of Wilmington as I had hoped when I responded to you back in August 2005.

Be advised that our Office of Drinking Water (ODW) has been in contact with the DOC and the City of Wilmington concerning your letter. The ODW has confirmed that the DOC and City have agreed to collect a lead sample from the Howard R. Young Correctional Institution. By copy of this letter, I am requesting that the DOC provide you the results of the tests once completed.

The Division of Public Health will continue to work to protect the health and well-being of all Delawareans including those housed within a facility operated by the DOC. If there is a need for DPH to collaborate or provide guidance with DOC related to this we are available. Once again, thank you for contacting the Division of Public Health.

Sincerely,

Jaime H. Rivera, MD, FAAP
Director

JHR: tgm

Pc:    Thom May
       Ed Hallock
       Joe Dudlek
       Marvin Newton

Jaime M. Rivera
Del. Health and
Social Services

Daniel M. Woods #164728
Del Corr. Center
1181 Paddock Rd.
Smyrna, Del 19977

4-26-06

Dear Mr. Rivera,

On Aug 2, 2005 I wrote to you in regaurds to the issue of 50/50 solder being used on water lines at the Howard R yong correctional inst (which 50/50 has lead and illegal to use on water lines) Anyway you forward my letter to Mr. Marvin Newton, Chief Plumbing inspector of del. but he recieve No response. This issue is a public Health issue Not a inspector issue. I'm requesting testing to be conducted by your department and the investigation because of the serer Health risk to all inmates.

au      E4

If this is not completed, you
are just as responsiable as
the Dept. of corrections and
will be added to the
complaint already filed in
United District Court

I'll exspect a responce or some
action within 30 days of the
date of this letter.

Respectfully,

Daniel M. Woods

Cc. U.S.D.C.
   File

Daniel M. Woods
# 164728
1181 Paddock Rd.
Smyrna, De 19977


Jaime H. Rivera
De. Health & Social Services
P.O. Box 637
Dover, De 19903


RE: Woods V. Williams et. al
     C. A. No. 05-576 H. A. J.

8·29·06


Dear Mr. Rivera,

Thank you for your letter dated 5·16·2006, concerning the above captioned matter. I promptly responded on 5·23·06, to which a reply has not been received.

I must say that I am dismayed and concerned that since my disclosure of the problem at Howard Young Correctional Institute on 8·2·05, I have only heard from your office twice. The first time you stated that you were forwarding my
Ex

A Copy of This letter will also Be Forwarded
To Senator Biden, And The Clerk of The
U.S. District Court.

I do expect to hear back Promptly
with Proof of This Test and Specific
diagram And Area Blueprints For The Test
Performed.

Thank you For your Time and
Cooperation in This matter.

Very Truly,

Daniel M. Woods

Daniel M. Woods

# aclu delaware

March 21, 2006

Mr. Daniel Woods
SBI# 164728
Delaware Correctional Center
1181 Paddock Road
Smyrna, DE 19977

Dear Mr. Woods,

    I have reviewed your file, which Mr. Hampton forwarded to me last month. I have several follow-up questions I am hoping that you will answer at your earliest convenience.

    As you may know, the Prison Litigation Reform Act (PLRA) of 1996 made it harder for prisoners to file lawsuits in federal court. One of the most significant hurdles to overcome is exhaustion of the prison's grievance procedure. This law requires that you complete all levels of appeal, even if prison staff tells you that your grievance is too late, or rejects your grievance for some other reason. If you file a lawsuit in federal court before using every step of your prison's grievance procedure, it will almost certainly be dismissed.

    It appears that your primary health-related concern is the lack of treatment for Hepatitis C. Please provide answers to the following questions to the best of your ability. If you do not recall the answer, or do not have access to paperwork that would provide the answer, just let me know, and we will do our best to make sense of the information we already have.

1. You filed Grievance #17397 on 9/08/05, complaining of a lack of response to your sick call slips. As you then note in your letter to Mr. Hampton, they recorded this grievance as resolved on 12/05/05. Can you explain to me what happened on that day? (i.e., did they call you in for you to sign off, and you refused and then they mis-recorded it? Did they forge your signature?)
2. Did you file an appeal or a grievance related to the way Grievance #17397 was falsely recorded as resolved?
3. Have you ever filed a grievance specifically about the lack of treatment for Hepatitis C (as opposed to general lateness of response to sick calls)?
4. If so, please let me know whether you have gone through all levels of the appeals process (Medical Grievance Committee → Bureau Grievance Officer → Bureau Chief). **If you have filed grievances and appeals, please send me copies of the documentation so I can review them.**

## american civil liberties union delaware
### 100 West 10th Street • Suite 309 • Wilmington, Delaware 19801
### (302) 654-3966

Thanks so much for your patience as we comb through stacks of your, and other inmates,' medical files. As I stated before, this is not an offer of representation. We are still in the initial stages of collecting and analyzing information from inmates, and conferring with colleagues about the feasibility of legal action or other forms of advocacy on behalf of many inmates who share similar experiences and frustration with the provision of medical care in Delaware prisons.

Very Sincerely,

Julia M. Graff
Staff Attorney
ACLU of Delaware

## Howard R. Young Correctional Institution
## Inter-Dept. Memo

TO:            Daniel Woods

FROM:       Sgt. M. Moody, Inmate Grievance Chair

DATE:        7-28-05

RE:            GRIEVANCE # 05-15561

Please be advised that your grievance has been received in the office of the Grievance Chair regarding _____ water system _____.

If no one contacts you for an informal resolution or if your grievance can not be resolved informally, you will automatically be scheduled for a grievance hearing before the Resident Grievance Committee (RGC). Please keep in mind your grievance is only one of numerous others received in this office on a daily basis.

Thank you for your patience.

## Certificate of Service

I, DANIEL M. WOODS ,hereby certify that I have served a true

And correct cop(ies) of the attached: LETTER TO COURT REQUSTING THE TESTING

ON THE JOINTS/ WATER upon the following

parties/person (s):

TO: DEPT. OF JUSTICE

MRS. EILEEN KELLY ESQ.

820 N. FRENCH ST.

WILMINGTION, DELAWARE

19801

TO: CLERK OF THE COURT

844 N. KING ST. LOCKBOX18

WILMINGTION, DELAWARE

19801

TO:

TO:

BY PLACING SAME IN A SEALED ENVELOPE, and depositing same in the United States Mail at the Delaware Correctional Center, Smyrna, DE 19977.

On this _13th_ day of _Nov._ ,2006

Daniel M. Wood

TO: HONORABLE JUDGE   C/o MARY P. THYNE
    DISTRICT COURT
    844 N. King ST.
    LOCKBOX 18
    WILMINGTION, DE.
              19801

FR: Daniel M. Woods # 164728
    1181 Paddock Rd.
    Symrna, Delaware
              19977

Dated: 11-9-06

                C.A.N. #05-576 K.A.J.

        RE:  WATER TESTING TO BE DONE OR ORDERED
             AT HOWARD R. YOUNG CORRECTIONAL CENTER
             IN THE ABOVE CASE.

Dear Honorable Judge,

            This letter is to request that when it is
ordered that the testing be done or completed of the water
at the prision.
The plaintiff would like to ask the court to order the testing
to also be tested on all the joints that where soldered
because the water can be running for a long time before the
testing is completed which will affect the reading of the lead
in the water lines.

THE TESTING OF THE JOINTS WILL PROVE ALL THE ALLIAGTIONS FROM
THE PLAINTIFF THAT THE LEAD IS CONTINUING TO CAUSE DAMAGES TO
ALL THE INMATES HOUSED IN THOSE DORMS.

                        RESPECTFULLY SUBMITTED

                        DANIEL M. WOODS 164728

*EX-F*

# Key to Charts

[1] .........Primary parameters are contaminants that are regulated by a maximum contaminant level (MCL), because above this level consumption may adversely affect the health of a consumer.

[2] .........MCLG – Maximum Contaminant Level Goal is the level of a contaminant in drinking water below which there is no known or expected risk to health. MCLGs allow no margin of safety.

[3] .........MCL – Maximum Contaminant Level is the highest level of a contaminant that is allowed in drinking water. MCLs are set as close to the MCLGs as feasible using the best available treatment technology.

[4] .........TT – Treatment Technique refers to the required process intended to reduce the level of a contaminant in drinking water. EPA's surface water treatment rules require systems to (1) disinfect their water and (2) filter their water such that the specific contaminant levels cited are met. Lead and copper are regulated by a Treatment Technique that requires systems to control the corrosiveness of their water. Total organic carbon is regulated by a Treatment Technique that requires systems operate with enhanced coagulation or enhanced softening to meet specified percent removals.

[5] .........Unless otherwise indicated value given is a MCL.

[6] .........State limit is to not exceed 1.8 mg/L. Federal MCL is 4.0 mg/L.

[7] .........MRDLG – Maximum Residual Disinfectant Level Goal means the maximum level of a disinfectant added for water treatment at which no known or anticipated adverse effect on the health of persons would occur, and which allows an adequate margin of safety.

[8] .........MRDL – Maximum Residual Disinfectant Level is the highest level of a disinfectant allowed in drinking water. This is a level which is based on an average of all samples collected at customers' taps over a given month.

[9] .........Cited average is highest running annual average calculated from quarterly samples in 2004.

[10] ........Value given is not an average, but the 90th percentile action level.

[11] ........Secondary parameters are contaminants that are regulated by non-enforceable guidelines because the contaminants may cause non-health related cosmetic effects, such as taste, odor, or color.

[12] ........SMCL – Secondary Maximum Contaminant Level is the level of a physical, chemical or biological contaminant in drinking water above which the taste, odor, color or appearance (aesthetics) of the water may be adversely affected. This is a non-enforceable guideline which is not directly related to public health.

[13] ........ppm – parts per million

[14] ........ppb – parts per billion

**Highlighted and Bolded values indicate a violation occurred.**

**VIOLATIONS**

**Chlorine: On May 25, 2004, the Brandywine Filter Plant violated minimum chlorination requirements. Chlorine levels dropped below 0.3mg/L for five hours. The standard is that levels may not drop below 0.3 for more than 4 hours. Please note that inadequately treated water may contain disease-causing organisms. These organisms include bacteria, viruses, and parasites which can cause symptoms such as nausea, cramps, diarrhea, and associated headaches.**

**The violation occurred because a chlorine pump failed. An alarm system has been installed to better alert operators and prevent this situation from reoccurring.**

# Water Quality Statistics ex - F-1

## Table 1: Water Quality - Detected Primary Substances[1] (Health Related) Results

| Contaminant | Units | MCLG[2] | MCL[3] or TT[4][5] | Brandywine Filter Plant # of Samples | Average | Range Lowest | Range Highest | Porter Filter Plant # of Samples | Average | Range Lowest | Range Highest | Source |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Microbiological Indicators** | | | | | | | | | | | | |
| Total Coliform | % of samples positive/month | 0% | 5% | 12 months/ 1452 samples | 0.5% | 0% | 1.7% | 12 months/ 1452 samples | 0.5% | 0% | 1.7% | Bacteria that are naturally present in the environment. Used as an indicator of the presence of other potentially harmful bacteria. |
| E. coli | % of samples positive/month | 0% | 0% | 12 months/ 1452 samples | 0% | 0% | 0% | 12 months/ 1452 samples | 0% | 0% | 0% | Human and animal fecal waste. |
| Turbidity - Percentile | % of samples below 0.3 | N/A | TT: 95% of monthly samples must be less than 0.3 | 12 | 100% | 100% | 100% | 12 | 100% | 100% | 100% | Soil runoff |
| Turbidity - Values | NTU | | TT: No sample must ever exceed 1.0 | 2053 | 0.05 | 0.03 | 0.21 | 2190 | 0.02 | 0.01 | 0.19 | Soil runoff |
| **Inorganic Chemicals** | | | | | | | | | | | | |
| Arsenic | ppb[6] | none | 50 | 2 | 0.6 | 0.6 | 0.6 | 2 | — | Non-Detect | Non-Detect | Erosion of natural deposits; Runoff from orchards; Runoff from glass and electronics production wastes. |
| Barium | ppm[7] | 2 | 2 | 2 | 0.038 | 0.033 | 0.043 | 2 | 0.038 | 0.033 | 0.043 | Discharge of drilling wastes; Discharge from metal refineries; Erosion of natural deposits. |
| Chromium | ppb[6] | 100 | 100 | 2 | 1.7 | 1.3 | 2.0 | 2 | 1.7 | 1.4 | 2.0 | Discharge from steel and pulp mills; Erosion of natural deposits. |
| Fluoride | ppm[7] | 4 | 1.8/4[8] | 219 | .99 | 0.25 | 2.50 | 246 | 1.0 | 0.3 | 1.5 | Erosion of natural deposits; Water additive which promotes strong teeth; Discharge from fertilizer and aluminum factories. |
| Nitrate | ppm[7] | 10 | 10 | 14 | 2.3 | 1.3 | 3.8 | 12 | 1.8 | 1.0 | 2.8 | Runoff from fertilizer use; Leaching from septic tanks; sewage; Erosion of natural deposits. |
| Nitrite | ppm[7] | 1 | 1 | 10 | 0.005 | 0.002 | 0.01 | 9 | 0.01 | 0.003 | 0.05 | Runoff from fertilizer use; Leaching from septic tanks; sewage; Erosion of natural deposits. |
| **Lead and Copper (based on 2002 sampling)** | | | | | | | | | | | | |
| Lead | ppb[6] | 0 | TT: 90% of tap water samples must be less than the Action Level of 15 | 50 | 7[9] | Non-Detect | 12 | 50 | 7[9] | Non-Detect | 12 | Corrosion of household plumbing systems; Erosion of natural deposits. |
| Copper | ppm[7] | 1.3 | TT: 90% of tap water samples must be less than the Action Level of 1.3 | 50 | 0.34[9] | 0.01 | 0.42 | 50 | 0.34[9] | 0.01 | 0.35 | |
| **Disinfectants** | | | | | | | | | | | | |
| Chlorine | ppm[7] | MRDLG = 4.0[8] | MRDL =4.0[8] | 12 months/ 1455 samples | 0.69 | 0.69 | 0.74 | 12 months/ 1455 samples | 0.69 | 0.64 | 0.74 | Water additive used to control microbes. |
| Chlorine | ppm[7] | | TT: Min. Redisual entering Distribution System 0.3 | 2053 | 0 | | | 2190 | 0.4 | | | Water additive used to control microbes. |
| **Disinfection Byproduct Precursors** | | | | | | | | | | | | |
| Total Organic Carbon | ppm[7] | | | 55 | 1.5 | 0.8 | 2.2 | 57 | 1.4 | 1.0 | 1.7 | |
| Total Organic Carbon | % Removal (Raw to Treated) | | | 12 | 50 | 23 | 72 | 12 | 51 | 33 | 63 | Naturally present in the environment. Total organic carbon (TOC) has no health effects. However, TOC provides a medium for the formation of disinfection byproducts. |
| Total Organic Carbon | Compliance Ratio | | TT: Ratio of Actual to Required Removal. Must be >or = to 1 | 12 | 1.3 | 1.0 | 1.6 | 12 | 1.4 | 1.0 | 1.8 | |
| **Disinfection Byproducts** | | | | | | | | | | | | |
| Total Trihalomethanes (TTHM) | ppb[6] | N/A | 80: Based on Running Annual Average of Quarterly Samples | 16 | 36[8] | 13 | 62 | 16 | 51[8] | 16 | 90 | Byproduct of drinking water disinfection. Forms due to reaction of chlorine with total organic carbon. |
| Haloacetic Acids (HAA5) | ppb[6] | N/A | 60: Based on Running Annual Average of Quarterly Samples | 16 | 22[8] | 7 | 32 | 16 | 17[8] | 8 | 26 | Byproduct of drinking water disinfection. Forms due to reaction of chlorine with total organic carbon. |

7

ex - F2 

**Table 2: Water Quality - Detected Secondary[11] Parameters and Other Parameters of Interest**

| Contaminant | Units | SMCL[12] | Brandywine Filter Plant | | | | Porter Filter Plant | | | | Source |
| | | | # of Samples | Average | Range | | # of Samples | Average | Range | | |
| | | | | | Lowest | Highest | | | Lowest | Highest | |
| **Conventional Physical and Chemical Parameters** | | | | | | | | | | | |
| Iron | ppb[13] | 300 | 69 | 20 | 20 | 50 | 73 | 20 | 10 | 60 | Naturally occurring; Chemical additive to treat the water. |
| Manganese | ppb[13] | 50 | 11 | 10 | 10 | 40 | 15 | 10 | 10 | 30 | Naturally occurring. |
| pH | pH units | 6.5-8.5 | 217 | 7.2 | 6.6 | 8.0 | 243 | 7.1 | 6.6 | 7.5 | |
| Chloride Metals | mg/L | 250 | 216 | 58 | 48 | 217 | 243 | 59 | 48 | 101 | Naturally occurring; Chemical additiave to treat the water. |
| Total Dissolved Solids (TDS) | ppm[13] | 500 | 1 | — | 164 | 164 | 1 | — | 158 | 158 | Metals and salts naturally occurring in the soil; organic matter. |
| Zinc | ppb[13] | 5000 | 31 | 360 | 30 | 1090 | 35 | 300 | 20 | 560 | Naturally occurring; Chemical additive to treat the water. |
| Hardness | mg/L | None | 55 | 117 | 72 | 138 | 55 | 112 | 49 | 138 | Naturally occurring; Measures calcium and magnesium. |
| Sodium | mg/L | None | 1 | 28 | 28 | 28 | 1 | 23 | 23 | 23 | Naturally occurring. |
| Conductivity | µmhos/cm | None | 216 | 330 | 190 | 500 | 242 | 320 | 190 | 460 | |

**Table 3: Other Primary Contaminants Tested, But Not Detected in 2004**

| **Metals (Inorganic Chemicals)** | Benzo (K) Fluoranthene | Metolachlor |
| Antimony | BHC-Gamma | Metribuzin (Sencor) |
| Arsenic | Bis (2-Ethylhexyl) Pthhal | Naphthalene |
| Beryllium | Bis Ether | Ordram |
| Cadmium | Butachlor | Oxamyl |
| Mercury | ButylBenzyl Phthalate | Pentachlorophenol |
| Selenium | Carbaryl | Phenanthrene |
| Thallium | Carbofuran | Picloram |
| **Radionuclides** | Chrysene | Propachlor |
| Gross Alpha Activity | Dalapon | Propoxur |
| Gross Beta Activity | DDE | Pyrene |
| **Synthetic Organic Chemicals (including Pesticides and Herbicides)** | Di Adipate | Simazine |
| | Di Phthalate | Terbacil |
| 1,2,3-Trichloropropane | Dibenzo Anthracene | **Volatile Organic Chemicals** |
| 2,4,5-TP | Dibenzofuran | Benzene |
| 2,4,5-Trichlorophenol | Dibromochloropropane | Carbon Tetrachloride |
| 2,4-D | Dicamba | 1,2-Dichlorobenzene |
| 2,4-Dinitrotoluene | Dieldrin | 1,4-Dichlorobenzene |
| 2,6-Dinitrotolune | Diethyl Phthalate | 1,2 Dichloroethane |
| 2-Methyl Naphthalene | Dimethyl Phthalate | 1,1 Dichloroethylene |
| 3-Hydroxycarbofuran | Di-N-Butyl Phthalate | cis-1,2-dichloroethylene |
| Acenaphthene | Di-N-Octyl Phthalate | trans-1,2-dichloroethylene |
| Acenaphthylene | Dinoseb | Dichloromethane |
| Acifluorfen | Endrin | 1,2 Dichloropropane |
| Actechlor | Eptam | Ethylbenzene |
| Alachlor (LASSO) | Ethylene Dibromide | Methyl tert. Butyl Ether |
| Aldicarb | Fluoranthene | Monochlorobenzene |
| Aldicarb Sulfone | Fluorene | Styrene |
| Aldicarb Sulfoxide | Heptachlor | Tetrachloroethylene |
| Aldrin | Heptachlor Epoxide | Toluene |
| Anthracene | Hexachlorobenzene | 1,2,4-Trichlorobenzene |
| Atrazine | Hexachlorocyclopentadiene | 1,1,1-Trichloroethane |
| Benzo (A) Antracene | Ideno (1,2,3-CD) Pyrene | 1,1,2-Trichloroethane |
| Benzo (A) Pyrene | Methiocarb | Trichloroethylene |
| Benzo (B) Fluoranthene | Methomyl | Vinyl Chloride |
| Benzo (G,H,I) Perylene | Methoxychlor | Xylenes |

Water Quality Report   2004

## WHAT IS LEAD?

- Lead is a toxic metal that is harmful if inhaled or swallowed.

- Lead can be found in air, soil, dust, food, and water.

## HOW CAN I BE EXPOSED TO LEAD?

- The greatest exposure to lead is swallowing or breathing in lead paint chips and dust.

- Lead also can be found in some household plumbing materials and water service lines.

## WHO IS AT RISK?

- Children ages 6 and under are at the greatest risk. Pregnant women and nursing mothers should avoid exposure to lead to protect their children.

- Exposure to lead can result in delays in physical and mental development.

Your child is also at risk if:

- your home or a home that your child spends a lot of time in was built before lead paint was banned in 1978.

- renovation work is being done in such a home.

- the adults in the home work with lead.

## HOTLINES & INFORMATION

**EPA Safe Drinking Water Hotline:**
800-426-4791

**National Lead Information Center:**
800-424-LEAD
www.epa.gov/lead

**NSF International:**
www.nsf.org

**Lead in Drinking Water Web Site:**
www.epa.gov/safewater/lead

**Additional Information:**

Read the annual report you get from your water utility to find out about how they are working to reduce levels of lead in drinking water and other information about your drinking water. Call them if you have any questions.

Contact your local public health department or talk to your doctor about reducing your family's exposure to lead.

Office of Water (4606 M)
EPA 816-F-05-001
February 2005

Printed on Recycled Paper



EPA
United States
Environmental Protection
Agency

## IS THERE LEAD IN MY DRINKING WATER?

You can reduce the risk of lead exposure from drinking water in your home.

**Tips For Protecting Your Family's Health**

# HOW DOES LEAD GET INTO WATER?

Lead enters the water ("leaches") through contact with the plumbing.

Lead leaches into water through:

- Corrosion* of
  - Pipes
  - Solder
  - Fixtures and Faucets (brass)
  - Fittings

*Corrosion is a dissolving or wearing away of metal caused by a chemical reaction between water and your plumbing.

The amount of lead in your water also depends on the types and amounts of minerals in the water, how long the water stays in the pipes, the amount of wear in the pipes, the water's acidity and its temperature.

## HEALTH TIP

To help block the storage of lead in your child's body, serve your family meals that are low in fat and high in calcium and iron, including dairy products and green vegetables.

# What should I do if I suspect that my water contains high lead levels?

- If you want to know if your home's drinking water contains unsafe levels of lead, have your water tested.

- Testing is the only way to confirm if lead is present or absent.

- Most water systems test for lead as a regular part of water monitoring. These tests give a system-wide picture and do not reflect conditions at a specific drinking water outlet.

- For more information on testing your water, call EPA's Safe Drinking Water Hotline at 800-426-4791.

## Should I test my children for exposure to lead?

- Children at risk of exposure to lead should be tested.

- Your doctor or local health center can perform a simple blood test to determine your child's blood-lead level.

- If your child has a blood lead level at or above 10ug/dl, should take preventive measures.

# QUICK TIPS TO REDUCE YOUR FAMILY'S EXPOSURE TO LEAD



Boiling your water will not get rid of lead.

- Use cold water for drinking or cooking. Never cook or mix infant formula using hot water from the tap.

- Make it a practice to **run the water at each tap** before use.

- Do not consume water that has sat in your home's plumbing for more than six hours. First, make sure to **run the water** until you feel the temperature change before cooking, drinking, or brushing your teeth, unless otherwise instructed by your utility.

- Some faucet and pitcher filters can remove lead from drinking water. If you use a filter, be sure you get one that is certified to remove lead by the NSF International.

EX-F-5

Copy and graphics were adapted from EPA educational material.
To view more learning tips, go to www.epa.gov site and click on For Kids.

# Jr. WaterWorks
## PAGES

**Hello.** My name is Thirstin. Join me for some fun games as we learn more about DRINKING WATER.



**Start Here**

*Lots of Ways to Learn About Water...*

## Drinking Water's A"maz"ing Journey!

*Follow water's trip from the skies to your tap. Then use crayons or markers to add color!*

**1. Rain** goes into a creek.

**2.** Creek water is pumped into a **water filtration plant,** where it is cleaned.

**3.** A **water tower** stores the clean water until needed.

**4.** Clean drinking water is then piped to **your tap** water supply in your home.

*Pure, clean drinking water. Color it "DELICIOUS!"*

For more fun with Thirstin, log on www.epa.gov. Click on For Kids.



$CX - F - 6$

*Water Quality Report 2004*

## Protecting the Public from Disease

Microbiological testing of water helps protect the public from diseases such as polio, diptheria, typhoid, and cholera. Although Cryptosporidium, a microbial pathogen that can cause abdominal infection, is found in surface water throughout the US, it was not detected in the City of Wilmington water sampled in 2003 and has never been detected in our treated supply.



*In 2004, the City's Water Division took about 6,000 water samples from the City's freshwater supply and performed over 20,000 water analyses on those samples. The result? Our drinking water meets or exceeds all state and federal water quality standards.*

## Important Health Note for "At Risk" Populations

Some people may be more vulnerable to contaminants in drinking water than the general population. Immuno-compromised persons, such as those with cancer undergoing chemotherapy, organ transplant recipients, people with HIV/AIDS or other immune system disorders, some elderly, and infants can be particularly vulnerable to infections. These people should seek advice from their health care providers. EPA/CDC guidelines on appropriate ways to lessen the risk of infection by Cryptosporidium and other microbial contaminants are available from the Safe Drinking Water Hotline (800-426-4791).

## Potential Contaminants

**Microbial Contaminants**, such as viruses and bacteria, which may come from sewage treatment plants, septic systems, agricultural livestock operations, and wildlife.

**Inorganic Contaminants**, such as salts and metals, which can occur naturally or result from urban stormwater runoff, industrial or domestic wastewater discharges, oil and gas production, mining or farming.

**Pesticides and Herbicides**, which may come from a variety of sources such as agriculture, urban stormwater runoff and residential uses.

**Organic Chemical Contaminants**, including synthetic and volatile organic chemicals, which are by-products of industrial processes and petroleum production, and can also come from gas stations, urban stormwater runoff and septic systems.

**Radioactive Contaminants**, which can occur naturally or be the result of oil and gas production and mining activities.

## Contacts

In addition, during this time of heightened watchfulness, you can help us ensure the safety of our water supply by reporting any unusual or suspicious activity either on our waterways, near our reservoirs, water filtration plants, water towers or pumping stations.

To report an incident, or if you have questions about this report, call Colleen Arnold, Water Quality Manager at **(302) 573-5522**. Weekends or after 5 pm - **(302) 571-4150**.



6

# DELAWARE DEPARTMENT OF CORRECTIONS
## REQUEST FOR MEDICAL/DENTAL SICK CALL SERVICES
### FACILITY: DELAWARE CORRECTIONAL CENTER

This request is for (circle one):  MEDICAL  DENTAL  (MENTAL HEALTH)

Name (Print): Daniel M. Woods

Housing Location: D-EAST

Date of Birth: 2-6-62

SBI Number: 164728

Date Submitted: 10-5-06

Complaint (What type of problem are you having)?

I would Like to Speak With Someone
Concerning Issues Of Guilt.

Inmate Signature: Daniel M. Woods

Date: 10-5-06

**The below area is for medical use only.  Please do not write any further.**

S: Scheduled

O:  Temp:____  Pulse:____  Resp:____  B/P:____  WT:____

A:

P:

E:

Provider Signature & Title: _____

Date & Time: _____

3/1/99 DE01

FORM#:

MED
263

ex-6

# DELAWARE DEPARTMENT OF CORRECTIONS
## REQUEST FOR MEDICAL/DENTAL SICK CALL SERVICES
## FACILITY: DELAWARE CORRECTIONAL CENTER
### This request is for (circle one): MEDICAL DENTAL MENTAL HEALTH

RECEIVED DEC 14 2006

Name (Print): Daniel M. Woods

Housing Location: D-EAST

Date of Birth: 2-6-62

SBI Number: 164728

Date Submitted: 12-8-06

Complaint (What type of problem are you having)? My biopsey was done 9-25-06 and still no answer to results, Told I'd be seeing Doc. from Debbie Cotter, yet nothing, severe pain in hand, Deit Tray Ran out For 2 months, Vitums Ran out 2 months yet Ive not see any Doc.

Inmate Signature: Daniel M. Woods

Date: 12-8-06

**The below area is for medical use only. Please do not write any further.**

S: You are scheduled to be seen for Biopsy results. Medical D

O: Temp:____ Pulse:____ Resp:____ B/P:____ WT:____

A:

P: Seen 12/14/06 & result discussed

E:

Provider Signature & Title: Ihning Chukwupa

Date & Time: 12/15/06

Jaime H. Rivera
(Del. Health and
Social Services)

Daniel M. Woods #164728
Del. Corr. Center
1181 Paddock Rd.
Smyrna, Del 19977

4-26-06

Dear Mr. Rivera,

On Aug 2, 2005 I wrote to you inregaurds to the issue of 50/50 Solder being used on water lines at the Howard R yng Correctional inst (Which 50/50 has lead and illegal to use on water lines) Anyway You fowward my letter to Mr. Marvin Newton, Chief Plumbing inspector of dildms but he receive no response. This issue is a public Health issue not a inspector issue. I'm requesting testing to be conducted by your department, and the investagation because of the seaer health risk to all inmates.

over

ex-1

If this is not completed, you are just as responsible as the Dept. of Corrections and will be added to the complaint already filed in United District Court.

I'll expect a response or some action within 30 days of the date of this letter.

Respectfully,

Daniel M. Woods

C.C. U.S.D.C.
File

In The United States District Court

In And For District Of Delaware

*et-J*

Darren L. Seawright - 400140,

Daniel M. Woods - 169728,

Plaintiffs,

V.

State of Delaware,

Rafeal Williams,

Maint. Super. Pacceo,

Defendants.

Civ. Act. No. : 05-576-KAJ

Civil Complaint

Jury Trial Requested

<u>Subpoena : Issuance</u>

( Rule 45 Fed. R. of Civ. Proc. )

<u>Department of Corrections' Court and Transfer</u> : You are

hereby commanded to produce the body of Daniel M. Woods

at the United States District Court 844 King Street, Wilm.,

DE 19801, on June 20, 2006, and thereafter to the

Howard R. Young Correctional Istitution to be present and

Watch, and direct to testing areas of Dormitories 1 and 2, finally to any testing labs where tests might have to be performed to test the Solder as part of this litigation. (9:30 A.M. until testing is Completed.)

<u>Warden, Rafeal Williams</u>: You are hereby Commanded to appear at the United States District Court 844 King Street, Wilm., DE 19801, and to allow Daniel M. Woods to have, watch, and direct to testing areas of Dormitories 1 and 2, of the Howard R. Young Correctional Institution on June 20, 2006, to test the Solder as part of this litigation. (9:30 A.M. until testing is Completed.)


<u>Daniel M. Woods</u>: You are hereby commanded to appear at the United States District Court 844 King Street, Wilm., DE 19801, on June 20, 2006, and thereafter to the Howard R. Young Correctional Institution to be present, watch, and direct to testing areas in Dormitories 1 and 2, finally to any testing labs where tests might have to be performed

— 2 —

to test the solder as part of this litigation.
(9:30 A.m. until testing is completed.

Delaware Health and Social Serv., Div. of Pub. Health, Office
of Drinking Water: Your Water testing Dept. office or an
expert therein is Commanded to appear at the
United States District Court 844 King Street, Wilm, DE
19801, to be accompanied by Dept. of Corr.'s Court and
Transfer, Daniel M. Woods, Warden Rafheal Williams, to
do the testing as Daniel M. Woods shows and directs
You in the areas thereof at the Howard R. Young Correctional
Institution (Dormitories 1 and 2), on June 20, 2006,
and immediately thereafter complete the tests at the
appropriate area, affording the State of Delaware,
Rafeal Williams, Darren L. Seawright, and Daniel M. Woods
a copy of the results on June 20, 2006.
( 9:30 A.m. until testing is completed.)

— 3 —

This is Official Notification, failure to appear will result in a $500.00 @ day sanction plus any Court imposed sanctions thereafter.

Respectfully Submitted,

Daniel M. Woods
#164728 / 23AU2B
1181 Paddock Road
Smyrna, DE 19977

— 4 —

Affadavitt and Certificate of Service/Mailing

I, ~~Derrick Seawright~~ Moses Torres Padilla, have no interest in any of the proceedings as Captioned. I am a neutral person who was contacted for the sole purpose of serving the following parties with a subpoena to appear in Court, or notified those parties are:

1. Darrch L. Seawright
   # 400140 / 1301 E. 12th St.
   Wilmington, DE 19801

2. Daniel M. Woods
   164728 / 23 AU7
   1181 Paddock Road
   Smyrna, DE 19977

3. State of Delaware
   D.O.J., 820 N. French St.
   Wilmington, DE 19801

4, 5. Warden Rafeal Williams,
   Maintenance Supervisor Pacca
   1301 E. 12th St,
   Wilmington, DE 19801

6. Clerk of the U.S. District Court
   844 King Street
   Wilmington, DE 19801

(over)

7. Delaware Health and Social Services

   Div. of Pub. Heath — Off. of Drinking Water

   P.O. Box 637

   Dover, DE      19903


   I swear or affirm under the penalty of perjury
that the foregoing facts and futherance certify that I
have placed in the U.S. Post Office Mailbox/Mailbag at
D.C.C. 1181 Paddock Road, Smyrna, DE 19977 to the
foregoing listed parties on this      day of      , 2006.
This is being madupursuant to 28 U.S.C. §1746 and 18 U.S.C. 1621.


                          Moses torres Padilla
                          #        / 458960

                          1181 Paddock Road

                          Smyrna, DE      19977


— 2 —

In The United States District Court
In And For District Of Delaware

ef-J2

Darren L. Seawright,

Daniel M. Woods,

    Plaintiffs,

V.

State of Delaware,

Warden Rafeal Williams,

Maintenance Supervisor Paceco,

    Defendants.

Civ. Act. No.: 05-576-KAJ

＊ ＊ ＊ ＊ ＊ ＊ ＊

## Motion For Court Appointed Expert Witness.

Comes now, Plaintiffs in requesting this Motion to be heard at the Court's earliest convenience pursuant to F.R.E. Rule 706 coupled with the following good cause:

    1. A Scientific expert is needed for testing the pipes as stated in the Complaint for 50/50 solder in Dormitory of H.R.Y.C.I.