2. Neither Plaintiffs or Defendants are Certified experts to perform the tests necessary to support a factual finding if 50/50 Solder was used in Dormitory. of H.R.Y.C.I.

3. The Plaintiffs have qualified under 428/1915 for in forma pauperis status.

4. The Court has authority to order this expert testimony and tests under F.R.E. Rule 706.

5. It is need for the fact finding of the Plaintiffs to establish reliability of the Statements made and have/maintain a healthy prima facie case to abstain dismissal or on a Motion for summary judgment.

Therefore, Plaintiffs respectfully request Appointment of Expert testing the necessary pipes for 50/50 Solder within the H.R.Y.C.I.

Respectfully Submitted,

Daniel M. Woods

5-19-06

— 2 —

ex-K

Jamie H. Rivera, Director
Delaware Health and Social Services
P.O. Box 637
Dover, DE 19901

RE: Woods v. Williams, C.A. No. 05-576 MPT

Director Rivera,

Regarding the above mentioned case, there have been two letters or correspondence to your agency.

I was involved in a teleconference with acting U.S. District Court Judge Mary Pat Thynge this past week. I had mentioned that I had written to you pertaining to testing of the joints and water at the Howard R. Young Correctional Institute. She asked me if I was planning on using your agency in this case in compliance with Federal Civil Rules regarding expert witnesses. I told her that this was my intention. She asked that I request this in writing and get a proposal from your agency. Since the area in question was remodeled using federal funding, this falls under a federal agency's realm of expertise for testing.

There may be court funding available for this testing. We are in the process of obtaining through discovery, the Department of Corrections guidelines for construction of water lines. This should help as well.

I look forward to recieving your proposal. I anticipate your answer shortly. Thank you for your prompt cooperation in this matter.

Sincerely,
Daniel M. Woods

Daniel M. Woods, Plaintiff
Delaware Correctional Center
1181 Paddock Rd.
Smyrna, DE 19977



**DELAWARE HEALTH
AND SOCIAL SERVICES**

DIVISION OF PUBLIC HEALTH

*ex-L⁻¹*

OFFICE OF THE DIRECTOR

May 16, 2006

Mr. Daniel M. Wood
#164728
Delaware Correctional Center
1181 Paddock Road
Smyrna, DE 19977

Dear Mr. Wood:

I appreciate your letter dated April 26, 2006, related to the Department of Corrections (DOC) construction and alleged use of 50/50 solder in the constructions of dormitory 1at the Howard R. Young Correctional Institution. I was surprised to hear that you had not been contacted by the City of Wilmington as I had hoped when I responded to you back in August 2005.

Be advised that our Office of Drinking Water (ODW) has been in contact with the DOC and the City of Wilmington concerning your letter. The ODW has confirmed that the DOC and City have agreed to collect a lead sample from the Howard R. Young Correctional Institution. By copy of this letter, I am requesting that the DOC provide you the results of the tests once completed.

The Division of Public Health will continue to work to protect the health and well-being of all Delawareans including those housed within a facility operated by the DOC. If there is a need for DPH to collaborate or provide guidance with DOC related to this we are available. Once again, thank you for contacting the Division of Public Health.

Sincerely,

Jaime H. Rivera, MD, FAAP
Director

JHR: tgm

Pc:    Thom May
       Ed Hallock
       Joe Dudlek
       Marvin Newton

_Woods vs. Williams #05-576 (K.A.J)_     et L-2

Daniel M. Woods
S.B.I #164728 - A-23
1181 Paddock Rd.
Smyrna, De. 19977

c/o Jaime H. Rivera
Del. Health and
Social Services
Dover, De. 19903

5-28-06

Dear Ms. Rivera,

I Truly Appreciate your Letter dated May 16, 2006 related to THE 50/50 Solder That was used on Construction At H.R.Y.C.I. And all Investigation by your department. Please be advised of The Correct dormitory FOR Testing In Taking The Lead Sample. It's THE dormitory on the Newside of the building, directly "under V-Pod," It's also across From The Kitchen down Stairs.

Please Also be Advised That I've Filed with The District Court of Delaware FOR expert testing to be Conducted by Federal inspectors as well.

Would your Company Also Forward all tests and results to the District Court of Delaware, Case No# 05-576-(K.A.J) And to Mr. Woods. I believe it Would be greatly Prejudice To Leave _notifications_ to be done by the Same party, thats Created the environmental Hazards.

Respectfully,
Daniel M. Wood

C.C. District Court #05-576 (K.A.J)

et-M

Daniel M. Woods
# 164728
1181 Paddock Rd.
Smyrna, De 19977

Jaime H. Rivera                          RE: Woods v. Williams
De. Health + Social Services             C.A. No. 05-576 K.A.J.
P.O. Box 637
Dover, De 19903

Dear Mr. Rivera,                                August 29, 2006

        Thank you for your letter dated May 16, 2006, concerning the above captioned matter. I promptly responded on May 23, 2006, to which a reply has not been recieved.

        I must say that I am dismayed and concerned that since my disclosure of the problem at Howard R. Young Correctional Institute on August 2, 2005, I have only heard from your office twice. The first time you stated that you were forwarding my letter to Mr. Marvin Newton, the Chief Plumbing Inspector for the City of Wilmington. In the second letter you expressed surprise that I had not been contacted by the City of Wilmington. You also stated that you requested via letter for the office of Drinking Water to obtain a lead sample from H.R.Y.C.I., and that the Department of Correction were to supply me

Reflected in my May 23, 2006 reply I stated that I believed it to be not only unorthodox but prejudicial to have notification done by the party responsible for the hazard. I had therefore asked for a federal expert tester to perform the test and give notification.

Mr. Rivera, it has been over 100 days since my last correspondence. I do not believe that two letters in over one years time constitutes the concern you claim to have in this matter. I am therefore left with no other choice than to contact the office of Senator Biden about this problem. A copy of this letter will also be forwarded to Senator Biden and the clerk of the U.S. District Court.

I do expect to hear back promptly with proof of this test and specific diagram and area blueprint for the test performed.

Thank you for your time and cooperation in this matter.

Very Truly,

Daniel M. Woods

DANIEL M. WOODS

$ex - \Pi$

Daniel M. Woods #164728
1181 Paddock Rd.
Smyrna, DE 19977

Environmental Protection Agency
1650 Arch St.
Region 3
Philadelphia, PA

Re: Woods v. Williams, ET. AL,    C.A. No. 05-576-KAJ

Dear Sir or Madam,                                          December 10, 2006

I hope this letter finds you & your agency well this holiday season. I realize that the E.P.A. has a difficult job and is extremely busy particularly in the time we live.

I had written you in the middle of November 2006 informing you of the status of the above captioned case, which I am the plaintiff. I was hoping for your agencies views on the matters. I had also expressed the desire to use you as an expert witness in the upcoming trial. Much to my chagrin I have not heard back from you.

It unnerves me that after two correspondences with Mr. Jamie H. Rivera, Director of the Delaware Health and Social Services (which were a year apart) and letters to Mr. Marvin Newton the City of Wilmington Chief Plumbing Inspector, I have not found anyone to be concerned enough to inspect this matter.

The Honorable Mary Pat Thynge believes that there are enough merits in this matter to warrent proceeding with trial. I suppose since we are merely inmates, the agencies of the U.S. Government (like the E.P.A.) aren't particularly concerned with our health or the cleanliness of our water.

I am leaving the door open for a dialogue with your agency in the hopes that you will offer us some much needed assistance. Our goal has always been to correct the problem, not merely expose it.

In closing I thank you for time and cooperation. I look forward to your reply.

cc. File
   Judge Thynge

Respectfully,

*Daniel M. Woods*

DANIEL M. WOODS

*et-D*

Dear Ms. Kelly,                                    October 9, 2006

RE: WOODS v. WILLIAMS ET. AL.
C.A. No. 05-576-KAJ

In compliance with the recieved scheduling order dated August 11, 2006. The plaintiff having already addressed scheduling order issue #1; now fulfills his obligations regarding issue #2.

Plaintiff states for the record that there will be no motions to join any other parties. Furthermore, there will be no additional amendments or supplements concerning this pleading, unless so ordered by this Honorable Court.

The plaintiff also wishes to go on record that his response to issue #1 concerning E-filings has not been addressed by this court.

Lastly, plaintiff will be sending his answers to the November 11, 2006 teleconference, as well as the settlement status. Plaintiff avers that the court issued November 1, 2006 deadline for a response to issue #2: Joinder of other parties and Amendments of Pleadings has now been met.

Respectfully,
Daniel M. Woods
Daniel M. Woods
Plaintiff

D13    $ex-P$

**FORM #584**

**GRIEVANCE FORM**

FACILITY: _DCC_                     DATE: _2/8/07_

GRIEVANT'S NAME: _Daniel Woods_     SBI#: _164728_

CASE#: _101094_                     TIME OF INCIDENT: _5:30_

HOUSING UNIT: _D east_

BRIEFLY STATE THE REASON FOR THIS GRIEVANCE. GIVE DATES AND NAMES OF OTHERS INVOLVED
IN THE INCIDENT OR ANY WITNESSES.

I'm on a high protein, high calorie diet.
However, on the last two days of meals, I've
received less food then the standard trays, or
the regular diet trays, which cannot be a
high protein, high calorie diet. Due to my
medical condition of hepititis C, it is essential
that my diet assist my medical treatment. I
believe that staff is not monitoring the diet
trays.

ACTION REQUESTED BY GRIEVANT: _____
I want what DCC medical staff (doctors)
order for me, not what some inmate finds
easiest to dispense.

GRIEVANT'S SIGNATURE: _Daniel Woods_    DATE: _2-8-07_

WAS AN INFORMAL RESOLUTION ACCEPTED?    _____ (YES)    _____ (NO)

(COMPLETE ONLY IF RESOLVED PRIOR TO HEARING)

GRIEVANT'S SIGNATURE: _____    DATE: _____

**IF UNRESOLVED, YOU ARE ENTITLED TO A HEARING BY THE RESIDENT GRIEVANCE COMMITTEE.**

cc: INSTITUTION FILE
    GRIEVANT

RECEIVED

FEB 15 2007

April '97 REV

Inmate Grievance Office

**DCC  Delaware Correctional Center**
**Smyrna Landing Road**
**SMYRNA DE, 19977**
**Phone No. 302-653-9261**

Date: 11/30/2006

## GRIEVANCE REPORT

### OFFENDER GRIEVANCE INFORMATION

| | | | |
|---|---|---|---|
| **Offender Name :** WOODS, DANIEL M | **SBI#** : 00164728 | **Institution** : DCC |
| **Grievance #** : 84243 | **Grievance Date** : 11/17/2006 | **Category** : Individual |
| **Status** : Unresolved | **Resolution Status :** | **Resol. Date** : |
| **Grievance Type:** Health Issue (Medical) | **Incident Date** : 11/17/2006 | **Incident Time :** |
| **IGC** : Merson, Lise M | **Housing Location :** Bldg D-EAST, Tier D, Cell 15, Top | |

### OFFENDER GRIEVANCE DETAILS

**Description of Complaint:** Inmate claims: On 9-25-06 I was taken to bay health for a biopsy, yet I've received no information about the results of this test. It shouldn't take almost  two months for results. My medical condition has been prolonged long enough

**Remedy Requested** : To receive my test results and begin treatments.

### INDIVIDUALS INVOLVED

| Type | SBI # | Name |
|---|---|---|
| | | |

### ADDITIONAL GRIEVANCE INFORMATION

| | |
|---|---|
| **Medical Grievance :** YES | **Date Received by Medical Unit :** 11/30/2006 |
| **Investigation Sent :** 11/30/2006 | **Investigation Sent To** : Rodweller, Deborah |
| **Grievance Amount :** | |

**DCC  Delaware Correctional Center**
**Smyrna Landing Road**
**SMYRNA DE, 19977**
**Phone No. 302-653-9261**

**Date:** 11/30/2006

# INFORMAL RESOLUTION

| OFFENDER GRIEVANCE INFORMATION | | |
|---|---|---|

| | | |
|---|---|---|
| **Offender Name :** WOODS, DANIEL M | **SBI#** : 00164728 | **Institution** : DCC |
| **Grievance #** : 84243 | **Grievance Date** : 11/17/2006 | **Category** : Individual |
| **Status** : Unresolved | **Resolution Status:** | **Inmate Status :** |
| **Grievance Type:** Health Issue (Medical) | **Incident Date** : 11/17/2006 | **Incident Time :** |
| **IGC** : Merson, Lise M | **Housing Location :** Bldg D-EAST, Tier D, Cell 15, Top | |

| INFORMAL RESOLUTION | |
|---|---|

**Investigator Name** : Rodweller, Deborah          **Date of Report** 11/30/2006

**Investigation Report :**

**Reason for Referring:**

**Offender's Signature:**_____

**Date**               :_____

**Witness (Officer)**  :_____



*100 YEARS OF SUPERIOR SERVICE*

Artesian Water Company, Inc. ▲ Artesian Wastewater Management, Inc. ▲ Artesian Utility Development, Inc.

January 29, 2007

Mr. Daniel M. Woods
#164728 Unit D-East
1181 Paddock Rd.
Smyrna, DE 19977

Dear Mr. Woods,

In your letter dated January 18, 2007, you requested a bid proposal from Artesian Water for the testing of water lines possibly containing 50/50 solder. As a water utility we do not provide the type service you have requested.

As a regulated water utility, we are required to test for lead and copper on the water supply side. Lead and Copper test samples for the Delaware Correctional Center were taken between June 1 and September 30, 2004. The 90th percentiles for lead and copper met the action levels of 0.015 and 1.3 mg/l. In other words, our water is in compliance with all state and federal water quality standards. Lead and copper testing takes place triennially as per State and Federal Drinking Regulations.

Sincerely,

Joanne C. Rufft
Supervisor, Community Relations

664 Churchmans Road, Newark, Delaware 19702, P.O. Box 15004, Wilmington, Delaware 19850  Phone: (302) 453.6900  Fax: (302) 453.6957
e-mail: artesian@artesianwater.com    Website: artesianwater.com

Nancy J. Trushell, P.E.
**Director of Engineering**

UNITED WATER DELAWARE
2000 First State Boulevard
P.O. Box 6508
Wilmington, DE 19804-0508
Tel: 302.252.3034 • Fax: 302.633.5919
nancy.trushell@unitedwater.com



February 6, 2007

Mr. Daniel M. Woods
#164728
1181 Paddock Road
Smyrna, DE 19977

SUBJECT:    Water Testing / Joints / Bids and Proposals

Dear Mr. Woods:

Thank you for your inquiry. United Water Delaware does not have the capability to perform the
requested testing as per your letter dated January 18, 2007. We suggest contacting the Office of
Drinking Water to obtain references for laboratories that can perform this work.

Information from the EPA website is attached for your use.

Sincerely,

Nancy J. Trushell, P.E.

Attachment

# **Proposed Settlement Proposal**

Plaintiffs in the case of <u>Woods v. Williams</u>, et.al. hereby offer the following settlement proposal to be addressed by all parties at the 11-01-2006 scheduled teleconference, or at an agreed date and time.

1. Defendants agree to pay plaintiffs the following monetary amounts:

   A. $20,000 per plaintiff for pain and suffering.
   B. $30,000 per plaintiff for punitive damages. As well as:
   C. Proof that defendants have removed contaminated lead from the plumbing system in Dorm 1 and Dorm 2 (new side: located directly under V-Pod) at the Howard R. Young Correctional Institution.
   D. Agrees to pay for any injuries or ailments, (physical or mental health) sustained as a result of defendant's negligence.

Settlement must be accepted by all parties before a judge in order to be finalized.

Respectfully Submitted,

Daniel M. Woods

Dear Ms. Kelly,                                                    October 9, 2006

RE: WOODS v. WILLIAMS ET. AL.
CA. No. 05-576- KAJ

    In compliance with the recieved scheduling order dated August 11, 2006. The plaintiff having already addressed scheduling order issue #1; now fulfills his obligations regarding issue #2.

    Plaintiff states for the record that there will be no motions to join any other parties. Furthermore, there will be no additional amendments or supplements concerning this pleading, unless so ordered by this Honorable Court.

    The plaintiff also wishes to go on record that his response to issue #1 concerning E-filings has not been addressed by this court.

    Lastly, plaintiff will be sending his answers to the November 11, 2006 teleconference, as well as the settlement status. Plaintiff avers that the court issued November 1, 2006 deadline for a response to issue #2: Joinder of other parties and Amendments of Pleadings has now been met.



FILED

OCT 1 1 2006

U.S. DISTRICT COURT
DISTRICT OF DELAWARE

Respectfully,
Daniel M. Woods
Daniel M. Woods
Plaintiff

TELECONFERENCE: November 1, 2006

1. Yes, I am in agreement with any alternatives in this case such as mediation.

2. Yes, I am in agreement with any scheduling that would please the court.

3. I am available at any time.

4. Two days.

5. No non-parties are involved.

6. No, there is no other litigation pending which will affect this litigation process.

7. To date, there has been no effort made by any side to settle this matter; but, the plaintiff is not opposed to settlement.

8. There are no outstanding liens.

9. Not at this time.


*Daniel M. Woods*

Daniel M. Woods

## CERTIFICATE OF SERVICE

I, _Daniel M. Woods_ , hereby certify that I have served a true and correct copy of the attached ~~motion~~ _Answer_ upon the following party on the _9th_ day of _October_, ~~2006~~:

_Eileen Kelly_
Deputy Attorney General
Department of Justice _, Civil Division_
320 North French Street (*or other address if different county*)
Wilmington, DE 19801

_10-9-06_
Date signed

_Daniel M. Woods_
Signature of movant
(Notarization not required)

I/M D. Woods
SBI# 164708    UNIT D-E
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

WILMINGTON DE 197

10 OCT 2006 PM 1 T

U.S. District Court
814 N. King St.
Wilm., DE 19801
(civil Division)

Legal Mail

19801+3519 C012

In THE United States District Court
For THE District Of Delaware

Darren L. Seawright
Daniel M. Woods                    C.A.N.# 05-576 KAJ
        V.
Rafael Williams et. al.


<u>Plaintiffs Initial Disclosures
Pursuant To Fed. R. Civ. P. 26(a)</u>


Pursuant To Fed. R. Civ. P. 26(a), Plaintiffs Darren L. Seawright, Daniel M. Woods (Plaintiffs) hereby provide Defendants With The Following information:

A) Individuals Likely To have Knowledge of discoverable information That may be used to Support Plaintiffs Claims.

1) Darren L. Seawright, Plummer Center, 38 Todds Lane Wilm, De 19802

2) Daniel M. Woods, Del. Corr. Center, 1181 Paddock Rd. Smyrna, De 19977

ex-V

(1)

3) Jaime H. Rivera, Health and Social Services

4) Marvin Newton, Chief City plumbing inspector, City of Wilm, DE.
   1981

B) Documents That may be used To Support Plantiffs Claim.
   All Dept. of Correction and institutional Files, documents
   and Correspondence Relating to the incident which
   Form The basis OF The Complaint.

C) Experts and Their opinions:
   Plaintiffs have not yet retained any experts, but reserve
   The Right to do So, and will Supplement This Response as
   Required by Rule 26(a).

D) Defendants have also Failed to provide Plantiffs with the
   Through their disclosure with Test Results / ~~tests~~
   Conducted / ~~tests~~ / What / Where and by whom. As
   was Stated to be Conducted by Dept. of Health and
   Social Services.
   Plaintiffs reserve the Right To Supplement These
   disclosures

                                        Respectfully
Dated ___9-4-04___              Daniel M. Woods

(((•))) **MWH Laboratories**
A Division of MWH Americas, Inc.

750 Royal Oaks Drive, Suite 100
Monrovia, California 91016-2029
Tel: 626 386 1100
Fax: 626 386 1101
1 800 566 LABS (1 800 566 5227)

Laboratory
Data Report
#174558

City of Wilmington
Colleen Arnold
Water Quality Laboratory
1401 Concord Pike
Wilmington , DE   19803

Samples Received
05/18/06

| Prepared | Analyzed | QC Ref# | Method | Analyte | Result | Units | MRL | Dilution |
|---|---|---|---|---|---|---|---|---|
| **GANDER HILL #1 06051660 (2605180360)** | | | | **Sampled on** | **05/16/06 10:25** | | | |
| | 05/19/06 12:37 | 319053 | ( ML/EPA 200.8 ) Copper, Total, ICAP/MS | | 46 | ug/L | 2.0 | 1 |
| | 05/19/06 12:37 | 319045 | ( ML/EPA 200.8 ) Lead, Total, ICAP/MS | | ND | ug/l | 0.50 | 1 |
| **GANDER HILL #2 06051552 (2605180374)** | | | | **Sampled on** | **05/16/06 10:15** | | | |
| | 05/19/06 12:10 | 319053 | ( ML/EPA 200.8 ) Copper, Total, ICAP/MS | | 82 | ug/l | 2.0 | 1 |
| | 05/19/06 12:10 | 319045 | ( ML/EPA 200.8 ) Lead, Total, ICAP/MS | | ND | ug/λ | 0.50 | 1 |

Ex - V

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

DARREN LAMONT SEAWRIGHT and )
DANIEL M. WOODS, )
           )
        Plaintiffs, )
           )
        v. )       C.A. No. 05-576-KAJ
           )
WARDEN RAFAEL WILLIAMS, )
MAINTENANCE SUPERVISOR )
PACECO, and THE STATE OF )
DELAWARE, )
           )
        Defendants. )

### DEFENDANTS' RESPONSE TO PLAINTIFFS' MOTION TO AMEND

       COME NOW the Defendants Warden Raphael Williams, Joseph Pacheco and the State of Delaware ("Defendants"), by and through the undersigned counsel, and respond to Plaintiffs' Motion to Amend [D.I. 47] as follows:

       1.     Plaintiffs have moved to amend the Complaint to add William J. Webb, Jr. ("Webb") as a plaintiff and Grievance Officer Sgt. Moody, Director Jaime H. Rivera and Chief City Plumbing Inspector Marvin Newton as defendants. Defendants oppose the addition of Webb as a plaintiff.

       2.     In this action, Plaintiffs claim that, while they were incarcerated at Howard R. Young Correctional Institution ("HRYCI"), they were exposed to unsafe levels of lead. They allege that the lead contamination was caused by the use of improper solder during the construction of a dormitory at HRYCI. In the Motion to Amend, Plaintiffs assert that Webb was also housed in the dormitory in question.

3.    The Motion to Amend is signed by Plaintiff Daniel Woods only. The Motion is not signed by Webb. Further, Webb has filed no pleading on his own requesting to be added as a plaintiff in this case.

4.    Pursuant to Rule 11 of the Federal Rules of Civil Procedure, "Every pleading, written motion, and other paper shall be signed by at least one attorney of record in the attorney's individual name, or, if the party is not represented by an attorney, shall be signed by the party." In the absence of any pleading signed by Webb, the Motion to Amend must be denied.

5.    Further, Woods, who is not an attorney, cannot represent Webb's interests. A prisoner acting *pro se* is prohibited from representing the interests of his fellow inmates. *See Jordan v. Delaware,* 433 F. Supp. 2d 433, 439 (D. Del. 2006).

WHEREFORE, Defendants respectfully request that this Court deny Plaintiffs' Motion to Amend to add William J. Webb, Jr. as a plaintiff in this action.

STATE OF DELAWARE
DEPARTMENT OF JUSTICE

/s/ Eileen Kelly
Eileen Kelly, I.D. #2884
Deputy Attorney General
Carvel State Office Building
820 North French Street, 6th Floor
Wilmington, Delaware 19801
eileen.kelly@state.de.us
(302) 577-8400
Date:  August 30, 2006                    Attorney for Defendants

## Briefs, Responses and Replies
### 1:05-cv-00576-KAJ Seawright et al v. Stanley Taylor et al

### U.S. District Court

### District of Delaware

Notice of Electronic Filing

The following transaction was received from Kelly, Eileen entered on 8/30/2006 at 11:21 AM EDT and
filed on 8/30/2006

**Case Name:**       Seawright et al v. Stanley Taylor et al
**Case Number:**     1:05-cv-576
**Filer:**            State of Delaware
                    Rafeal Williams
                    Paceco

**Document Number:** 48

**Docket Text:**
RESPONSE to Motion re [47] MOTION to Amend/Correct [2] Complaint filed by Rafeal Williams,
Paceco, State of Delaware. (Kelly, Eileen)

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1079733196 [Date=8/30/2006] [FileNumber=265944-0]
[307e35f02bf46c288254a36e43e37dc75be268999cef6f7504ca2a66a4ee38684bd4
7c5e1161328a6ec04c7797f3e84137474b11f9666832875b94a6f3da06d9]]

**1:05-cv-576 Notice will be electronically mailed to:**

Eileen Kelly     eileen.kelly@state.de.us

**1:05-cv-576 Notice will be delivered by other means to:**

Darren Lamont Seawright
SBI #400140
Plummer Community Correction Center
38 Todds Lane
Wilmington, DE 19802

Daniel M. Woods
SBI #164728
Delaware Correctional Center
1181 Paddock Road
Smyrna, DE 19977

(Rev. 5/05)

**FORM TO BE USED BY A PRISONER IN FILING A COMPLAINT**
**UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. §1983**

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

(1) Darren L. Seawright - 400140
    (Name of Plaintiff)        (Inmate Number)

1301 East 12th St. Wilmington De 19809
    (Complete Address with zip code)

(2) Daniel M. Woods  164728
    (Name of Plaintiff)        (Inmate Number)

1301 East 12th St. Wilmington De 19809
    (Complete Address with zip code)

(Each named party must be listed, and all names
must be printed or typed. Use additional sheets if needed)

(o) State Of  vs. Delaware
(1) Stanley Taylor
(2) Rafal Williams
    maintenance Supervisor
(3) Acerro (retired)
    (Names of Defendants)

(Each named party must be listed, and all names
must be printed or typed. Use additional sheets if needed)

:
:
:
:
:
:
:
:
:    _____
:        (Case Number)
:    ( to be assigned by U.S. District Court)
:
:
:
:
:        **CIVIL  COMPLAINT**
:
:
:        • •  Jury Trial Requested
:
:
:

**I.    PREVIOUS LAWSUITS**

A.    If you have filed any other lawsuits in federal court while a prisoner, please list the caption and case number
      including year, as well as the name of the judicial officer to whom it was assigned:

None

## II.   EXHAUSTION OF ADMINISTRATIVE REMEDIES

In order to proceed in federal court, you must fully exhaust any available administrative remedies as to each ground on which you request action.

A.    Is there a prisoner grievance procedure available at your present institution?  • (Yes) • •No

B.    Have you fully exhausted your available administrative remedies regarding each of your present claims?  • (Yes) • •No

C.    If your answer to "B" is Yes:

    1.  What steps did you take? I file a grievance with the D.O.C and I contacted OHSA; they said they don't have jurisdiction.

    2.  What was the result? Negative results

D.    If your answer to "B" is No, explain why not: _____

## III.   DEFENDANTS (in order listed on the caption)

(1) Name of first defendant: State Of Delaware /Stanley Taylor

Employed as Commissioner at Dept. Of Corrections

Mailing address with zip code: 247 McKee Rd. Dover, Delaware 19904

(2) Name of second defendant: Rafeal Williams

Employed as Warden at H.R.Y.C.I

Mailing address with zip code: 1301 East 12th St, Wilmington, De 19809

(3) Name of third defendant: Rocco

Employed as Maintenance Supervisor at H.R.Y.C.I

Mailing address with zip code: 1301 East 12th St, Wilmington, D. 19809

(List any additional defendants, their employment, and addresses with zip codes, on extra sheets if necessary)

2

## IV. STATEMENT OF CLAIM

(State as briefly as possible the facts of your case. Describe how each defendant is involved, including dates and places. Do not give any legal arguments or cite any cases or statutes. Attach no more than three extra sheets of paper if necessary.)

1. * State Of Delaware; is responsible for the health and welfare of all state inmates;

2. * Stanley Taylor is the commissioner and chief over all delaware prisons; Mr. Taylor should be been aware the materials used in the construction of Dorm 1 and 2.

3. * Raffeal Williams Warden was informed that dorm 1 and 2 water lines; shower lines; sink lines; and toilet lines were contaminated with lead poisoning from 50/50 solder which against building code throughout the state of delaware.

* Maintenance Supervisor Perrecci; was the overseer of the building project in dorm 1; Inmate Daniel Words informed him that 50/50 solder is illegal to use on water lines; Perrecci told words to use the illegal solder on the water lines or be fired!

## V.    RELIEF

(State briefly exactly what you want the Court to do for you. Make no legal arguments. Cite no cases or statutes.)

1. We Would like the court to issue an order to remove all contaminated water, shower, sink, and toilet lines; I would like all inmates have in dorm 1 and 2 from 1995 to 2005 to be tested for lead poisoning and contamination; provide adequate medical care and compensation for all.

3

2. I would like rehabilitation treatment for those who may need it; I would like OHSA to over-see any all health violation in H.R.Y.C.I.

_____

_____

3. Plaintiffs are seeking monetary compensation for legal fee's; punitive damages and compensatory damages for exposing Darren L. Seawright and Daniel M. Woods to lead poisoning/contamination as well as others.

I declare under penalty of perjury that the foregoing is true and correct.

Signed this 5th day of August, 2005.

_____ 40040
(Signature of Plaintiff 1)

_____ #164728
(Signature of Plaintiff 2)

_____
(Signature of Plaintiff 3)

4

FILED
CLERK U.S. DISTRICT COURT
DISTRICT OF DELAWARE
2009 JUN 16 AM 10: 06

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| DARREN LAMONT SEAWRIGHT and DANIEL M. WOODS, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | Civ. No. 05-576-KAJ |
| | ) | |
| WARDEN RAFAEL WILLIAMS, MAINTENANCE SUPERVISOR PACECO, and THE STATE OF DELAWARE, | ) ) ) ) | |
| | ) | |
| Defendants. | ) | |



### MEMORANDUM ORDER

Darren Lamont Seawright and Daniel M. Woods ("plaintiffs"), inmates housed at

the Howard R. Young Correctional institution ("HRYCI") and the Delaware Correctional

Center ("DCC"), respectively, filed this lawsuit pursuant to 42 U.S.C. § 1983.  They

appear *pro se* and were granted permission to proceed *in forma pauperis* pursuant to

28 U.S.C. § 1915.  The complaint was screened pursuant to 28 U.S.C. § 1915 and §

1915A. (D.I. 14.)  Now pending before the Court are a number of motions filed by

Plaintiff Woods.

### I.    Eleventh Amendment Immunity

I note that the State of Delaware remains a party and has been served with the

complaint.  In reviewing my Memorandum Order dated March 17, 2006, I discovered

that the State of Delaware was inadvertently not dismissed as a defendant insofar as

prospective injunctive relief is concerned.  As is well known, "[a]bsent a state's consent,

the eleventh amendment bars a civil rights suit in federal court that names the state as

a defendant." *Laskaris v. Thornburgh*, 661 F.2d 23, 25 (3d Cir. 1981)(citing *Alabama v. Pugh*, 438 U.S. 781 (1978)(*per curiam*)).  The State of Delaware has not waived its sovereign immunity under the Eleventh Amendment.  See Ospina v. Dep't of Corr., 749 F.Supp. at 579.  Consequently, the claim against the State has no arguable basis in law or in fact.  Therefore, I am dismissing the claim against the State of Delaware pursuant to 28 U.S.C. § 1915(e)(2)(B) and § 1915A(b)(1)15(e)(2)(B) as it is immune from suit.

## II.    Motion for Court Appointed Expert

Plaintiff Woods moves the Court to appoint an expert witness pursuant to Fed. R. Evid. 706.  The complaint alleges that the water lines, shower lines, sink lines, and toilet lines at HRYCI are contaminated with lead poisoning.  Plaintiff Woods contends that a scientific expert is required to test the pipes for solder.

Rule 706 provides that the trial judge has broad discretion to appoint an independent expert answerable to the court, whether *sua sponte* or on the motion of a party. *Ford v. Mercer County Correctional Center,* Nos. 03-3758, 03-4524, 2006 WL 714674, at *4 (3d Cir. Mar. 22, 2006).   The policy behind the rule is to promote the jury's factfinding ability. *Id.* (citations omitted).

This case is in its early stages.  The defendants were just recently served and to date no answers or motions to dismiss have been filed.  Accordingly, I am denying without prejudice, with leave to refile at a later date, the motion for court appointed expert witness.

## III.    Request for Entry of Default

Plaintiff Woods filed a request for entry of default on June 1, 2006.  (D.I. 24.)  He

argues that more than fifty-five days have passed since the date of service, making entry of default appropriate.

Waivers of Service were returned as executed as to the State of Delaware, Rafael Williams, and Joseph Paceco on April 28, 2006, May 4, 2006, and May 17, 2006, respectively.   As the defendants correctly note, service upon the State or upon any officer of a state government, concerning any matter arising in connection with the exercise of his or her official powers or duties, is not complete until the Attorney General for the State of Delaware is served.   Del. Code Ann. tit. 10, § 3103(c).  A review of the Court's Docket Sheet indicates that to date, there has been no service upon the Delaware Attorney General.  Therefore, the request for entry of default (D.I. 24) is denied.

**IV.    Issuance of Subpoenas**

Plaintiff Woods filed a document entitled "Subpoena: Issuance," pursuant to Fed. R. Civ. P. 45.  (D.I. 25.)  The document is directed to the Delaware Department of Corrections' Court and Transfer, Warden Rafael Williams, Daniel M. Woods, and the Delaware Health and Social Services, Division of Public Health, Office of Drinking Water, and apparently seeks to command, via subpoena, the transport of Plaintiff Woods from DCC where he is housed, to this Court, and then to the HRYCI so that Woods can be present to watch and direct testing in certain areas of Dormitories 1 and 2 at HRYCI.  The document also indicates that after the testing is complete, then Plaintiff Woods will be transferred to a testing lab and he will remain there until the analysis is completed.

The motion is denied.  There has been no testing scheduled of any type, and

3

even if such testing were scheduled, it would not be necessary for Plaintiff Woods to be present.

## V.    CONCLUSION

IT IS THEREFORE ORDERED as follows:

1.    The claim against the State of Delaware is DISMISSED without prejudice as it is immune from such relief  pursuant to 28 U.S.C. § 1915 and § 1915A.

2.    The motion for court appointed expert witness (D.I. 23) is DENIED without prejudice, with leave to refile at a later date.

3.    The request for entry of default (D.I. 24) is DENIED.

4.    The motion for issuance of subpoenas (D.I. 25) is DENIED.

UNITED STATES DISTRICT JUDGE

June 15, 2006
Wilmington, Delaware

4

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| DARREN LAMONT SEAWRIGHT and DANIEL M. WOODS, | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | C.A. No. 05-576-KAJ |
| WARDEN RAFAEL WILLIAMS, MAINTENANCE SUPERVISOR PACECO, and THE STATE OF DELAWARE, | ) ) ) ) ) | |
| Defendants. | ) ) | |

<u>**DEFENDANTS' RESPONSE TO PLAINTIFFS' MOTION TO AMEND**</u>

COME NOW the Defendants Warden Raphael Williams, Joseph Pacheco and the State of Delaware ("Defendants"), by and through the undersigned counsel, and respond to Plaintiffs' Motion to Amend [D.I. 47] as follows:

1.    Plaintiffs have moved to amend the Complaint to add William J. Webb, Jr. ("Webb") as a plaintiff and Grievance Officer Sgt. Moody, Director Jaime H. Rivera and Chief City Plumbing Inspector Marvin Newton as defendants. Defendants oppose the addition of Webb as a plaintiff.

2.    In this action, Plaintiffs claim that, while they were incarcerated at Howard R. Young Correctional Institution ("HRYCI"), they were exposed to unsafe levels of lead. They allege that the lead contamination was caused by the use of improper solder during the construction of a dormitory at HRYCI. In the Motion to Amend, Plaintiffs assert that Webb was also housed in the dormitory in question.

3.      The Motion to Amend is signed by Plaintiff Daniel Woods only.  The

Motion is not signed by Webb.  Further, Webb has filed no pleading on his own

requesting to be added as a plaintiff in this case.

4.      Pursuant to Rule 11 of the Federal Rules of Civil Procedure, "Every

pleading, written motion, and other paper shall be signed by at least one attorney of

record in the attorney's individual name, or, if the party is not represented by an attorney,

shall be signed by the party."  In the absence of any pleading signed by Webb, the

Motion to Amend must be denied.

5.      Further, Woods, who is not an attorney, cannot represent Webb's interests.

A prisoner acting *pro se* is prohibited from representing the interests of his fellow

inmates.  *See Jordan v. Delaware,* 433 F. Supp. 2d 433, 439 (D. Del. 2006).

WHEREFORE, Defendants respectfully request that this Court deny Plaintiffs'

Motion to Amend to add William J. Webb, Jr. as a plaintiff in this action.

STATE OF DELAWARE
DEPARTMENT OF JUSTICE

/s/ Eileen Kelly
Eileen Kelly, I.D. #2884
Deputy Attorney General
Carvel State Office Building
820 North French Street, 6th Floor
Wilmington, Delaware 19801
eileen.kelly@state.de.us
(302) 577-8400

Date:  August 30, 2006                          Attorney for Defendants

## CERTIFICATE OF SERVICE

I hereby certify that on August 30, 2006, I electronically filed *Defendants'*

*Response to Plaintiffs' Motion to Amend* with the Clerk of Court using CM/ECF.  I

hereby certify that on August 30, 2006, I have mailed by United States Postal Service, the

document to the following non-registered parties:  Darren Lamont Seawright and Daniel

M. Woods.

/s/ Eileen Kelly
Deputy Attorney General
Department of Justice
820 N. French St., 6th Floor
Wilmington, DE 19801
(302) 577-8400
eileen.kelly@state.de.us

## Briefs, Responses and Replies
1:05-cv-00576-KAJ Seawright et al v. Stanley Taylor et al

### U.S. District Court

### District of Delaware

Notice of Electronic Filing

The following transaction was received from Kelly, Eileen entered on 8/30/2006 at 11:21 AM EDT and filed on 8/30/2006

| | |
|---|---|
| **Case Name:** | Seawright et al v. Stanley Taylor et al |
| **Case Number:** | 1:05-cv-576 |
| **Filer:** | State of Delaware |
| | Rafeal Williams |
| | Paceco |

**Document Number:** 48

**Docket Text:**
RESPONSE to Motion re [47] MOTION to Amend/Correct [2] Complaint filed by Rafeal Williams, Paceco, State of Delaware. (Kelly, Eileen)

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1079733196 [Date=8/30/2006] [FileNumber=265944-0]
[307e35f02bf46c288254a36e43e37dc75be268999cef6f7504ca2a66a4ee38684bd4
7c5e1161328a6ec04c7797f3e84137474b11f9666832875b94a6f3da06d9]]

**1:05-cv-576 Notice will be electronically mailed to:**

Eileen Kelly     eileen.kelly@state.de.us

**1:05-cv-576 Notice will be delivered by other means to:**

Darren Lamont Seawright
SBI #400140
Plummer Community Correction Center
38 Todds Lane
Wilmington, DE 19802

Daniel M. Woods
SBI #164728
Delaware Correctional Center
1181 Paddock Road
Smyrna, DE 19977

JAMES M. BAKER
MAYOR

# City of Wilmington
## Delaware



LOUIS L. REDDING - CITY/COUNTY BUILDING
800 FRENCH STREET
WILMINGTON, DELAWARE
19801 - 3537

February 12, 2007

Ms. Claire F. Robinson
Department of Justice
New Castle County
820 French Street
Wilmington, DE 19801

RE: SEAWRIGHT V. WILLIAMS, ET AL., C.A. NO. 05-576-***

Dear Claire:

Enclosed are the requested documents pertaining to sampling the City's Water Quality laboratory conducted on May 16, 2006 at Gander Hill Prison. Two reports are enclosed – 1) City of Wilmington Lab Report – with general potability sample results 2) MWH Laboratory Report (EPA certified laboratory for lead and copper analysis) with lead and copper results.

Please contact me with any further concerns.

Very truly yours,

Colleen M Arnold

Colleen M. Arnold, P.E.
Water Quality Manager

CC: Kara Coats, Sean Duffy



# CITY OF WILMINGTON
## LABORATORY ANALYSIS REPORT

| | | | |
|---|---|---|---|
| Sample Location: | 1301 E. 12th Street | Analysis Date: | 05/16/2006 |
| Pressure Zone: | Low Service | Sampler: | FW |
| Sample Number: | 060516-61 | Sampler's Affiliation: | COW |
| Sample Date: | 05/16/2006 | Sample Point: | Bathroom Sink |
| Sample Time: | 10:17 AM | Lab: | City of Wilmington |
| Sample Type: | Customer Request Sample | Sampling Event: | Customer Request |
| Remarks: | Gander Hill Prison - Dorm 1 | | |

| Parameter Name | Value | Data Flag | Units | Method Detection Limit | Analytical Method |
|---|---|---|---|---|---|
| E. Coli (P/A) | 0 | | P/A | 0 | SM9223B Enzyme Substrate (P/A) |
| Free Chlorine Residual | 0.78 | | mg/l | 0.1 | SM4500G DPD |
| Temperature | 19 | | deg. C | 0 | Unknown Method |
| Total Coliform (P/A) | 0 | | P/A | 0 | SM9223B Enzyme Substrate (P/A) |
| Turbidity | 0.23 | | N.T.U. | 0 | SM2310B Nephelometric |

| | | | |
|---|---|---|---|
| Sample Location: | 1301 E. 12th Street | Analysis Date: | 05/16/2006 |
| Pressure Zone: | Low Service | Sampler: | FW |
| Sample Number: | 060516-63 | Sampler's Affiliation: | COW |
| Sample Date: | 05/16/2006 | Sample Point: | Bathroom Sink |
| Sample Time: | 10:25 AM | Lab: | City of Wilmington |
| Sample Type: | Customer Request Sample | Sampling Event: | Customer Request |
| Remarks: | Gander Hill Prison Dorm 2 | | |

| Parameter Name | Value | Data Flag | Units | Method Detection Limit | Analytical Method |
|---|---|---|---|---|---|
| E. Coli (P/A) | 0 | | P/A | 0 | SM9223B Enzyme Substrate (P/A) |
| Free Chlorine Residual | 0.91 | | mg/l | 0.1 | SM4500G DPD |
| Temperature | 19 | | deg. C | 0 | Unknown Method |
| Total Coliform (P/A) | 0 | | P/A | 0 | SM9223B Enzyme Substrate (P/A) |
| Turbidity | 0.21 | | N.T.U. | 0 | SM2310B Nephelometric |

# CHAIN OF CUSTODY RECORD / SAMPLE COLLECTION FORM

**City of Wilmington**
**Water Quality Laboratory**
PWS ID#: DE0000663

1401 Concord Pike
Wilmington, DE 19803
Phone: 302-571-4158
Fax: 302-573-5539

**Collection Date** 5-16-06

**SAMPLED BY [sign/initials/ASTR]** Frank Willson    292    W

| SAMPLE ID NO | Collect Time | SAMPLE LOCATION | Sample Point | Sample Type | Cl₂ Res (mg/L) | Temp (°C) | Preservative | Max. Holding Time | Microbiological (100 mL plastic bottle) | Physical/Chemical Analysis (1 Liter Glass Bottle) | Physical/Chemical Analysis (750 mL Glass Bottle) | Physical/Chemical Analysis (500 mL Glass Bottle) | Physical/Chemical Analysis (250 mL Glass Bottle) | Turbidity (100 mL plastic bag) | Other | Comments |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 06051660 | 10¹⁷ | Gander Hill | BS | | 0.78 | 19 | | | 1 | | | | | 1 | | |
| 06051661 | 10¹⁷ | Room 1 | | | | | | | | | | | | | | |
| 06051662 | 10²⁵ | Bathroom Sink Room 2 | BS | | 0.91 | 19 | | | 1 | | | | | 1 | | |
| 06051663 | 10²⁵ | Gander Hill | | | | | | | | | | | | | | |

| | Date/Time | Received by: | | Date/Time | Received by: |
|---|---|---|---|---|---|
| (# 1) Relinquished by: | 1255 5-16-06 | Wier Wilson | (# 2) Relinquished by: | 5/16/06 1215m | |

**Sample Point Codes**

| | | |
|---|---|---|
| RAW - Raw | SED5B - Settled Basin 5 | FIN - Finished | OT - Outdoor Tap | KS - Kitchen Sink |
| RM - Rapid Mix | SED3B - Settled Basin 3B | CHS - Concord High Service | BS - Bathroom Sink |
| FLOC - Flocculation | APP - Applied to Filter | OTH - Other | |

**Sample Type Codes**

| | |
|---|---|
| RIVER - River | PROC - Process |
| SPEC-Special | OTH - Other |
| ROUT-Routine | CUST-Customer R |

**Condition Upon Receipt**  Iced M  Temp = 0.2 oC

**MWH Laboratories**
750 Royal Oaks Drive, Monrovia, CA 91016
PHONE: 626-386-1100/FAX: 626-386-1101

ACKNOWLEDGMENT OF SAMPLES RECEIVED

City of Wilmington
Water Quality Laboratory
1401 Concord Pike
Wilmington, DE 19803
Attn: Colleen Arnold
Phone: 302-573-5522

Customer Code: WILMINGTONDE
Group#: 174558
Project#: DRINKING
Proj Mgr: Tom French
Phone: 480 778 1558

The following samples were received from you on **05/18/06**.  They have been scheduled for the tests listed beside each sample.  If this information is incorrect, please contact your service representative.  Thank you for using MWH Laboratories.

| Sample# | Sample Id | | Matrix | | Sample Date | |
|---------|-----------|---|--------|---|-------------|---|
| | Tests Scheduled | | | | | |
| 2605180360 | GANDER HILL #1 06051660 | | Water | | 16-may-2006 10:25:00 | |
| | CU-MS | P | PB-MS | T | | |
| 2605180374 | GANDER HILL #2 06051552 | | Water | | 16-may-2006 10:15:00 | |
| | CU-MS | P | PB-MS | T | | |
| 2605180375 | ZOO WASHINGTON 615 06051696 | | Water | | 16-may-2006 15:00:00 | |
| | AS-MS | BA-MS | BE-MS | CD-MS | CR-MS | CU-MS |
| | HG | P | PB-MS | SB-MS | SE-MS | T |
| | TL-MS | | | | | |

Test Acronym Description

| Test Acronym | Description |
|--------------|-------------|
| AS-MS | Arsenic, Total, ICAP/MS |
| BA-MS | Barium, Total, ICAP/MS |
| BE-MS | Beryllium, Total, ICAP/MS |
| CD-MS | Cadmium, Total, ICAP/MS |
| CR-MS | Chromium, Total, ICAP/MS |
| CU-MS | Copper, Total, ICAP/MS |
| HG | Mercury |
| P | Metals sample pH |
| PB-MS | Lead, Total, ICAP/MS |
| SB-MS | Antimony, Total, ICAP/MS |
| SE-MS | Selenium, Total, ICAP/MS |
| T | Metals Turbidity |
| TL-MS | Thallium, Total, ICAP/MS |



**MWH Laboratories**
*A Division of MWH Americas, Inc.*

750 Royal Oaks Drive, Suite 100
Monrovia, California 91016-3629
Tel: 626 386 1100
Fax: 626 386 1101
1 800 566 LABS (1 800 566 5227)

**Laboratory Report**

for

City of Wilmington
Water Quality Laboratory

1401 Concord Pike

Wilmington , DE    19803

Attention: Colleen Arnold
Fax: 302-573-5539

DATE OF ISSUE

JUN 0 5 2006

MWH LABORATORIES

TDFA Tom French
Project Manager



Report#: 174558
DRINKING

Laboratory certifies that the test results meet all **NELAC** requirements unless
noted in the Comments section or the Case Narrative. Following the cover page
are QC Report, QC Summary, Data Report, Hits Report, totaling 9 page[s].



**MWH Laboratories**
A Division of MWH Americas, Inc.

750 Royal Oaks Drive, Suite 100
Monrovia, California 91016-3629
Tel: 626 386 1100
Fax: 626 386 1101
1 800 566 LABS (1 800 566 5227)

**Laboratory
Hits Report
#174558**

City of Wilmington
Colleen Arnold
Water Quality Laboratory
1401 Concord Pike
Wilmington , DE   19803

Samples Received
18-may-2006 17:42:34

| Analyzed | Sample# | Sample ID | Result | Federal MCL | UNITS | MRL |
|---|---|---|---|---|---|---|
| | 2605180360 | GANDER HILL #1 06051660 | | | | |
| 05/19/06 | Copper, Total, ICAP/MS | | 46 | 1300 | ug/l | 2.0 |
| | 2605180374 | GANDER HILL #2 06051552 | | | | |
| 05/19/06 | Copper, Total, ICAP/MS | | 82 | 1300 | ug/l | 2.0 |
| | 2605180375 | ZOO WASHINGTON 615 06051696 | | | | |
| 05/19/06 | Barium, Total, ICAP/MS | | 28 | 2000 | ug/l | 2.0 |
| 05/19/06 | Chromium, Total, ICAP/MS | | 2.1 | 100 | ug/l | 1.0 |
| 05/19/06 | Copper, Total, ICAP/MS | | 120 | 1300 | ug/l | 2.0 |
| 05/19/06 | Lead, Total, ICAP/MS | | 2.3 | 15 | ug/l | 0.50 |

SUMMARY OF POSITIVE DATA <u>ONLY</u>.



**MWH Laboratories**
A Division of MWH Americas, Inc.

750 Royal Oaks Drive, Suite 100
Monrovia, California 91016-3629
Tel: 626 386 1100
Fax: 626 386 1101
1 800 566 LABS (1 800 566 5227)

**Laboratory
Data Report
#174558**

City of Wilmington
Colleen Arnold
Water Quality Laboratory
1401 Concord Pike
Wilmington , DE    19803

Samples Received
05/18/06

| Prepared | Analyzed | QC Ref# | Method | Analyte | Result | Units | MRL | Dilution |
|---|---|---|---|---|---|---|---|---|
| **GANDER HILL #1 06051660 (2605180360)** | | | | **Sampled on   05/16/06 10:25** | | | | |
| | 05/19/06 12:37 | 319053 | ( ML/EPA 200.8 ) | Copper, Total, ICAP/MS | 46 | ug/l | 2.0 | 1 |
| | 05/19/06 12:37 | 319045 | ( ML/EPA 200.8 ) | Lead, Total, ICAP/MS | ND | ug/l | 0.50 | 1 |
| **GANDER HILL #2 06051552 (2605180374)** | | | | **Sampled on   05/16/06 10:15** | | | | |
| | 05/19/06 12:10 | 319053 | ( ML/EPA 200.8 ) | Copper, Total, ICAP/MS | 82 | ug/l | 2.0 | 1 |
| | 05/19/06 12:10 | 319045 | ( ML/EPA 200.8 ) | Lead, Total, ICAP/MS | ND | ug/l | 0.50 | 1 |
| **500 WASHINGTON 615 06051696 (2605180375)** | | | | **Sampled on   05/16/06 15:00** | | | | |
| | 05/31/06 12:18 | 320110 | ( ML/EPA 200.8 ) | Arsenic, Total, ICAP/MS | ND | ug/l | 1.0 | 1 |
| | 05/19/06 12:15 | 319043 | ( ML/EPA 200.8 ) | Barium, Total, ICAP/MS | 28 | ug/l | 2.0 | 1 |
| | 05/19/06 12:15 | 319036 | ( ML/EPA 200.8 ) | Beryllium, Total, ICAP/MS | ND | ug/l | 1.0 | 1 |
| | 05/19/06 12:15 | 319041 | ( ML/EPA 200.8 ) | Cadmium, Total, ICAP/MS | ND | ug/l | 0.50 | 1 |
| | 05/19/06 12:15 | 319049 | ( ML/EPA 200.8 ) | Chromium, Total, ICAP/MS | 2.1 | ug/l | 1.0 | 1 |
| | 05/19/06 12:15 | 319053 | ( ML/EPA 200.8 ) | Copper, Total, ICAP/MS | 120 | ug/l | 2.0 | 1 |
| | 05/23/06 00:02 | 319322 | ( ML/EPA 245.1 ) | Mercury | ND | ug/l | 0.20 | 1 |
| | 05/19/06 12:15 | 319045 | ( ML/EPA 200.8 ) | Lead, Total, ICAP/MS | 2.3 | ug/l | 0.50 | 1 |
| | 05/19/06 12:15 | 319042 | ( ML/EPA 200.8 ) | Antimony, Total, ICAP/MS | ND | ug/l | 1.0 | 1 |
| | 05/19/06 12:15 | 319038 | ( ML/EPA 200.8 ) | Selenium, Total, ICAP/MS | ND | ug/l | 5.0 | 1 |
| | 05/19/06 12:15 | 319044 | ( ML/EPA 200.8 ) | Thallium, Total, ICAP/MS | ND | ug/l | 1.0 | 1 |

 **MWH Laboratories**
*A Division of MWH Americas, Inc.*

750 Royal Oaks Drive, Suite 100
Monrovia, California 91016-3629
Tel: 626 386 1100
Fax: 626 386 1101
1 800 566 LABS (1 800 566 5227)

**Laboratory
QC Summary
#174558**

City of Wilmington

---

QC Ref #319036  - Beryllium, Total, ICAP/MS     Analysis Date: 05/19/2006

      2605180375          ZOO WASHINGTON 615 060516Analyzed by: dtn

QC Ref #319038  - Selenium, Total, ICAP/MS     Analysis Date: 05/19/2006

      2605180375          ZOO WASHINGTON 615 060516Analyzed by: dtn

QC Ref #319041  - Cadmium, Total, ICAP/MS     Analysis Date: 05/19/2006

      2605180375          ZOO WASHINGTON 615 060516Analyzed by: dtn

QC Ref #319042  - Antimony, Total, ICAP/MS     Analysis Date: 05/19/2006

      2605180375          ZOO WASHINGTON 615 060516Analyzed by: dtn

QC Ref #319043  - Barium, Total, ICAP/MS     Analysis Date: 05/19/2006

      2605180375          ZOO WASHINGTON 615 060516Analyzed by: dtn

QC Ref #319044  - Thallium, Total, ICAP/MS     Analysis Date: 05/19/2006

      2605180375          ZOO WASHINGTON 615 060516Analyzed by: dtn

QC Ref #319045  - Lead, Total, ICAP/MS     Analysis Date: 05/19/2006

      2605180360          GANDER HILL #1 06051660  Analyzed by: dtn
      2605180374          GANDER HILL #2 06051552  Analyzed by: dtn
      2605180375          ZOO WASHINGTON 615 060516Analyzed by: dtn

QC Ref #319049  - Chromium, Total, ICAP/MS     Analysis Date: 05/19/2006

      2605180375          ZOO WASHINGTON 615 060516Analyzed by: dtn


**MWH Laboratories**
A Division of MWH Americas, Inc.

750 Royal Oaks Drive, Suite 100
Monrovia, California 91016-3629
Tel: 626 386 1100
Fax: 626 386 1101
1 800 566 LABS (1 800 566 5227)

Laboratory
QC Summary
#174558

City of Wilmington
(continued)

---

QC Ref #319053  - Copper, Total, ICAP/MS        Analysis Date: 05/19/2006

      2605180360          GANDER HILL #1 06051660  Analyzed by: dtn
      2605180374          GANDER HILL #2 06051552  Analyzed by: dtn
      2605180375          ZOO WASHINGTON 615 060516Analyzed by: dtn


QC Ref #319322  - Mercury                       Analysis Date: 05/23/2006

      2605180375          ZOO WASHINGTON 615 060516Analyzed by: dyh


QC Ref #320110  - Arsenic, Total, ICAP/MS       Analysis Date: 05/31/2006

      2605180375          ZOO WASHINGTON 615 060516Analyzed by: jps

 **MWH Laboratories**
A Division of MWH Americas, Inc.

**Laboratory
QC Report
#174558**

750 Royal Oaks Drive, Suite 100
Monrovia, California 91016-3629
Tel: 626 386 1100
Fax: 626 386 1101
1 800 566 LABS (1 800 566 5227)

City of Wilmington

---

### QC Ref #319036        Beryllium, Total, ICAP/MS

| QC | Analyte | Spiked | Recovered | Units | Yield (%) | Limits (%) | RPD (%) |
|---|---|---|---|---|---|---|---|
| AASPKSMP | Spiked sample | Lab # 26 | 05180415 | UGL | | ( 0-0  ) | |
| LCS1 | Beryllium, Total, ICAP/MS | 5.00 | 5.04 | UGL | 100.8 | ( 85-115 ) | |
| LCS2 | Beryllium, Total, ICAP/MS | 5.00 | 4.89 | UGL | 97.8 | ( 85-115 ) | |
| MBLK | Beryllium, Total, ICAP/MS | ND | <1.0 | UGL | | | |
| MS | Beryllium, Total, ICAP/MS | 5.00 | 5.47 | UGL | 109.4 | ( 70-130 ) | |
| MSD | Beryllium, Total, ICAP/MS | 5.00 | 5.41 | UGL | 108.2 | ( 70-130 ) | |
| RPD_LCS | Beryllium, Total, ICAP/MS | 100.800 | 97.800 | UGL | 3.0 | ( 0-20  ) | |
| RPD_MS | Beryllium, Total, ICAP/MS | 109.400 | 108.200 | UGL | 1.1 | ( 0-20  ) | |

### QC Ref #319038        Selenium, Total, ICAP/MS

| QC | Analyte | Spiked | Recovered | Units | Yield (%) | Limits (%) | RPD (%) |
|---|---|---|---|---|---|---|---|
| AASPKSMP | Spiked sample | Lab # 26 | 05180415 | UGL | | ( 0-0  ) | |
| LCS1 | Selenium, Total, ICAP/MS | 20 | 20.8 | UGL | 104.0 | ( 85-115 ) | |
| LCS2 | Selenium, Total, ICAP/MS | 20 | 21.3 | UGL | 106.5 | ( 85-115 ) | |
| MBLK | Selenium, Total, ICAP/MS | ND | <5.0 | UGL | | | |
| MS | Selenium, Total, ICAP/MS | 20 | 25 | UGL | 125.0 | ( 70-130 ) | |
| MSD | Selenium, Total, ICAP/MS | 20 | 24.1 | UGL | 120.5 | ( 70-130 ) | |
| RPD_LCS | Selenium, Total, ICAP/MS | 104.000 | 106.500 | UGL | 2.4 | ( 0-20  ) | |
| RPD_MS | Selenium, Total, ICAP/MS | 125.000 | 120.500 | UGL | 3.7 | ( 0-20  ) | |

### QC Ref #319041        Cadmium, Total, ICAP/MS

| QC | Analyte | Spiked | Recovered | Units | Yield (%) | Limits (%) | RPD (%) |
|---|---|---|---|---|---|---|---|
| AASPKSMP | Spiked sample | Lab # 26 | 05180415 | UGL | | ( 0-0  ) | |
| LCS1 | Cadmium, Total, ICAP/MS | 20 | 21.9 | UGL | 109.5 | ( 85-115 ) | |
| LCS2 | Cadmium, Total, ICAP/MS | 20 | 21.4 | UGL | 107.0 | ( 85-115 ) | |
| MBLK | Cadmium, Total, ICAP/MS | ND | <0.50 | UGL | | | |
| MS | Cadmium, Total, ICAP/MS | 20 | 22.6 | UGL | 113.0 | ( 70-130 ) | |
| MSD | Cadmium, Total, ICAP/MS | 20 | 22.1 | UGL | 110.5 | ( 70-130 ) | |
| RPD_LCS | Cadmium, Total, ICAP/MS | 109.500 | 107.000 | UGL | 2.3 | ( 0-20  ) | |

Spikes which exceed Limits and Method Blanks with positive results are highlighted by Underlining.
Criteria for MS and DUP are advisory only, batch control is based on LCS. Criteria for duplicates
are advisory only, unless otherwise specified in the method.



**MWH Laboratories**
A Division of MWH Americas, Inc.

750 Royal Oaks Drive, Suite 100
Monrovia, California 91016-3629
Tel: 626 386 1100
Fax: 626 386 1101
1 800 566 LABS (1 800 566 5227)

**Laboratory
QC Report
#174558**

City of Wilmington
(continued)

| RPD_MS | Cadmium, Total, ICAP/MS | 113.000 | 110.500 | UGL | 2.2 | ( 0-20 ) |
|--------|-------------------------|---------|---------|-----|-----|----------|

### QC Ref #319042    Antimony, Total, ICAP/MS

| QC | Analyte | Spiked | Recovered | Units | Yield (%) | Limits (%) | RPD (%) |
|----|---------|--------|-----------|-------|-----------|------------|---------|
| AASPKSMP | Spiked sample | Lab # 26 | 05180415 | UGL | | ( 0-0 ) | |
| LCS1 | Antimony, Total, ICAP/MS | 50 | 52.8 | UGL | 105.6 | ( 85-115 ) | |
| LCS2 | Antimony, Total, ICAP/MS | 50 | 52.7 | UGL | 105.4 | ( 85-115 ) | |
| MBLK | Antimony, Total, ICAP/MS | ND | <1.0 | UGL | | | |
| MS | Antimony, Total, ICAP/MS | 50 | 57.9 | UGL | 115.8 | ( 70-130 ) | |
| MSD | Antimony, Total, ICAP/MS | 50 | 56.9 | UGL | 113.8 | ( 70-130 ) | |
| RPD_LCS | Antimony, Total, ICAP/MS | 105.600 | 105.400 | UGL | 0.2 | ( 0-20 ) | |
| RPD_MS | Antimony, Total, ICAP/MS | 115.800 | 113.800 | UGL | 1.7 | ( 0-20 ) | |

### QC Ref #319043    Barium, Total, ICAP/MS

| QC | Analyte | Spiked | Recovered | Units | Yield (%) | Limits (%) | RPD (%) |
|----|---------|--------|-----------|-------|-----------|------------|---------|
| AASPKSMP | Spiked sample | Lab # 26 | 05180415 | UGL | | ( 0-0 ) | |
| LCS1 | Barium, Total, ICAP/MS | 100 | 105 | UGL | 105.0 | ( 85-115 ) | |
| LCS2 | Barium, Total, ICAP/MS | 100 | 104 | UGL | 104.0 | ( 85-115 ) | |
| MBLK | Barium, Total, ICAP/MS | ND | <2.0 | UGL | | | |
| MS | Barium, Total, ICAP/MS | 100 | 110 | UGL | 110.0 | ( 70-130 ) | |
| MSD | Barium, Total, ICAP/MS | 100 | 108 | UGL | 108.0 | ( 70-130 ) | |
| RPD_LCS | Barium, Total, ICAP/MS | 105.000 | 104.000 | UGL | 1.0 | ( 0-20 ) | |
| RPD_MS | Barium, Total, ICAP/MS | 110.000 | 108.000 | UGL | 1.8 | ( 0-20 ) | |

### QC Ref #319044    Thallium, Total, ICAP/MS

| QC | Analyte | Spiked | Recovered | Units | Yield (%) | Limits (%) | RPD (%) |
|----|---------|--------|-----------|-------|-----------|------------|---------|
| AASPKSMP | Spiked sample | Lab # 26 | 05180415 | UGL | | ( 0-0 ) | |
| LCS1 | Thallium, Total, ICAP/MS | 20.0 | 20.9 | UGL | 104.5 | ( 85-115 ) | |
| LCS2 | Thallium, Total, ICAP/MS | 20.0 | 20.6 | UGL | 103.0 | ( 85-115 ) | |
| MBLK | Thallium, Total, ICAP/MS | ND | <1.0 | UGL | | | |

Spikes which exceed Limits and Method Blanks with positive results are highlighted by <u>Underlining</u>.
Criteria for MS and DUP are advisory only, batch control is based on LCS. Criteria for duplicates
are advisory only, unless otherwise specified in the method.


**MWH Laboratories**
A Division of MWH Americas, Inc.

750 Royal Oaks Drive, Suite 100
Monrovia, California 91016-3829
Tel. 626 386 1100
Fax: 626 386 1101
1 800 566 LABS (1 800 566 5227)

City of Wilmington
(continued)

| QC | Analyte | Spiked | Recovered | Units | Yield (%) | Limits (%) | RPD (%) |
|---|---|---|---|---|---|---|---|
| MS | Thallium, Total, ICAP/MS | 20.0 | 21.5 | UGL | 107.5 | ( 70-130 ) | |
| MSD | Thallium, Total, ICAP/MS | 20.0 | 21.1 | UGL | 105.5 | ( 70-130 ) | |
| RPD_LCS | Thallium, Total, ICAP/MS | 104.500 | 103.000 | UGL | 1.4 | ( 0-20 ) | |
| RPD_MS | Thallium, Total, ICAP/MS | 107.500 | 105.500 | UGL | 1.9 | ( 0-20 ) | |

### QC Ref #319045    Lead, Total, ICAP/MS

| QC | Analyte | Spiked | Recovered | Units | Yield (%) | Limits (%) | RPD (%) |
|---|---|---|---|---|---|---|---|
| AASPKSMP | Spiked sample | Lab # 26 | 05180415 | UGL | | ( 0-0 ) | |
| LCS1 | Lead, Total, ICAP/MS | 20 | 21.2 | UGL | 106.0 | ( 85-115 ) | |
| LCS2 | Lead, Total, ICAP/MS | 20 | 21.1 | UGL | 105.5 | ( 85-115 ) | |
| MBLK | Lead, Total, ICAP/MS | ND | <0.50 | UGL | | | |
| MS | Lead, Total, ICAP/MS | 20 | 22.2 | UGL | 111.0 | ( 70-130 ) | |
| MSD | Lead, Total, ICAP/MS | 20 | 21.8 | UGL | 109.0 | ( 70-130 ) | |
| RPD_LCS | Lead, Total, ICAP/MS | 106.000 | 105.500 | UGL | 0.5 | ( 0-20 ) | |
| RPD_MS | Lead, Total, ICAP/MS | 111.000 | 109.000 | UGL | 1.8 | ( 0-20 ) | |

### QC Ref #319049    Chromium, Total, ICAP/MS

| QC | Analyte | Spiked | Recovered | Units | Yield (%) | Limits (%) | RPD (%) |
|---|---|---|---|---|---|---|---|
| AASPKSMP | Spiked sample | Lab # 26 | 05180415 | UGL | | ( 0-0 ) | |
| LCS1 | Chromium, Total, ICAP/MS | 100 | 109 | UGL | 109.0 | ( 85-115 ) | |
| LCS2 | Chromium, Total, ICAP/MS | 100 | 107 | UGL | 107.0 | ( 85-115 ) | |
| MBLK | Chromium, Total, ICAP/MS | ND | <1.0 | UGL | | | |
| MS | Chromium, Total, ICAP/MS | 100 | 109 | UGL | 109.0 | ( 70-130 ) | |
| MSD | Chromium, Total, ICAP/MS | 100 | 107 | UGL | 107.0 | ( 70-130 ) | |
| RPD_LCS | Chromium, Total, ICAP/MS | 109.000 | 107.000 | UGL | 1.9 | ( 0-20 ) | |
| RPD_MS | Chromium, Total, ICAP/MS | 109.000 | 107.000 | UGL | 1.9 | ( 0-20 ) | |

Spikes which exceed Limits and Method Blanks with positive results are highlighted by <u>Underlining.</u>
Criteria for MS and DUP are advisory only, batch control is based on LCS. Criteria for duplicates
are advisory only, unless otherwise specified in the method.

oratory
  Report
#174558

)-150 )
)-130 )
)-130 )
)-20  )
)-20  )

nderlining.
duplicates

174558

# MWH Laboratories
MONTGOMERY WATSON HARZA

750 Royal Oaks, Suite 100
Monrovia, California 91016
Phone: (626) 386-1100
        (800) 566-5227
Fax:    (626) 386-1101

## CHAIN OF CUSTODY RECORD

MWH LABS USE ONLY:     PAGE 2 OF 2

LOGIN COMMENTS:

SAMPLES CHECKED AGAINST COC BY:

SAMPLES LOGGED IN BY:

SAMPLE TEMP WHEN REC'D AT LAB: 4.0 (Compliance: 4 +/- 2°C)
CONDITION OF BLUE ICE:  FROZEN  PARTIALLY FROZEN  THAWED (check for yes)

SAMPLES REC'D DAY OF COLLECTION?  (check for yes)

NON-COMPLIANCE SAMPLES
REGULATION INVOLVED:
(eg. SDWA, Phase V, NPDES, FDA....)
(check for yes), OR
(check for each sample) □ (check for yes)

**TO BE COMPLETED BY SAMPLER:**

COMPANY, UTILITY or PROJECT: City of Wilmington

MWH LABS CLIENT CODE: Wilmington DelAWARE

SAMPLER PRINTED NAME AND SIGNATURE:

SYSTEM #: DE 0000663

P.O.# / JOB # / PROJECT: OTW

COMPLIANCE SAMPLES
- Requires state forms
Type of samples (circle one):  ROUTINE  SPECIAL  CONFIRMATION

SEE ATTACHED BOTTLE ORDER FOR ANALYSES
1ST ANALYSES REQUIRED BELOW (enter number of bottles sent for each test for each sample)

TAT requested: rush by adv notice only
STD ___ 1 week ___ 3 day ___ 2 day ___ 1 day

| SAMPLE DATE | SAMPLE TIME | STATION # or LOCATION | SITE NAME OR SAMPLE I.D. | MATRIX * | GRAB | COMP | PB/Cu | Sodium other reg | NO2+NO3, NO2, 45 | Ca,Cu,Ch | S4,TS | | | SAMPLER COMMENTS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 5/4/06 | 10:05 | Groart Hwy #1 | 06051660 | GW | X | | 1 | | | | | | | |
| 5/4/06 | 10:30 | Groart Hwy #2 | 06051662 | CFW | X | | 1 | X | | | | | | |
| 5/4/06 | 3:30 | 700 WAsh/Hand GS | 06051696 | CFW | X | | X | X | | | | | | |
| | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | |

Page 1

**\* MATRIX TYPES:**
RSW = Raw Surface Water    CFW = Chlor(am)inated Finished Water    CWW = Chlorinated Waste Water    BW = Bottled Water    SO = Soil
RGW = Raw Ground Water    FW = Other Finished Water    WW = Other Waste Water    SW = Storm Water    SL = Sludge

| | SIGNATURE | PRINT NAME | COMPANY/TITLE | DATE | TIME |
|---|---|---|---|---|---|
| RELINQUISHED BY: | | GEORGE WALKER | CITY OF WILMINGTON | 5/17/06 | 3:30 pm |
| RECEIVED BY: | | JOE SMITH | MWH | 5/18/06 | 10:00 |
| RELINQUISHED BY: | | | | | |
| RECEIVED BY: | | | | | |
| RELINQUISHED BY: | | | | | |
| RECEIVED BY: | | | | | |

C-Q-C#



SCANNED

CM/ECF LIVE - U.S. District Court:ded

## Other Documents

1:05-cv-00576-*** Seawright et al v. Stanley Taylor et al

PaperDocuments

### U.S. District Court

### District of Delaware

## Notice of Electronic Filing

The following transaction was entered by Kelly, Eileen on 2/22/2007 at 10:32 AM EST and filed on 2/22/2007

**Case Name:**      Seawright et al v. Stanley Taylor et al
**Case Number:**    1:05-cv-576
**Filer:**
**Document Number:** 80

**Docket Text:**
Letter to Daniel M. Woods from Eileen Kelly regarding teleconference. (Attachments: # (1) Enclosures) (Kelly, Eileen)

**1:05-cv-576 Notice has been electronically mailed to:**

Eileen Kelly    eileen.kelly@state.de.us

**1:05-cv-576 Notice has been delivered by other means to:**

Darren Lamont Seawright
Darren Lamont Seawright, Pro se
6348 Highland Ave.
Pennsauken, NJ 08109

William J. Webb, Jr

Daniel M. Woods
SBI #164728
Delaware Correctional Center
1181 Paddock Road
Smyrna, DE 19977

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**

[STAMP dcecfStamp_ID=1079733196 [Date=2/22/2007] [FileNumber=346974-0]
[874d43935110df4d0b8a7a4ceb6dedaabeedabad30c63cbff827f4c80f872db3d5fa
6583075200a0d9c369fce59625880e0fcf784b3e6f8213b8000f430ff494]]
**Document description:** Enclosures
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1079733196 [Date=2/22/2007] [FileNumber=346974-1]
[1b81bad42619dbc72e613e53896583a89f9b058dfaf9f7107ac779c83a885fd0144d
9c9f81983eeacca831c153b76e6f2e0cbea9a4356792f5d5719450b7c1dc]]

## CERTIFICATE OF SERVICE

I hereby certify that on march 19th, 2007, I Daniel M. Woods did mail copys of all documents for the defence and place in the mail box at the Delaware Correctional center.

I have placed all the following documents:

Response to all defendants interrogatories , production of all documents ,

And request for the defendants to answer to plaintiffs interrogatories and production of documents.

DANIEL M. WOODS # 164728

D.C.C. 1181 PADDOCK RD.

SMYRNA ,DE. 19977

TO: COURT CLERK

    55 THE GREEN

    DOVER, DE. 19901

FR: DANIEL M. WOODS

    S.B.I. # 164728

    D.C.C. 1181 PADDDOCK RD

    SMYRNA, DE. 19977

DATED: 3-19-2007

             RE:  C.A.N.# 05-576 (m.p.t.)

Dear Clerk,

        Please be advised that I have signed all documents and have forward all original to the court as well as mailed all copies to the department of justice and the proper defendants. Apone you receiving this and all documents could you please forward to me a copy of the court docket in this proceedings that is up dated.

                    THANK YOU FOR YOUR TIME

                    RESPECTFULLY,



Use: Andrew Gilman
SBI# 00282159    UNIT D-E-D-2
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

Legal Mail

$ 05.00⁰
MAILED FROM ZIP CODE 19977

C.A.N.# 05-576 (M.P.t.)
United States District Court
844 N. King St. Lock box 18
Wilmington, De
19801