IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DARREN LAMONT SEAWRIGHT and DANIEL M. WOODS,<br><br>   Plaintiffs,<br><br> v.<br><br>WARDEN RAFAEL WILLIAMS and MAINTENANCE SUPERVISOR PACECO,<br><br>   Defendants. | )<br>)<br>)<br>)<br>)<br>) C.A. No. 05-576-***<br>)<br>)<br>)<br>)<br>)<br>) |

**DEFENDANTS' MOTION FOR LEAVE TO DEPOSE PLAINTIFF DANIEL M. WOODS**

COME NOW the Defendants Warden Raphael Williams and Joseph Pacheco ("Defendants"), by and through undersigned counsel, and respectfully move this Honorable Court to enter an Order granting Defendants' counsel the right to depose Plaintiff Daniel M. Woods ("Plaintiff"), an incarcerated individual:

  1. Plaintiff is an inmate incarcerated at the Delaware Correctional Center in Smyrna, Delaware.

  2. Counsel for the Defendants wishes to depose Plaintiff as part of discovery in this case.

  3. The discovery deadline in this matter is June 1, 2007.

  4. Fed. R. Civ. P. 30(a)(2) requires leave of the Court to depose an incarcerated individual.

  5. A form of order is attached to this motion that grants Defendants' counsel the right to depose Plaintiff.

WHEREFORE, Defendants respectfully request that this Honorable Court grant their Motion for Leave to Depose Plaintiff Daniel M. Woods.

**STATE OF DELAWARE
DEPARTMENT OF JUSTICE**

/s/ Eileen Kelly
Eileen Kelly, I.D. No. 2884
Deputy Attorney General
Carvel State Office Building
820 N. French Street, 6th Floor
Wilmington, DE 19801
(302) 577-8400
Attorney for Defendants

Dated:  March 22, 2007

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DARREN LAMONT SEAWRIGHT and DANIEL M. WOODS, | ) ) ) |
| Plaintiffs, | ) ) |
| vi. | ) C.A. No. 05-576-*** ) |
| WARDEN RAFAEL WILLIAMS and MAINTENANCE SUPERVISOR PACECO, | ) ) ) ) |
| Defendants. | ) ) |

### 7.1.1 CERTIFICATE OF COUNSEL

Undersigned counsel hereby certifies, pursuant to Local Rule 7.1.1, that:

1. By letter dated March 6, 2007, undersigned counsel advised Plaintiffs of her intention to file a motion for leave to take the deposition of Plaintiff Daniel M. Woods and requested that Plaintiffs advise her of any objection within 10 days of the date of the letter.

2. To date, neither Plaintiff has advised undersigned counsel of any objection to the instant motion.

3. Therefore, undersigned counsel assumes that the Motion is unopposed.

STATE OF DELAWARE
DEPARTMENT OF JUSTICE

/s/ Eileen Kelly
Eileen Kelly, I.D. No. 2884
Deputy Attorney General
Carvel State Office Building
820 N. French Street, 6th Floor.
Wilmington, DE 19801
(302) 577-8400

Dated: March 22, 2007Attorney for Defendants

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DARREN LAMONT SEAWRIGHT and DANIEL M. WOODS, | ) ) ) |
| Plaintiffs, | ) ) |
| vii. | ) C.A. No. 05-576-*** |
| WARDEN RAFAEL WILLIAMS and MAINTENANCE SUPERVISOR PACECO, | ) ) ) ) ) |
| Defendants. | ) |

## **ORDER**

This _____ day of _____, _____,

**WHEREAS,** Defendants having requested leave to depose Plaintiff Daniel M. Woods pursuant to Fed. R. Civ. P. 30(a); and

**WHEREAS,** there being good cause shown for the granting of such motion;

**IT IS HEREBY ORDERED**, that Defendants' Motion for Leave to Depose Plaintiff shall be granted and Defendants shall have the right to depose Plaintiff Daniel M. Woods.

_____
Judge

## CERTIFICATE OF SERVICE

I hereby certify that on March 22, 2007, I electronically filed *Defendants' Motion For Leave to Depose Plaintiff Daniel M. Woods* with the Clerk of Court using CM/ECF. I hereby certify that on March 22, 2007, I have mailed by United States Postal Service, the document to the following non-registered parties: Daniel M. Woods and Darren Seawright.

/s/ Eileen Kelly
Deputy Attorney General
Department of Justice
820 N. French St., 6th Floor
Wilmington, DE 19801
(302) 577-8400
eileen.kelly@state.de.us
Attorney for Defendants