IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| DARREN LAMONT SEAWRIGHT and<br>DANIEL M. WOODS, | )<br>)<br>) | |
| Plaintiffs, | )<br>) | |
| vii. | )<br>) | C.A. No. 05-576-*** |
| WARDEN RAFAEL WILLIAMS,<br>MAINTENANCE SUPERVISOR<br>PACECO, and THE STATE OF<br>DELAWARE, | )<br>)<br>)<br>)<br>) | |
| Defendants. | )<br>) | |

## ORDER

This __23__ day of __March, 2007__,

**WHEREAS,** Defendants having requested leave to depose Plaintiff Daniel M. Woods pursuant to Fed. R. Civ. P. 30(a); and

**WHEREAS,** there being good cause shown for the granting of such motion;

**IT IS HEREBY ORDERED**, that Defendants' Motion for Leave to Depose Plaintiff shall be granted and Defendants shall have the right to depose Plaintiff Daniel M. Woods.

_____
Judge