IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DARREN LAMONT SEAWRIGHT and<br>DANIEL M. WOODS, | :<br>:<br>: |
| Plaintiffs, | :<br>: |
| v. | : Civil Action No. 05-576-*** |
| WARDEN RAFAEL WILLIAMS, et al., | :<br>:<br>: |
| Defendants. | : |

### ORDER

At Wilmington this **18th** day of **April, 2007**.

As a result of the teleconference on April 18, 2007 in which the Court reconsidered its prior orders denying appointment of counsel and the matter of expert evaluation for plaintiff,

IT IS ORDERED that a teleconference has been scheduled for **Monday, September 10, 2007 at 9:00 a.m.** with Magistrate Judge Thynge to discuss the status of the case, including the appointment of counsel, modification of the scheduling order and expert evaluation.  **Eileen Kelly, Esquire shall initiate the teleconference call.**

/s/ Mary Pat Thynge
UNITED STATES MAGISTRATE JUDGE