IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

```
                                          ┌─────────────────────────┐
                                          │  F I L E D               │
DANIEL M. WOODS,              )           │ ┌─────────────────────┐ │
                              )           │ │  APR 1 8 2007        │ │
               Plaintiff,     )           │ └─────────────────────┘ │
                              )           │   U.S. DISTRICT COURT    │
       v.                     )           │   DISTRICT OF DELAWARE   │
                              )           └─────────────────────────┘
                              )  Civil Action No. 05-576***
WARDEN RAFAEL WILLIAMS,       )
MAINTENANCE SUPERVISOR        )
PACECO, and THE STATE OF      )
DELAWARE,                     )
                              )
               Defendants.    )
                              )
```

## ORDER REFERRING MATTER FOR REPRESENTATION

At Wilmington this 18th day of April, 2007, the court having determined that
plaintiff is appearing in this matter pro se because plaintiff is unable to afford legal
representation; and having further determined that legal representation for plaintiff by
an attorney is required in this matter, *see Collinsgru v. Palmyra Bd. of Educ.*, 161 F.3d
225 (3rd Cir. 1998);

IT IS HEREBY ORDERED that:

1.    The Clerk of Court is directed to attempt to refer representation of plaintiff
to a member of the Federal Civil Panel.

2.    The court's Standing Order regarding the establishment of a Federal Civil
Panel to provide legal representation to indigent parties in certain civil litigation is
incorporated herein by reference.

UNITED STATES MAGISTRATE JUDGE