# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

DARREN LAMONT SEAWRIGHT and )
DANIEL M. WOODS,                                )
                                                             )
                         Plaintiffs,                    )
                                                             )
           vi.                                              )       C.A. No. 05-576-***
                                                             )
WARDEN RAFAEL WILLIAMS,            )
MAINTENANCE SUPERVISOR           )
PACECO, and THE STATE OF             )
DELAWARE,                                       )
                                                             )
                         Defendants.                  )


VERIFICATION AS TO ANSWERS:

I hereby declare under penalty of perjury that the attached Defendant's Responses

to Plaintiff's Interrogatories are true and correct.


Raphael Williams