# EXHIBIT A

# D00001- D00040



**DEPARTMENT OF JUSTICE**
NEW CASTLE COUNTY
820 NORTH FRENCH STREET
WILMINGTON, DELAWARE 19801

**JOSEPH R. BIDEN, III**
ATTORNEY GENERAL

CRIMINAL DIVISION (302) 577-8500
FAX (302) 577-2496
CIVIL DIVISION (302) 577-8400
FAX (302) 577-6630
TTY (302) 577-5783

February 22, 2007

Civil Division - New Castle County

Daniel M. Woods
SBI # 164728
Delaware Correctional Center
1181 Paddock Road
Smyrna, DE 19977

  Re: **Seawright, et al. v. Williams, et al.**
    **C.A. No. 05-576-\*\*\***

Dear Mr. Woods:

    Pursuant to our teleconference with Judge Mary Pat Thynge, I subpoenaed records from the City of Wilmington in connection with water testing done at HRYCI in May 2006. I have enclosed copies of the documents produced by the City in response to my subpoena.

           Very truly yours,

           /s/ Eileen Kelly

           Eileen Kelly
           Deputy Attorney General

Enclosures

cc: The Honorable Mary Pat Thynge (w/enclosures)
  Mr. Darren Seawright (w/enclosures)

JAMES M. BAKER
MAYOR

# City of Wilmington
## Delaware



LOUIS L. REDDING - CITY/COUNTY BUILDING
800 FRENCH STREET
WILMINGTON, DELAWARE
19801 - 3537

February 12, 2007

Ms. Claire F. Robinson
Department of Justice
New Castle County
820 French Street
Wilmington, DE 19801

RE: SEAWRIGHT V. WILLIAMS, ET AL., C.A. NO. 05-576-***

Dear Claire:

Enclosed are the requested documents pertaining to sampling the City's Water Quality laboratory conducted on May 16, 2006 at Gander Hill Prison.  Two reports are enclosed – 1) City of Wilmington Lab Report – with general potability sample results 2) MWH Laboratory Report (EPA certified laboratory for lead and copper analysis) with lead and copper results.

Please contact me with any further concerns.

Very truly yours,

Colleen M. Arnold, P.E.
Water Quality Manager

CC: Kara Coats, Sean Duffy

D00002



# CITY OF WILMINGTON
## LABORATORY ANALYSIS REPORT

| Sample Location: | 1301 E. 12th Street | Analysis Date: | 05/16/2006 |
|---|---|---|---|
| Pressure Zone: | Low Service | Sampler: | FW |
| Sample Number: | 060516-61 | Sampler's Affiliation: | COW |
| Sample Date: | 05/16/2006 | Sample Point: | Bathroom Sink |
| Sample Time: | 10:17 AM | Lab: | City of Wilmington |
| Sample Type: | Customer Request Sample | Sampling Event: | Customer Request |
| Remarks: | Gander Hill Prison - Dorm 1 | | |

| Parameter Name | Value | Data Flag | Units | Method Detection Limit | Analytical Method |
|---|---|---|---|---|---|
| E. Coli (P/A) | 0 | | P/A | 0 | SM9223B Enzyme Substrate (P/A) |
| Free Chlorine Residual | 0.78 | | mg/l | 0.1 | SM4500G DPD |
| Temperature | 19 | | deg. C | 0 | Unknown Method |
| Total Coliform (P/A) | 0 | | P/A | 0 | SM9223B Enzyme Substrate (P/A) |
| Turbidity | 0.23 | | N.T.U. | 0 | SM2310B Nephelometric |

| Sample Location: | 1301 E. 12th Street | Analysis Date: | 05/16/2006 |
|---|---|---|---|
| Pressure Zone: | Low Service | Sampler: | FW |
| Sample Number: | 060516-63 | Sampler's Affiliation: | COW |
| Sample Date: | 05/16/2006 | Sample Point: | Bathroom Sink |
| Sample Time: | 10:25 AM | Lab: | City of Wilmington |
| Sample Type: | Customer Request Sample | Sampling Event: | Customer Request |
| Remarks: | Gander Hill Prison Dorm 2 | | |

| Parameter Name | Value | Data Flag | Units | Method Detection Limit | Analytical Method |
|---|---|---|---|---|---|
| E. Coli (P/A) | 0 | | P/A | 0 | SM9223B Enzyme Substrate (P/A) |
| Free Chlorine Residual | 0.91 | | mg/l | 0.1 | SM4500G DPD |
| Temperature | 19 | | deg. C | 0 | Unknown Method |
| Total Coliform (P/A) | 0 | | P/A | 0 | SM9223B Enzyme Substrate (P/A) |
| Turbidity | 0.21 | | N.T.U. | 0 | SM2310B Nephelometric |

# CHAIN OF CUSTODY RECORD    SAMPLE COLLECTION FORM

**City of Wilmington**
**Water Quality Laboratory**
PWS ID#: DE0000663

1401 Concord Pike
Wilmington, DE 19803
Phone: 302-571-4158
Fax: 302-573-5539

Collection Date: 5-16-06

SAMPLED BY (sign/initials/ASTM): ZGZ  Frank Wilson RW

| SAMPLE ID NO | Collect Time | SAMPLE LOCATION | Sample Point | Sample Type | Cl₂ Res (mg/L) | Temp (°C) | Microbiological (100 mL plastic bottle) | Physical/Chemical Analysis (1 Liter Glass Bottle) | Physical/Chemical Analysis (750 mL Glass Bottle) | Physical/Chemical Analysis (500 mL Glass Bottle) | Physical/Chemical Analysis (250 mL Glass Bottle) | Turbidity (100 mL plastic bag) | Other | Comments |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 06051660 | 10¹⁷ | Garage Hill | BS | | 0.78 | 19 | 1 | | | | | 1 | | |
| 06051661 | 10¹⁷ | Room 1 | | | | | | | | | | | | |
| | | Entrance Gate | | | | | | | | | | | | |
| 06051662 | 10²⁵ | Basin 2 | BS | | 0.91 | 19 | 1 | | | | | 1 | | |
| 06051663 | 10²⁵ | Garage Hill | | | | | | | | | | | | |
| | | | | | | | | | | | | | | |

D00004

| | Date/Time | Received by: | | Date/Time | Received by: | | Date/Time |
|---|---|---|---|---|---|---|---|
| (#1) Relinquished by: Frank Wilson | 5-16-06 1255 | Marfald Schorr | | | (#2) Relinquished by: | | |
| | 5-16-06 12:00 am | | | | | | |

**Sample Type Codes**

RIVER - River    SPEC - Special    ROUT-Routine

Condition Upon Receipt: Iced ☑  Temp = 0.2 °C

**Sample Point Codes**

| | | |
|---|---|---|
| RAW - Raw | SED5B - Settled Basin 5 | FIN - Finished | OT - Outdoor Tap | KS - Kitchen Sink |
| RM - Rapid Mix | SED3B - Settled Basin 3B | CHS - Concord High Service | BS - Bathroom Sink |
| FLOC - Flocculation | APP - Applied to Filter | OTH - Other |

PROC - Process    OTH - Other    CUST-Customer R

**MWH Laboratories**
750 Royal Oaks Drive, Monrovia, CA 91016
PHONE: 626-386-1100/FAX: 626-386-1101

### ACKNOWLEDGMENT OF SAMPLES RECEIVED

City of Wilmington
Water Quality Laboratory          Customer Code: WILMINGTONDE
1401 Concord Pike                     Group#: 174558
Wilmington, DE 19803                  Project#: DRINKING
Attn: Colleen Arnold                  Proj Mgr: Tom French
Phone: 302-573-5522                      Phone: 480 778 1558

---

The following samples were received from you on **05/18/06**.  They have been
scheduled for the tests listed beside each sample.  If this information
is incorrect, please contact your service representative.  Thank you for
using MWH Laboratories.

---

| Sample# | Sample Id | Tests Scheduled | Matrix | | Sample Date |
|---------|-----------|-----------------|--------|--|-------------|
| 2605180360 | GANDER HILL #1 06051660 | | Water | | 16-may-2006 10:25:00 |
| | | CU-MS    P | PB-MS    T | | |
| 2605180374 | GANDER HILL #2 06051552 | | Water | | 16-may-2006 10:15:00 |
| | | CU-MS    P | PB-MS    T | | |
| 2605180375 | ZOO WASHINGTON 615 06051696 | | Water | | 16-may-2006 15:00:00 |
| | | AS-MS    BA-MS    BE-MS    CD-MS    CR-MS    CU-MS | | | |
| | | HG    P    PB-MS    SB-MS    SE-MS    T | | | |
| | | TL-MS | | | |

---

### Test Acronym Description

| Test Acronym | Description |
|--------------|-------------|
| AS-MS | Arsenic, Total, ICAP/MS |
| BA-MS | Barium, Total, ICAP/MS |
| BE-MS | Beryllium, Total, ICAP/MS |
| CD-MS | Cadmium, Total, ICAP/MS |
| CR-MS | Chromium, Total, ICAP/MS |
| CU-MS | Copper, Total, ICAP/MS |
| HG | Mercury |
| P | Metals sample pH |
| PB-MS | Lead, Total, ICAP/MS |
| SB-MS | Antimony, Total, ICAP/MS |
| SE-MS | Selenium, Total, ICAP/MS |
| T | Metals Turbidity |
| TL-MS | Thallium, Total, ICAP/MS |

D00005



**MWH Laboratories**
A Division of MWH America, Inc.

750 Royal Oaks Drive, Suite 100
Monrovia, California 91016-3629
Tel: 626 386 1100
Fax: 626 386 1101
1 800 566 LABS (1 800 566 5227)

Laboratory Report

for

City of Wilmington
Water Quality Laboratory

1401 Concord Pike

Wilmington , DE    19803

Attention: Colleen Arnold
Fax: 302-573-5539

DATE OF ISSUE

JUN 0 5 2006

MWH LABORATORIES

TDFA Tom French
Project Manager



01114CA

Report#: 174558
DRINKING

laboratory certifies that the test results meet all **NELAC** requirements unless
noted in the Comments section or the Case Narrative. Following the cover page
re QC Report,QC Summary,Data Report,Hits Report, totaling 9 page[s].



**MWH Laboratories**
*A Division of MWH Americas, Inc.*

750 Royal Oaks Drive, Suite 100
Monrovia, California 91016-3629
Tel: 626 386 1100
Fax: 626 386 1101
1 800 566 LABS (1 800 566 5227)

Laboratory
Hits Report
#174558

City of Wilmington
Colleen Arnold
Water Quality Laboratory
1401 Concord Pike
Wilmington , DE    19803

Samples Received
18-may-2006 17:42:34

| Analyzed | Sample# | Sample ID | Result | Federal MCL | UNITS | MRL |
|---|---|---|---|---|---|---|
| | **2605180360** | **GANDER HILL #1** 06051660 | | | | |
| 05/19/06 | Copper, Total, ICAP/MS | | 46 | 1300 | ug/l | 2.0 |
| | **2605180374** | **GANDER HILL #2** 06051552 | | | | |
| 05/19/06 | Copper, Total, ICAP/MS | | 82 | 1300 | ug/l | 2.0 |
| | **2605180375** | **ZOO WASHINGTON 615** 06051696 | | | | |
| 05/19/06 | Barium, Total, ICAP/MS | | 28 | 2000 | ug/l | 2.0 |
| 05/19/06 | Chromium, Total, ICAP/MS | | 2.1 | 100 | ug/l | 1.0 |
| 05/19/06 | Copper, Total, ICAP/MS | | 120 | 1300 | ug/l | 2.0 |
| 05/19/06 | Lead, Total, ICAP/MS | | 2.3 | 15 | ug/l | 0.50 |

SUMMARY OF POSITIVE DATA ONLY.

Hits Report - Page 1    of 1

 **MWH Laboratories**
A Division of MWH Americas, Inc.

**Laboratory
Data Report
#174558**

750 Royal Oaks Drive, Suite 100
Monrovia, California 91016-3829
Tel: 626 386 1100
Fax: 626 386 1101
1 800 566 LABS (1 800 566 5227)

City of Wilmington
Colleen Arnold
Water Quality Laboratory
1401 Concord Pike
Wilmington , DE    19803

Samples Received
05/18/06

| repared Analyzed | QC Ref# | Method | Analyte | Result | Units | MRL | Dilution |
|---|---|---|---|---|---|---|---|
| **ЗANDER HILL #1 06051660 (2605180360)** | | | **Sampled on** | **05/16/06 10:25** | | | |
| 05/19/06 12:37 | 319053 | ( ML/EPA 200.8 ) | Copper, Total, ICAP/MS | 46 | ug/l | 2.0 | 1 |
| 05/19/06 12:37 | 319045 | ( ML/EPA 200.8 ) | Lead, Total, ICAP/MS | ND | ug/l | 0.50 | 1 |
| **ЗANDER HILL #2 06051552 (2605180374)** | | | **Sampled on** | **05/16/06 10:15** | | | |
| 05/19/06 12:10 | 319053 | ( ML/EPA 200.8 ) | Copper, Total, ICAP/MS | 82 | ug/l | 2.0 | 1 |
| 05/19/06 12:10 | 319045 | ( ML/EPA 200.8 ) | Lead, Total, ICAP/MS | ND | ug/l | 0.50 | 1 |
| **ЗOO WASHINGTON 615 06051696 (2605180375)** | | | **Sampled on** | **05/16/06 15:00** | | | |
| 05/31/06 12:18 | 320110 | ( ML/EPA 200.8 ) | Arsenic, Total, ICAP/MS | ND | ug/l | 1.0 | 1 |
| 05/19/06 12:15 | 319043 | ( ML/EPA 200.8 ) | Barium, Total, ICAP/MS | 28 | ug/l | 2.0 | 1 |
| 05/19/06 12:15 | 319036 | ( ML/EPA 200.8 ) | Beryllium, Total, ICAP/MS | ND | ug/l | 1.0 | 1 |
| 05/19/06 12:15 | 319041 | ( ML/EPA 200.8 ) | Cadmium, Total, ICAP/MS | ND | ug/l | 0.50 | 1 |
| 05/19/06 12:15 | 319049 | ( ML/EPA 200.8 ) | Chromium, Total, ICAP/MS | 2.1 | ug/l | 1.0 | 1 |
| 05/19/06 12:15 | 319053 | ( ML/EPA 200.8 ) | Copper, Total, ICAP/MS | 120 | ug/l | 2.0 | 1 |
| 05/23/06 00:02 | 319322 | ( ML/EPA 245.1 ) | Mercury | ND | ug/l | 0.20 | 1 |
| 05/19/06 12:15 | 319045 | ( ML/EPA 200.8 ) | Lead, Total, ICAP/MS | 2.3 | ug/l | 0.50 | 1 |
| 05/19/06 12:15 | 319042 | ( ML/EPA 200.8 ) | Antimony, Total, ICAP/MS | ND | ug/l | 1.0 | 1 |
| 05/19/06 12:15 | 319038 | ( ML/EPA 200.8 ) | Selenium, Total, ICAP/MS | ND | ug/l | 5.0 | 1 |
| 05/19/06 12:15 | 319044 | ( ML/EPA 200.8 ) | Thallium, Total, ICAP/MS | ND | ug/l | 1.0 | 1 |

 **MWH Laboratories**
A Division of MWH Americas, Inc.

750 Royal Oaks Drive, Suite 100
Monrovia, California 91016-3829
Tel: 626 386 1100
Fax: 626 386 1101
1 800 566 LABS (1 800 566 5227)

**Laboratory**
**QC Summary**
**#174558**

City of Wilmington

---

QC Ref #319036  - Beryllium, Total, ICAP/MS    Analysis Date: 05/19/2006

    2605180375        ZOO WASHINGTON 615 060516Analyzed by: dtn

QC Ref #319038  - Selenium, Total, ICAP/MS    Analysis Date: 05/19/2006

    2605180375        ZOO WASHINGTON 615 060516Analyzed by: dtn

QC Ref #319041  - Cadmium, Total, ICAP/MS    Analysis Date: 05/19/2006

    2605180375        ZOO WASHINGTON 615 060516Analyzed by: dtn

QC Ref #319042  - Antimony, Total, ICAP/MS    Analysis Date: 05/19/2006

    2605180375        ZOO WASHINGTON 615 060516Analyzed by: dtn

QC Ref #319043  - Barium, Total, ICAP/MS    Analysis Date: 05/19/2006

    2605180375        ZOO WASHINGTON 615 060516Analyzed by: dtn

QC Ref #319044  - Thallium, Total, ICAP/MS    Analysis Date: 05/19/2006

    2605180375        ZOO WASHINGTON 615 060516Analyzed by: dtn

QC Ref #319045  - Lead, Total, ICAP/MS    Analysis Date: 05/19/2006

    2605180360        GANDER HILL #1 06051660  Analyzed by: dtn
    2605180374        GANDER HILL #2 06051552  Analyzed by: dtn
    2605180375        ZOO WASHINGTON 615 060516Analyzed by: dtn

QC Ref #319049  - Chromium, Total, ICAP/MS    Analysis Date: 05/19/2006

    2605180375        ZOO WASHINGTON 615 060516Analyzed by: dtn

 **MWH Laboratories**
*A Division of MWH Americas, Inc.*

750 Royal Oaks Drive, Suite 100
Monrovia, California 91016-3629
Tel: 626 386 1100
Fax: 626 386 1101
1 800 566 LABS (1 800 566 5227)

Laboratory
QC Summary
#174558

City of Wilmington
(continued)

---

QC Ref #319053  - Copper, Total, ICAP/MS        Analysis Date: 05/19/2006

    2605180360        GANDER HILL #1 06051660  Analyzed by: dtn
    2605180374        GANDER HILL #2 06051552  Analyzed by: dtn
    2605180375        ZOO WASHINGTON 615 060516Analyzed by: dtn


QC Ref #319322  - Mercury                    Analysis Date: 05/23/2006

    2605180375        ZOO WASHINGTON 615 060516Analyzed by: dyh


QC Ref #320110  - Arsenic, Total, ICAP/MS       Analysis Date: 05/31/2006

    2605180375        ZOO WASHINGTON 615 060516Analyzed by: jps



**MWH Laboratories**
*A Division of MWH Americas, Inc.*

750 Royal Oaks Drive, Suite 100
Monrovia, California 91016-3629
Tel: 626 386 1100
Fax: 626 386 1101
1 800 566 LABS (1 800 566 5227)

**Laboratory
QC Report
#174558**

City of Wilmington

---

### QC Ref #319036    Beryllium, Total, ICAP/MS

| QC | Analyte | Spiked | Recovered | Units | Yield (%) | Limits (%) | RPD (%) |
|---|---|---|---|---|---|---|---|
| AASPKSMP | Spiked sample | Lab # 26 | 05180415 | UGL | | ( 0-0 ) | |
| LCS1 | Beryllium, Total, ICAP/MS | 5.00 | 5.04 | UGL | 100.8 | ( 85-115 ) | |
| LCS2 | Beryllium, Total, ICAP/MS | 5.00 | 4.89 | UGL | 97.8 | ( 85-115 ) | |
| MBLK | Beryllium, Total, ICAP/MS | ND | <1.0 | UGL | | | |
| MS | Beryllium, Total, ICAP/MS | 5.00 | 5.47 | UGL | 109.4 | ( 70-130 ) | |
| MSD | Beryllium, Total, ICAP/MS | 5.00 | 5.41 | UGL | 108.2 | ( 70-130 ) | |
| RPD_LCS | Beryllium, Total, ICAP/MS | 100.800 | 97.800 | UGL | 3.0 | ( 0-20 ) | |
| RPD_MS | Beryllium, Total, ICAP/MS | 109.400 | 108.200 | UGL | 1.1 | ( 0-20 ) | |

### QC Ref #319038    Selenium, Total, ICAP/MS

| QC | Analyte | Spiked | Recovered | Units | Yield (%) | Limits (%) | RPD (%) |
|---|---|---|---|---|---|---|---|
| AASPKSMP | Spiked sample | Lab # 26 | 05180415 | UGL | | ( 0-0 ) | |
| LCS1 | Selenium, Total, ICAP/MS | 20 | 20.8 | UGL | 104.0 | ( 85-115 ) | |
| LCS2 | Selenium, Total, ICAP/MS | 20 | 21.3 | UGL | 106.5 | ( 85-115 ) | |
| MBLK | Selenium, Total, ICAP/MS | ND | <5.0 | UGL | | | |
| MS | Selenium, Total, ICAP/MS | 20 | 25 | UGL | 125.0 | ( 70-130 ) | |
| MSD | Selenium, Total, ICAP/MS | 20 | 24.1 | UGL | 120.5 | ( 70-130 ) | |
| RPD_LCS | Selenium, Total, ICAP/MS | 104.000 | 106.500 | UGL | 2.4 | ( 0-20 ) | |
| RPD_MS | Selenium, Total, ICAP/MS | 125.000 | 120.500 | UGL | 3.7 | ( 0-20 ) | |

### QC Ref #319041    Cadmium, Total, ICAP/MS

| QC | Analyte | Spiked | Recovered | Units | Yield (%) | Limits (%) | RPD (%) |
|---|---|---|---|---|---|---|---|
| AASPKSMP | Spiked sample | Lab # 26 | 05180415 | UGL | | ( 0-0 ) | |
| LCS1 | Cadmium, Total, ICAP/MS | 20 | 21.9 | UGL | 109.5 | ( 85-115 ) | |
| LCS2 | Cadmium, Total, ICAP/MS | 20 | 21.4 | UGL | 107.0 | ( 85-115 ) | |
| MBLK | Cadmium, Total, ICAP/MS | ND | <0.50 | UGL | | | |
| MS | Cadmium, Total, ICAP/MS | 20 | 22.6 | UGL | 113.0 | ( 70-130 ) | |
| MSD | Cadmium, Total, ICAP/MS | 20 | 22.1 | UGL | 110.5 | ( 70-130 ) | |
| RPD_LCS | Cadmium, Total, ICAP/MS | 109.500 | 107.000 | UGL | 2.3 | ( 0-20 ) | |

Spikes which exceed Limits and Method Blanks with positive results are highlighted by <u>Underlining</u>.
Criteria for MS and DUP are advisory only, batch control is based on LCS. Criteria for duplicates
are advisory only, unless otherwise specified in the method.



**MWH Laboratories**
*A Division of MWH Americas, Inc.*

750 Royal Oaks Drive, Suite 100
Monrovia, California 91016-3629
Tel: 626 386 1100
Fax: 626 386 1101
1 800 566 LABS (1 800 566 5227)

Laboratory
QC Report
#174558

City of Wilmington
(continued)

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| RPD_MS | Cadmium, Total, ICAP/MS | 113.000 | 110.500 | UGL | 2.2 | ( 0-20 ) | |

### QC Ref #319042     Antimony, Total, ICAP/MS

| QC | Analyte | Spiked | Recovered | Units | Yield (%) | Limits (%) | RPD (%) |
|---|---|---|---|---|---|---|---|
| AASPKSMP | Spiked sample | Lab # 26 | 05180415 | UGL | | ( 0-0 ) | |
| LCS1 | Antimony, Total, ICAP/MS | 50 | 52.8 | UGL | 105.6 | ( 85-115 ) | |
| LCS2 | Antimony, Total, ICAP/MS | 50 | 52.7 | UGL | 105.4 | ( 85-115 ) | |
| MBLK | Antimony, Total, ICAP/MS | ND | <1.0 | UGL | | | |
| MS | Antimony, Total, ICAP/MS | 50 | 57.9 | UGL | 115.8 | ( 70-130 ) | |
| MSD | Antimony, Total, ICAP/MS | 50 | 56.9 | UGL | 113.8 | ( 70-130 ) | |
| RPD_LCS | Antimony, Total, ICAP/MS | 105.600 | 105.400 | UGL | 0.2 | ( 0-20 ) | |
| RPD_MS | Antimony, Total, ICAP/MS | 115.800 | 113.800 | UGL | 1.7 | ( 0-20 ) | |

### QC Ref #319043     Barium, Total, ICAP/MS

| QC | Analyte | Spiked | Recovered | Units | Yield (%) | Limits (%) | RPD (%) |
|---|---|---|---|---|---|---|---|
| AASPKSMP | Spiked sample | Lab # 26 | 05180415 | UGL | | ( 0-0 ) | |
| LCS1 | Barium, Total, ICAP/MS | 100 | 105 | UGL | 105.0 | ( 85-115 ) | |
| LCS2 | Barium, Total, ICAP/MS | 100 | 104 | UGL | 104.0 | ( 85-115 ) | |
| MBLK | Barium, Total, ICAP/MS | ND | <2.0 | UGL | | | |
| MS | Barium, Total, ICAP/MS | 100 | 110 | UGL | 110.0 | ( 70-130 ) | |
| MSD | Barium, Total, ICAP/MS | 100 | 108 | UGL | 108.0 | ( 70-130 ) | |
| RPD_LCS | Barium, Total, ICAP/MS | 105.000 | 104.000 | UGL | 1.0 | ( 0-20 ) | |
| RPD_MS | Barium, Total, ICAP/MS | 110.000 | 108.000 | UGL | 1.8 | ( 0-20 ) | |

### QC Ref #319044     Thallium, Total, ICAP/MS

| QC | Analyte | Spiked | Recovered | Units | Yield (%) | Limits (%) | RPD (%) |
|---|---|---|---|---|---|---|---|
| AASPKSMP | Spiked sample | Lab # 26 | 05180415 | UGL | | ( 0-0 ) | |
| LCS1 | Thallium, Total, ICAP/MS | 20.0 | 20.9 | UGL | 104.5 | ( 85-115 ) | |
| LCS2 | Thallium, Total, ICAP/MS | 20.0 | 20.6 | UGL | 103.0 | ( 85-115 ) | |
| MBLK | Thallium, Total, ICAP/MS | ND | <1.0 | UGL | | | |

Spikes which exceed Limits and Method Blanks with positive results are highlighted by <u>Underlining.</u>
Criteria for MS and DUP are advisory only, batch control is based on LCS. Criteria for duplicates
are advisory only, unless otherwise specified in the method.



# MWH Laboratories
A Division of MWH Americas, Inc.

750 Royal Oaks Drive, Suite 100
Monrovia, California 91016-3629
Tel: 626 386 1100
Fax: 626 386 1101
1 800 566 LABS (1 800 566 5227)

Laboratory
QC Report
#174558

City of Wilmington
(continued)

| QC | Analyte | Spiked | Recovered | Units | Yield (%) | Limits (%) | RPD (%) |
|---|---|---|---|---|---|---|---|
| MS | Thallium, Total, ICAP/MS | 20.0 | 21.5 | UGL | 107.5 | ( 70-130 ) | |
| MSD | Thallium, Total, ICAP/MS | 20.0 | 21.1 | UGL | 105.5 | ( 70-130 ) | |
| RPD_LCS | Thallium, Total, ICAP/MS | 104.500 | 103.000 | UGL | 1.4 | ( 0-20 ) | |
| RPD_MS | Thallium, Total, ICAP/MS | 107.500 | 105.500 | UGL | 1.9 | ( 0-20 ) | |

## QC Ref #319045    Lead, Total, ICAP/MS

| QC | Analyte | Spiked | Recovered | Units | Yield (%) | Limits (%) | RPD (%) |
|---|---|---|---|---|---|---|---|
| AASPKSMP | Spiked sample | Lab # 26 | 05180415 | UGL | | ( 0-0 ) | |
| LCS1 | Lead, Total, ICAP/MS | 20 | 21.2 | UGL | 106.0 | ( 85-115 ) | |
| LCS2 | Lead, Total, ICAP/MS | 20 | 21.1 | UGL | 105.5 | ( 85-115 ) | |
| MBLK | Lead, Total, ICAP/MS | ND | <0.50 | UGL | | | |
| MS | Lead, Total, ICAP/MS | 20 | 22.2 | UGL | 111.0 | ( 70-130 ) | |
| MSD | Lead, Total, ICAP/MS | 20 | 21.8 | UGL | 109.0 | ( 70-130 ) | |
| RPD_LCS | Lead, Total, ICAP/MS | 106.000 | 105.500 | UGL | 0.5 | ( 0-20 ) | |
| RPD_MS | Lead, Total, ICAP/MS | 111.000 | 109.000 | UGL | 1.8 | ( 0-20 ) | |

## QC Ref #319049    Chromium, Total, ICAP/MS

| QC | Analyte | Spiked | Recovered | Units | Yield (%) | Limits (%) | RPD (%) |
|---|---|---|---|---|---|---|---|
| AASPKSMP | Spiked sample | Lab # 26 | 05180415 | UGL | | ( 0-0 ) | |
| LCS1 | Chromium, Total, ICAP/MS | 100 | 109 | UGL | 109.0 | ( 85-115 ) | |
| LCS2 | Chromium, Total, ICAP/MS | 100 | 107 | UGL | 107.0 | ( 85-115 ) | |
| MBLK | Chromium, Total, ICAP/MS | ND | <1.0 | UGL | | | |
| MS | Chromium, Total, ICAP/MS | 100 | 109 | UGL | 109.0 | ( 70-130 ) | |
| MSD | Chromium, Total, ICAP/MS | 100 | 107 | UGL | 107.0 | ( 70-130 ) | |
| RPD_LCS | Chromium, Total, ICAP/MS | 109.000 | 107.000 | UGL | 1.9 | ( 0-20 ) | |
| RPD_MS | Chromium, Total, ICAP/MS | 109.000 | 107.000 | UGL | 1.9 | ( 0-20 ) | |

Spikes which exceed Limits and Method Blanks with positive results are highlighted by Underlining.
Criteria for MS and DUP are advisory only, batch control is based on LCS. Criteria for duplicates
are advisory only, unless otherwise specified in the method.



**MWH Laboratories**
A Division of MWH Americas, Inc.

750 Royal Oaks Drive, Suite 100
Monrovia, California 91016-3829
Tel: 626 386 1100
Fax: 626 386 1101
1 800 566 LABS (1 800 566 5227)

**Laboratory
QC Report
#174558**

City of Wilmington
(continued)

---

### QC Ref #319053        Copper, Total, ICAP/MS

| QC | Analyte | Spiked | Recovered | Units | Yield (%) | Limits (%) | RPD (%) |
|----|---------|--------|-----------|-------|-----------|------------|---------|
| AASPKSMP | Spiked sample | Lab # 26 | 05180415 | UGL | | ( 0-0 ) | |
| LCS1 | Copper, Total, ICAP/MS | 100 | 110 | UGL | 110.0 | ( 85-115 ) | |
| LCS2 | Copper, Total, ICAP/MS | 100 | 110 | UGL | 110.0 | ( 85-115 ) | |
| MBLK | Copper, Total, ICAP/MS | ND | <2.0 | UGL | | | |
| MS | Copper, Total, ICAP/MS | 100 | 111 | UGL | 111.0 | ( 70-130 ) | |
| MSD | Copper, Total, ICAP/MS | 100 | 109 | UGL | 109.0 | ( 70-130 ) | |
| RPD_LCS | Copper, Total, ICAP/MS | 110.000 | 110.000 | UGL | 0.0 | ( 0-20 ) | |
| RPD_MS | Copper, Total, ICAP/MS | 111.000 | 109.000 | UGL | 1.8 | ( 0-20 ) | |

### QC Ref #319322        Mercury

| QC | Analyte | Spiked | Recovered | Units | Yield (%) | Limits (%) | RPD (%) |
|----|---------|--------|-----------|-------|-----------|------------|---------|
| MS | Spiked sample | Lab # 26 | 05170267 | UGL | | ( 0-0 ) | |
| LCS1 | Mercury | 1.50 | 1.59 | UGL | 106.0 | ( 85-115 ) | |
| LCS2 | Mercury | 1.50 | 1.54 | UGL | 102.7 | ( 85-115 ) | |
| MBLK | Mercury | ND | <0.20 | UGL | | | |
| MRL_CHK | Mercury | 0.200 | 0.208 | UGL | 104.0 | ( 50-150 ) | |
| MS | Mercury | 1.50 | 1.58 | UGL | 105.3 | ( 70-130 ) | |
| MSD | Mercury | 1.50 | 1.57 | UGL | 104.7 | ( 70-130 ) | |
| RPD_LCS | Mercury | 106.000 | 102.667 | UGL | 3.2 | ( 0-20 ) | |
| RPD_MS | Mercury | 105.333 | 104.667 | UGL | 0.6 | ( 0-20 ) | |

### QC Ref #320110        Arsenic, Total, ICAP/MS

| QC | Analyte | Spiked | Recovered | Units | Yield (%) | Limits (%) | RPD (%) |
|----|---------|--------|-----------|-------|-----------|------------|---------|
| AASPKSMP | Spiked sample | Lab # 26 | 05240157 | UGL | | ( 0-0 ) | |
| LCS1 | Arsenic, Total, ICAP/MS | 20 | 19.7 | UGL | 98.5 | ( 85-115 ) | |
| LCS2 | Arsenic, Total, ICAP/MS | 20 | 20.9 | UGL | 104.5 | ( 85-115 ) | |
| MBLK | Arsenic, Total, ICAP/MS | ND | <1.0 | UGL | | | |

---

Spikes which exceed Limits and Method Blanks with positive results are highlighted by <u>Underlining</u>.
Criteria for MS and DUP are advisory only, batch control is based on LCS. Criteria for duplicates
are advisory only, unless otherwise specified in the method.



**MWH Laboratories**
A Division of MWH Americas, Inc.

750 Royal Oaks Drive, Suite 100
Monrovia, California 91016-3629
Tel: 626 386 1100
Fax: 626 386 1101
1 800 566 LABS (1 800 566 5227)

Laboratory
QC Report
#174558

City of Wilmington
(continued)

| MRL_CHK | Arsenic, Total, ICAP/MS | 1.000 | 1.05 | UGL | 105.0 | ( 50-150 ) |
|---------|-------------------------|-------|------|-----|-------|------------|
| MS | Arsenic, Total, ICAP/MS | 20 | 20.1 | UGL | 100.5 | ( 70-130 ) |
| MSD | Arsenic, Total, ICAP/MS | 20 | 22.5 | UGL | 112.5 | ( 70-130 ) |
| RPD_LCS | Arsenic, Total, ICAP/MS | 98.500 | 104.500 | UGL | 5.9 | ( 0-20 ) |
| RPD_MS | Arsenic, Total, ICAP/MS | 100.500 | 112.500 | UGL | 11.3 | ( 0-20 ) |

Spikes which exceed Limits and Method Blanks with positive results are highlighted by Underlining.
Criteria for MS and DUP are advisory only, batch control is based on LCS. Criteria for duplicates
are advisory only, unless otherwise specified in the method.

D00015

174558

# CHAIN OF CUSTODY RECORD

## MWH Laboratories
MONTGOMERY WATSON HARZA

750 Royal Oaks, Suite 100
Monrovia, California 91016
Phone: (626) 386-1100
(800) 566-5227
Fax: (626) 386-1101

MWH LABS USE ONLY:    PAGE 2 OF 2

LOGIN COMMENTS:

SAMPLES CHECKED AGAINST COC BY: _____

SAMPLES LOGGED IN BY:

SAMPLE TEMP WHEN REC'D AT LAB: 4°    (Compliance: 4 +/- 2°C)
CONDITION OF BLUE ICE:  FROZEN  PARTIALLY FROZEN  THAWED

SAMPLES REC'D DAY OF COLLECTION? ___ (check for yes)

**TO BE COMPLETED BY SAMPLER:**

COMPANY, UTILITY or PROJECT:  CITY OF WILMINGTON

MWH LABS CLIENT CODE:  WILMINGTON DELAWARE

SAMPLER PRINTED NAME AND SIGNATURE:

SYSTEM #:  PE 0000663

P.O.# / JOB # / PROJECT:

TAT requested: rush by adv notice only
STD __ 1 week __ 3 day __ 2 day __ 1 day

**COMPLIANCE SAMPLES**
- Requires state forms
Type of samples (circle one):  ROUTINE  SPECIAL  CONFIRMATION

**NON-COMPLIANCE SAMPLES**
REGULATION INVOLVED: _____ (eg. SDWA, Phase V, NPDES, FDA....)  OR

SEE ATTACHED BOTTLE ORDER FOR ANALYSES (check for yes)

LIST ANALYSES REQUIRED BELOW (enter number of bottles sent for each test for each sample)

| STATION # or LOCATION | SITE NAME OR SAMPLE I.D. | MATRIX * | GRAB | COMP | Na, Ba, TL | 43 | SO4, 7 n | Other req | Ca, Cl, Hg | 51, 75 | | | | SAMPLER COMMENTS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Grease Hill #1 | 06.05.16.60 | GW | X | | | | | | | | | | | |
| Grease Hill #2 | 06.05.16.62 | CFW | X | | | 1 | ✓ | 1 | | | | | | |
| 200 Washington St | 06.05.16.96 | CFW | X | | | 1 | ✓ | 1 | | | | | | |
| | | | | | | | | | | | | | | |

**SAMPLE DATE / SAMPLE TIME**
| | |
|---|---|
| 5/16 10:25 | |
| 5/16 10:50 | |
| 5/16 3:20 | |

Page 1

**MATRIX TYPES:**
RSW = Raw Surface Water    CFW = Chlor(am)inated Finished Water    CWW = Chlorinated Waste Water    BW = Bottled Water    SO = Soil
RGW = Raw Ground Water    FW = Other Finished Water    WW = Other Waste Water    SW = Storm Water    SL = Sludge

| | SIGNATURE | PRINT NAME | COMPANY/TITLE | DATE | TIME |
|---|---|---|---|---|---|
| RELINQUISHED BY: | | BRENDAN WALTER | CITY OF WILMINGTON LAB | 5/17/06 | 3:30 pm |
| RECEIVED BY: | | JOE SANCHEZ | MWH | 5/18/06 | 10:50 |
| RELINQUISHED BY: | | | | | |
| RECEIVED BY: | | | | | |
| RELINQUISHED BY: | | | | | |
| RECEIVED BY: | | | | | |

C-O-C9

000016

## Other Documents

1:05-cv-00576-*** Seawright et al v. Stanley Taylor et al

PaperDocuments

### U.S. District Court

### District of Delaware

## Notice of Electronic Filing

The following transaction was entered by Kelly, Eileen on 2/22/2007 at 10:32 AM EST and filed on 2/22/2007

**Case Name:**        Seawright et al v. Stanley Taylor et al
**Case Number:**    1:05-cv-576
**Filer:**
**Document Number:** 80

**Docket Text:**
Letter to Daniel M. Woods from Eileen Kelly regarding teleconference. (Attachments: # (1) Enclosures) (Kelly, Eileen)

**1:05-cv-576 Notice has been electronically mailed to:**

Eileen Kelly      eileen.kelly@state.de.us

**1:05-cv-576 Notice has been delivered by other means to:**

Darren Lamont Seawright
Darren Lamont Seawright, Pro se
6348 Highland Ave.
Pennsauken, NJ 08109

William J. Webb, Jr

Daniel M. Woods
SBI #164728
Delaware Correctional Center
1181 Paddock Road
Smyrna, DE 19977

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**

[STAMP dcecfStamp_ID=1079733196 [Date=2/22/2007] [FileNumber=346974-0]
[874d43935110df4d0b8a7a4ceb6dedaabeedabad30c63cbff827f4c80f872db3d5fa
6583075200a0d9c369fce59625880e0fcf784b3e6f8213b8000f430ff494]]
**Document description:** Enclosures
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1079733196 [Date=2/22/2007] [FileNumber=346974-1]
[1b81bad42619dbc72e613e53896583a89f9b058dfaf9f7107ac779c83a885fd0144d
9c9f81983eeacca831c153b76e6f2e0cbea9a4356792f5d5719450b7c1dc]]



**DEPARTMENT OF JUSTICE**
NEW CASTLE COUNTY
820 NORTH FRENCH STREET
WILMINGTON, DELAWARE 19801

CRIMINAL DIVISION (302) 577-8500
FAX (302) 577-2496
CIVIL DIVISION (302) 577-8400
FAX (302) 577-6630
TTY (302) 577-5783

JOSEPH R. BIDEN, III
ATTORNEY GENERAL

March 5, 2007

Civil Division - New Castle County

Daniel M. Woods
SBI # 164728
Delaware Correctional Center
1181 Paddock Road
Smyrna, DE 19977

   **Re: Seawright, et al. v. Williams, et al.**
     <u>C.A. No. 05-576-\*\*\*</u>

Dear Mr. Woods:

   Pursuant to our teleconference with Judge Mary Pat Thynge, I contacted MWH Laboratories to request documentation concerning water testing done at HRYCI in May 2006. I have enclosed copies of the documents provided by MWH Laboratories.

        Very truly yours,

        /s/ Eileen Kelly

        Eileen Kelly
        Deputy Attorney General

Enclosures

cc: The Honorable Mary Pat Thynge (w/enclosures)
  Mr. Darren Seawright (w/enclosures)

**MWH Laboratories**
750 Royal Oaks Drive, Monrovia, CA 91016
PHONE: 626-386-1100/FAX: 626-386-1101

ACKNOWLEDGMENT OF SAMPLES RECEIVED

City of Wilmington
Water Quality Laboratory          Customer Code: WILMINGTONDE
1401 Concord Pike                        Group#: 174558
Wilmington, DE 19803                  Project#: DRINKING
Attn: Colleen Arnold                    Proj Mgr: Tom French
Phone: 302-573-5522                       Phone: 480 778 1558

The following samples were received from you on **05/18/06**. They have been
scheduled for the tests listed beside each sample. If this information
is incorrect, please contact your service representative. Thank you for
using MWH Laboratories.

| Sample# | Sample Id | Matrix | Sample Date |
|---------|-----------|--------|-------------|
| | Tests Scheduled | | |
| 2605180360 | GANDER HILL #1 06051660 | Water | 16-may-2006 10:25:00 |
| | CU-MS    P    PB-MS    T | | |
| 2605180374 | GANDER HILL #2 06051552 | Water | 16-may-2006 10:15:00 |
| | CU-MS    P    PB-MS    T | | |
| 2605180375 | ZOO WASHINGTON 615 06051696 | Water | 16-may-2006 15:00:00 |
| | AS-MS    BA-MS    BE-MS    CD-MS    CR-MS    CU-MS | | |
| | HG    P    PB-MS    SB-MS    SE-MS    T | | |
| | TL-MS | | |

Test Acronym Description

| Test Acronym | Description |
|--------------|-------------|
| AS-MS | Arsenic, Total, ICAP/MS |
| BA-MS | Barium, Total, ICAP/MS |
| BE-MS | Beryllium, Total, ICAP/MS |
| CD-MS | Cadmium, Total, ICAP/MS |
| CR-MS | Chromium, Total, ICAP/MS |
| CU-MS | Copper, Total, ICAP/MS |
| HG | Mercury |
| P | Metals sample pH |
| PB-MS | Lead, Total, ICAP/MS |
| SB-MS | Antimony, Total, ICAP/MS |
| SE-MS | Selenium, Total, ICAP/MS |
| T | Metals Turbidity |
| TL-MS | Thallium, Total, ICAP/MS |

- 1 -

D00020



**MWH Laboratories**
A Division of MWH Americas, Inc.

750 Royal Oaks Drive, Suite 100
Monrovia, California 91016-3629
Tel: 626 386 1100
Fax: 626 386 1101
1 800 566 LABS (1 800 566 5227)

**Laboratory Report**

for

City of Wilmington
Water Quality Laboratory

1401 Concord Pike

Wilmington , DE    19803

Attention: Colleen Arnold
Fax: 302-573-5539

DATE OF ISSUE

JUN 0 5 2006

MWH LABORATORIES

TDFA Tom French
Project Manager



ACCREDITED IN ACCORDANCE WITH

**nelac**
01114CA

Report#: 174558
DRINKING

Laboratory certifies that the test results meet all **NELAC** requirements unless
noted in the Comments section or the Case Narrative. Following the cover page
are QC Report,QC Summary,Data Report,Hits Report, totaling 9 page[s].

D00021

 **MWH Laboratories**
A Division of MWH America, Inc.

750 Royal Oaks Drive, Suite 100
Monrovia, California 91016-3629
Tel: 626 386 1100
Fax: 626 386 1101
1 800 566 LABS (1 800 566 5227)

Laboratory
Hits Report
#174558

City of Wilmington
Colleen Arnold
Water Quality Laboratory
1401 Concord Pike
Wilmington , DE   19803

Samples Received
18-may-2006 17:42:34

| Analyzed | Sample# | Sample ID | Result | Federal MCL | UNITS | MRL |
|----------|---------|-----------|--------|-------------|-------|-----|
| | 2605180360 | GANDER HILL #1 06051660 | | | | |
| 05/19/06 | Copper, Total, ICAP/MS | | 46 | 1300 | ug/l | 2.0 |
| | 2605180374 | GANDER HILL #2 06051552 | | | | |
| 05/19/06 | Copper, Total, ICAP/MS | | 82 | 1300 | ug/l | 2.0 |
| | 2605180375 | ZOO WASHINGTON 615 06051696 | | | | |
| 05/19/06 | Barium, Total, ICAP/MS | | 28 | 2000 | ug/l | 2.0 |
| 05/19/06 | Chromium, Total, ICAP/MS | | 2.1 | 100 | ug/l | 1.0 |
| 05/19/06 | Copper, Total, ICAP/MS | | 120 | 1300 | ug/l | 2.0 |
| 05/19/06 | Lead, Total, ICAP/MS | | 2.3 | 15 | ug/l | 0.50 |

SUMMARY OF POSITIVE DATA ONLY.

 **MWH Laboratories**
A Division of MWH Americas, Inc.

750 Royal Oaks Drive, Suite 100
Monrovia, California 91016-3629
Tel: 626 386 1100
Fax: 626 386 1101
1 800 566 LABS (1 800 566 5227)

**Laboratory
Data Report
#174558**

City of Wilmington
Colleen Arnold
Water Quality Laboratory
1401 Concord Pike
Wilmington , DE    19803

**Samples Received
05/18/06**

| Prepared | Analyzed | QC Ref# | Method | Analyte | Result | Units | MRL | Dilution |
|----------|----------|---------|--------|---------|--------|-------|-----|----------|

**GANDER HILL #1 06051660 (2605180360)    Sampled on  05/16/06 10:25**

| | 05/19/06 12:37 | 319053 | ( ML/EPA 200.8 ) | Copper, Total, ICAP/MS | 46 | ug/l | 2.0 | 1 |
| | 05/19/06 12:37 | 319045 | ( ML/EPA 200.8 ) | Lead, Total, ICAP/MS | ND | ug/l | 0.50 | 1 |

**GANDER HILL #2 06051552 (2605180374)    Sampled on  05/16/06 10:15**

| | 05/19/06 12:10 | 319053 | ( ML/EPA 200.8 ) | Copper, Total, ICAP/MS | 82 | ug/l | 2.0 | 1 |
| | 05/19/06 12:10 | 319045 | ( ML/EPA 200.8 ) | Lead, Total, ICAP/MS | ND | ug/l | 0.50 | 1 |

**ZOO WASHINGTON 615 06051696 (2605180375)    Sampled on  05/16/06 15:00**

| | 05/31/06 12:18 | 320110 | ( ML/EPA 200.8 ) | Arsenic, Total, ICAP/MS | ND | ug/l | 1.0 | 1 |
| | 05/19/06 12:15 | 319043 | ( ML/EPA 200.8 ) | Barium, Total, ICAP/MS | 28 | ug/l | 2.0 | 1 |
| | 05/19/06 12:15 | 319036 | ( ML/EPA 200.8 ) | Beryllium, Total, ICAP/MS | ND | ug/l | 1.0 | 1 |
| | 05/19/06 12:15 | 319041 | ( ML/EPA 200.8 ) | Cadmium, Total, ICAP/MS | ND | ug/l | 0.50 | 1 |
| | 05/19/06 12:15 | 319049 | ( ML/EPA 200.8 ) | Chromium, Total, ICAP/MS | 2.1 | ug/l | 1.0 | 1 |
| | 05/19/06 12:15 | 319053 | ( ML/EPA 200.8 ) | Copper, Total, ICAP/MS | 120 | ug/l | 2.0 | 1 |
| | 05/23/06 00:02 | 319322 | ( ML/EPA 245.1 ) | Mercury | ND | ug/l | 0.20 | 1 |
| | 05/19/06 12:15 | 319045 | ( ML/EPA 200.8 ) | Lead, Total, ICAP/MS | 2.3 | ug/l | 0.50 | 1 |
| | 05/19/06 12:15 | 319042 | ( ML/EPA 200.8 ) | Antimony, Total, ICAP/MS | ND | ug/l | 1.0 | 1 |
| | 05/19/06 12:15 | 319038 | ( ML/EPA 200.8 ) | Selenium, Total, ICAP/MS | ND | ug/l | 5.0 | 1 |
| | 05/19/06 12:15 | 319044 | ( ML/EPA 200.8 ) | Thallium, Total, ICAP/MS | ND | ug/l | 1.0 | 1 |

**Data Report - Page 1    of 1**

 **MWH Laboratories**
A Division of MWH Americas, Inc.

750 Royal Oaks Drive, Suite 100
Monrovia, California 91016-3829
Tel: 626 386 1100
Fax: 626 386 1101
1 800 566 LABS (1 800 566 5227)

Laboratory
QC Summary
#174558

City of Wilmington

---

QC Ref #319036 - Beryllium, Total, ICAP/MS      Analysis Date: 05/19/2006

    2605180375          ZOO WASHINGTON 615 060516 Analyzed by: dtn


QC Ref #319038 - Selenium, Total, ICAP/MS      Analysis Date: 05/19/2006

    2605180375          ZOO WASHINGTON 615 060516 Analyzed by: dtn


QC Ref #319041 - Cadmium, Total, ICAP/MS      Analysis Date: 05/19/2006

    2605180375          ZOO WASHINGTON 615 060516 Analyzed by: dtn


QC Ref #319042 - Antimony, Total, ICAP/MS      Analysis Date: 05/19/2006

    2605180375          ZOO WASHINGTON 615 060516 Analyzed by: dtn


QC Ref #319043 - Barium, Total, ICAP/MS      Analysis Date: 05/19/2006

    2605180375          ZOO WASHINGTON 615 060516 Analyzed by: dtn


QC Ref #319044 - Thallium, Total, ICAP/MS      Analysis Date: 05/19/2006

    2605180375          ZOO WASHINGTON 615 060516 Analyzed by: dtn


QC Ref #319045 - Lead, Total, ICAP/MS      Analysis Date: 05/19/2006

    2605180360          GANDER HILL #1 06051660  Analyzed by: dtn
    2605180374          GANDER HILL #2 06051552  Analyzed by: dtn
    2605180375          ZOO WASHINGTON 615 060516 Analyzed by: dtn


QC Ref #319049 - Chromium, Total, ICAP/MS      Analysis Date: 05/19/2006

    2605180375          ZOO WASHINGTON 615 060516 Analyzed by: dtn

 **MWH Laboratories**
A Division of MWH Americas, Inc.

Laboratory
QC Summary
#174558

750 Royal Oaks Drive, Suite 100
Monrovia, California 91016-3629
Tel: 626 386 1100
Fax: 626 386 1101
1 800 566 LABS (1 800 566 5227)

City of Wilmington
(continued)

QC Ref #319053  - Copper, Total, ICAP/MS    Analysis Date: 05/19/2006

    2605180360    GANDER HILL #1 06051660  Analyzed by: dtn
    2605180374    GANDER HILL #2 06051552  Analyzed by: dtn
    2605180375    ZOO WASHINGTON 615 060516Analyzed by: dtn


QC Ref #319322  - Mercury    Analysis Date: 05/23/2006

    2605180375    ZOO WASHINGTON 615 060516Analyzed by: dyh


QC Ref #320110  - Arsenic, Total, ICAP/MS    Analysis Date: 05/31/2006

    2605180375    ZOO WASHINGTON 615 060516Analyzed by: jps

D00025

 **MWH Laboratories**
A Division of MWH Americas, Inc.

750 Royal Oaks Drive, Suite 100
Monrovia, California 91016-3629
Tel: 626 386 1100
Fax: 626 386 1101
1 800 566 LABS (1 800 566 5227)

Laboratory
QC Report
#174558

City of Wilmington

---

### QC Ref #319036    Beryllium, Total, ICAP/MS

| QC | Analyte | Spiked | Recovered | Units | Yield (%) | Limits (%) | RPD (%) |
|---|---|---|---|---|---|---|---|
| AASPKSMP | Spiked sample | Lab # 26 | 05180415 | UGL | | ( 0-0 ) | |
| LCS1 | Beryllium, Total, ICAP/MS | 5.00 | 5.04 | UGL | 100.8 | ( 85-115 ) | |
| LCS2 | Beryllium, Total, ICAP/MS | 5.00 | 4.89 | UGL | 97.8 | ( 85-115 ) | |
| MBLK | Beryllium, Total, ICAP/MS | ND | <1.0 | UGL | | | |
| MS | Beryllium, Total, ICAP/MS | 5.00 | 5.47 | UGL | 109.4 | ( 70-130 ) | |
| MSD | Beryllium, Total, ICAP/MS | 5.00 | 5.41 | UGL | 108.2 | ( 70-130 ) | |
| RPD_LCS | Beryllium, Total, ICAP/MS | 100.800 | 97.800 | UGL | 3.0 | ( 0-20 ) | |
| RPD_MS | Beryllium, Total, ICAP/MS | 109.400 | 108.200 | UGL | 1.1 | ( 0-20 ) | |

### QC Ref #319038    Selenium, Total, ICAP/MS

| QC | Analyte | Spiked | Recovered | Units | Yield (%) | Limits (%) | RPD (%) |
|---|---|---|---|---|---|---|---|
| AASPKSMP | Spiked sample | Lab # 26 | 05180415 | UGL | | ( 0-0 ) | |
| LCS1 | Selenium, Total, ICAP/MS | 20 | 20.8 | UGL | 104.0 | ( 85-115 ) | |
| LCS2 | Selenium, Total, ICAP/MS | 20 | 21.3 | UGL | 106.5 | ( 85-115 ) | |
| MBLK | Selenium, Total, ICAP/MS | ND | <5.0 | UGL | | | |
| MS | Selenium, Total, ICAP/MS | 20 | 25 | UGL | 125.0 | ( 70-130 ) | |
| MSD | Selenium, Total, ICAP/MS | 20 | 24.1 | UGL | 120.5 | ( 70-130 ) | |
| RPD_LCS | Selenium, Total, ICAP/MS | 104.000 | 106.500 | UGL | 2.4 | ( 0-20 ) | |
| RPD_MS | Selenium, Total, ICAP/MS | 125.000 | 120.500 | UGL | 3.7 | ( 0-20 ) | |

### QC Ref #319041    Cadmium, Total, ICAP/MS

| QC | Analyte | Spiked | Recovered | Units | Yield (%) | Limits (%) | RPD (%) |
|---|---|---|---|---|---|---|---|
| AASPKSMP | Spiked sample | Lab # 26 | 05180415 | UGL | | ( 0-0 ) | |
| LCS1 | Cadmium, Total, ICAP/MS | 20 | 21.9 | UGL | 109.5 | ( 85-115 ) | |
| LCS2 | Cadmium, Total, ICAP/MS | 20 | 21.4 | UGL | 107.0 | ( 85-115 ) | |
| MBLK | Cadmium, Total, ICAP/MS | ND | <0.50 | UGL | | | |
| MS | Cadmium, Total, ICAP/MS | 20 | 22.6 | UGL | 113.0 | ( 70-130 ) | |
| MSD | Cadmium, Total, ICAP/MS | 20 | 22.1 | UGL | 110.5 | ( 70-130 ) | |
| RPD_LCS | Cadmium, Total, ICAP/MS | 109.500 | 107.000 | UGL | 2.3 | ( 0-20 ) | |

Spikes which exceed Limits and Method Blanks with positive results are highlighted by Underlining.
Criteria for MS and DUP are advisory only, batch control is based on LCS. Criteria for duplicates
are advisory only, unless otherwise specified in the method.

QC Report - Page 1    of 5

D00026



**MWH Laboratories**
*A Division of MWH Americas, Inc.*

750 Royal Oaks Drive, Suite 100
Monrovia, California 91016-3629
Tel: 626 386 1100
Fax: 626 386 1101
1 800 566 LABS (1 800 566 5227)

**Laboratory
QC Report
#174558**

City of Wilmington
(continued)

---

| QC | Analyte | Spiked | Recovered | Units | Yield (%) | Limits (%) | RPD (%) |
|---|---|---|---|---|---|---|---|
| RPD_MS | Cadmium, Total, ICAP/MS | 113.000 | 110.500 | UGL | 2.2 | ( 0-20 ) | |

### QC Ref #319042      Antimony, Total, ICAP/MS

| QC | Analyte | Spiked | Recovered | Units | Yield (%) | Limits (%) | RPD (%) |
|---|---|---|---|---|---|---|---|
| AASPKSMP | Spiked sample | Lab # 26 | 05180415 | UGL | | ( 0-0 ) | |
| LCS1 | Antimony, Total, ICAP/MS | 50 | 52.8 | UGL | 105.6 | ( 85-115 ) | |
| LCS2 | Antimony, Total, ICAP/MS | 50 | 52.7 | UGL | 105.4 | ( 85-115 ) | |
| MBLK | Antimony, Total, ICAP/MS | ND | <1.0 | UGL | | | |
| MS | Antimony, Total, ICAP/MS | 50 | 57.9 | UGL | 115.8 | ( 70-130 ) | |
| MSD | Antimony, Total, ICAP/MS | 50 | 56.9 | UGL | 113.8 | ( 70-130 ) | |
| RPD_LCS | Antimony, Total, ICAP/MS | 105.600 | 105.400 | UGL | 0.2 | ( 0-20 ) | |
| RPD_MS | Antimony, Total, ICAP/MS | 115.800 | 113.800 | UGL | 1.7 | ( 0-20 ) | |

### QC Ref #319043      Barium, Total, ICAP/MS

| QC | Analyte | Spiked | Recovered | Units | Yield (%) | Limits (%) | RPD (%) |
|---|---|---|---|---|---|---|---|
| AASPKSMP | Spiked sample | Lab # 26 | 05180415 | UGL | | ( 0-0 ) | |
| LCS1 | Barium, Total, ICAP/MS | 100 | 105 | UGL | 105.0 | ( 85-115 ) | |
| LCS2 | Barium, Total, ICAP/MS | 100 | 104 | UGL | 104.0 | ( 85-115 ) | |
| MBLK | Barium, Total, ICAP/MS | ND | <2.0 | UGL | | | |
| MS | Barium, Total, ICAP/MS | 100 | 110 | UGL | 110.0 | ( 70-130 ) | |
| MSD | Barium, Total, ICAP/MS | 100 | 108 | UGL | 108.0 | ( 70-130 ) | |
| RPD_LCS | Barium, Total, ICAP/MS | 105.000 | 104.000 | UGL | 1.0 | ( 0-20 ) | |
| RPD_MS | Barium, Total, ICAP/MS | 110.000 | 108.000 | UGL | 1.8 | ( 0-20 ) | |

### QC Ref #319044      Thallium, Total, ICAP/MS

| QC | Analyte | Spiked | Recovered | Units | Yield (%) | Limits (%) | RPD (%) |
|---|---|---|---|---|---|---|---|
| AASPKSMP | Spiked sample | Lab # 26 | 05180415 | UGL | | ( 0-0 ) | |
| LCS1 | Thallium, Total, ICAP/MS | 20.0 | 20.9 | UGL | 104.5 | ( 85-115 ) | |
| LCS2 | Thallium, Total, ICAP/MS | 20.0 | 20.6 | UGL | 103.0 | ( 85-115 ) | |
| MBLK | Thallium, Total, ICAP/MS | ND | <1.0 | UGL | | | |

---

Spikes which exceed Limits and Method Blanks with positive results are highlighted by Underlining.
Criteria for MS and DUP are advisory only, batch control is based on LCS. Criteria for duplicates
are advisory only, unless otherwise specified in the method.

QC Report - Page 2   of 5

 **MWH Laboratories**
A Division of MWH Americas, Inc.

750 Royal Oaks Drive, Suite 100
Monrovia, California 91016-3629
Tel: 626 386 1100
Fax: 626 386 1101
1 800 566 LABS (1 800 566 5227)

**Laboratory
QC Report
#174558**

City of Wilmington
(continued)

| QC | Analyte | Spiked | Recovered | Units | Yield (%) | Limits (%) | RPD (%) |
|---|---|---|---|---|---|---|---|
| MS | Thallium, Total, ICAP/MS | 20.0 | 21.5 | UGL | 107.5 | ( 70-130 ) | |
| MSD | Thallium, Total, ICAP/MS | 20.0 | 21.1 | UGL | 105.5 | ( 70-130 ) | |
| RPD_LCS | Thallium, Total, ICAP/MS | 104.500 | 103.000 | UGL | 1.4 | ( 0-20 ) | |
| RPD_MS | Thallium, Total, ICAP/MS | 107.500 | 105.500 | UGL | 1.9 | ( 0-20 ) | |

### QC Ref #319045     Lead, Total, ICAP/MS

| QC | Analyte | Spiked | Recovered | Units | Yield (%) | Limits (%) | RPD (%) |
|---|---|---|---|---|---|---|---|
| AASPKSMP | Spiked sample | Lab # 26 | 05180415 | UGL | | ( 0-0 ) | |
| LCS1 | Lead, Total, ICAP/MS | 20 | 21.2 | UGL | 106.0 | ( 85-115 ) | |
| LCS2 | Lead, Total, ICAP/MS | 20 | 21.1 | UGL | 105.5 | ( 85-115 ) | |
| MBLK | Lead, Total, ICAP/MS | ND | <0.50 | UGL | | | |
| MS | Lead, Total, ICAP/MS | 20 | 22.2 | UGL | 111.0 | ( 70-130 ) | |
| MSD | Lead, Total, ICAP/MS | 20 | 21.8 | UGL | 109.0 | ( 70-130 ) | |
| RPD_LCS | Lead, Total, ICAP/MS | 106.000 | 105.500 | UGL | 0.5 | ( 0-20 ) | |
| RPD_MS | Lead, Total, ICAP/MS | 111.000 | 109.000 | UGL | 1.8 | ( 0-20 ) | |

### QC Ref #319049     Chromium, Total, ICAP/MS

| QC | Analyte | Spiked | Recovered | Units | Yield (%) | Limits (%) | RPD (%) |
|---|---|---|---|---|---|---|---|
| AASPKSMP | Spiked sample | Lab # 26 | 05180415 | UGL | | ( 0-0 ) | |
| LCS1 | Chromium, Total, ICAP/MS | 100 | 109 | UGL | 109.0 | ( 85-115 ) | |
| LCS2 | Chromium, Total, ICAP/MS | 100 | 107 | UGL | 107.0 | ( 85-115 ) | |
| MBLK | Chromium, Total, ICAP/MS | ND | <1.0 | UGL | | | |
| MS | Chromium, Total, ICAP/MS | 100 | 109 | UGL | 109.0 | ( 70-130 ) | |
| MSD | Chromium, Total, ICAP/MS | 100 | 107 | UGL | 107.0 | ( 70-130 ) | |
| RPD_LCS | Chromium, Total, ICAP/MS | 109.000 | 107.000 | UGL | 1.9 | ( 0-20 ) | |
| RPD_MS | Chromium, Total, ICAP/MS | 109.000 | 107.000 | UGL | 1.9 | ( 0-20 ) | |

Spikes which exceed Limits and Method Blanks with positive results are highlighted by Underlining.
Criteria for MS and DUP are advisory only, batch control is based on LCS. Criteria for duplicates
are advisory only, unless otherwise specified in the method.

QC Report - Page 3    of 5

 **MWH Laboratories**
*A Division of MWH America, Inc.*

750 Royal Oaks Drive, Suite 100
Monrovia, California 91016-3629
Tel: 626 386 1100
Fax: 626 386 1101
1 800 566 LABS (1 800 566 5227)

**Laboratory
QC Report
#174558**

City of Wilmington
(continued)

---

### QC Ref #319053    Copper, Total, ICAP/MS

| QC | Analyte | Spiked | Recovered | Units | Yield (%) | Limits (%) | RPD (%) |
|---|---|---|---|---|---|---|---|
| AASPKSMP | Spiked sample | Lab # 26 | 05180415 | UGL | | ( 0-0 ) | |
| LCS1 | Copper, Total, ICAP/MS | 100 | 110 | UGL | 110.0 | ( 85-115 ) | |
| LCS2 | Copper, Total, ICAP/MS | 100 | 110 | UGL | 110.0 | ( 85-115 ) | |
| MBLK | Copper, Total, ICAP/MS | ND | <2.0 | UGL | | | |
| MS | Copper, Total, ICAP/MS | 100 | 111 | UGL | 111.0 | ( 70-130 ) | |
| MSD | Copper, Total, ICAP/MS | 100 | 109 | UGL | 109.0 | ( 70-130 ) | |
| RPD_LCS | Copper, Total, ICAP/MS | 110.000 | 110.000 | UGL | 0.0 | ( 0-20 ) | |
| RPD_MS | Copper, Total, ICAP/MS | 111.000 | 109.000 | UGL | 1.8 | ( 0-20 ) | |

### QC Ref #319322    Mercury

| QC | Analyte | Spiked | Recovered | Units | Yield (%) | Limits (%) | RPD (%) |
|---|---|---|---|---|---|---|---|
| MS | Spiked sample | Lab # 26 | 05170267 | UGL | | ( 0-0 ) | |
| LCS1 | Mercury | 1.50 | 1.59 | UGL | 106.0 | ( 85-115 ) | |
| LCS2 | Mercury | 1.50 | 1.54 | UGL | 102.7 | ( 85-115 ) | |
| MBLK | Mercury | ND | <0.20 | UGL | | | |
| MRL_CHK | Mercury | 0.200 | 0.208 | UGL | 104.0 | ( 50-150 ) | |
| MS | Mercury | 1.50 | 1.58 | UGL | 105.3 | ( 70-130 ) | |
| MSD | Mercury | 1.50 | 1.57 | UGL | 104.7 | ( 70-130 ) | |
| RPD_LCS | Mercury | 106.000 | 102.667 | UGL | 3.2 | ( 0-20 ) | |
| RPD_MS | Mercury | 105.333 | 104.667 | UGL | 0.6 | ( 0-20 ) | |

### QC Ref #320110    Arsenic, Total, ICAP/MS

| QC | Analyte | Spiked | Recovered | Units | Yield (%) | Limits (%) | RPD (%) |
|---|---|---|---|---|---|---|---|
| AASPKSMP | Spiked sample | Lab # 26 | 05240157 | UGL | | ( 0-0 ) | |
| LCS1 | Arsenic, Total, ICAP/MS | 20 | 19.7 | UGL | 98.5 | ( 85-115 ) | |
| LCS2 | Arsenic, Total, ICAP/MS | 20 | 20.9 | UGL | 104.5 | ( 85-115 ) | |
| MBLK | Arsenic, Total, ICAP/MS | ND | <1.0 | UGL | | | |

Spikes which exceed Limits and Method Blanks with positive results are highlighted by Underlining.
Criteria for MS and DUP are advisory only, batch control is based on LCS. Criteria for duplicates
are advisory only, unless otherwise specified in the method.

 **MWH Laboratories**
A Division of MWH Americas, Inc.

750 Royal Oaks Drive, Suite 100
Monrovia, California 91016-3829
Tel: 626 386 1100
Fax: 626 386 1101
1 800 566 LABS (1 800 566 5227)

City of Wilmington
(continued)

| MRL_CHK | Arsenic, Total, ICAP/MS | 1.000 | 1.05 | UGL | 105.0 | ( 50-150 ) |
|---------|------------------------|-------|------|-----|-------|-----------|
| MS | Arsenic, Total, ICAP/MS | 20 | 20.1 | UGL | 100.5 | ( 70-130 ) |
| MSD | Arsenic, Total, ICAP/MS | 20 | 22.5 | UGL | 112.5 | ( 70-130 ) |
| RPD_LCS | Arsenic, Total, ICAP/MS | 98.500 | 104.500 | UGL | 5.9 | ( 0-20 ) |
| RPD_MS | Arsenic, Total, ICAP/MS | 100.500 | 112.500 | UGL | 11.3 | ( 0-20 ) |

Spikes which exceed Limits and Method Blanks with positive results are highlighted by Underlining.
Criteria for MS and DUP are advisory only, batch control is based on LCS. Criteria for duplicates
are advisory only, unless otherwise specified in the method.

QC Report - Page 5    of 5

# CHAIN OF CUSTODY RECORD

**MWH Laboratories**
MONTGOMERY WATSON HARZA

750 Royal Oaks, Suite 100
Monrovia, California 91016
Phone: (626) 386-1100
(800) 566-5227
Fax: (626) 386-1101

MWH LABS USE ONLY:    PAGE 2 OF 2

174598

LOGIN COMMENTS:

**SAMPLES CHECKED AGAINST COC BY:**

**SAMPLES LOGGED IN BY:**

**SAMPLES REC'D DAY OF COLLECTION?** ☐ (check for yes)

SAMPLE TEMP WHEN REC'D AT LAB: 4.0 (Compliance 4 +/- 2°C)

CONDITION OF BLUE ICE: FROZEN    PARTIALLY FROZEN    THAWED   (check for yes)

TO BE COMPLETED BY SAMPLER:

COMPANY, UTILITY or PROJECT: City of Wilmington

MWH LABS CLIENT CODE: Wilmington Plumming

SAMPLER PRINTED NAME AND SIGNATURE:

SYSTEM #: DE 0000663

P.O.# / JOB # / PROJECT: DE PU

TAT requested: rush by adv notice only

| SAMPLE DATE | SAMPLE TIME | STATION # or LOCATION | STD ___ 1 week ___ 3 day ___ 2 day ___ 1 day  SITE NAME OR SAMPLE I.D. | MATRIX* | GRAB | COMP | Type of samples (circle one): COMPLIANCE SAMPLES - Requires state forms / ROUTINE SPECIAL CONFIRMATION | SAMPLER COMMENTS |
|---|---|---|---|---|---|---|---|---|
| 5/4 | 10:35 | Contact Hill #1 | 060516C0 | CFW | X | | PB/Cu | |
| 5/4 | 10:44 | Greece Hill #2 | 060516C2 | CFW | X | + | Sodium, other reg | |
| 5/4 | 3:24 | 700 Wilmington US | 060516C6 | CFW | X | + | metals Sb, As, Ba, Be, Cd, Cr, Hg, Se, Th | |

SEE ATTACHED BOTTLE ORDER FOR ANALYSES
LIST ANALYSES REQUIRED BELOW (enter number of bottles sent for each test for each sample)

**NON-COMPLIANCE SAMPLES**
**REGULATION INVOLVED:**
REGULATION INVOLVED: (eg. SDWA, Phase V, NPDES, FDA...)  ☐ (check for yes), OR

* **MATRIX TYPES:**

| | |
|---|---|
| RSW = Raw Surface Water | CFW = Chlor(am)inated Finished Water |
| RGW = Raw Ground Water | FW = Other Finished Water |
| | CWW = Chlorinated Waste Water |
| | WW = Other Waste Water |
| BW = Bottled Water | SO = Soil |
| STW = Storm Water | SL = Sludge |

| | SIGNATURE | PRINT NAME | COMPANY/TITLE | DATE | TIME |
|---|---|---|---|---|---|
| RELINQUISHED BY: | | Samuel Walker | City of Wilmington Labs | 5/17/06 | 3:47pm |
| RECEIVED BY: | | GERALD SNOUCE | MWH | 5/18/06 | 10:30 |
| RELINQUISHED BY: | | | | | |
| RECEIVED BY: | | | | | |
| RELINQUISHED BY: | | | | | |
| RECEIVED BY: | | | | | |

Page 1

C-O-C#

## Other Documents

1:05-cv-00576-*** Seawright et al v. Stanley Taylor et al

PaperDocuments

### U.S. District Court

### District of Delaware

## Notice of Electronic Filing

The following transaction was entered by Kelly, Eileen on 3/5/2007 at 2:55 PM EST and filed on 3/5/2007

**Case Name:**       Seawright et al v. Stanley Taylor et al
**Case Number:**     1:05-cv-576
**Filer:**
**Document Number:** 81

**Docket Text:**
Letter to Daniel M. Woods from Eileen Kelly regarding Water Testing. (Attachments: # (1) Enclosures) (Kelly, Eileen)

**1:05-cv-576 Notice has been electronically mailed to:**

Eileen Kelly     eileen.kelly@state.de.us

**1:05-cv-576 Notice has been delivered by other means to:**

Darren Lamont Seawright
Darren Lamont Seawright, Pro se
6348 Highland Ave.
Pennsauken, NJ 08109

William J. Webb, Jr

Daniel M. Woods
SBI #164728
Delaware Correctional Center
1181 Paddock Road
Smyrna, DE 19977

The following document(s) are associated with this transaction:

**Document description:**Main Document
**Original filename:**n/a
**Electronic document Stamp:**

[STAMP dcecfStamp_ID=1079733196 [Date=3/5/2007] [FileNumber=352695-0]
[4bc12be7aacf1ea45325b6517281f81bff9cc34b4bcfcf0f6cd78c36abf79f09be32f
9387adcee33c0c529f63408847d00775ccd35582b895e9f69f1cceea64b]]
**Document description:** Enclosures
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1079733196 [Date=3/5/2007] [FileNumber=352695-1]
[0f55059faeb6c8cb9ee33a262d3f287b920a3d63d084b5db41ad841d053c5aebf79b9
97458671035c508c1f8a5c96b01e5e4ec0b6d163d3e58f93223c34fa96a]]

STATE OF DELAWARE
DEPARTMENT OF CORRECTION
HOWARD R. YOUNG CORRECTIONAL INSTITUTION
**OFFICE OF THE GRIEVANCE CHAIRPERSON**
1301 E. 12TH STREET
WILMINGTON, DE 19801

**MEMORANDUM**

TO:        Inmate  _Daniel Woods_                    _1-A_

FROM:    **Sgt. Moody, Inmate Grievance Chairperson**

DATE:    _8-2-05_

RE:        YOUR RECENT GRIEVANCE #05- _15561_

This memo is to inform you that the grievance submitted by you dated _7-24-05_, regarding
_____ _Water in Dorms_ _____ is not grievable for the following reason(s):

_____ The complaint was addressed by the IGC: _____.

_____ Security issue (involves the security and/or staffing of the Institution and/or the safety, health, and/or welfare of inmates, staff and the public).

_____ Classification issues (security classification, jobs, transfers, programs, housing unit assignment). Classification has its own appeal process.  The inmate must write to the Treatment/Classification Unit within seven (7) days after the inmate receives the Classification decision.  The letter must state that the inmate is appealing the classification and clearly indicate the reasons the inmate disagrees with the classification decision.

_____ Disciplinary issue.  Disciplinary actions cannot be grieved but must be APPEALED within 24 hours of the Class I or Class II Hearing Decision. Complete an appeal form and mail it to the facility Hearing Officer within 24 hours of receiving the form. Please note that 24 loss of all privileges cannot be appealed.

_____ Parole Board Decision.  The inmate must write a letter to the Parole Board within 30 days of the Board's decision. Expressing the desire to appeal the decision and listing the reasons.  The Parole Board's address is: Board of Parole, Carvel State Office Building, 820 N. French Street, 5th Floor, Wilmington, DE 19801.

_____ Inmates cannot request or demand disciplinary action on staff.  If you have a complaint regarding staff write a letter to that person's supervisor.  In this case, that is:

_____ This is an issue/complaint that has already been grieved by you or another inmate. _____.

**__X__ I/M Woods, this grievance is unacceptable because it has passed the seven (7) day time frame allotted to file a grievance. You stated to your Housing Officer, CO Young that you were housed in the Key Program in 1996; and there are no records verifying that you were housed in the Key Program within the past year.  You have seven (7) days after the incident to submit a grievance, not nine (9) years.**

_____ The grievance is a photocopy, carbon copy, written in pencil or red ink.  Original grievance forms must be written in black or dark blue ink.

____ This complaint is addressed in the Inmate Handbook.  Refer to the handbook page _____ for clarification and/or direction.

____ Action request is inappropriate or not completed.  Inmate must make an actual request, such as, request that an investigation be conducted (inmates are not forwarded results of investigations that involve staff conduct).

____ Documentation must be attached to the grievance when it is resubmitted that supports allegations/complaint, such as commissary receipts, Form 537, etc.  The IGC will make copies of items submitted with the grievance and return the originals to the inmate.

____ This complaint should be addressed by submitting a sick call slip.  If you are experiencing any type medical condition, please submit a sick call slip.

____ Other:  Requests are not processed through the grievance procedure.

____ Other:  Please be advised that you have submitted your grievance on the wrong form.  Please re-submit using the correct grievance form.

cc:    file

HRYCI Howard R. Young Correctional Institution
1301 E. 12th Street
WILMINGTON DE, 19809
Phone No. 302-429-7700

## GRIEVANCE REPORT

### OFFENDER GRIEVANCE INFORMATION

| | | |
|---|---|---|
| **Offender Name** : WOODS, DANIEL M | **SBI#** : 00164728 | **Institution** : HRYCI |
| **Grievance #** : 15561 | **Grievance Date** : 07/24/2005 | **Category** : Individual |
| **Status** : Non Grievable | **Resolution Status** : | **Resol. Date** : |
| **Grievance Type**: Maintenance | **Incident Date** : 07/24/2005 | **Incident Time** : 12:01 |
| **IGC** : Moody, Mary | **Housing Location** : Building 1, West, Floor 1, Pod 1A, Cell 15, Bed B | |

### OFFENDER GRIEVANCE DETAILS

**Description of Complaint:** Health and safety hazard "Dorm 1" water lines were and our soildered with 50/50 soilder which means: 50% lead 50% soilder is in violation of all building codes in Delaware. And can cause lead poisoning. 50/50 has been outlawed under the building codes before the dorms were built. How do I know 50/50 was used on these lines because I soilder the lines, I informed the Officer in charge it was illegal to use, but he ordered me to continue.

**Remedy Requested** : Remove all water lines through out Dorm #1 and #2 replace the lines with lead free soilder. Order testing to the damage of lead traces found in inmates housed there and all others who were also housed there, including myself.

### INDIVIDUALS INVOLVED

| Type | SBI # | Name |
|---|---|---|
| | | |

### ADDITIONAL GRIEVANCE INFORMATION

| | |
|---|---|
| **Medical Grievance** : NO | **Date Received by Medical Unit** : |
| **Investigation Sent** : | **Investigation Sent To** : Wallis, Robert D |
| **Grievance Amount** : | |

D00036

HRYCI Howard R Young Correctional Institution                    Date: 08/02/2005
1301 E. 12th Street
WILMINGTON DE, 19809
Phone No. 302-429-7700

# INFORMAL RESOLUTION

| OFFENDER GRIEVANCE INFORMATION | | |
|---|---|---|
| **Offender Name :** WOODS, DANIEL M | **SBI#** : 00164728 | **Institution** : HRYCI |
| **Grievance #** : 15561 | **Grievance Date** : 07/24/2005 | **Category** : Individual |
| **Status** : Non Grievable | **Resolution Status:** | **Inmate Status :** |
| **Grievance Type:** Maintenance | **Incident Date** : 07/24/2005 | **Incident Time :** 12:01 |
| **IGC** : Moody, Mary | **Housing Location :** Building 1, West, Floor 1, Pod 1A, Cell 15, Bed B | |

| INFORMAL RESOLUTION | |
|---|---|
| **Investigator Name** : Wallis, Robert D | **Date of Report** 07/28/2005 |

**Investigation Report :** Sgt.Moody the solder we use is 95/5 95-silver 5-tin. Also I was the supervisor of the Dm projects and no one mentioned lead solder. Last of all if inmates were getting lead poisoning from the solder,we would have had a law suit by now. Its been almost ten years.

**Reason for Referring:**

Offender's Signature:_____

Date                    :_____

Witness (Officer)     :_____

D00037

HRYCI Howard R Young Correctional Institution    Date: 08/02/2005
1301 E. 12th Street
WILMINGTON DE, 19809
Phone No. 302-429-7700

## GRIEVANCE INFORMATION - IGC

### OFFENDER GRIEVANCE INFORMATION

| | | | |
|---|---|---|---|
| Offender Name : WOODS, DANIEL M | SBI# : 00164728 | Institution : HRYCI |
| Grievance # : 15561 | Grievance Date : 07/24/2005 | Category : Individual |
| Status : Non Grievable | Resolution Status : | Inmate Status : |
| Grievance Type: Maintenance | Incident Date : 07/24/2005 | Incident Time : 12:01 |
| IGC : Moody, Mary | Housing Location : Building 1, West, Floor 1, Pod 1A, Cell 15, Bed B |

### IGC

Medical Provider:                          Date Assigned

Comments:
Non-grievable - timely submission.  Please see notes on grievance. Sgt. Moody

☐ Forward to MGC              ☐ Warden Notified

☐ Forward to RGC              Date Forwarded to RGC/MGC : 08/02/2005

☐ Offender Signature Captured      Date Offender Signed     :

D000038

| Policy of State of Delaware Department of Correction | Policy Number: 8.55 | Page Number 1 of 2 |
|---|---|---|
| | Related ACA Standards 1.3.7 | |
| Chapter: 8 Administration | Subject: Environmental Policy | |
| Approved by Commissioner, Department of Correction: | | |
| Effective Date: *June 20, 2005* | | |

I.    **AUTHORITY:**   Delaware Code Title 7, Section 7802, and Governor's Executive Order 44

II.   **PURPOSE:**   To establish the Department of Correction Environmental Policy

III.  **APPLICABILITY:**   All department Employees, volunteers, person or organizations conducting business with the Department; all offenders and detentioners under the supervision or custody of the Department.

VI.   **DEFINITIONS:**

    a.    None

V.    **POLICY:**   As set forth in Delaware Code and the Governor's Executive Order, we are committed to protecting the environment and communities. We will reduce and make continual progress toward eliminating the release of any substance that may cause health or environmental damage. We will reduce, and where possible eliminate wastes and releases through source reduction. All waste will be handled and disposed of safely and responsibly.

    a.    All facilities and grounds shall conform to applicable laws and safety standards in the storage, handling and disposal of chemicals, waste materials and other potential atmospheric, soil or water pollutants.

    b.    Promote environmental awareness and encourage working in an environmentally responsible manner.

    c.    Ensure a safe and healthy workplace and minimize our potential impact on the environment. We will operate in compliance with all relevant federal, state and local environmental legislation and we will strive to use pollution prevention and environmental best practices in all we do.

Avoid unnecessary use of hazardous materials and products, seek substitutions when feasible, and take all reasonable steps to protect human health and the environment when such materials must be used, stored and disposed of,

e.    Where required by legislation or where significant health, safety or environmental hazards exist, develop and maintain appropriate emergency and spill response programs.

f.    The DOC will routinely seek cost – effective ways to minimize new facility construction and existing facility operational impacts to the environment, utilizing continual improvement methods with input from employees and the community

g.    Risk Management Safety Officer, Chief of Security and Institutional Inspectors will conduct routine inspections and evaluations of our environmental standards.

h.    Strive to continually improve our environmental performance by periodically reviewing our environmental policy in light of our current and planned future activities.