

JOSEPH R. BIDEN, III
ATTORNEY GENERAL

DEPARTMENT OF JUSTICE
NEW CASTLE COUNTY
820 NORTH FRENCH STREET
WILMINGTON, DELAWARE 19801

CRIMINAL DIVISION (302) 577-8500
FAX (302) 577-2496
CIVIL DIVISION (302) 577-8400
FAX (302) 577-6630
TTY (302) 577-5783

April 20, 2007

[New Castle County-Civil Division]

The Honorable Mary Pat Thynge
U.S. District Court
844 N. King Street
Wilmington, DE 19801

    Re:     **Seawright, et al. v. Williams, et al.**
              **C.A. No. 05-576-\*\*\***

Dear Judge Thynge:

    Pursuant to the April 18, 2007 teleconference in the above-referenced matter, I have enclosed a proposed Order Staying Discovery. I request that the Court advise me if any changes are required.

                              Respectfully,

                              /s/ Eileen Kelly

                              Eileen Kelly
                              Deputy Attorney General

Enclosure

cc:     Darren Seawright (w/enclosure)

        Daniel Woods (w/enclosure)
        SBI # 164728