IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| DARREN LAMONT SEAWRIGHT and DANIEL M. WOODS, | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | C.A. No. 05-576-*** |
| WARDEN RAFAEL WILLIAMS, MAINTENANCE SUPERVISOR PACECO, and THE STATE OF DELAWARE, | ) ) ) ) ) | |
| Defendants. | ) ) | |

**ORDER STAYING DISCOVERY**

This ___ day of _____, 2007, the Court having referred this matter to the Federal Civil Panel for representation [D.I. 99],

IT IS HEREBY ORDERED that:

1. The June 1, 2007 discovery deadline is stayed.

2. The July 2, 2007 deadline for the filing of dispositive motions is stayed.

                                                         _____
                                                         UNITED STATES MAGISTRATE JUDGE

1