IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DARREN LAMONT SEAWRIGHT and DANIEL M. WOODS, ) ) ) | |
| Plaintiffs, ) ) | |
| v. ) ) | C.A. No. 05-576-*** |
| WARDEN RAFAEL WILLIAMS, MAINTENANCE SUPERVISOR PACECO, and THE STATE OF DELAWARE, ) ) ) ) ) | |
| Defendants. ) | |

FILED
APR 20 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

### ORDER STAYING DISCOVERY

This 20 day of April, 2007, the Court having referred this matter to the Federal Civil Panel for representation [D.I. 99],

IT IS HEREBY ORDERED that:

1. The June 1, 2007 discovery deadline is stayed.

2. The July 2, 2007 deadline for the filing of dispositive motions is stayed.

UNITED STATES MAGISTRATE JUDGE

1