IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| DANIEL M. WOODS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | Civil Action No. 05-576*** |
| WARDEN RAFAEL WILLIAMS, | ) | |
| MAINTENANCE SUPERVISOR | ) | |
| PACECO, and THE STATE OF | ) | |
| DELAWARE, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

**ORDER**

At Wilmington, this 25th day of May, 2007,

IT IS HEREBY ORDERED that plaintiff's motion for retesting (D.I. 86) is DENIED without prejudice for leave to re-file when counsel is appointed for defendant.

UNITED STATES MAGISTRATE JUDGE