

**JOSEPH R. BIDEN, III**
ATTORNEY GENERAL

**DEPARTMENT OF JUSTICE**
NEW CASTLE COUNTY
820 NORTH FRENCH STREET
WILMINGTON, DELAWARE 19801

CRIMINAL DIVISION (302) 577-8500
FAX (302) 577-2496
CIVIL DIVISION (302) 577-8400
FAX (302) 577-6630
TTY (302) 577-5783

September 13, 2007

[New Castle County-Civil Division]

The Honorable Mary Pat Thynge
U.S. District Court
844 N. King Street
Wilmington, DE  19801

   Re: **Seawright, et al. v. Williams, et al.**
      <u>C.A. No. 05-576-\*\*\*</u>

Dear Judge Thynge:

  I am writing in reference to the teleconference in the above-referenced matter which took place on September 10, 2007. During the teleconference, Plaintiff Daniel Woods, an inmate incarcerated at Delaware Correctional Center ("DCC"), stated that he had been moved from his housing unit to "the hole" and then to maximum security housing. Your Honor requested that I obtain information pertaining to Mr. Woods' statements.

  On July 14, 2007, DCC staff conducted a search, or shakedown, of Mr. Woods' cell. A number of prohibited items were found in the cell, including glue and some type of petroleum product. In connection with the shakedown, Mr. Woods was charged with Possession of Dangerous Contraband, Creating a Health, Safety or Fire Hazard, Failing to Obey an Order, and Possession of Non-Dangerous Contraband. A copy of the Disciplinary Report is enclosed. The Disciplinary Report indicates that Mr. Woods admitted that the prohibited items were his. The Report also states that the glue could be used to interfere with locking devices and the petroleum product posed a fire hazard.

  After the prohibited items were found in Mr. Woods' cell, Mr. Woods was transferred administratively to the prison's isolation unit. Mr. Woods remained in isolation for thirteen days pending a classification review. Mr. Woods was then reclassified to the Maximum Housing Unit ("MHU"), where he has been housed since that time. In short, Mr. Woods has been moved to a higher security level in connection with the July 14, 2007 cell shakedown.

The Honorable Mary Pat Thynge
September 13, 2007
Page Two

      Undersigned counsel is available if the Court requires additional information.

                                            Respectfully,

                                            /s/ Eileen Kelly

                                            Eileen Kelly
                                            Deputy Attorney General

Enclosure

cc:    Daniel Woods (w/enclosure)
        SBI # 164728