| Disciplinary# | DCC Delaware Correctional Center | Date: 09/10/2007 |
|---|---|---|
| 1033242 | Smyrna Landing Road SMYRNA DE, 19977 Phone No. 302-653-9261 | |

## DISCIPLINARY REPORT

Disciplinary Type: Class1        Housing Unit Bldg 22        IR#: 1043846

| SBI# | Inmate Name | Inst. Name | Location Of Incident | Date | Time |
|---|---|---|---|---|---|
| 00164728 | Woods, Daniel M | DCC | Bldg.D D Tier | 07/14/2007 | 03:00 |

Violations: 1.18/200.218 Possession of Dangerous Contraband, 2.03/200.106 Creating a Health, Safety or Fire Hazard, 2.06/200.108 Failing to Obey an Order, 2.13/200.111 Possession of Non-Dangerous Contraband

Witnesses: 1. N/A        2. N/A        3. N/A

### Description of Alleged Violation(s)

At The Above Time And Date, I C/O Glick, With C/O Teliho, Were Conducting A Shakedown Of Cell # D/E D-15, That Is Occupied By Woods, Daniel, Sbi 00164728, With The Following Results:

From The Coat Hanging Area In The Cell, One Container That Is Labled "Deep Sea," That Was Found To Contain Wood Glue. From The Same Area, A Small Green Plastic Container Was Found To Contain A Petro Distillate Of Some Sort. The Green Container Was Labled" Alphagan". From The Upper Tv Stand, A Container That Is Labled "Artificaltears" That Was Found To Contain What Appears To Be Ink.

On Confrontation, Im Woods Stated That All Of The Above Were His.

The Articles Were Confiscated As Non Dangerous Contraband Because The Contianers Were Being Used For Purposes Other Than Intended.

The Glue And The Oil Were Confiscated As Dangerous Contraband...The Glue, That It Can Interfere With And Jam Locking Devices. The Petroleum Distillate...It'S Potential As A Fire Hazzard.

The Petro-Distillate'S Ability To Create A Fire Hazzard...It Was Confiscated As A Health And Safety Hazzard As Well.

Possession Of Dangerous And Non Dangerous Contraband Are Violations Of Dcc Im Housing Rules...Ergo...Woods Failed To Obey An Order.

All Of The Above Were Inventoried On Fm 537, And Accompanies This Report.

Lt Tyson Has Been Advised Of This Disciplinary Action.

Reporting Officer: Glick, Stephen R (Correctional Officer)

### Immediate Action Taken

Immediate action taken by: Glick, Stephen R -Correctional Officer

Confiscated Contraband, Completed Fm 537, Advised Im And Area Lt. Of This Disciplinary Action.

### Offender Disposition Details

Disposition: N/A        Date: N/A    Time: N/A    Cell secured? No
Reason: N/A

Disposition Of Evidence: Confiscated, Retained, Accompanies This Report. Fm 537 Completed.

### Approval Information

Approved: [x]    Disapproved: [ ]    Approved By: Tyson, Teddy (Staff Lt./Lt)
Comments: N/A

### Shift Supervisor Details

Date Received: 07/14/2007        Time: 05:43        Received From: Tyson, Teddy

Shift Supervisor Determination:

[ ] Upon reviewing this Disciplinary Report, I conclude that the offense may be properly responded to by an immediate revocation of the following privileges(see reverse side) for _____ hours not to exceed 24 hours)

[X] Upon reviewing this Disciplinary Report, I conclude that the offense would be properly responded to by Disciplinary Hearing.

Tyson, Teddy (Staff Lt./Lt)