To: Hon. Judge
Mary Pat Thynge
844 King St.
Wilm, De 19801

Fr: Daniel M. Woods
#164728  22-B-U4
1181 Pachock Rd.
Smyrna, De. 19977

Date: 9-10-07

Re: Seawright V. Williams, et.al.
C.A# No. 05-576 (M.P.T.)

Dear Honorable Judge,

    I first would like to respectfully apologize to you for my frustration level during our Tele-Conference on 9-10-07. If my wording was in anyway disrespectful, that truly was not my intent.
Being thrown in the hole for 15 days, placed back into Max, while under going Toxic Treatments for my condition (Hep. C) Now the defendants are even playing games with my medications.

FILED
SEP 13 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

Continue:

Just the other day, I finally received my personal property and theres alot missing, (Legal documents). Ot our Tela-Conference, I was informing you of the situation I've been place in again.

As you can see by the document I am sending, the same situation took place while the Honorable Kent Jurden was over seeing this case. I filed a Preliminary Injuction along with my personal Letter to the Honorable Judge. He ordered Ms. Elleen Kelly to find out whats going on. They (The defendants) had no justification why I was being housed in Max. Once the Honorable Judge became involved, They tryed to clean up there actions. Then once I was moved, Dept. of Justice requested me to withdraw my Motion and I did so.

Respectfully

Daniel M. Woods



**STATE OF DELAWARE**
**DEPARTMENT OF JUSTICE**

**CARL C. DANBERG**
Attorney General



| NEW CASTLE COUNTY | KENT COUNTY | SUSSEX COUNTY |
|---|---|---|
| Carvel State Building | 102 West Water Street | 114 E. Market Street |
| 820 N. French Street | Dover, DE 19904 | Georgetown, DE 19947 |
| Wilmington, DE 19801 | Criminal Division (302) 739-4211 | (302) 856-5352 |
| Criminal Division (302) 577-8500 | Fax: (302) 739-6727 | Fax: (302) 856-5369 |
| Fax: (302) 577-2496 | Civil Division (302) 739-7641 | TTY: (302) 856-2500 |
| Civil Division (302) 577-8400 | Fax: (302) 739-7652 | |
| Fax: (302) 577-6630 | TTY: (302) 739-1545 | |
| TTY: (302) 577-5783 | | |

**PLEASE REPLY TO:**

August 29, 2006

Civil Division - New Castle County

Daniel M. Woods
SBI # 164728
Delaware Correctional Center
1181 Paddock Road
Smyrna, DE 19977

    Re:   **Seawright, et al. v. Williams, et al.**
           **C.A. No. 05-576-KAJ**

Dear Mr. Woods:

    This is in response to your Motion for Preliminary Injunction [D.I. 44] and your letter dated August 17, 2006 regarding your housing status.

    I understand that you have been moved from maximum security to the compound at DCC. Therefore, I am asking that you withdraw your Motion.

    Thank you.

                                                                   Very truly yours,

                                                                   Eileen Kelly
                                                                   Deputy Attorney General

INMATE: Daniel M. Roberts
SBI# 166228    UNIT 22-B-14
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

Legal Mail

United States District Court
844 N. King St. Lockbox 18
Wilmington, DE
19801