To: The Honorable Mary P. Thynge
U.S. District Court
844 N. King Street
Wilmington, De 19801

Fr: Daniel M. Woods
#164728, 22-B-U4
1181 Paddock Rd
Smyrna, De. 19977

Date Sept. 15, 2007

FILED
SEP 18 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

Re: Searight, et. al. V. Williams et. al.
C.A. No.# 05-576 (M.P.T)

Dear Judge Thynge,

This letter and the presented documents that are attached are my response to the State's answer, to why I was placed in Max. These presented exhibits attached will show the defendants "shady attempts" to cover up and try justifing falsly there actions to this Honorable Court.

Continued......



**II.**

Please Review Exhibit A The document Sent From The Department of Justice. This one page document has been altered with the Attempt To Try Tricking The Court.
If This Honorable Court would Please see exhibit B-1-2 Will Show what Write-ups Look Like And Consist of. Those documents Sent by Department of Corrections (Exhibit A) Left out Two other Very Important documents As Shown in exhibit B-1-2.

If This Court Will see exhibit A The Very bottom of The document Were I placed a Ashtra Star and an Arrow pointing.
Now see exhibit B at The Very bottom were I placed Arrows and Stars, That Hole part is missing From the State document exhibit A That part Left out of exhibit A Is Very Important. One, it shows, You Received a Copy of The Write-up, And have been informed of your Rights to have a hearing.

III.

You must Receive a Copy of The "Write and "Sign" for it AND Then you have a Right To have a Adjustment board hearing, before your punished.

What if your found not Guilty or you want to appeal, you have a ~~~~~ Right to have due process.

Your Honor, They have No Signature of Mine on these write-up (Exhibit A) as is Required.

I have to be found Guilty before I can be punished, see exhibit B-1 will Show you how Things are done. This document Sent by Dept. of Corrections is a Fake exhibit A, Trying To Justifie there actions. The exhibit-B-1-2 will Show were the Offender is Required to sign his name in front of. A Lt. Its a preliminary hearing! Now why did Dept. of Corrections only Sent the one document and altered it. Review exhibit B

IV. I pray Your Honor will review these document and see were the defendants are trying to pull the whool over your eyes In This matter.

Respectfully

Daniel M. Wood

| Disciplinary# | DCC Delaware Correctional Center | Date: 09/10/2007 |
|---|---|---|
| 1033242 | Smyrna Landing Road SMYRNA DE, 19977 Phone No. 302-653-9261 | |

## DISCIPLINARY REPORT

**Disciplinary Type:** Class1  **Housing Unit** Bldg 22  **IR#:** 1043846

| SBI# | Inmate Name | Inst. Name | Location Of Incident | Date | Time |
|---|---|---|---|---|---|
| 00164728 | Woods, Daniel M | DCC | Bldg.D D Tier | 07/14/2007 | 03:00 |

**Violations:** 1.18/200.218 Possession of Dangerous Contraband, 2.03/200.106 Creating a Health, Safety or Fire Hazard, 2.06/200.108 Failing to Obey an Order, 2.13/200.111 Possession of Non-Dangerous Contraband

**Witnesses:** 1. N/A   2. N/A   3. N/A

### Description of Alleged Violation(s)

At The Above Time And Date, I C/O Glick, With C/O Teliho, Were Conducting A Shakedown Of Cell # D/E D-15, That Is Occupied By Woods, Daniel, Sbi 00164728, With The Following Results:

From The Coat Hanging Area In The Cell, One Container That Is Labled "Deep Sea," That Was Found To Contain Wood Glue. From The Same Area, A Small Green Plastic Container Was Found To Contain A Petro Distillate Of Some Sort. The Green Container Was Labled" Alphagan". From The Upper Tv Stand, A Container That Is Labled "Artificaltears" That Was Found To Contain What Appears To Be Ink.

On Confrontation, Im Woods Stated That All Of The Above Were His.

The Articles Were Confiscated As Non Dangerous Contraband Because The Contianers Were Being Used For Purposes Other Than Intended.

The Glue And The Oil Were Confiscated As Dangerous Contraband...The Glue, That It Can Interfere With And Jam Locking Devices. The Petroleum Distillate...It'S Potential As A Fire Hazzard.

The Petro-Distillate'S Ability To Create A Fire Hazzard...It Was Confiscated As A Health And Safety Hazzard As Well.

Possession Of Dangerous And Non Dangerous Contraband Are Violations Of Dcc Im Housing Rules...Ergo...Woods Failed To Obey An Order.

All Of The Above Were Inventoried On Fm 537, And Accompanies This Report.

Lt Tyson Has Been Advised Of This Disciplinary Action.

**Reporting Officer:** Glick, Stephen R (Correctional Officer)

### Immediate Action Taken

**Immediate action taken by:** Glick, Stephen R -Correctional Officer

Confiscated Contraband, Completed Fm 537, Advised Im And Area Lt. Of This Disciplinary Action.

### Offender Disposition Details

**Disposition:** N/A  **Date:** N/A  **Time:** N/A  **Cell secured?** No
**Reason:** N/A

**Disposition Of Evidence:** Confiscated, Retained, Accompanies This Report. Fm 537 Completed.

### Approval Information

**Approved:** [x]  **Disapproved:** [ ]  **Approved By:** Tyson, Teddy (Staff Lt./Lt)
**Comments:** N/A

### Shift Supervisor Details

**Date Received:** 07/14/2007  **Time:** 05:43  **Received From:** Tyson, Teddy

**Shift Supervisor Determination:**

[ ] Upon reviewing this Disciplinary Report, I conclude that the offense may be properly responded to by an immediate revocation of the following privileges(see reverse side) for _____ hours not to exceed 24 hours)

[X] Upon reviewing this Disciplinary Report, I conclude that the offense would be properly responded to by Disciplinary Hearing.

Tyson, Teddy (Staff Lt./Lt)

*Missing Bottom Half, See ex-B

Page 1 of 2

Exhibit A

| Disciplinary# | | | | Date: 02/22/2007 |
|---|---|---|---|---|
| 1027354 | | DCC Delaware Correctional Center<br>Smyrna Landing Road<br>SMYRNA DE, 19977<br>Phone No. 302-653-9261 | *Welcome* | |

## DISCIPLINARY REPORT

| Disciplinary Type: Class 1 | Housing Unit: Bldg 22 | IR#: 1035560 | | |
|---|---|---|---|---|
| SBI# | Inmate Name | Inst. Name | Location Of Incident | Date | Time |
| [redacted] | [redacted] | DCC | Bldg.19 D Tier | 09/13/2006 | 08:25 |

**Violations:** 1.06/200.203 Disorderly or Threatening Behavior, 2.03/200.106 Creating a Health, Safety or Fire Hazard, 2.06/200.108 Failing to Obey an Order

**Witnesses:** 1. N/A    2. N/A    3. N/A

### Description of Alleged Violation(s)

On The Above Date And Approximate Time, I Sgt. James Thomas, Gave Inmate Mojica, Noel A Direct Order To Change His Long John Pants To The Orange Pants Or To The Gray Shorts Or To The White Shorts. Inmate Mojica'S Reply Was, "I Don'T Have To Change And I'M Going Out Anyway Fuck You, That'S Not The Rules, Let Me Go To The Yard Mother Fucker." I Sgt. Thomas Told Inmate Mojica, If He Does Not Comply, He Will Not Come Out For Recreation. Inmate Mojica Did Not Comply And He Did Not Come Out For Recreation. Note: Sbi 504235 Is Inmate Mojica, Noel.

**Reporting Officer:** Thomas, James C (CO Corporal/Sgt. - Large Inst.)

### Immediate Action Taken

**Immediate action taken by:** Thomas, James C - CO Corporal/Sgt. - Large Inst.
Notified Lt. Brzezicki.

### Offender Disposition Details

| Disposition: N/A | Date: N/A | Time: N/A | Cell secured? No |
|---|---|---|---|

**Reason:** N/A

**Disposition Of Evidence:** N/A

### Approval Information

**Approved:** [x]   **Disapproved:** [ ]   **Approved By:** Brzezicki, Ronald A (Staff Lt./Lt)

**Comments:** N/A

### Shift Supervisor Details

**Date Received:** 09/13/2006    **Time:** 22:40    **Received From:** Brzezicki, Ronald A

**Shift Supervisor Determination:**

[ ] Upon reviewing this Disciplinary Report, I conclude that the offense may be properly responded to by an immediate revocation of the following privileges (see reverse side) for _____ hours not to exceed 24 hours)

[X] Upon reviewing this Disciplinary Report, I conclude that the offense would be properly responded to by Disciplinary Hearing.

*Lt. Michael Welcome*
Brzezicki, Ronald A (Staff Lt./Lt)
welcome, Michael

I have received a copy of this notice on **DATE:** 3/8/07  **TIME:** 0800 and have been informed of my rights to have a hearing and to present evidence on my own behalf. I understand, if found guilty, I will be subject to imposition of sanctions outlined in the Rules of conduct.

**Preliminary Hearing Officer:** *Lt. Michael Welcome*   **Offender:** [signature]
Brzezicki, Ronald A
welcome, Michael

LT Welcome, [illegible] Thomas
Please conduct prelim. on this hm. He is in MHU 22

Exhibit-B

Page 1 of 1

```
03/08/2007
1027354
```

**DCC Delaware Correctional Center**
Smyrna Landing Road
SMYRNA DE, 19977
Phone#: 302-653-9261

Date: 03/08/2007

## NOTICE OF DISCIPLINARY HEARING - FOR MINOR/MAJOR OFFENSE

TO: Inmate: Mojica, Noe          SBI#: 00504235    Housing Unit: Bldg 22

1. You will be scheduled to appear before the Hearing Office to answer charges pending against you. (Staff are to explain the charges as listed on the 122.)

2. At that time, a hearing will be held to determine whether you violated Institutional Rule(s) as alleged in the attached Disciplinary Report.
   How do you plead ? [ ] Guilty     [ X ] Not Guilty

3. A "Minor Offense" is a rule violation in which the extent of the sanction to be imposed shall be restricted to:
   a. Written Reprimand
   b. Loss of one or more privileges for a period of time **of more than 24 hours but not to exceed 15 days.**

4. A "Major Offense" is a rule violation in which the extent of the sanction to be imposed shall be restricted to:
   a. Loss of one or more privileges for a period of time not to exceed 90 days.
   b. Confinement to assigned quarters for a period of time not to exceed 90 days.
   c. Isolation confinement for a period of time not to exceed 90 days.
   d. Loss of good time for a period of time not to exceed 90 days.
      (Forfeiture of accumulated good time shall be subject to the approval of the Commissioner or his designee.)

5. You have the right in the disciplinary process as stated on the lower and back of this page. These have been fully explained to you at the time of this notification.

6. Counsel requested    **No**         Name of Counsel: ,_

7. Confront accuser?    **Yes**

8. Witness requested?   **Yes**        Name of Witness: ,_

I certify that on **09/13/2006** at **22:41**, I served upon the above inmate this notice of Disciplinary Hearing for Minor/Major Offense and the Disciplinary Report is attached hereto.

_(Employee's Signature & Title)_
Brzezicki, Ronald A
welcome, Mojica

I have received copies of 122 & 127 and understand my rights as Form # 127 has been read to me

_(Inmate's Signature)_
Mojica, Noe

Page 1 of 2

EX-1

03/08/2007
1027354

**DCC Delaware Correctional Center**
**Smyrna Landing Road**
**SMYRNA DE, 19977**
**Phone#: 302-653-9261**

Date: 03/08/2007

## NOTICE OF DISCIPLINARY HEARING - FOR MINOR/MAJOR OFFENSE

### INMATE RIGHTS IN THE DISCIPLINARY PROCESS

**MINOR OFFENSE :**

**Right to Remain Silent:** If you are charged criminally based upon the same facts giving rise to the disciplinary process, you have the right to remain silent at the Disciplinary Hearing. If you choose to remain silent, your silence will not be considered against you at the Disciplinary Hearing. In all other circumstances, silence at the Disciplinary Hearing may be considered against you.

**Presence:** You have the right to be present at all phases of the hearing, except that you may be excluded during the Hearing Officer's deliberations and at any time your behavior becomes disruptive to the proceedings. Reason for such exclusions shall be stated in writing.

Ex-2



Daniel M Liberts
SBI# 164728   UNIT 28-B-U-4
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

Legal Mail

C.A. N# 05-576 (J.J.F.)

United States District Court
844 N. King St. Lockbox 18
Wilmington, De.
19801