Case 1:05-cv-00576-***   Document 110   Filed 10/09/2007   Page 1 of 2

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| DARREN LAMONT SEAWRIGHT and DANIEL M. WOODS, | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | C.A. No. 05-576-KAJ |
| WARDEN RAFAEL WILLIAMS, MAINTENANCE SUPERVISOR PACECO, and THE STATE OF DELAWARE, | ) ) ) ) ) | |
| Defendants. | ) | |

## SUBSTITUTION OF COUNSEL

**PLEASE TAKE NOTICE:** Deputy Attorney General Catherine Damavandi

hereby enters her appearance on behalf of Department of Correction Defendants:

Warden Raphael Williams and Joseph Pacheco in place of Eileen Kelly.


STATE OF DELAWARE                    STATE OF DELAWARE
DEPARTMENT OF JUSTICE                DEPARTMENT OF JUSTICE


/s/ Eileen Kelly                     /s/ Catherine Damavandi
Eileen Kelly, ID#2884                Catherine Damavandi, ID#3823
Deputy Attorney General              Deputy Attorney General
Department of Justice                Department of Justice
Carvel State Office Bldg.,           Carvel State Office Bldg.,
820 N. French Street, 6th Fl.,       820 N. French Street, 6th Fl.,
Wilmington, DE  19801                Wilmington, DE  19801
(302)577-8400                        (302)577-8400


Dated: October 9, 2007

Case 1:05-cv-00576-***     Document 110     Filed 10/09/2007     Page 2 of 2

## CERTIFICATE OF SERVICE

I hereby certify that on October 9, 2007 I electronically filed the attached *Substitution of Counsel* with the Clerk of Court using CM/ECF. I hereby certify that on October 9, 2007, I have mailed by United States Postal Service, the document to the following non-registered parties:

Daniel Woods,  
SBI#164728  
Delaware Correctional Center  
1181 Paddock Road  
Smyrna, DE  19977

Darren L. Seawright  
6348 Highland Avenue  
Pennsauken, NJ  08109

STATE OF DELAWARE  
DEPARTMENT OF JUSTICE

/s/ Catherine Damavandi  
Catherine Damavandi, ID#3823  
Deputy Attorney General  
Department of Justice  
Carvel State Bldg., 6th Fl.,  
820 N. French Street  
Wilmington, DE  19801