Hon. Mary Pat Thynge
U.S. District Court
844 N. King St.
Wilm, De 19801

Daniel M. Woods
#164728    22-B-114
1181 Paddock Rd.
Smyrna, De 19977

Dec. 16, 2007

FILED
DEC 20 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

BD Scanned

RE: Seawright, et. al. V. Williams, et. al.
C.A. No# 05-576 ***

Dear Hon. Mary Pat Thynge,

During our last teleconference in the above matter which took place on Sept. 10, 2007. This court informed me that a letter was sent to the attorney pool for representive counsel in the above matter. <u>Its almost a year and counsel have not been appointed yet.</u> Also we did not discuss when our nexted teleconference would take place. Could this court inform me of the status of my case and if counselor has been appointed yet? Also your Honor, I am still kept in Max for a write up I've not received or had a hearing on in 6 months. Could we please have a teleconference held.

Thank you
Daniel M. Woods

I/M Daniel M. Woods
SBI# 164728   UNIT 22-B-uu
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

[Postage mark: $00.41, DEC 18 2007, MAILED FROM ZIP CODE 19977]

[Stamp: S.M.S X-RAY]

C.A.No #05-576 **
Hon. Mary Pat Thynge
U.S. District Court
844 N. King St Lockbox 18
Wilmington, De
                    19801