IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DANIEL M. WOODS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 05-576-JJF-MPT |
| | ) |
| WARDEN RAFEAL WILLIAMS, and | ) |
| PACECO, | ) |
| Defendants. | ) |

**ORDER RECOGNIZING REPRESENTATION**

The Court recognizes that Josiah R. Wolcott, Esquire, has agreed to represent plaintiff Daniel M. Woods, as counsel of record in the above captioned case. Counsel's representation shall remain in effect until the final determination of this case unless, prior thereto, this order is amended or revoked by further order of the Court.

_____2/8/08_____           _____[signature]_____
DATE                         United States District Judge