IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| DANIEL M. WOODS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C. A. No. 05-576-JJF |
| | ) | |
| RAPHAEL WILLIAMS, et. al., | ) | JURY TRIAL REQUESTED |
| | ) | |
| Defendants. | ) | |

**Notice of Deposition**

TO:  Daniel Woods
 SBI# 00164728
 James T. Vaughn Correctional Center
 1181 Paddock Road
 Smyrna, DE  19977

**PLEASE TAKE NOTICE** that the oral deposition of Daniel Woods will be taken by Catherine Damavandi, Deputy Attorney General, on Wednesday, July 30, 2008 at 10:00 a.m. The deposition will take place at the James T. Vaughn Correctional Center; 1181 Paddock Road; Smyrna, DE 19977, and will be transcribed by a professional reporter.

**STATE OF DELAWARE**
**DEPARTMENT OF JUSTICE**

/s/ Catherine Damavandi
Catherine Damavandi (ID # 3823)
Deputy Attorney General
Delaware Department of Justice
820 N. French Street, 6th Floor
Wilmington, DE 19801
(302) 577-8400
Attorney for Defendants

Dated:  July 9, 2008

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| DANIEL M. WOODS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C. A. No. 05-576-JJF |
| | ) | |
| RAPHAEL WILLIAMS, et. al., | ) | JURY TRIAL REQUESTED |
| | ) | |
| Defendants. | ) | |

## CERTIFICATE OF SERVICE

I certify that on July 9, 2008, I electronically filed the *Notice of Deposition of Daniel Woods* with the Clerk of Court using CM/ECF.  I hereby certify that on July 9, 2008, I caused the document to be served on the following individuals in the form and manner indicated:

**Via Electronic Service**

Josiah R. Wolcott, Esquire
Connolly, Bove, Lodge & Hutz
The Nemours Building
1007 North Orange Street
P.O. Box 2207
Wilmington, DE 19899

                                                  **STATE OF DELAWARE**
                                                  **DEPARTMENT OF JUSTICE**

                                                  /s/ Catherine Damavandi
                                                  Catherine Damavandi (ID # 3823)
                                                  Deputy Attorney General
                                                  Delaware Department of Justice
                                                  820 N. French Street, 6th Floor
                                                  Wilmington, DE 19801
                                                  (302) 577-8400
                                                  Attorney for Defendants