IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DARREN LAMONT SEAWRIGHT, et al., | : |
| Plaintiffs, | : |
| v. | : Civil Action No. 05-576-JJF |
| WARDEN RAFEAL WILLIAMS, et al, | : |
| Defendants. | : |

**O R D E R**

WHEREAS, to date, Plaintiff, Darren Lamont Seawright has failed to prosecute the claims he has alleged in this case;

WHEREAS, the United States Postal service has returned mail for Mr. Seawright to the Court as "Attempted Not Known";

WHEREAS, Local Rule 41.1 provides for the Court on its own motion, and after reasonable notice, to enter an Order dismissing such matters unless good reason for the inaction is given;

NOW THEREFORE, IT IS HEREBY ORDERED that:

1) The Plaintiff shall show cause in writing within **ten (10) days** of the date of this Order why this matter should not be dismissed as to Plaintiff Darren Lamont Seawright.

2) The Clerk of Court shall mail a copy of this Order to the last known address for Plaintiff Darren Lamont Seawright.

August 8, 2008
DATE

*Joseph J. Farnan, Jr.*
UNITED STATES DISTRICT JUDGE