IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| DARREN LAMONT SEAWRIGHT, et al., | : : | |
| Plaintiff, | : : | |
| v. | : : | Civil Action No. 05-576 JJF |
| COMMISSIONER STANLEY TAYLOR, et al., | : : | |
| Defendants. | : | |

## SCHEDULING ORDER

IT IS ORDERED that:

1. **Discovery.** All discovery shall be completed by **December 31, 2008.**

2. **Non-Case Dispositive Motions.**

(a) Any non-case dispositive motion, along with an Opening Brief, shall be filed with a Notice of Motion. The Notice of Motion shall indicate the date on which the movant seeks to have the motion heard. The hearing date selected shall allow time for filing of the motion, allow for briefing in accordance with the Federal and Local Rules, and shall permit all briefing to be filed no later than 12:00 noon the Friday before the motion day on which it is to be heard. Available motion dates will be posted on the Courts website at: http://www.ded.uscourts.gov/JJFmain.htm.

(b) At the motion hearing, each side will be allocated ten (10) minutes to argue and respond to questions from the Court.

(c) Upon filing of the Notice of Motion, a copy of said Notice shall be sent to Chambers by e-mail at: jjf_civil@ded.uscourt.gov.

3. **Case Dispositive Motions.** Any case dispositive motions, pursuant to the Federal Rules of Civil Procedure, shall be served and filed with an Opening brief on or before **February 27, 2009.** Briefing shall be pursuant to D. Del. LR 7.1.2. No case dispositive motion may be filed more than ten (10) days from the above date without leave of the Court. The parties shall follow the Court's procedures for summary judgment motions which is available on the Court's website at: http://www.ded.uscourts.gov/JJFmain.htm.

4. **Applications by Motion.**

(a) Any applications to the Court shall be by written motion filed with the Clerk of the Court in compliance with Federal Rules of Civil Procedure and the Local Rules of Civil Practice for the United States District Court for the District of Delaware (Amended Effective June 30, 2007). Any non-dispositive motion shall contain the statement required by D. Del. LR 7.1.1 and be made in accordance with the Court's February 1, 2008 Order on procedures for filing non-dispositive motion in patent cases. Briefs shall be limited to no more than ten (10) pages. Parties may file stipulated and unopposed Orders iwth the Clerk of the Court for the Court's review and signing. The Court will not consider applications and requests submitted by letter or in a form other than a motion.

     (b) No facsimile transmissions will be accepted.

     (c) No telephone calls shall be made to Chambers.

     (d) Any party with a true emergency matter requiring the assistance of the Court shall e-mail Chambers at: jjf_civil@ded.uscourts.gov.  The e-mail shall provide a short statement describing the emergency.

   5. **Pretrial Conference and Trial.**

     (a) A Pretrial Conference will be held on **May 7, 2009, at 2:00 p.m.,** in Courtroom No. 4B on the 4th Floor, Boggs Federal Building, Wilmington, Delaware.

     (b) Trial will be scheduled at the Pretrial Conference to commence within 120 days of the pretrial conference.  Counsel should be available during the 120 day period for trial.

August 8, 2008
  DATE

*/s/ Joseph J. Farnan, Jr.*
UNITED STATES DISTRICT JUDGE