IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DANIEL M. WOODS and LAMONT SEAWRIGHT )<br>)<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>RAFAEL WILLIAMS, et al., )<br>)<br>Defendants. )<br>) | Civ. No. 05-576-JJF<br><br>JURY TRIAL DEMANDED |

### NOTICE OF SERVICE

The undersigned certifies that, on September 3, 2008, two (2) true and correct copies of Plaintiff Daniel M. Woods' Second Request for Production of Documents and First Request for Entry Upon Land for Inspection and Testing together with copies of this Notice of Service and Certificate of Service, were served upon the following counsel of record, at the address and by the means specified below:

**BY HAND DELIVERY**
Catherine C. Damavandi, Esquire
Department of Justice
Carvel State Office Building
820 North French Street
Wilmington, DE 19899
*Attorney for Defendants*

CONNOLLY BOVE LODGE & HUTZ LLP

_____
Josiah R. Wolcott (Del. Bar No. 4796)
Email: Jwolcott@cblh.com
The Nemours Building
1007 North Orange Street
P.O. Box 2207
Wilmington, Delaware 19899
(302) 658-9141
*Attorney for Daniel M. Woods*

Date: September 3, 2008