## CERTIFICATE OF SERVICE

I hereby certify that, on September 3, 2008, true and correct copies of the foregoing Plaintiff Daniel M. Woods' Second Request for Production of Documents and First Request for Entry Upon Land for Inspection and Testing along with a Notice of Service were served on the following counsel of record via the following method:

**BY HAND DELIVERY**
Catherine C. Damavandi, Esquire
Department of Justice
Carvel State Office Building
820 North French Street
Wilmington, DE  19899
*Attorney for Defendants*

Josiah R. Wolcott (#4796)